PILLSBURY WINTHROP SHAW PITTMAN LLP
Alexander D. Hardiman, Esq. (Bar No. 197957)
Colin M. Davis, Esq. (*pro hac vice forthcoming*)
Anjanique L. Barber, Esq. (*pro hac vice forthcoming*)
31 W. 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Email:  alexander.hardiman@pillsburylaw.com
        colin.davis@pillsburylaw.com
        anjanique.barber@pillsburylaw.com

MITCHELL SILBERBERG & KNUPP LLP
Lucia E. Coyoca, Esq. (Bar No. 128314)
Valentine A. Shalamitski, Esq. (Bar No. 236061)
2049 Century Park East, 18th Fl.
Los Angeles, California 90067
Telephone: (310) 312-3250
Email: lec@msk.com
        vas@msk.com

Attorneys for Plaintiffs Fashion Nova, LLC and FN Logistics, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASHION NOVA, LLC, a California limited liability company, and FN LOGISTICS, LLC, a California limited liability company, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>SENTRY INSURANCE COMPANY, a Wisconsin corporation, and SENTRY CASUALTY COMPANY, a Wisconsin Corporation,<br><br>          Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>**1.  DECLARATORY JUDGMENT**<br><br>**2.  BREACH OF CONTRACT**<br><br>**3.  TORTIOUS BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>**4.   VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200, ET SEQ. – CLASS ACTION**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiffs Fashion Nova, LLC and FN Logistics, LLC (collectively hereinafter referred to as "Fashion Nova") on behalf of themselves, and on behalf of all others similarly situated as to Fashion Nova's claim arising from Defendants' violation of California Business & Professions Code § 17200, et seq., allege for their Complaint against Defendants Sentry Insurance Company ("SIC") and Sentry Casualty Company ("SCC") (collectively, "Sentry" or "Defendants"), as follows:

## OVERVIEW OF ACTION

1.    This is an action for declaratory judgment, breach of contract, tortious breach of the implied covenant of good faith and fair dealing, and violation of California Business & Professions Code § 17200, et seq., arising out of Sentry's unlawful, unfair and fraudulent business practices in the State of California with respect to Sentry's marketing, sale, and performance of their workers' compensation insurance policies.

2.    Among other bad faith conduct alleged herein, Sentry has engaged in a pattern and practice of: (1) egregiously mishandling claims and otherwise failing to adequately perform their duty to defend Fashion Nova under various Workers Compensation and Employers Liability Insurance Policies, causing Fashion Nova to incur significant damages, including increased claims payment obligations, increased claims handling fees, and increased workers' compensation insurance premiums; (2) issuing unlawful "Casualty Insurance Agreements" that drastically alter material terms of Fashion Nova's insurance policies without filing and obtaining proper approval from the relevant regulatory authorities; and (3) charging improper and excessive fees and imposing other obligations upon Fashion Nova under Sentry's unlawful and unfiled "Casualty Insurance Agreements."  Sentry has engaged in the foregoing deceptive, bad faith conduct and overarching scheme for purposes of unjustly enriching themselves at Fashion Nova's (and other similarly situated employers') expense.

3.    Sentry issued the following five "Workers Compensation and Employers Liability Insurance" policies to Fashion Nova:

    a.  Policy No. 9021547001 for the Policy Period of 01/09/2022 – 01/09/2023, issued by Defendant SCC;

    b.  Policy No. 9021547001 for the Policy Period of 01/09/2023 – 02/09/2023, issued by Defendant SCC;

    c.  Policy No. 9021547001 for the Policy Period of 02/09/2023 – 02/09/2024, issued by Defendant SCC;

    d.  Policy No. 9021547001 for the Policy Period of 02/09/2024 – 02/09/2025, issued by Defendant SCC; and

    e.  Policy No. 9021547001 for the Policy Period of 02/09/2025 – 02/09/2026, issued by Defendant SIC.

(collectively, the "Policies").  **True and correct copies of the Policies are attached hereto as Exhibits 1-5**.[1]

4.    The Policies issued to Fashion Nova, which were drafted by Sentry, provide workers' compensation and employers' liability insurance coverage pursuant to the Policies' terms and conditions.  The Policies are known as "Large Risk Deductible" Policies, which provide that Fashion Nova have to pay the first $250,000 in defense and indemnity costs for each claim under the Policies.  Costs and expenses exceeding the $250,000 deductible are Sentry's responsibility.

5.    Workers' compensation insurance is unique in the insurance industry because, among other things, a policyholder's premiums and deductible payments are directly impacted by the insurer's handling of its workers' compensation claims.  The reserves set by the insurer, the payments made within the deductible on claims

[1] Fashion Nova attach only the "Information Page" for the 01/09/2023 – 02/09/2023 Policy Period.  However, upon information and belief, the 01/09/2023 – 02/09/2023 Policy contains substantially similar terms to all other Sentry Policies.

COMPLAINT

by the insurer (and thereafter charged back to the insured), and the insurer's adjustment and/or defense of the claims, affect both future premium amounts and the policyholder's claims payment obligations. More claims and/or higher claims payments within the deductible equate to higher costs, fees and premiums charged by the insurer to the policyholder. An insurer's mishandling of claims can therefore have substantial impacts on a policyholder's claim payments and premium obligations under a workers' compensation insurance program.

6.    Due to these unique facets of workers' compensation insurance, the California Insurance Code and its implementing regulations require that all workers' compensation insurance policy forms, endorsements, ancillary agreements, rates, and rating plans must be filed for approval with state regulators prior to use and must also be attached to and made part of the policy issued by the insurer. *See* California Insurance Code § 11658; California Code of Code of Regulations, tit. 10, § 2268(a)-(b). A workers' compensation insurer is thus "obligated to give the interests of the insured at least as much consideration as it gives its own interests." *See MacGregor Yacht Corp. v. State Comp. Ins. Fund* (1998) 63 Cal.App.4th 448, 457(hereafter *MacGregor*).

7.    Sentry engaged in unlawful, unfair, and/or fraudulent business practices by conditioning the sale of workers compensation policies to Fashion Nova on the basis that Fashion Nova agree to certain unfiled and unapproved "side agreements." Fashion Nova further allege, on information and belief, that Sentry has engaged in the same practice in transactions with other policyholders in the State of California. Sentry engaged in such conduct for the purpose of unjustly enriching themselves at the expense of their policyholders.

8.    More specifically, as a pre-condition to obtaining insurance from Sentry, Sentry issued non-negotiable side agreements, captioned as "Casualty Insurance Agreements" (hereinafter, the "Side Agreements"). **True and correct**

1    **copies of the Side Agreements issued to Fashion Nova in 2024 and 2025 are**
2    **attached hereto as Exhibits 6-7**.[2]

3         9.    Despite representing that the Policies contain "[t]he only agreements
4    relating to this insurance," the Side Agreements issued concurrently with the Policies
5    purport to materially alter the parties' rights and obligations under the Policies.  *See,*
6    *e.g.*, Ex. 5, Page 241 (GEN. Section, ¶ A).

7         10.   Pursuant to the terms of the unfiled and unapproved Side Agreements,
8    which were drafted by Sentry, Sentry bills Fashion Nova monthly for all expenses
9    that Sentry incurs in handling Fashion Nova's workers' compensation claims,
10   including as follows:

11        a.   Claims Handling Fees: Sentry charges Fashion Nova a fee for
12             adjusting individual claims, which is determined based upon a "loss
13             conversion factor" rate of 1.080—*i.e.*, Sentry charges Fashion Nova
14             at a rate of 8% of total damages and allocated loss adjustment
15             expenses that are incurred in Sentry's adjustment, defense and
16             settling of claims.   The higher the incurred expense for each
17             individual claim (*e.g.*, defense costs), the higher "claims handling
18             fees" that Sentry charges Fashion Nova;

19        b.   Billing for "Incurred" Amounts: Sentry also bills Fashion Nova
20             monthly for newly reported losses and incurred reserves on all
21             outstanding claims.  For example, if Sentry unilaterally determines
22             that a claim should be reserved at $50,000, Fashion Nova is billed

23

24
_____

25   [2] Fashion Nova attach only the Side Agreements issued by Sentry for the 2024 and
     2025 Policy Periods.   However, upon information and belief, Sentry issued
26   substantially similar Side Agreements to Fashion Nova for the 2022 and 2023 Policy
     Periods.  Upon information and belief, Defendants SIC and SCC jointly issued each
27   of the Side Agreements to Fashion Nova.

28

COMPLAINT

for the full $50,000 at month's end and is required to remit payment to Sentry for that amount; and

c. <u>Medical Bill Review Fees</u>: Sentry bills Fashion Nova monthly for their review of medical bills in connection with Fashion Nova's workers' compensation claims. Despite representing under the Policies that Fashion Nova would be entitled to "substantial" savings through utilization of a particular preferred provider network, Sentry uses the unfiled and unlawful Side Agreements to take a significant portion of these savings back from Fashion Nova through imposition of Sentry's excessive and improper medical bill review fees.

11. Under this fee and billing structure established by the Side Agreements, Fashion Nova receive monthly bills from Sentry which provide no meaningful information regarding Sentry's calculation of the monthly invoiced amounts. This fee and billing structure established by the Side Agreements creates perverse incentives for Sentry to mishandle individual claims against Fashion Nova because the more Sentry decides to pay in connection with a claim (amounts which are ultimately paid by Fashion Nova if within the $250,000 deductible), the more fees that can be charged by Sentry.

12. Furthermore, despite billing Fashion Nova monthly, Sentry also imposes—through the terms of the unlawful Side Agreements—substantial security obligations upon Fashion Nova. Under the Side Agreements, Sentry has sole and unilateral discretion to demand security in any amount they see fit to supposedly ensure Fashion Nova's ability to satisfy open claim liabilities.

13. To date, Sentry has sought to impose security obligations under these Side Agreements exceeding $7,000,000, despite billing Fashion Nova hundreds of thousands of dollars per month in connection with open workers' compensation

claims.  Fashion Nova, LLC currently has an outstanding Letter of Credit in favor of Sentry for $4,160,000, for which Fashion Nova, LLC incurs annual costs payable to the issuing bank, including renewal fees and a fee calculated as a percentage of the outstanding face amount.

14.    The Side Agreements contain several other provisions that materially alter the terms of the Policies, including draconian default remedies (which effectively operate as penalties) in the event that Fashion Nova leave Sentry's workers' compensation insurance program, as well as a venue provision purporting to require disputes arising under the Policies and/or the Side Agreements to be heard in Wisconsin.

15.    Because the Side Agreements materially alter the parties' rights and obligations under the Policies, Sentry was required to file the Side Agreements with the California Workers' Compensation Insurance Rating Bureau (the "WCIRB") and the California Department of Insurance for appropriate regulatory approval.  *See* California Insurance Code § 11658; *see also* California Code of Regulations, tit. 10, § 2268(b).  Sentry was also required to attach the Side Agreements to the Policies issued to Fashion Nova.  *See* California Code of Regulations, tit. 10, § 2268(a).  *See also Am. Zurich Ins. Co. v. Country Villa Serv. Corp.*, No. 2:14-cv-03779-RSWL-AS, 2015 WL 4163008 (C.D. Cal. July 9, 2015).

16.    Sentry never filed or sought approval for their Side Agreements with the WCIRB or the California Department of Insurance, nor did Sentry attach the Side Agreements to the Policies.  Fashion Nova further allege, on information and belief, that Sentry has issued substantially similar Side Agreements to other insureds in California from January 2022 to the present time without seeking or obtaining the required regulatory approval for such agreements and without attaching the Side Agreements to their insurance policies.

17.    Sentry has implemented the foregoing scheme to evade regulatory oversight in order to unlawfully overcharge Fashion Nova and other similarly situated insureds through deceptive, unlawful, unfair and fraudulent business practices in connection with Sentry's sale of their workers' compensation insurance policies.

18.    As part of Sentry's overarching scheme, Sentry has engaged in a pattern and practice of mishandling Fashion Nova's workers' compensation claims by, among other things: (a) mishandling and delaying resolution of claims, thereby significantly inflating Sentry's claims handling fees; (b) failing to adequately investigate and defend claims, including failing to pursue all available defenses; (c) setting unreasonably high reserves on claims, without full or proper investigation and evaluation; (d) charging Fashion Nova additional excessive and improper amounts for Sentry's review of medical bills; (e) failing and refusing to grant Fashion Nova access to Sentry's complete claim files for all open claims; and (f) failing and refusing to provide information to Fashion Nova regarding Sentry's calculation of monthly invoiced amounts.

19.    Sentry's pattern and practice of engaging in such bad faith claims handling has had significant compounding financial effects on Fashion Nova.  In addition to requiring Fashion Nova to pay increased claims handling fees and other fees to Sentry, Sentry's mishandling of individual claims has had, and continues to have, substantial adverse effects on the amounts that Fashion Nova must pay within the Policies' deductibles and on Fashion Nova's premiums for workers' compensation insurance.

20.    Based on the foregoing conduct, among other deceptive and bad faith conduct alleged herein, Fashion Nova seek relief from this Court, including: (1) a declaration that the Side Agreements, including the specific provisions identified in this Complaint, are void and unenforceable under California law; (2) a judgment that

Sentry has breached the Policies by, among other things, failing to perform their obligations to adequately and fully investigate, monitor, and defend Fashion Nova's workers' compensation claims; (3) a judgment that Sentry has breached the implied covenant of good faith and fair dealing by failing to conduct their claims adjustment and reserve allocation processes with good faith regard for Fashion Nova's interests, and failing to provide the information required to be provided to employers pursuant to California Labor Code § 3762; and (4) a judgment that Sentry has engaged in unlawful, unfair and/or fraudulent trade practices in violation of California Business & Professions Code § 17200, et seq. with respect to their issuance of the unfiled Side Agreements in California to Fashion Nova and other similarly situated policyholders, thereby entitling Fashion Nova and the putative class members to restitution and permanent injunctive relief.

21.    Fashion Nova have complied with all applicable and valid conditions of the Policies.  Fashion Nova seek declaratory relief, permanent injunctive relief and damages, including punitive damages and their attorneys' fees.

## PARTIES

22.    Plaintiff Fashion Nova, LLC is a limited liability company formed under the laws of the State of California, with its principal place of business in Beverly Hills, California.

23.    Plaintiff Fashion Nova, LLC's sole member is Fashion Nova Holdings, LLC, a Delaware limited liability company, with its principal place of business in California.  Fashion Nova Holdings, LLC's two members are: (1) Nova Fashion, Inc., a corporation formed under the laws of the State of California, with its principal place of business in Beverly Hills, California; and (2) FNL, Inc., a corporation formed under the laws of the State of Delaware, with its principal place of business in Beverly Hills, California.

24.    Plaintiff FN Logistics, LLC is a limited liability company formed under the laws of the State of Delaware, with its principal place of business in Santa Fe Springs, California.  Plaintiff FN Logistics, LLC's sole member is Fashion Nova Holdings, LLC.

25.    Upon information and belief, Defendant Sentry Insurance Company is a corporation formed under the laws of the State of Wisconsin, with its principal place of business in Stevens Point, Wisconsin.  Upon information and belief, Defendant Sentry Insurance Company conducts business in the State of California, including by issuing insurance policies in California that provide coverage to insureds for risks situated in California, including the Policies and the Side Agreements issued to Fashion Nova that are the subject of this action.

26.    Upon information and belief, Defendant Sentry Casualty Company is a corporation formed under the laws of the State of Wisconsin, with its principal place of business in Stevens Point, Wisconsin.  Upon information and belief, Defendant Sentry Casualty Company conducts business in the State of California, including by issuing insurance policies in California that provide coverage to insureds for risks situated in California, including the Policies and the Side Agreements issued to Fashion Nova that are the subject of this action.

## JURISDICTION AND VENUE

27.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the parties are of diverse citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

28.    This Court has jurisdiction over Fashion Nova's putative class action claim against Defendants for violation of the California Business & Professions Code § 17200, et seq. (Count Four) pursuant to 28 U.S.C. § 1332(d)(2) because, upon information and belief, there are at least 100 members of the putative class, at least one of whom is a citizen of a different state than Defendants, and the aggregate

amount of the putative class's claim in controversy exceeds the sum of $5,000,000, exclusive of interest and costs.

29.     Defendants SIC and SCC are subject to personal jurisdiction in the State of California by virtue of their extensive business operations in this State, including by issuing insurance policies in California that insure against risks located within the State, including the Policies and Side Agreements issued to Fashion Nova that are the subject of this action.

30.     This action arises out of Defendants SIC's and SCC's contacts with the State of California, including but not limited to having availed themselves of the California market by issuing the Policies and Side Agreements at issue in this action to California-based insureds, and this Court may therefore exercise personal jurisdiction over Defendants SIC and SCC.

31.     Venue in this Court is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this District.

32.     While the Side Agreements contain a "Venue" provision purporting to require that litigation concerning the Policies or Side Agreements shall be heard in state or federal courts located in Wisconsin, the Side Agreements (and the venue provision contained therein) are void and unenforceable under applicable California law.

## FACTUAL BACKGROUND

**I.     Sentry's Unlawful and Deceptive Workers' Compensation Insurance Program**

**A.     The Sentry Policies.**

33.     California law requires all employers to purchase workers' compensation insurance coverage for employees that suffer injuries due to an occupational accident. *See* California Labor Code § 3700.

34.    In compliance with California law, and as part of their risk management efforts, Fashion Nova annually purchase workers' compensation and employers' liability insurance to ensure that their employees have adequate coverage for work-related injuries or illnesses (*e.g.*, medical expenses) and to protect against the risk of any personal injury lawsuits arising from work-related injuries or illnesses.

35.    In exchange for significant premiums which are adjusted depending upon Fashion Nova's claims experience during the relevant Policy Period, Sentry issued the Policies providing workers' compensation and employers' liability insurance coverage to Fashion Nova for the following Policy Periods:

a.    Policy No. 9021547001 for the Policy Period of 01/09/2022 – 01/09/2023, issued by Defendant SCC;

b.    Policy No. 9021547001 for the Policy Period of 01/09/2023 – 02/09/2023, issued by Defendant SCC;

c.    Policy No. 9021547001 for the Policy Period of 02/09/2023 – 02/09/2024, issued by Defendant SCC;

d.    Policy No. 9021547001 for the Policy Period of 02/09/2024 – 02/09/2025, issued by Defendant SCC; and

e.    Policy No. 9021547001 for the Policy Period of 02/09/2025 – 02/09/2026, issued by Defendant SIC.

*See* **Exhibits 1-5, Pages 49, 100, 107, 159, 212**.

36.    Under Coverage Section 3.A., Part One of the Policies provide "Workers Compensation Insurance" to Fashion Nova under the laws of the State of California. *See, e.g.*, Ex. 5, Page 212 (§ 3.A).[3]  The Policies provide that "[t]his workers compensation insurance applies to bodily injury by accident or disease,

---

[3] For purposes of brevity, Fashion Nova cite and quote from the 2025-2026 Policy issued by Defendant SIC.  Upon information and belief, all the Policies issued by Defendants SIC and SCC contain substantially similar terms and conditions.

including death resulting therefrom.  Bodily injury by accident must occur during the policy period.  Bodily injury by disease must be caused or aggravated by the conditions of your employment.  Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period." *See, e.g.*, *id.*, Page 252 (¶ 4).

37.    The Policies further provide that Sentry will "have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance.  We have the right to investigate and settle these claims, proceedings or suits." *See id.*, Page 241 (Part One, ¶ C).

38.    Sentry agreed to "pay promptly when due the benefits required of you by the workers compensation law." *See id.*, (¶ B).

39.    The final premiums that Sentry charges for the Policies are "determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy.  If the final premium is more than the premium you paid to us, you must pay us the balance." *See id.*, Page 252 (¶ 8).

40.    The Policies are subject to a "Large Risk Deductible," pursuant to which Fashion Nova must "reimburse [Sentry] up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expenses which arise out of any claim or suit we defend, where you elect to include such expenses." *See id.*, Page 259 (¶ 3).  The "Deductible Amount" is $250,000 per each accident, and "Allocated Loss Adjustment Expenses" are included within the deductible amount.  *See id.*, (Schedule).  "Allocated Loss Adjustment Expenses" is defined in part as "claims expenses directly allocated by [Sentry] to a particular claim." *See id.*, (¶ 8).

41.    Simply put, Fashion Nova are responsible for paying up to $250,000 in defense and indemnity costs per covered claim under the Policies.  Allocated Loss

Adjustment Expenses include, among other things, defense attorney fees and other related defense expenses, and payment of these expenses by Fashion Nova erodes the $250,000 deductible.

42.    The Policies also contain an endorsement titled "POLICYHOLDER NOTICE YOUR RIGHT TO RATING AND DIVIDEND INFORMATION." *See, e.g.*, *id.*, Pages 233-34.  This endorsement provides that Fashion Nova are entitled to "receive information" in Sentry's "claim files that affects" Fashion Nova's premiums. *See id.*, Page 233 (§ I.A.3).  This endorsement further provides that, for covered claims, Sentry "will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time.  At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating." *See id.*

43.    Pursuant to another endorsement, titled "CALIFORNIA WORKERS' COMPENSATION INSURANCE RATING LAWS," the Policies provide that Sentry's "rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection." *See, e.g.*, *id.*, Page 235 (¶ 1).

44.    In other words, pursuant to the Policies, Sentry provides information to the WCIRB concerning Fashion Nova's actual and expected losses (*i.e.*, claim defense and indemnity costs) and Fashion Nova's payroll.  The WCIRB accepts the

loss data reported by Sentry and uses that data to calculate Fashion Nova's Experience Modification Factor ("X-Mod").[4]

45.    A policyholder's X-Mod substantially affects the cost of its workers' compensation insurance premiums.  Higher claim costs and/or more claims results in a higher X-Mod, which results in higher workers' compensation insurance premiums.  *See MacGregor*, 63 Cal.App.4th at page 457.[5]

46.    Fashion Nova's X-Mod has increased substantially over the course of Sentry's handling of Fashion Nova's workers compensation claims:

    a.    <u>January 9, 2022</u>: 316

    b.    <u>January 9, 2023</u>: 263

    c.    <u>February 9, 2024</u>: 360

    d.    <u>February 9, 2025</u>: 387

47.    Fashion Nova's X-Mod has increased substantially over the course of the Policy Periods due to Sentry's pattern and practice of mishandling Fashion Nova's workers' compensation claims, including but not limited to: (a) setting unreasonably high "worst case scenario" reserves without adequate investigation or justification; (b) failing to adequately investigate and defend Fashion Nova in workers' compensation claims, including failing to pursue available defenses to claims; and (c) unreasonably and improperly delaying the adjustment and settlement of Fashion Nova's workers' compensation claims.

---

[4] Sentry provides such data to the WCIRB in a "Unit Statistical Report," which is "the source of data used by the WCIRB to administer the Experience Rating System and to publish experience modifications."  *See, e.g.*, WCIRB California, *Unit Statistical Report*, https://www.wcirb.com/research-and-education/online-guide-workers%E2%80%99-compensation/californias-experience-rating-system/unit-statistical-report (last visited Jan. 17, 2026).

[5] *See also, e.g.*, WCIRB California, *California's Experience Rating System*, https://www.wcirb.com/research-and-education/online-guide-workers%E2%80%99-compensation/californias-experience-rating-system (last visited Jan. 17, 2026).

**B.    The Special Handling Instructions.**

48.    As part of their issuance of the Policies, Sentry also issued and agreed to Special Handling Instructions ("SHIs"), which establish specific procedures for Sentry's adjustment and handling of Fashion Nova's workers' compensation claims. **A true and correct copy of Sentry's SHIs is attached hereto as Exhibit 8**.

49.    As part of Sentry's duties under the Policies, the SHIs require Sentry to "immediately" communicate changes in reserve amounts to Fashion Nova if the reserve change involves an amount of $20,000 or more.  *See* Ex. 8, Page 308.

50.    The SHIs also require that, as part of Sentry's duties under the Policies, Sentry must consult with Fashion Nova about settlements, providing that: "**Consultation** is required for all settlement recommendations." *See id.*, Page 309.

51.    The SHIs also require that Sentry provide ongoing updates to Fashion Nova concerning Sentry's defense of open workers' compensation claims, providing that: "Notification is required on all on going legal proceedings.  Defense strategies should be discussed with the appropriate contact listed below until litigation has been resolved." *See id.*

**C.    Sentry's Unlawful and Unfiled Side Agreements.**

52.    In their Policies, Sentry represented to Fashion Nova that: "This policy includes at its effective date the Information Page and all endorsements and schedules listed there.  It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page).  **The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy**." *See, e.g.*, Ex. 5, Page 241 (GEN. SECTION, ¶ A). (emphasis added).

53.    The foregoing representation in the Sentry Policies is materially false and misleading.  The Sentry Policies are not sold on a stand-alone basis and do not

ultimately govern all of Fashion Nova's rights and obligations under Sentry's workers' compensation insurance program.

54.     Rather, concurrently with the issuance of the Policies, and as a pre-condition to obtaining insurance from Sentry, Sentry issued non-negotiable "Casualty Insurance Agreements" (the Side Agreements) to Fashion Nova, which purport to materially alter the Policies' terms and conditions including, but not limited to, Fashion Nova's rights and obligations under Sentry's workers' compensation insurance program.  *See, e.g.*, Exs. 6-7.

55.     Because the Side Agreements materially alter the Policies, Sentry was required to file the Side Agreements for approval with the WCIRB and the California Department of Insurance.  *See* California Insurance Code § 11658; *see also* California Code of Regulations, tit. 10 § 2268(b).  Sentry was also required to attach the Side Agreements to the Policies.  *See* California Code of Regulations, tit. 10, § 2268(a).

56.     Sentry never filed the Side Agreements for approval with the WCIRB or the California Department of Insurance, nor did Sentry attach the Side Agreements to the Policies.  Sentry engaged in a pattern and practice of marketing and selling workers' compensation insurance grounded upon terms not approved by the WCIRB or the California Department of Insurance, with the main goal of unjustly enriching themselves at the expense of Fashion Nova and similarly situated employers.

## 1.     **Sentry's Company Claims Handling Charges and Fashion Nova's Monthly Loss and Expense Payments.**

57.     Under the Side Agreements, Sentry imposes substantial monthly claims handling charges on Fashion Nova for Sentry's handling and/or defense of claims under the Policies.

58.    Section 2.09 of the Side Agreements provides, in relevant part: "Within 30 days after the end of each calendar month during the Policy period and monthly thereafter, the Insured shall pay to [Sentry] an amount equal to the sum of losses incurred and costs and expenses incurred by [Sentry] under the Policies in accordance with the Endorsement during the preceding calendar month, as adjusted by the loss conversion factor, average state tax multiplier, and claims handling service fee where applicable.  Such losses shall include newly reported losses and reserve changes for previously reported losses."  *See, e.g.*, Ex. 7, Page 291-92 (§ 2.09).[6]

59.    In other words, the Side Agreements require Fashion Nova to remit monthly payments to Sentry for amounts Sentry incurs in handling and/or defending Fashion Nova's workers' compensation claims.  These amounts include, *inter alia*, costs and expenses in handling the claims, plus the sum of any losses and incurred reserves on all outstanding claims, up to the $250,000 deductible for each claim. Thus, for example, if Sentry unilaterally determines that a claim should be reserved at $50,000, Fashion Nova are billed for the full $50,000 at month's end.  As alleged herein, the reserves set by Sentry also affect Fashion Nova's X-Mod, thereby affecting the amount of Fashion Nova's premiums.

60.    For workers' compensation claims, Sentry also applies a "loss conversion factor of 1.080" to "loss and allocated loss adjustment expense, up to the retention amount of the Workers' Compensation policies scheduled in Table 1" (*i.e.*, $250,000).  *See, e.g.*, *id.*, Page 288 (§ 2.04).

---

[6] For purposes of brevity, Fashion Nova cite and quote from the 2025 Side Agreement issued by Sentry.  Upon information and belief, all of the Side Agreements issued by Defendants SIC and/or SCC contain substantially similar terms and conditions.

61.    Thus, Sentry applies the Loss Conversion Factor ("LCF") to paid amounts and certain fees, including medical bill review fees that Sentry charges under the Side Agreements as part of the claim adjustment process (*see* Section I.C.2., *infra*), meaning that Fashion Nova are charged 8% on expenses that Sentry incurs in handling and/or adjusting individual claims.

62.    Under the foregoing requirements contained in the unlawful Side Agreements, as claim values and expenses increase, Sentry charges Fashion Nova higher claims handling fees.  This creates a perverse incentive for how Sentry handles and/or defends Fashion Nova's workers' compensation claims—*i.e.*, the higher the expenses on an individual claim, the higher claims handling fee that Sentry charges Fashion Nova.

63.    As alleged further herein, Sentry has engaged in a pattern and practice of mishandling covered claims against Fashion Nova under the Policies for the purpose of inflating Sentry's claims handling fees for which Fashion Nova are ultimately responsible under the unlawful Side Agreements.

### 2.    Sentry's Medical Bill Review and Preferred Provider Organization Medical Network.

64.    Under the Policies, Sentry agreed to utilize "Coventry Workers' Compensation Medical Network," which Sentry represented as an "excellent tool to control medical expenses."  *See, e.g.*, Ex. 5, Page 222.[7]

65.    Through this medical network, Coventry (recently acquired by Mitchell Genex and/or its affiliates ("Mitchell")), establishes "contracts with hospitals,

---

[7] Coventry Workers' Comp Services was acquired by Mitchell International, Inc. and/or its affiliates in or around 2020. *See, e.g.*, *Mitchell | Genex Finalizes Coventry Workers' Comp Services Acquisition*, MITCHELL (Aug. 2, 2020), https://www.mitchell.com/insights/news-release/auto-casualty-claims/mitchell-i-genex-finalizes-coventry-workers-comp.    The acquisition added "Coventry's leading PPO network to Mitchell | Genex's continuum of care and cost containment offerings for the workers' compensation and auto industry."  *See id.*

physicians, and outpatient care providers over a multi-year period" to obtain "substantial discounts" for Fashion Nova's employees "who receive treatment from Coventry participating providers." *See, e.g.*, *id.* These networks of medical providers are often referred to as Preferred Provider Organizations ("PPOs") and are intended to, *inter alia*, secure discounted rates and coordinated care for insureds.

66.    When selling their Policies to Fashion Nova, Sentry therefore represented that Fashion Nova would receive the benefits of a PPO network designed to provide "substantial discounts" to Fashion Nova. However, in classic "bait and switch" fashion, Sentry then purports to take away these purported "discounts" granted under the Policies through the terms of their unlawful and unfiled Side Agreements.

67.    First, under the Side Agreements, Sentry purportedly establishes a "Medical Cost-Containment Unit" that supposedly utilizes an "automated system to evaluate, review and approve all medical bills." *See, e.g.*, Ex. 7, Page 287 (§ 2.03). Sentry "utilizes Mitchell International Workers' Compensation Services" for its medical bill review (hereinafter, "MBR"). *See id.*

68.    Second, under the Side Agreements, and as part of its "MBR" structure, Sentry purports to set a standard "cost containment rate" of "$1.30 per bill" reviewed and "18.0% of PPO savings. Sentry will bill the standard charges to the Insured; these amounts billed will be treated as allocated loss adjustment expense (ALAE), and as such, they will erode the deductible or loss limit, **and are subject to LCF**." *See id.* (emphasis added). Thus, as a fee for Sentry's MBR structure, Sentry charges Fashion Nova part of the savings that Fashion Nova are supposed to benefit from as a result of Sentry's utilization of Coventry's Workers' Compensation Medical Network under the Policies. *See id.*, Pages 287-88.

69.    Third, the Side Agreements further provide that Fashion Nova supposedly "elected an alternative cost containment structure, where charges **in**

**addition to the standard rates** have been chosen in order to reduce fixed costs or claims handling charges (LCF or Claims Fees). These additional charges are referred to as Medical Savings Fees. Medical Savings Fees (MSF) will be treated as unallocated loss adjustment expense, and as such, they will not erode the deductible or loss limit, nor will LCF be applied to these amounts." *See id.* (emphasis added).

70. Sentry's unlawful and unfiled Side Agreements do not provide any explanation as to how this "alternative cost containment structure" operates or how it supposedly reduces fixed costs or claims handling charges. Nor do Fashion Nova receive any details in Sentry's monthly invoices describing the services that are supposedly provided by Sentry.

71. In sum, under Sentry's MBR structure established by the Side Agreements, Fashion Nova incur the following costs in connection with Sentry's review of medical bills for covered claims:

| | |
|---|---|
| Bill Review – per bill ALAE charge (allocated) | $1.30 |
| Bill Review – per bill MSF charge (unallocated) | $0 |
| Total Bill Review – per bill charge | $1.30 |
| | |
| Bill Review – percent of savings ALAE charge (allocated) | 0% |
| Bill Review – percent of savings MSF charge (unallocated) | 27% |
| Total Bill Review – percent of savings charge | 27% |
| | |
| PPO – percent of savings ALAE charge (allocated) | 18% |
| PPO – percent of savings MSF charge (unallocated) | 9% |
| Total PPO – percent of savings charge | 27% |

*See, e.g.*, *id.*, Page 288.

72. Despite representing in the Policies that Fashion Nova would obtain "substantial discounts" from Sentry's utilization of Coventry's PPO network, Sentry then purports to take away a significant portion of such discounts through the one-sided, non-negotiable terms set forth in the unlawful and unfiled Side Agreements. Sentry charges Fashion Nova $1.30 per bill that Sentry reviews in connection with

claims under the Policies, plus an additional 27% of savings that Fashion Nova are supposed to be entitled to as a result of the PPO's contracted rates.  Of the 27% in savings that Fashion Nova must pay back to Sentry, 9% of these savings (which are charged as a purported "Medical Savings Fee") are paid outside of (*i.e.*, in addition to) the Policies' $250,000 deductible.  Moreover, as alleged *supra*, Sentry applies an LCF of 1.080 to all allocated loss adjustment expense, meaning that Sentry charges and collects an LCF of 8% on the 18% of savings that Fashion Nova are supposed to be entitled to under the Policies.

### 3.    The Side Agreement's Purported Security Requirements.

73.    Under the Side Agreements, Sentry purports to require Fashion Nova to provide and maintain in favor of Sentry "security in a form and amount acceptable to [Sentry] in its sole discretion, in order to secure the Obligations (the "Security")." *See, e.g.*, *id.*, Page 292 (§ 4.01).  The Side Agreements define "Obligations" as "collectively [Fashion Nova's] obligations to pay, whether now or in the future, all amounts due or as estimated by [Sentry] in accordance with the Sentry Policies and this Agreement."  *See id.*, Page 285 (§ 1.01).

74.    Pursuant to the 2025 Side Agreement, Sentry represented that Fashion Nova were required to provide Sentry with a "Letter of Credit in the principal amount of 4,160,000 in order to secure" the Policies.  *See id.*, Page 293 (§ 4.02). However, Sentry "may, at any time as dictated by actuarial or underwriting data, require Security in an amount greater or less than the initial amount provided herein, in a form acceptable to [Sentry][.]" *See id.*, Page 294 (§ 4.04).

75.    Fashion Nova, LLC currently has an outstanding letter of credit in favor of Sentry in the amount of $4,160,000, for which Fashion Nova, LLC incurs annual costs payable to the issuing bank, including renewal fees and a fee calculated as a percentage of the outstanding face amount.

76.    The total security requirement currently sought by Sentry pursuant to the Side Agreements across all Policy Periods to date is $7,361,556.

### 4.    <u>Default Provisions.</u>

77.    The Side Agreements purport to define various "events" as "events of default." *See, e.g.*, *id.*, Page 296-97 (§ 6.01).   Among other things, the Side Agreements define an event of default as:

>    a.  Fashion Nova's failure "to timely provide the Security as required herein or as requested by [Sentry]," or Fashion Nova's failure "to maintain same as required by [Sentry]";

>    b.  In the event that Fashion Nova "provides notice to [Sentry] that it is terminating or canceling any of the Sentry Policies (other than nonrenewal at normal expiration)";

>    c.  Fashion Nova's failure "to make any payment under this Agreement or any Sentry Policy when due including payment to any claims service company or to an account for funding loss payments"; or

>    d.  Fashion Nova's failure to "provide [Sentry] with a replacement or additional Letter of Credit or other Security as required by this Agreement or any of the Sentry Policies[.]"

*See id.*

78.    In the "Event of Default," the Side Agreements purport to provide that Sentry may, among other things, "[c]ancel one or more of the Sentry Policies," "declare the entire amount of the Obligations," or "[e]xercise its rights against the Security, including, but not limited to, draw or withdraw up to the full amount of the Security[.]" *See, e.g.*, *id.*, Page 297-98 (§ 7.01).

79.    In other words, through the default provisions in the unlawful and unfiled Side Agreements, Sentry purports to have the power to unilaterally impose

significant penalties on Fashion Nova in the event that Fashion Nova choose to leave Sentry's workers' compensation insurance program.

### 5.    __Indemnification Provision.__

80.    Under Section 9 of the Side Agreements, Fashion Nova are purportedly required to indemnify and hold Sentry "harmless from and against any liabilities, obligations, penalties, costs or expenses, including reasonable attorney's fees, incurred directly or indirectly by" Sentry for, among other things, "collecting any amounts due under the Sentry Policies," or "[a]ttributable to a breach of this Agreement or any negligent or intentionally wrongful act, error or omission of the Insured . . . pertaining to or arising out of this Agreement or Insured's obligations hereunder[.]" *See, e.g.*, *id.*, Page 299 (§ 9).

81.    In other words, the Side Agreements purport to impose a unilateral attorneys' fees indemnification obligation upon Fashion Nova as a condition to Sentry's issuance of the Policies.

### 6.    __Venue Provision.__

82.    The Side Agreements purport to include a "Venue" provision, which provides in relevant part:  "Insured hereby consents irrevocably to the jurisdiction of the state and federal courts venued in the State of Wisconsin, and further consent and agree that any litigation concerning this Agreement or the Sentry Policies shall be heard only in the state or federal courts venued in Wisconsin." *See, e.g.*, *id.*, Page 301 (§ 10.12) (hereinafter, the "Venue Provision").

83.    The Venue Provision contained in the Side Agreements is unenforceable because Sentry never filed, or sought approval for, the Side Agreements with the WCIRB or the California Department of Insurance, nor did Sentry attach the Side Agreements to the Policies.

84.    Furthermore, in violation of California Insurance Code § 11658.5, Sentry did not contemporaneously provide notice to Fashion Nova that they were

including the Venue Provision in the Side Agreements and/or that such Venue Provision was negotiable. As a result, under California Insurance Code § 11658.5, California is the default choice of law and forum for resolution of this dispute.

85. Finally, even assuming the Venue Provision was otherwise in compliance with California law, that provision would nonetheless be inoperative because the Side Agreements were never signed and executed by Fashion Nova.

**II.    Class Action Allegations**

86. Fashion Nova brings their claim against Sentry for violation of California Business & Professions Code § 17200, et seq. (Count Four) on behalf of themselves and all others similarly situated, pursuant to Rule 23(a), (b)(2) and (b)(3) of the Federal Rules of Civil Procedure.

87. Fashion Nova seek to represent the following "Class":

> All employers that purchased workers' compensation insurance policies from Sentry from January 9, 2022, to the present time (the "Class Period") in the State of California, the purchase of which was predicated on the condition that the employers accept the terms of Sentry's "Casualty Insurance Agreements," which Sentry failed to file with the WCIRB and the California Department of Insurance and/or failed to attach to the workers' compensation insurance policies.

88. Excluded from the Class are Defendants and their subsidiaries, parents, successors, predecessors, or any entity in which Defendants have a controlling interest.

89. *Numerosity*. While the exact number of Class members is unknown at this time, upon information and belief, it is estimated that there are at least one hundred putative Class members that Sentry issued workers' compensation policies to in the State of California, the sale of which were preconditioned upon Sentry's issuance of the unlawful Side Agreements. Therefore, members of the Class are so numerous that joinder of all members is impracticable.

90. ***Existence and Predominance of Common Questions of Law and Fact***. Fashion Nova's claim against Sentry for violation of California Business & Professions Code § 17200, et seq., involves common questions of law and fact that predominate over any questions affecting individual Class members. These common legal and factual questions include, but are not limited to, the following:

    a. Whether Sentry issued their Side Agreements to policyholders in the State of California in connection with, and as a precondition to, the sale of their workers' compensation insurance policies;

    b. Whether Sentry disclosed, and sought pre-approval from, the WCIRB and the California Department of Insurance for their Side Agreements issued to policyholders in the State of California in connection with, and as a precondition to, the sale of their workers' compensation insurance policies;

    c. Whether Sentry attached the Side Agreements to their workers' compensation insurance policies issued to policyholders in the State of California;

    d. If not, were Sentry's Side Agreements required to be disclosed to, and pre-approved by, the WCIRB and the California Department of Insurance and/or otherwise attached to Sentry's workers' compensation insurance policies;

    e. If Sentry did not seek and obtain appropriate regulatory approval prior to issuance of their Side Agreements, and did not otherwise attach the Side Agreements to their workers' compensation insurance policies, whether Sentry's failure to do so constitutes an unlawful, unfair and/or fraudulent trade practice under California state law;

f. Whether Sentry engaged in deceptive conduct by making misrepresentations and/or omissions to regulators and consumers as to the nature of the workers' compensation insurance that Sentry intended to sell in California;

g. Whether Sentry's deceptive conduct would mislead a reasonable policyholder acting reasonably under the circumstances;

h. Whether Sentry's deceptive conduct impacted the consumer public at large;

i. Whether Fashion Nova and the putative Class members were harmed as a result of Sentry's deceptive and unlawful conduct in the sale of Sentry's workers' compensation insurance utilizing the unfiled and unlawful Side Agreements; and

j. Whether Fashion Nova and the putative Class members are entitled to restitution and permanent injunctive relief.

91. ***Typicality***.  Fashion Nova's claim against Sentry for violation of California Business & Professions Code § 17200, et seq., is typical of the claims of the putative Class members because, *inter alia*, all Class members were injured through Sentry's common unlawful, unfair and/or fraudulent conduct alleged herein. Fashion Nova are advancing the same claim and legal theory on behalf of themselves and all Class members.  Upon information and belief, Sentry sold each member of the putative Class the same workers' compensation insurance program utilizing the same unfiled "Casualty Insurance Agreements" and charged each member of the Class additional excessive and improper fees and security based upon the terms of the illegal Casualty Insurance Agreements.

92. ***Adequacy of Representation***.  Fashion Nova will fairly and adequately protect the interests of the Class members.  Fashion Nova have retained counsel experienced in complex insurance and class action litigation and intend to prosecute

this action and their claim against Sentry for violation of California Business & Professions Code § 17200, et seq. Fashion Nova have no adverse interests to those of the Class members.

93. **Superiority**. A class action is superior to other available methods for the fair and efficient adjudication of this claim. The expense and burden of individual litigation would make it impracticable for the Class members to prosecute their claims individually. Individualized litigation would increase the delay and expense to all parties and the court system from the issues raised by this claim. In contrast, a class action provides the benefits of adjudicating these issues in a single proceeding. Access to proof of Sentry's unlawful, unfair and/or fraudulent conduct as to all Class members is feasible because the WCIRB and California Department of Insurance maintain records concerning Sentry's filing of policy forms, endorsements, and side agreements. Sentry's liability under the claim at issue will be established by proof of the same facts with respect to each Class member—*i.e.*, whether Sentry filed, and sought approval for, their Side Agreements with the WCIRB and/or the California Department of Insurance prior to their issuance to policyholders in the State of California and/or attached the Side Agreements to their workers' compensation insurance policies.

## III. Sentry's Bad Faith Conduct and Issuance of Unfiled and Unlawful Side Agreements

94. Under the Policies, Sentry has "the right and duty to defend" covered claims, as well as the "right to investigate and settle these claims, proceedings or suits." *See* Ex. 5, Page 241 (Part One, ¶ C). Sentry also agreed to "pay promptly when due the benefits required of you by the workers compensation law." *See id.*, (¶ B).

95. Recognizing the importance of their handling and defense of Fashion Nova's workers' compensation claims, Sentry issued SHIs providing requirements

under the Policies for their handling and defense of such claims. *See, e.g.*, Ex. 8, Pages 303-12.

96.     Sentry knows or should know that their handling and defense of Fashion Nova's workers' compensation claims—including their reserve setting practices, what they pay out on claims, and their practices in adjusting and defending claims—directly impacts Fashion Nova's future workers' compensation insurance premiums and Fashion Nova's claims payment obligations under the Policies. Sentry therefore is obligated to give the interests of Fashion Nova at least as much consideration as they give to their own interests. *See MacGregor*, 63 Cal.App.4th at page 457.

97.     Notwithstanding the foregoing, Sentry has engaged in a pattern and practice of mishandling Fashion Nova's workers' compensation claims to Sentry's benefit and at Fashion Nova's expense.

98.     Based upon review of several open claims currently being adjusted and defended by Sentry, and based upon review of the extremely limited claim file information Sentry has made available to Fashion Nova, it is clear that Sentry has engaged in a pattern and practice of mishandling Fashion Nova's workers' compensation claims, including but not limited to:

   a.   Failing to properly investigate claims;

   b.   Failing to pursue cost-sharing from other insurance companies on the risk which would compensate Fashion Nova for at least part of the claims at issue;

   c.   Rejecting and/or accepting settlement offers without first consulting Fashion Nova;

   d.   Failing to obtain relevant information regarding the claimants which would assist in the defense of the claims;

COMPLAINT

e. Failing to provide a good faith defense on behalf of Fashion Nova on those claims where defenses existed and should have been pursued;

f. Setting unreasonably high reserves on claims, without adequate investigation or justification;

g. Failing to provide the information required to be provided to employers regarding claims pursuant to California Labor Code § 3762;

h. Failing to communicate regularly with Fashion Nova regarding material developments on the claims;

i. Failing to process claims fairly with a good faith regard toward their impact on Fashion Nova's premium and claims payment obligations, including failing to timely resolve outstanding claims; and

j. Failing to require from Fashion Nova only that security which is reasonably necessary to ensure payment of outstanding and future workers' compensation claims under the Policies.

99. Rather than fairly administer claims under the Policies, Sentry engaged in the foregoing pattern and practice of bad faith conduct and breach of their obligations under the Policies in order to charge Fashion Nova excessive and unnecessary fees and premiums, thereby unjustly enriching Sentry at Fashion Nova's expense.

100. Furthermore, the claim files, monthly invoices and related documentation that Sentry provides Fashion Nova with access to omit critical information that is necessary for Fashion Nova to conduct a fulsome analysis of Sentry's handling of all relevant claims. The information missing from the claim files that Fashion Nova have access to includes, but is not limited to: (1) claimants'

medical information as to the diagnosis of the mental or physical condition for which workers' compensation is claimed, the treatment for the condition, and necessary medical information regarding the claimed injury to enable Fashion Nova to make decisions regarding modification of the claimant's work duties, as required pursuant to California Labor Code § 3762; (2) investigation reports; (3) Sentry's reserve analysis and rationale; and (4) Sentry's settlement negotiations and authority for claims.

101.    Sentry's refusal to provide Fashion Nova with access to this information is in breach of Sentry's obligations under the Policies, the SHIs, and further violates Fashion Nova's rights under California law to have access to all elements of Sentry's claim files and related documentation that affect Fashion Nova's premium obligations. *See* California Labor Code § 3762(a).

102.    Upon information and belief, Sentry has engaged in additional conduct that constitutes a breach of their obligations under the Policies and also constitutes bad faith. These additional acts and/or omissions are currently unknown to Fashion Nova and may be discovered by Fashion Nova during the course of discovery in this litigation.

103.    Sentry engaged in additional unlawful, unfair and/or fraudulent conduct when, as a precondition to issuance of the Sentry Policies, Sentry issued the unfiled and unlawful Side Agreements to Fashion Nova which purport to materially alter Fashion Nova's rights and obligations under the Policies. Sentry's Side Agreements were never filed with, and never approved by, the WCIRB or the California Department of Insurance, in direct violation of California law and Sentry never informed Fashion Nova that the purported agreements were void, illegal and unenforceable under California law.

104.    The Side Agreements contain terms and conditions that purport to materially alter Fashion Nova's rights and obligations under the Policies, including

but not limited to: (1) requiring monthly payments by Fashion Nova for all incurred amounts on claims; (2) imposing significant fees on Fashion Nova for Sentry's handling of the claims, including Sentry's review of medical bills in connection with the claims; (3) imposing significant security obligations upon Fashion Nova based upon Sentry's "sole discretion" and unilateral estimates of current and future claims; and (4) imposing draconian and unilateral default provisions on Fashion Nova which, among other things, penalize Fashion Nova in the event they leave Sentry's insurance program.

105.    Had Fashion Nova known that Sentry's use of the unfiled Side Agreements was illegal and would cause Fashion Nova significant damages, Fashion Nova would not have purchased the Policies from Sentry.

106.    Sentry has acted with egregious bad faith toward its insureds, Fashion Nova.  Sentry has deliberately violated California law and public policy as well as insurance industry custom and practice by consistently mishandling Fashion Nova's workers' compensation claims and issuing unfiled and unlawful Side Agreements all for the purpose of unjustly enriching Sentry at Fashion Nova's expense.

107.    By virtue of Sentry's ongoing bad faith claims handling practices and other bad faith conduct alleged herein, as well as Sentry's breach of their obligations under the Policies and California law, Fashion Nova have been forced to bring this lawsuit to recover the benefits promised by the Policies and protections established by California law.  Fashion Nova therefore seek declaratory relief, permanent injunctive relief and damages, including attorneys' fees and punitive damages.

## COUNT ONE

### (Declaratory Judgment)

### (Against Defendants SIC and SCC)

108.    Fashion Nova repeat and incorporate by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

109.   Under California Insurance Code § 11658 and California Code of Regulations, tit. 10, § 2268(b), insurance companies offering workers' compensation insurance for sale in California are required to disclose to, and seek pre-approval from, the WCIRB and the California Department of Insurance of any policy forms, endorsements, or ancillary agreements modifying the obligations of the policyholder or the insurer.

110.   Under California Code of Regulations, tit. 10, § 2268(a), an insurance company offering a workers' compensation insurance policy for sale in California must attach any and all policy forms, endorsements, or ancillary agreements to the workers' compensation insurance policy.

111.   The Side Agreements drafted and issued by Sentry are not standalone financial agreements.  Rather, the Side Agreements materially alter the parties' rights and obligations under the Policies issued by Sentry.

112.   As alleged herein, the Side Agreements contain numerous provisions that materially alter the parties' rights and obligations under the Policies, including but not limited to: (1) the "Company Claims Handling Charges" provision under Section 2.04 (Ex. 7, Page 288-90); (2) the "Loss and Expense Payment" provision under Section 2.09 (*id.*, Page 291-92); (3) the "Medical Cost-Containment" provision under Section 2.03 (*id.*, Page 287-88); (4) substantial security requirements set forth in Sections 4.01 and 4.02, among other provisions (*id.*, Page 292-93); (5) default provisions under Sections 6 and 7 (*id.*, Page 296-99); (6) a unilateral indemnification provision under Section 9 (*id.*, Page 299); and (7) the Venue Provision under Section 10.12.  (*Id.*, Page 301).

113.   Sentry sold their Policies to Fashion Nova in the State of California without filing the Side Agreements with, or receiving approval from, the WCIRB or the California Department of Insurance.

114.   Sentry sold their Policies to Fashion Nova in the State of California without attaching the Side Agreements to the Policies.

115.   Sentry sold their Policies to Fashion Nova in the State of California predicated on the condition that Fashion Nova agree to the terms of the Side Agreements without properly filing the Side Agreements with, or receiving approval from, the WCIRB or the California Department of Insurance in direct violation of California Insurance Code § 11658 and California Code of Regulations, tit. 10, § 2268(b).   Furthermore, Sentry's sale of the Policies in the State of California conditioned on Fashion Nova's acceptance of the Side Agreements without attaching them to the Policies is in direct violation of California Code of Regulations, tit. 10, § 2268(a).  *See also Am. Zurich Ins. Co.*, 2015 WL 4163008.

116.   Sentry did not contemporaneously provide notice to Fashion Nova that they were including the Venue Provision in the Side Agreements or that such Venue Provision was negotiable.  Sentry's failure to notify Fashion Nova of the Venue Provision or the fact that the Venue Provision was negotiable was in direct violation of California Insurance Code § 11658.5.

117.   Because of Sentry's improper and unlawful issuance of the Side Agreements to Fashion Nova without following appropriate regulatory filing and approval requirements, the Side Agreements are void and unenforceable.

118.   An actual controversy between Fashion Nova and Sentry exists relating to the parties' rights and obligations under the Side Agreements and the Policies.

119.   Fashion Nova are entitled to a declaration from this Court that:

    a.  The Side Agreements issued by Sentry alter the terms of the Policies and, accordingly, are part of the insurance program created by the Policies;

    b.  Because the Side Agreements alter the terms of the Policies, they are endorsements and/or ancillary agreements that must be filed

COMPLAINT

with and approved by the appropriate regulatory authorities before
they can be offered for sale in California;

    c.   Sentry did not file the Side Agreements with, or obtain the requisite
pre-approval from, the appropriate regulatory authorities prior to
offering the Side Agreements for sale to Fashion Nova;

    d.   Sentry did not attach the Side Agreements to the Policies issued to
Fashion Nova;

    e.   Sentry was therefore not authorized to offer the Policies for sale to
Fashion Nova in the State of California predicated on the condition
that Fashion Nova accept the terms of the Side Agreements; and

    f.   As a result of the foregoing, the unfiled and unlawful Side
Agreements, including the provisions identified in Paragraph 112
herein, are void and unenforceable.

120.   A judicial declaration of the parties' respective rights and obligations is
appropriate under the circumstances.

## COUNT TWO

### (Breach of Contract – the Policies)

### (Against Defendants SIC and SCC)

121.   Fashion Nova repeat and incorporate by reference each and every
allegation contained in the preceding paragraphs as though fully set forth herein.

122.   The Policies constitute written contracts under which Sentry agreed, in
consideration of the premiums paid, to provide certain insurance benefits to Fashion
Nova in connection with the defense and indemnity of Fashion Nova's workers'
compensation claims.

123.   Fashion Nova have satisfied all conditions precedent to the Policies or,
in the alternative, Sentry have waived or are estopped from asserting any such
conditions as defenses, or Fashion Nova's performance is otherwise excused.

124.   Under the Policies, Sentry agreed that they had "the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance.   We have the right to investigate and settle these claims, proceedings or suits." *See* Ex. 5, Page (Part One, ¶ C).

125.   Sentry further agreed to "pay promptly when due the benefits required of you by the workers compensation law." *See id.*, (¶ B).

126.   The Policies further provide that Fashion Nova are entitled to "receive information" in Sentry's "claim files that affects" Fashion Nova's premiums. *See id.*, Page 233 (§ I.A.3).

127.   The SHIs issued by Sentry detailing their duties under the Policies provide that Sentry must: (1) immediately communicate changes in reserves to Fashion Nova for amounts of $20,000 or more; (2) consult with Fashion Nova regarding all settlement recommendations; and (3) provide continuous updates to Fashion Nova regarding all ongoing claims and defense strategies until resolution of the claims.

128.   Sentry has breached and continues to breach their contractual obligations by, among other things:

    a.   Failing to provide Fashion Nova with access to full and complete claims information, including but not limited to access to Sentry's complete claim files;

    b.   Failing to provide Fashion Nova with sufficient information regarding Sentry's calculation of monthly invoiced amounts;

    c.   Failing to reasonably and adequately defend Fashion Nova in their workers' compensation claims, including unreasonably delaying resolution of claims;

    d.   Failing to abide by the requirements of the SHIs and the Policies, including but not limited to: (1) failing to immediately communicate

changes in reserve amounts to Fashion Nova; (2) failing to consult with Fashion Nova about settlement offers and negotiations; and (3) failing to keep Fashion Nova updated concerning material claim updates and defense strategy for ongoing claims;

e.  Failing to fully and adequately investigate covered workers' compensation claims under the Policies, including by failing to investigate all available defenses to such claims; and

f.  Failing to assign appropriate and reasonable reserves to claims after a reasonable and adequate investigation of the claim.

129.  Upon information and belief, Sentry has committed additional breaches of the Policies.  These additional breaches are currently unknown to Fashion Nova and may be discovered during the course of discovery in this litigation.

130.  As a direct and proximate result of Sentry's breaches, Fashion Nova have sustained damages in an amount to be proven at trial.  Among other damages, Fashion Nova have incurred significant damages in the form of increased claim payments under the Policies, as well as increased premiums based on a higher X-Mod throughout Sentry's insuring of Fashion Nova, all of which were caused by Sentry's breaches of their obligations under the Policies alleged herein.

## COUNT THREE

### (Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing)

### (Against Defendants SIC and SCC)

131.  Fashion Nova repeat and incorporate by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

132.  Implied in the Policies is a covenant that Sentry would act in good faith and deal fairly with Fashion Nova, would do nothing to impair Fashion Nova's rights to receive the benefits of the Policies, would not place their own interests ahead of

those of their insureds, and would not force their insureds to litigate to obtain benefits due under the Policies or applicable law.

133.    Here, the benefits of the Policies include, among other things, Sentry's duties to reasonably and adequately defend Fashion Nova and handle Fashion Nova's claims with a good faith regard for Fashion Nova's interests.

134.    Instead of honoring their duties and ensuring that Fashion Nova received the benefits of the Policies, Sentry breached the implied covenant of good faith and fair dealing in numerous ways.

135.    Sentry breached the implied covenant of good faith and fair dealing arising from the Policies by issuing the unlawful and unfiled Side Agreements to Fashion Nova in connection with the Policies, which did not comply with California laws and regulations governing the sale of workers' compensation insurance in the State of California.

136.    Sentry breached the implied covenant of good faith and fair dealing arising from the Policies by engaging in a pattern and practice of setting unreasonably high reserves for a "worst case scenario," without proper investigation or justification, thereby inflating Fashion Nova's monthly payment obligations to Sentry for incurred amounts.

137.    Sentry breached the implied covenant of good faith and fair dealing arising from the Policies by engaging in a pattern and practice of mishandling claims under the Policies and delaying their resolution, thereby inflating claim expenses and Sentry's claims handling fees that are charged to Fashion Nova on a monthly basis under the unfiled and unlawful Side Agreements.

138.    Sentry breached the implied covenant of good faith and fair dealing arising from the Policies by engaging in a pattern and practice of overcharging Fashion Nova improper and excessive fees under Sentry's MBR structure (*i.e.*, Sentry's medical bill review costs) contained in the Side Agreements, thereby

depriving Fashion Nova of the benefits and savings they are entitled to under the Policies.

139.   As a result of the foregoing conduct, Sentry has denied Fashion Nova the benefits of the Policies.  Sentry further breached the implied covenant of good faith and fair dealing by having engaged in and continuing to engage in the following additional conduct:

      a.  Concealing Sentry's reserve and settlement analysis and practices at the expense of Fashion Nova;

      b.  Failing to provide Fashion Nova with sufficient information regarding Sentry's calculation of monthly invoiced amounts;

      c.  Failing to process and defend claims fairly with a good faith regard toward their impact on Fashion Nova's premium and other ongoing obligations, including failing to provide a good faith defense on behalf of Fashion Nova on those claims where defenses existed and should have been pursued;

      d.  Forcing Fashion Nova to litigate to obtain benefits they are entitled to under the Policies;

      e.  Failing to provide Fashion Nova with access to Sentry's complete claim files in violation of California Labor Code § 3762(a); and

      f.  Requiring Fashion Nova, through the terms of the unlawful and unfiled Side Agreements, to provide unnecessary security in favor of Sentry in the form of a Letter of Credit for $4,160,000, which remains outstanding today and for which Fashion Nova, LLC has incurred annual costs payable to the issuing bank, including renewal fees and a fee calculated as a percentage of the outstanding face amount.

140. Upon information and belief, Sentry is aware of their mishandling of Fashion Nova's workers' compensation claims, including Sentry's repeated conduct of failing provide a good faith defense to Fashion Nova, overpaying on claims under the Policies, overcharging Fashion Nova for claims handling and other fees under the unlawful and unfiled Side Agreements, and over reserving claims in such a way as to increase Fashion Nova's claim payments to Sentry.

141. Sentry has engaged in a pattern and practice of mishandling workers' compensation claims and has committed the acts alleged above deliberately and with conscious disregard for Fashion Nova's rights, with the goal of unjustly enriching themselves at Fashion Nova's expense.

142. Upon information and belief, Sentry has committed additional acts and/or omissions in violation of their duties of good faith and fair dealing toward Fashion Nova. This additional bad faith conduct is currently unknown to Fashion Nova and may be discovered during the course of discovery in this litigation.

143. Sentry's conduct is despicable and was undertaken with oppression, fraud, and malice within the meaning of California Civil Code § 3294, entitling Fashion Nova to recover punitive damages in an amount sufficient to punish and deter similar conduct.

144. As a direct and proximate result of Sentry's breaches, Fashion Nova have suffered and continue to suffer substantial damages, including but not limited to costs incurred in hiring experts and attorneys to assist Fashion Nova in enforcing their rights under the Policies, recoverable under *Brandt v. Superior Court* (1985) 37 Cal.3d 813.

## COUNT FOUR

**(Violation of California Business & Professions Code § 17200, et seq.)**

**(Class Action – By All Plaintiffs Against Defendants SIC and SCC)**

145.   Fashion Nova repeat and incorporate by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

146.   The conduct alleged herein took place in the State of California and harmed California consumers, including Fashion Nova.

147.   As alleged herein, under California Insurance Code § 11658, insurance companies offering workers' compensation insurance for sale in California are required to disclose to, and seek pre-approval from, the WCIRB and the California Department of Insurance of any policy forms, endorsements, or ancillary agreements modifying the obligations of the policyholder or the insurer.  *See also* California Code of Regulations, tit. 10, § 2268(b).

148.   As also alleged herein, under California Code of Regulations, tit. 10, § 2268(a), insurance companies "shall not use any policy form, endorsement form, or ancillary agreement unless attached to and made a part of the policy."

149.   Policy forms, endorsements, or ancillary agreements that modify the obligations of the policyholder or the insurer and are not filed with or approved by the WCIRB or the California Department of Insurance and/or are not attached to and made part of the insurance policy are void and unenforceable.

150.   California Insurance Code § 11658 and California Code of Regulations, tit. 10, § 2268 are intended to protect consumers that are issued workers' compensation insurance in the State of California.  Sentry's violation of this statute and its regulatory framework renders the Side Agreements that Sentry issued in connection with their Policies void and unenforceable.  *See Am. Zurich Ins. Co.*, 2015 WL 4163008; *Luxor Cabs, Inc. v. Applied Underwriters Captive Risk Assur. Co.* (2018) 30 Cal.App.5th 970.

151. Sentry's violations of California Insurance Code § 11658 and California Code of Regulations, tit. 10, § 2268 constitute predicate unlawful acts for the purposes of California Business & Professions Code § 17200. Sentry's conduct alleged herein is also unfair to Fashion Nova and all those similarly situated.

152. As a direct, proximate, and foreseeable result of Sentry's wrongful conduct and violations of the law alleged herein, Sentry's business acts and practices have caused injury to Fashion Nova and the putative Class. Fashion Nova and those similarly situated are entitled to relief, including full restitution of all monetary sums unlawfully obtained by Sentry, and permanent injunctive relief precluding Sentry from enforcing the terms of the unfiled and unlawful Side Agreements.

153. Sentry's conduct is also fraudulent because Sentry made false and misleading statements and/or omissions to California consumers regarding the terms of the Policies and the nature of the Side Agreements. Among other things alleged herein, Sentry represented to Fashion Nova and similarly situated insureds that the Policies contained all relevant terms and conditions. However, as a precondition to issuance of the Policies, Sentry then issued the unfiled and unlawful Side Agreements, which contained non-negotiable onerous terms and conditions that impaired the rights and benefits Fashion Nova and the putative Class members were entitled to under the Policies.

154. Sentry's conduct and practices are likely to deceive the public. A reasonable consumer would be deceived by Sentry's statements and omissions in the marketing and sale of the Policies, and Fashion Nova and the putative Class members have in fact been deceived. Had Fashion Nova and those similarly situated known of the unlawful nature of the Side Agreements and the damages that they would sustain as a result of the illegal terms of such agreements, they would not have purchased workers' compensation insurance from Sentry on the same terms or at all.

155.   When purchasing the Policies, Fashion Nova and the putative Class members relied on the deceptive statements and/or omissions of Sentry alleged herein.

156.   Fashion Nova and the putative Class members have standing to sue Sentry pursuant to California Business & Professions Code § 17204 because Fashion Nova and the putative Class have suffered an injury in fact and have lost money and/or property as a result of Sentry's unlawful, unfair and/or fraudulent business practices.

157.   Fashion Nova paid Sentry premium and additional substantial fees in exchange for the Policies and the benefits thereunder and, in exchange, received an unlawful workers' compensation insurance program with onerous and non-negotiable terms that materially altered Fashion Nova's rights and obligations under the Policies.  Alternatively, Fashion Nova paid more for workers' compensation insurance than they would have had the true nature of Sentry's workers' compensation insurance program been disclosed.

158.   As a result of Sentry's repeated unlawful, unfair and/or fraudulent business practices alleged herein, Fashion Nova and the putative Class members have sustained significant financial injury.  Fashion Nova and the putative Class members seek an order pursuant to California Business & Professions Code § 17203 requiring Sentry to pay restitution of all monetary sums collected pursuant to the void and unenforceable Side Agreements, including the unnecessary, improper and excessive fees charged under the Side Agreements.

159.   Fashion Nova and the putative Class members further seek an order pursuant to California Business & Professions Code § 17203 permanently enjoining Sentry from continuing to engage in the unlawful, unfair and/or fraudulent business practices alleged herein and Fashion Nova and the putative Class members have no other adequate remedy at law.

160.    Fashion Nova further seek an order for attorneys' fees as a result of Sentry's unlawful, unfair and/or fraudulent conduct alleged herein.

## **PRAYER FOR RELIEF**

1.    On the First Count (Declaratory Judgment):

    A.    For a declaration that Defendants' Side Agreements are void and unenforceable because they were required to be, and were not, filed and approved by the appropriate regulatory authorities and/or were required to be, and were not, attached to the Policies.

2.    On the Second Count (Breach of Contract):

    A.    Damages in an amount to be proven at or following trial, including an award of pre-judgment and post-judgment interest thereon at the maximum rate permitted by law.

3.    On the Third Count (Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing):

    A.    Damages in an amount to be proven at or following trial;

    B.    Attorneys' fees and costs incurred in obtaining the benefits due under the Policy, in an amount to be proven at trial pursuant to *Brandt*, 37 Cal.3d 813;

    C.    Pre-judgment and post-judgment interest on such amounts at the maximum rate permitted by law; and

    D.    Punitive damages in an amount sufficient to punish Defendants and deter similar conduct in the future.

4.    On the Fourth Count (Violation of California Business & Professions Code § 17200, et seq. – Class Action):

    A.    Certifying Fashion Nova's Count Four as a class action claim and appointing Fashion Nova as Class Representatives and their counsel as Class Counsel;

B.    Awarding restitution to Fashion Nova and those similarly situated of all monetary sums obtained from Defendants as a result of their unlawful, unfair and/or fraudulent business practices in violation of California Business & Professions Code § 17200, et seq.;

C.    Entering a permanent injunction against Defendants enjoining them from continuing to engage in the unlawful, unfair and/or fraudulent business practices alleged; and

D.    Awarding Fashion Nova attorneys' fees and costs as permitted by statute.

5.    As to all Counts, such other and further relief as the Court deems just and proper.

COMPLAINT

1

2

## **JURY DEMAND**

Fashion Nova request a trial by jury on all issues so triable.

3

4   DATED: January 20, 2026                    Respectfully submitted,

5                                              PILLSBURY WINTHROP SHAW
                                               PITTMAN LLP
6

7                                              By:    */s/ Lucia E. Coyoca*

8                                                     Alexander D. Hardiman, Esq.
                                                      Colin M. Davis, Esq.
9                                                     Anjanique L. Barber, Esq.
                                                      31 W. 52nd Street
10                                                    New York, New York 10019

11                                             MITCHELL SILBERBERG &
                                               KNUPP LLP
12                                             Lucia E. Coyoca, Esq.
                                               Valentine A. Shalamitski, Esq.
13                                             2049 Century Park East, 18th Fl.
                                               Los Angeles, California 90067
14

15                                             Attorneys for Plaintiffs Fashion Nova,
                                               LLC and FN Logistics, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# Exhibit 1

# ADDITIONAL CONDITIONS - PARTICIPATION

Participation

You will share in any dividends in accordance with conditions established by the Board of Directors.

The first page of Declarations names the company issuing this policy. The officer signatures which correspond to that company are a part of this policy. None of the other signatures apply to this policy.

**SENTRY CASUALTY COMPANY**
Stevens Point, Wisconsin

Secretary

**80 2314 SC 01 07**
9021547
Sentry Casualty Company
1   00001 0000000000 22010 0 N

Exhibit 1, Page 48
25e3c99b-7234-489b-8e7e-508fc5f54abb

**Page 1 of 1**
01/10/2022



POLICY NUMBER: 9021547001

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY INFORMATION PAGE

| | |
|---|---|
| Sentry Casualty Company<br>(A Participating Stock Company)<br>A member of the Sentry Insurance Group<br>1800 North Point Drive<br>Stevens Point, WI 54481 | Carrier Code No      37877<br>Policy Number      9021547001<br><br>Arthur J Gallagher & Co<br>505 N Brand Blvd Ste 600<br>Glendale, CA 91203<br>Agency Code 1105360<br>630-773-3800 |

**ITEM**

**1.  INSURED**

**First Named Insured:**   Fashion Nova LLC
**Address:**               2801 E 46th St
                           Vernon, CA 90058-2403
**Phone Number:**          800-866-0286
**Business Description:**  Limited liability company

See Schedule of Entities for Other Insured Entities

Other workplaces not shown above:
See Extension of information page

**2.  POLICY PERIOD**

The policy period is from 01/09/2022 to 01/09/2023 at 12:01A.M, Standard Time at the First Named Insured's mailing address shown above.

**3.  COVERAGE**

   A.  Workers Compensation Insurance: Part One of the policy applies to the workers compensation law of the states listed here:

   California

POLICY NUMBER: 9021547001

### 3. COVERAGE

B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $    1,000,000 | Each accident |
| Bodily Injury by Disease | $    1,000,000 | Each employee |
| Bodily Injury by Disease | $    1,000,000 | Policy limit |

C. Other States Insurance: Part Three of the policy applies in all states except those listed in Item 3.A., and the following:
ND OH WA WY

D. This policy includes these Endorsements and Schedules:

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 B 01 12 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 06 04 84 | Waiver Of Our Right To Recover From Others Endorsement - California |
| WC 04 03 60 A 11 99 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 A 12 93 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 09 20 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |

### 4. PREMIUM

The premium for this policy will be determined by our Manuals of Rules, Classification, Rates and Rating Plans. All information required below is subject to verification and change by audit.

See Schedule for premium summary breakdown by state

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|

See Schedule for premium breakdown by state, location and classification

| | Code No. | | | |
|---|---|---|---|---|
| Total Estimated Standard Premium Excluding Increased Limits and Deductible Credits | | | | $ ▮▮▮▮▮ |
| Total Premium Discount | | | | $ ▮▮▮▮▮ |
| Total Deductible Credit | | | | $ ▮▮▮▮▮ |
| Increased Limits Premium - Standard Coverage | 9812 | | | $ ▮▮▮▮▮ |

Copyright 1987 National Council on Compensation Insurance

Exhibit 1, Page 50

**WC 00 00 01 A CA**
01/10/2022

POLICY NUMBER: 9021547001

## 4.  PREMIUM

| | | | | |
|---|---|---|---|---|
| | 0900 | Policy Expense Constant (CA) | $ | ▮▮▮ |
| | 9740 | Terrorism | $ | ▮▮▮ |
| Total Estimated Annual Premium | | | $ | ▮▮▮▮ |
| Std Min (CA) | | | $ | ▮▮ |
| STD EL MINIMUM (CA) | | | $ | ▮▮ |
| *Total Non Premium Charges | | | $ | ▮▮▮ |
| Total Estimate due to this policy | | | $ | ▮▮▮ |

*Non-Premium charges are state mandated tax/assessments/etc

### CONTACT INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 1800 North Point Drive<br>Stevens Point, WI 54481 | Phone: | Toll Free | 800-473-6879 |
| Policy Issued at: | 1800 North Point Drive<br>Stevens Point, WI 54481 | | | |

### SCHEDULE OF ENTITIES AND LOCATIONS

| | | | |
|---|---|---|---|
| Entity: | 1 | Name Link Code | |
| Named insured: | Fashion Nova LLC | Entity Type: | Limited liability company |
| | | Federal Id: | XXXXXX6139 |
| Location: | 1 | Risk ID: | 7583762R |
| Address: | 2801 E 46th St<br>Vernon, CA 90058-2403 | | |

### SCHEDULE OF CLASS DESCRIPTIONS

| Class Code | Class Code Descriptions |
|---|---|
| 8008 | Stores - Clothing - Linens - Fabric - Retail |
| 8810 | Clerical Office Employees |

### SCHEDULE OF PREMIUM AND NON-PREMIUM BY STATE

| States Not Subject To Retro | | Premium | Non-Premium |
|---|---|---|---|
| California | Operations Per Schedule | $ ▮▮▮ | $ ▮▮▮ |

### SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION
### STATE -  CALIFORNIA

| | | | |
|---|---|---|---|
| Period: | 01/09/2022 - 01/09/2023 | | |
| Entity name: | Fashion Nova LLC | Federal Id: | XXXXXX6139 |
| Location: | 1 | | |
| Address: | 2801 E 46th St<br>Vernon, CA 90058-2403 | NAICS Code: | 448140 |

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
3    00003  0000000000  22010  0  N

Copyright 1987 National Council on Compensation Insurance

Exhibit 1, Page 51
dd808117-1666-472b-befd-6fcf0df0bcfd

**Page 3 of 5**
01/10/2022

POLICY NUMBER: 9021547001

## SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION

| Classification | Code No | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Stores - Clothing - Linens - Fabric - Retail | 8008 | $ ███████ | $ ███ | $ ███████ |
| Class Minimum | | $ ████ | | |
| Stores - Clothing - Linens - Fabric - Retail - Voluntary Compensation and Employers Liability | 8008 | $ ████ | $ ███ | $ ████ |
| Class Minimum | | $ ████ | | |
| Clerical Office Employees | 8810 | $ ███████ | $ ███ | $ ██████ |
| Class Minimum | | $ ████ | | |
| | | Total Entity Class Premium | | $ ██████ |
| Total State Class Premium | | | | $ ████ |
| | 0930 | Blanket Waiver of Our Right To Recover From Others (0.020) | | $ ██████ |
| Premium for Increased Limits Part Two | | | | |
| | 9812 | (2.80%) Increased Limits Premium - Standard Coverage | | $ █████ |
| Premium subject to Modification | | | | $ █████ |
| | 9898 | Experience Rating Modification Factor (3.170) | | $ █████ |
| Premium modified to reflect Exp. Mod. of 3.170 | | | | $ █████ |
| | 9663 | Large Deductible | | $ ██████ |
| (CA) Estimated Standard Premium | | | | $ █████ |
| | 0063 | (11.00%) Premium Discount (CA) | | $ █████ |
| | 9740 | Terrorism (0.010) | | $ ████ |
| (CA) Estimated Annual Premium | | | | $ ████ |
| Non-Premium Charges | | | | |
| | | (1.93%) CA State WC Administrative Surcharge | | $ █████ |
| | | (0.15%) CA Uninsured Employers Benefits Trust Fund Assessment | | $ ████ |
| | | (1.75%) CA Subsequent Injuries Benefits Assessment | | $ █████ |
| | | (0.92%) CA Occupational Safety and Health Fund Assessment | | $ █████ |
| | | (0.71%) CA Labor Enforcement and Compliance Fund Assessment | | $ █████ |

Copyright 1987 National Council on Compensation Insurance

Exhibit 1, Page 52

WC 00 00 01 A CA
01/10/2022

POLICY NUMBER: 9021547001

**SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION**

| | | |
|---|---|---|
| (0.49%) CA WC Fraud Assessment | $ | ███████ |
| (0.00%) California Insurance Guarantee Association Surcharge | $ | ███ |
| Total Estimate due to this State | $ | ███████ |

*Non-Premium charges are state mandated tax/assessments/etc

The following endorsements apply to this state

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 B 01 12 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 06 04 84 | Waiver Of Our Right To Recover From Others Endorsement - California |
| WC 04 03 60 A 11 99 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 A 12 93 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 09 20 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
5   00003 0000000000 22010 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 1, Page 53
dd808117-1666-472b-befd-6fcf0df0bcfd

**Page 5 of 5**
01/10/2022

POLICY NUMBER: 9021547001



# POLICYHOLDER NOTICE
# SCHEDULE OF NAMED INSUREDS

Named Insured:

Fashion Nova LLC

And any affiliated or subsidiary company of the Named Insured as now or hereafter constituted in which the Named Insured owns a majority, greater than fifty percent (50%), interest.

**WC 80 99 0020 03 19**

9021547

Sentry Casualty Company

1   00001 0000000000 22010 0 N

Exhibit 1, Page 54

7147537e-a30a-45ce-97ad-c9b00385dbcc

**Page 1 of 1**

01/10/2022



Number of pages including cover:

# Workers' Compensation Claim Report
## Fax Cover Sheet

| IMMEDIATE ACTION REQUIRED |
| :---: |
| **FIRST REPORT OF INJURY ATTACHED** |

To: **Sentry Claims Service Center**

Fax #: **800-726-8631**

From: _____

Business Name: <u>Fashion Nova LLC</u>

Account/Policy Number: <u>9021547001</u>

Phone #: _____

Fax #: _____

Location Code: _____    Department Code: _____
(if applicable)

**PLEASE INDICATE WHICH OF THE FOLLOWING APPLY:**

☐ Lost time involved

    ☐ Employee is currently completely off work

    ☐ Employee is currently working restricted duty or restricted hours

☐ Medical only claim (involving no lost time from work or wage loss)

☐ Record only (informational purposes only - no treatment outside the workplace has been sought or prescriptions filled)

☐ **Questionable Claim** - Please Investigate
(Please list concerns on a separate page, not on the First Report of Injury form)

**Due to federally mandated Medicare reporting requirements, you must report the date of birth and Social Security number on all WC claims.**

**90 226 01 18**
9021547001
Sentry Casualty Company
1   00001 0000000000 22010 0 N

Exhibit 1, Page 55
5e883f1c-0c09-4e43-99d7-7ae0f29c4e1c

**Page 1 of 2**
01/10/2022

Timely reporting of accidents and losses is a critical factor in controlling Workers' Compensation costs. Delays can increase Workers' Compensation costs by 20 to 30 percent and the rate of litigation by as much as 45 percent.

Sentry provides a toll-free fax service to report accidents. It can significantly improve the timely reporting of Workers' Compensation claims by:

- Allowing investigations to start sooner and preventing the loss of critical evidence

- Providing the opportunity to implement medical cost-containment measures to ensure your employees receive quality care at a reasonable cost

- Encouraging prompt resolution of claims, reducing the likelihood of litigation and the potential of fraudulent claims

---

### TO REPORT WORKERS' COMPENSATION CLAIMS BY FAX

Sentry allows you to fax Employer's First Reports to Sentry, eliminating mail delays. We will mail the completed Workers' Compensation First Report of Injury Form to your state's Workers' Compensation bureau, where applicable.

Steps to reporting claims by fax:

1. Complete your state-specific First Report of Injury Form for a Workers' Compensation claim

2. Fill out the fax cover sheet from page 1 of this document based on the specifics of the claim being reported and print off a copy of the completed cover sheet.

3. Fax a copy of the completed cover sheet and your completed First Report of Injury Form to Sentry at:

| 800-726-8631 |
|:---:|

## Three Ways to Take Control of Your
## Workers' Compensation Medical Expenses
*What you can do to impact the cost of your insurance and
favorably add to your company's bottom line.*

**1.** Encourage injured employees to seek treatment from members of the Sentry utilized Workers' Compensation Medical Network offerings. Your employees receive high quality medical care, and you'll benefit from pre-negotiated rates.

In some states, you are allowed to direct the injured worker to a preselected physician for a limited period of time, if you post the names of those doctors in a readily visible area. These states include AL, CO, FL, GA, IA, ID, IN, KS, ME, MI, MO, NJ, NM, NC, PA, SC, TN, UT, VT, and VA.

If your State Workers' Compensation law does not allow you to direct an injured worker to a preselected physician, the injured employee may still appreciate your help in identifying a qualified care provider. However, never infringe on the legal right of injured workers to select their own physicians.

**2.** **Use the pharmacy network** to fill prescriptions for work-related injuries**.** Sentry's pharmacy network allows injured employees to have their medications filled at a local pharmacy with no out-of-pocket expense and at a discounted rate to your business. Visit www.workcompauto.optum.com/resources/pharmacy-locator or call 1-877-470-9572 to see a full list of network pharmacies.

**Use the First Fill program** so your injured employee can immediately receive pharmaceutical care, before the first notice of loss for the claim is fully processed. The program eliminates prescription issues by allowing a pharmacy to identify the carrier and process prescriptions electronically.

In these situations, providing a completed First Fill Prescription Form to a participating pharmacy within 30 days of the injury, Optum will allow a pharmacy to provide a 10-day supply (a Samaritan dose) to the injured employee, if the prescribed medication is part of the standard formulary. If the first notice of loss is not received or the claim is deemed non-compensable, Optum will absorb the cost of the 10-day supply at no cost to you or the injured employee.

**3.** **Report all injuries promptly** so Sentry can investigate the injury and ensure proper handling. Proper handling of a claim will ensure you get the best treatment at the best price.

**Note:** Workers' compensation claim handling can vary by state. For example, state regulations may differ on the waiting period before the injured employee can collect wage replacement benefits, or when he or she may be considered well enough to stop workers' compensation benefit payments.

# 1. Sentry Workers' Compensation Medical Network
## Frequently Asked Questions

**QUESTION:**   **What will the Sentry utilized Coventry Workers' Compensation Medical Network do for me?**

**ANSWER:**   It is an excellent tool to control medical expenses, which in turn allows Sentry to provide you with significant, long-term savings.

Medical care costs are a function of both volume and price per unit. By establishing contracts with hospitals, physicians, and outpatient care providers over a multi-year period, caps are obtained on annual increases and substantial discounts are obtained for our insureds who receive treatment from Coventry participating providers.

**QUESTION:**   **Must my employees seek medical treatment only from members of the Coventry Workers' Compensation Medical Network?**

**ANSWER:**   No. Depending on your state Workers' Compensation laws, your employees may receive treatment either from a provider you select, or from their choice of provider.

You can encourage any injured employee to use a specific participating provider in the Coventry Workers' Compensation Medical Network by placing worksite posters in each of your locations. Your employees will receive high quality medical care, and you'll benefit from the pre-negotiated rates that can decrease your medical costs.

**QUESTION:**   **What forms or procedures do I follow to qualify for the discounts offered by the Sentry utilized-Coventry Workers' Compensation Medical Network?**

**ANSWER:**   There are no additional forms. Participating providers automatically accept contractual rates for employees covered by a Sentry Workers' Compensation plan.

**QUESTION:**   **How can I find out if a hospital or doctor is a participating member of the Coventry Workers' Compensation Medical Network?**

**ANSWER:**   You may access participating providers and create a customized worksite poster by visiting the VIIAD website at **www.viiad.com/sentry/public**. Instructions for accessing participating providers in your area are provided in the 4-step process noted below and are also accessible on the VIIAD Web Site. Or, you may call 800-473-6879, option 1 and option 4 to request the names of providers.

1) Access the VIIAD website **www.viiad.com/sentry/public**
2) Select the **Search Providers** option
3) Limit your search by ZIP code, State, Mile Radius. If preferred, narrow your search by Hospital/Group Name, Provider Last Name, or Provider Type.
4) Click the **Search Providers** action button.

**QUESTION:**   **Can I recommend a doctor or hospital to become part of the Coventry Workers' Compensation Medical Network?**

**ANSWER:**   Yes. Contact your Sentry sales representative with the name of the provider. To become part of the network, the provider must meet quality assurance requirements, agree to annual cap increases, and negotiate fixed rates of reimbursement for services delivered.

**QUESTION:** **What does the star display mean next to providers that are displayed in the provider search tool and on worksite posters?**

**ANSWER:** The ⭐ indicator identifies those WC providers who have been statistically shown to have better overall claim outcomes as compared to their peers and should be referred to whenever possible or as applicable by state law.

# HOW TO CREATE WORKSITE POSTERS

To create a worksite poster to display participating providers close to your business:

Step 1        Visit the Workers' Compensation Web site

             **www.viiad.com/sentry/public**.

Step 2        Choose the Worksite Poster option.

Step 3        Enter Employer Name, Location ID, Address, City/State/Zip, Phone, Fax and document name.

Step 4        Create Worksite Poster action button.

Step 5        Edit or add providers or provider categories through the Add Category, Search and Add new action buttons.

Step 6        Select Create Provider Panel action button.

Step 7        E-mail, Print or Fax Worksite poster directly from the site.

**WC 80 99 0009 11 18**
9021547001
Sentry Casualty Company
3    00002 0000000000 22010 0 N

Exhibit 1, Page 59
19ff435e-a1d5-44ec-bae8-1500e27c8813

**Page 3 of 4**
01/10/2022



## 2. RETAIL PRESCRIPTION PROGRAM

Sentry Insurance is pleased to provide a pharmacy benefits program that can help reduce your Workers' Compensation costs - Optum.

Optum applies extensive clinical expertise along with workflow-driven technology to improve claims outcomes, increase efficiency, and reduce the total cost of prescription drugs while raising the quality of care for injured workers.

This program includes:
- A First Fill program
- Comprehensive drug utilization review applied to all retail, mail-order, and paper transactions
- Efficient processes to minimize third-party billing
- A network with more than 65,000 participating pharmacies
- 24/7 multilingual support

We have enclosed a first fill form for your convenience.

If you have any questions, contact Optum at 1-877-470-9572, Sentry Insurance at 1-800-473-6879, or your sales representative.




Hello,

We're your workers' compensation insurance carrier in California.

In accordance with California Labor Code 4600.2, effective April 1, 2019 Sentry Insurance has established a Pharmacy Benefit Network (PBN) to process all California jurisdiction workers' compensation pharmacy prescriptions. Sentry Insurance has contracted with Optum, which owns the Tmesys pharmacy network, to process these prescriptions.

Included with this inquiry you'll find information about the Tmesys PBN. We've also included first fill forms that should be provided to employees at time of injury.

If you have questions, give us a call at 800-473-6879 and select claims or e-mail managedcare@sentry.com.

Thank you.

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
1   00004 0000000000 22010 0 N

Exhibit 1, Page 61
280fe878-9194-4828-a8fa-acd3c9da0042

**Page 1 of 4**
01/10/2022



# Workers' Compensation
# Notification Pharmacy Benefit Network

Your employer and your workers' compensation claims administrator have selected Optum as their workers' compensation pharmacy benefit network (PBN), to provide medications for your work-related injury through their pharmacy network, Tmesys®.

**This plan provides that drugs (and other services) prescribed for treating your work injury can be obtained only from companies or providers specified in your plan.**

**If you have any questions about how to obtain prescribed medications, call 1-866-599-5426.**



### LOCATING A PLAN PHARMACY
More than 5,000 Locations in CA

1. Go to the Tmesys website at www.tmesys.com
2. Select the search method you prefer

Call 1-866-599-5426 to speak to a customer care specialist

## Plan Limitations
- You must present your workers' compensation pharmacy card to a participating network pharmacy in order to receive medications.

- Only medications used to treat your work-related injury are covered.

- Some medications may not be on the authorized list, in which case the pharmacy will contact Optum to try to obtain approval while you are at the pharmacy.

- If a pharmacy that is part of the participating network charges you for medications, you are not subject to plan limitations.

- Your prescribed medication may be subject to Utilization Review at the request of your claims administrator.

## How to Obtain Medicines
1. Your employer will provide you information and notification on the network and how to obtain medications upon implementation or when you were hired.
2. Upon receiving a notice of first injury, your employer will provide you with additional notification of requirements as well as a First Fill Card.
3. Give the card to the pharmacist at a participating network pharmacy with your prescription.
4. The pharmacist will fill your prescription. You should not receive a bill for these medications.
5. A permanent workers' compensation pharmacy card will be mailed to you.
6. Use the permanent card each time you have a prescription filled for your work-related injury.

**We look forward to serving you. If you have any questions about how to obtain prescribed medications, call 1-866-599-5426 or visit our Pharmacy Center on www.tmesys.com.**

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
2    00004 0000000000 22010 0 N    Exhibit 1, Page 62    IMP14-16201    **Page 2 of 4**
01/10/2022
280fe878-9194-4828-a8fa-acd3c9da0042

 

**Optum**
PO Box 152539
Tampa, FL 33684-2539

# MAKING IT EASY...
## TO GET WORKERS' COMPENSATION PRESCRIPTIONS FILLED.

Optum has been chosen to manage your workers' compensation pharmacy benefits for your employer or their insurer. Below is your First Fill card that will allow you to receive your injury-related prescriptions at your local pharmacy. Please fill out the card based on the instructions below.

### Injured Employee:

 If you need a prescription filled for a work-related injury or illness, go to an Optum Tmesys® network pharmacy. Give this temporary card to the pharmacist. The pharmacist will fill your prescription at low or no cost to you.

 If your workers' compensation claim is accepted, you will receive a more permanent pharmacy card in the mail. Please use that card for other work-related injury or illness prescriptions.

 Most pharmacies and all major chains are included in the network. To find a network pharmacy call 1-877-470-9572 or visit www.tmesys.com.

### Questions? Need Help?
# 📱 1-877-470-9572

---

 **Sentry**

**WORKERS' COMPENSATION PRESCRIPTION DRUG PROGRAM**

Sentry Insurance
_____    _____
CARRIER/TPA                              EMPLOYER

_____
INJURED WORKER NAME

**Please provide directly to Pharmacist**
_____    _____
SOCIAL SECURITY NUMBER          DATE OF INJURY (YYMMDD)

**Notice to Cardholder:** Present this card to the pharmacy to receive medication for your work-related injury. To locate a pharmacy: tmesys.com.

---

**Attention Pharmacists:** Enter RxBIN, RxPCN and GROUP. Member ID # format is the date of injury and SSN combined as follows: YYMMDD123456789.

Tmesys is the designated PBM for this patient.

**Tmesys Pharmacy Help Desk
1-800-964-2531**

|        | NDC    |    | Envoy        |
|--------|--------|----|--------------|
| RxBIN  | 004261 | or | 002538       |
| RxPCN  | CAL    | or | Envoy Acct. # |
| GROUP  | SNTRFF |    |              |

---

**NOTE:** *This First Fill card is only valid for your workers' compensation injury or illness.*

 ### Employer:
Immediately upon receiving notice of injury, fill in the information above and give this form to the employee.

The following entities comprise the Optum Workers Compensation and Auto No Fault division: PMSI, LLC, dba Optum Workers Compensation Services of Florida; Progressive Medical, LLC, dba Optum Workers Compensation Services of Ohio; Cypress Care, Inc. dba Optum Workers Compensation Services of Georgia; Healthcare Solutions, Inc., dba Optum Healthcare Solutions of Georgia; Settlement Solutions, LLC, dba Optum Settlement Solutions; Procura Management, Inc., dba Optum Managed Care Services; Modern Medical, dba Optum Workers Compensation Medical Services, collectively and individually referred as "Optum."



IMP14-1813-34_SNTRFF

---

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company

**Page 3 of 4**
01/10/2022

3   00004 0000000000 22010 0 N          280fe878-9194-4828-a8fa-acd3c9da0042

  

**Optum**
PO Box 152539
Tampa, FL 33684-2539

# HACEMOS MÁS SENCILLO...
## EL ABASTECIMIENTO DE LAS RECETAS MÉDICAS DEL PROGRAMA DE COMPENSACIÓN POR ACCIDENTES LABORALES.

Optum ha sido elegido para administrar los beneficios farmacéuticos de su programa de compensación por accidentes laborales para su empleador o su asegurador. Más adelante incluimos su tarjeta First Fill que le permitirá recibir las recetas médicas relacionadas con su lesión en su farmacia local. Llene esta tarjeta siguiendo las instrucciones que se indican a continuación.

### Empleado lesionado:

 Si necesita que se le abastezca su receta médica para una lesión o enfermedad relacionada con su trabajo, visite una farmacia de la red Optum Tmesys®. Entregue esta tarjeta temporal al farmacéutico. El farmacéutico abastecerá su receta médica bajo costo o sin costo alguno.

 Si se acepta su reclamación del programa de compensación por accidentes laborales, recibirá una tarjeta permanente por correo. Use esa tarjeta para otras recetas médicas de lesiones o enfermedades relacionadas con su trabajo.

 La mayoría de farmacias y todas las grandes cadenas de farmacias, forman parte de la red. Para encontrar una farmacia de la red, llame al 1-877-470-9572 o visite www.tmesys.com.

**¿Tiene alguna pregunta? ¿Necesita ayuda?**

📱 **1-877-470-9572**

---

 

**WORKERS' COMPENSATION PRESCRIPTION DRUG PROGRAM**

Sentry Insurance

PORTADORA _____ EMPLEADOR _____

NOMBRE DEL TRABAJADOR LESIONADO _____

Please provide directly to Pharmacist

NÚMERO DE SEGURO SOCIAL _____ FECHA DE ALA LESIÓN (AAMMDD) _____

**Aviso para el titular de la tarjeta:** Presente esta tarjeta a la farmacia para recibir los medicamentos para la lesión relacionada con su trabajo. Para ubicar una farmacia, visite tmesys.com.

**Attention Pharmacists:** Enter RxBIN, RxPCN, and GROUP. Member ID # format is the date of injury and SSN combined as follows: YYMMDD123456789.

Tmesys is the designated PBM for this patient.

**Tmesys Pharmacy Help Desk
1-800-964-2531**

| | NDC | | Envoy |
|---|---|---|---|
| RxBIN | 004261 | or | 002538 |
| RxPCN | CAL | or | Envoy Acct. # |
| GROUP | SNTRFF | | |

**NOTA:** *Esta tarjeta First Fill solo es válida para una lesión o enfermedad cubierta por su programa de compensación por accidentes laborales.*

 **Empleador:**
Inmediatamente después de recibir un aviso sobre una lesión, llene la información antes indicada y entregue este formulario al empleado.

The following entities comprise the Optum Workers Compensation and Auto No Fault division: PMSI, LLC, dba Optum Workers Compensation Services of Florida; Progressive Medical, LLC, dba Optum Workers Compensation Services of Ohio; Cypress Care, Inc. dba Optum Workers Compensation Services of Georgia; Healthcare Solutions, Inc., dba Optum Healthcare Solutions of Georgia; Settlement Solutions, LLC, dba Optum Settlement Solutions; Procura Management, Inc., dba Optum Managed Care Services; Modern Medical, dba Optum Workers Compensation Medical Services, collectively and individually referred as "Optum."



IMP14-1813-34_SNTRFF

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
4    00004 0000000000 22010 0 N

Exhibit 1, Page 64
280fe878-9194-4828-a8fa-acd3c9da0042

**Page 4 of 4**
01/10/2022

# NOTICE TO CALIFORNIA WC POLICYHOLDERS OCCUPATIONAL INJURY AND ILLNESS PREVENTION CONSULTATION SERVICES

As part of our insurance program, the following occupational injury and illness prevention consultation services are provided at no additional cost to our insureds.

1.  Surveys of buildings and operations for hazardous conditions.

2.  Consultation to aid in the resolution of occupational injury and illness prevention problems.

3.  Analysis of loss data to identify and evaluate actual or potential exposures which can result in employee injury and illness.

4.  Assistance in training managers, supervisors and employees with regard to injury and illness prevention principles and techniques.

5.  Provide information on safety and health standards, codes, regulations, safety equipment and technical data.

6.  Assist in the evaluation of existing injury and illness prevention programs or development of an appropriate program to fit your needs.

7. Provide visual aids to supplement your injury and illness prevention program.

If you have an immediate need for any of these services, please write, fax, or call:

> Safety Services
> Sentry Insurance
> 1800 North Point Drive
> Stevens Point, WI 54481
> 1-800-473-6879
> Fax: 715-346-8015

Notice:    Workers' compensation insurance policyholders may direct questions or complaints about an insurer's loss control consultation services by contacting: State of California, Department of Industrial Relations; Loss Control Services Coordinator, The Commission on Health, Safety & Workers' Compensation, 455 Golden Gate Avenue, 10th Floor, San Francisco, CA 94102 (415) 703-4220.

**WC 80 04 0012 08 12**
9021547001
Sentry Casualty Company
1    00001 0000000000 22010 0 N

Exhibit 1, Page 65
423839c0-00c8-4c8a-8ebb-bb1faebc85d8

**Page 1 of 1**
01/10/2022

# POLICYHOLDER NOTICE
# CALIFORNIA WORKERS' COMPENSATION

California requires employers to provide to new employees a written notice which covers the contents of Labor Code sections 3550, 3551, and the Division of Workers' Compensation Regulations 9880.

The written notice requirements pursuant to Labor Code section 3551 must be provided to every new employee, either at the time the employee is hired or by the end of the first pay period.

Failure to comply with the posted and written notice requirements "shall constitute a misdemeanor, and shall be prima facie evidence of non-insurance." In addition, "failure of an employer to provide the notice...shall automatically permit the employee to be treated by his or her personal physician with respect to an injury occurring during that failure."

English and Spanish versions of Posters and Pamphlets are available.

THE FOLLOWING ARE EXCERPTS FROM THE LABOR CODE SECTIONS AND REGULATION 9880:

3550.  (a)  Every employer subject to the compensation provisions of this division shall post and keep posted in a conspicuous location frequented by employees and where the notice may be easily read by employees during the hours of the workday, a notice that states the name of the current compensation insurance carrier of  the employer, or when such is the fact, that the employer is self-insured, and who is responsible for claims adjustment.

(b)  Failure to keep any notice required by this section conspicuously posted shall constitute a misdemeanor, and shall be prima facie evidence of noninsurance.

(c)  This section shall not apply with respect to the employment of employees as defined in subdivision (d) of Section 3351.

(d)  The form and content of the notice required by this section shall be prescribed by the administrative director, after consultation with the Commission on Health and Safety and Workers' Compensation, and shall advise employees that all injuries should be reported to their employer. The notice shall be easily understandable. It shall be posted in both English and Spanish where there are Spanish-speaking employees. The notice shall include the following information:

(1)  How to get emergency medical treatment, if needed.

(2)  The kinds of events, injuries, and illnesses covered by Workers' Compensation.

(3)  The injured employee's right to receive medical care.

(4)  The rights of the employee to select and change the treating physician pursuant to the provisions of Section 4600.

(5)  The rights of the employee to receive temporary disability indemnity, vocational rehabilitation services, and death benefits, as appropriate.

(6)  To whom injuries should be reported.

(7)  The existence of time limits for the employer to be notified of an occupational injury.

(8)  The protections against discrimination provided pursuant to Section 132a.

(9)  The location and telephone number of the nearest information and assistance officer.

(e)  Failure of an employer to provide the notice required by this section shall automatically permit the employee to be treated by his or her personal physician with respect to an injury occurring during that failure.

(f)  The form and content of the notice required to be posted by this section shall be made available to self-insured employers and insurers by the administrative director. Insurers shall provide this notice to each of their policyholders, with advice concerning the requirements of this section and the penalties for a failure to post this notice.

**WC 80 04 0017 12 04**

9021547001
Sentry Casualty Company          Exhibit 1, Page 66          01/10/2022
1    00001 0000000000 22010 0 N          43972033-f459-4c92-8e6f-07ad323383c6

POLICYHOLDER NOTICE  - CONTINUED

The "Facts About Workers' Compensation" pamphlets referred to in the Labor Code section below will be released to you when available.

3551.  (a)  Every employer subject to the compensation provisions of this code, except employers of employees defined in subdivision (d) of Section 3351, shall give every new employee, either at the time the employee is hired or by the end of the first pay period, written notice of the information contained in Section 3350. The content of the notice required by this section shall be prescribed by the administrative director after consultation with the Commission on Health and Safety and Workers' Compensation.

(b)  The notice required by this section shall be easily understandable and available in both English and Spanish. In addition to the information contained in Section 3350, the content of the notice required by this section shall include:

(1)  Generally, how to obtain appropriate medical care for a job injury.

(2)  The role and junction of the primary treating physician.

(3)  A form that the employee may use as an optional method for notifying the employer of the name of the employee's "personal physician," as defined in Section 4600, or "personal chiropractor," as defined by Section 4601.

(c)  The content of the notice required by this section shall be made available to employers and insurers by the administrative director. Insurers shall provide this notice to each of their policyholders, with advice concerning the requirements of this section and the penalties for a failure to provide this notice to all employees.

DEFINITION OF "PERSONAL PHYSICIAN"

For the purpose of this article, "personal physician" means the employee's regular physician and surgeon, licensed pursuant to Chapter 5 (commencing with Section 2000) of Division 2 of the Business and Professional Code, who has previously directed the medical treatment of the employee, and who retains the employee's medical records, including his or her medical history.

DEFINITION OF "PERSONAL CHIROPRACTOR"

For the purpose of this article, "personal chiropractor" means the employee's regular chiropractor licensed pursuant to Chapter 2 (commencing with Section 1000) of Division 2 of the Business and Professional Code, who has previously directed treatment of the employee, and who retains the employee's chiropractic records, including his or her chiropractic history.

DIVISION OF WORKERS' COMPENSATION (DWC) REGULATION 9880:

(a)    Every employer shall provide to every new employee, either at the time of hire or no later than the end of the first pay period, information concerning the rights, benefits, and obligations under Workers' Compensation law.

(b)    The notice provided shall be in writing, in non-technical terms and shall include the following information:

(1)  An explanation of the extent and scope of coverage provided by the Workers' Compensation law.

(2)  An explanation of an injured employee's rights to medical care and to select and change the treating physician.

(3)  An explanation of an injured employee's rights to indemnity payments for disability or death and the availability of vocational rehabilitation services.

(4)  The procedures for reporting accidents and injuries to the employer.

(5)  Where further information may be obtained, including an explanation of services available from an Information and Assistance Officer.

# POLICYHOLDER NOTICE
# YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

**I.  Information Available to You**

**A.  Information Available from Us - Sentry Casualty Company**

(1)  General questions regarding your policy should be directed to:

**Sentry Insurance Group**
**16815 Von Karman Avenue, Ste. 200**
**Irvine, CA 92606**
**Telephone: 949-930-6100**
**Fax: 888-729-2225**
**Sentry.com**

(2)  **Dividend Calculation.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

(3)  **Claims Information.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

**B.  Information Available from the Workers' Compensation Insurance Rating Bureau of California**

(1)  The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan-1995* (USRP) and the *California Workers' Compensation Experience Rating Plan-1995* (ERP). WCIRB contact information is: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attn: Customer Service; 888.229.2472 (phone); 415.778.7272 (fax); and customerservice@wcirb.com (email). The regulations contained in the USRP and ERP are available for public viewing through the WCIRB's website at wcirb.com.

(2)  **Policyholder Information.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attn: Custodian of Records. The Custodian of Records can be reached at 415.777.0777 (phone) and 415.778.7272 (fax).

(3)  **Experience Rating Form.** Each experience rated risk may receive a single copy of its current Experience Rating Form/Worksheet free of charge by completing a Policyholder Experience Rating Worksheet Request Form on the WCIRB's website at wcirb.com/ratesheet. The Experience Rating Form/Worksheet will include a Loss-Free Rating, which is the experience modification that would have been calculated if $0 (zero) actual losses were incurred during the experience period. This hypothetical rating calculation is provided for informational purposes only.

**II.  Dispute Process**

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

**A.  Our Dispute Resolution Process.**

If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you.

**WC 80 04 0020 05 20**
9021547001
Sentry Casualty Company

Exhibit 1, Page 68

d6219798-2a36-419f-a6a6-f0e70fa3ce35

**Page 1 of 2**
01/10/2022

1    00001 0000000000 22010 0 N

Written Complaints and Requests for Action should be forwarded to:

**Sentry Insurance Group**
**16815 Von Karman Avenue, Ste. 200**
**Irvine, CA 92606**
**Telephone: 949-930-6100**
**Fax: 888-729-2225**
**Website: Sentry.com**

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner as described in Paragraph **II.C.**, below.

**B.** **Disputing the Actions of the WCIRB.** If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 7 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attn: Customer Service. Customer Service can be reached at 888.229.2472 (phone), 415.778.7272 (fax) and customerservice@wcirb.com (email).

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner as described in Paragraph **II.C.**, below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attn: Complaints and Reconsideration. The WCIRB's contact information is 888.229.2472 (phone), 415.371.5204 (fax) and customerservice@wcirb.com (email).

**C.** **California Department of Insurance – Appeals to the Insurance Commissioner.** After you follow the appropriate dispute resolution process described above, if (1) we or the WCIRB decline to review your request, (2) you are dissatisfied with the decision upon review, or (3) we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the Insurance Commissioner is:

> Administrative Hearing Bureau
> California Department of Insurance
> 1901 Harrison Street, 3rd Floor
> Oakland, CA 94612
> 415.538.4243

You have the right to a hearing before the Insurance Commissioner, and our action, or the action of the WCIRB, may be affirmed, modified or reversed.

**III.** **Resources Available to You in Obtaining Information and Pursuing Disputes**

**A.** **Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in **I.A.** and **I.B.**, above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the Insurance Commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attn: Policyholder Ombudsman. The policyholder ombudsman can be reached at 415.778.7159 (phone), 415.371.5288 (fax) and ombudsman@wcirb.com (email).

**B.** **California Department of Insurance - Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 800.927.HELP (4357) or insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in Paragraph **II.C.**

This notice does not change the policy to which it is attached.

# POLICYHOLDER NOTICE

# CALIFORNIA WORKERS' COMPENSATION INSURANCE RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1.  We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2.  The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3.  Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expense of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4.  We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally results in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5.  A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6.  Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7.  We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

**WC 80 04 0021 03 14**

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

9021547001
Sentry Casualty Company

Exhibit 1, Page 70

1    00001  0000000000  22010  0  N                              0b09f6fd-198e-4cac-a066-2ff386b5428f

## CALIFORNIA WORKERS' COMPENSATION INSURANCE
## NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1. Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2. The policy was extended for 90 days or less and the required notice was given prior to the extension.

3. You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4. The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5. You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6. We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

    (A) If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

    (B) For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

**WC 80 04 0021 03 14**

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

Exhibit 1, Page 71

01/10/2022

# POLICYHOLDER NOTICE
# CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" with an amount will be displayed on your policy declaration page.

This notice does not change the policy to which it is attached.

**WC 80 04 0022 03 14**
9021547001
Sentry Casualty Company
1    00001 0000000000 22010 0 N

Exhibit 1, Page 72
e5ad94fc-b326-4446-b3be-1fa213561f95

**Page 1 of 1**
01/10/2022

# IMPORTANT NOTICE TO POLICYHOLDERS

# CALIFORNIA WORKERS' COMPENSATION REPORTING FIRST AID CLAIMS

Effective January 1, 2017, employers will be required to report all injuries, including those that meet the definition of first aid, to their insurance carrier.

First aid means any one-time treatment, and any follow-up visit for the purpose of observation of minor scratches, cuts, burns, splinters, or other minor industrial injury, which do not ordinarily require medical care. This one-time treatment, and follow-up visit for the purpose of observation, is considered first aid even though provided by a physician or registered professional personnel.

Insurers are required to report the medical costs incurred on first aid claims to the Workers' Compensation Insurance Rating Bureau (WCIRB), even if paid by the employer, as any other medical loss.

In order to be compliant with this reporting requirement we ask that you report all incidents that meet the definition of "first aid" to us and forward all medical bills to us for payment. When we pay medical bills directly we may pay a discounted rate. If you pay the bill directly you will be required to report the bill and payment amount to us. By reporting all claims to us, you are also avoiding the risk of becoming a Medicare reporting entity (RRE).

**WC 80 04 0026 01 17**
9021547001
Sentry Casualty Company
1    00001 0000000000 22010 0 N

Exhibit 1, Page 73
743e4243-1140-4d89-9d38-82ee1730ce20

**Page 1 of 1**
01/10/2022

PN 04 99 08 12 19

# POLICYHOLDER NOTICE

# CALIFORNIA ASSEMBLY BILL NO. 5, INDEPENDENT CONTRACTORS

**Summary of Assembly Bill No. 5 (AB 5)**
For the purposes of wages, workers' compensation and other benefits, AB 5 creates a presumption that an entity's workers are employees unless the hiring entity can show that the worker meets three conditions, known as the "ABC Test". With respect to workers' compensation, AB 5 goes into effect on **July 1, 2020** and applies to policies issued on or after **July 1, 2020**, as well as policies in force as of **July 1, 2020**.

The bill adds Section 2750.3 to the California Labor Code, which provides in pertinent part:

**2750.3.**
(a)(1) For purposes of the provisions of this code and the Unemployment Insurance Code, and for the wage orders of the Industrial Welfare Commission, a person providing labor or services for remuneration shall be considered an employee rather than an independent contractor unless the hiring entity demonstrates that all of the following conditions are satisfied:

(A) The person is free from the control and direction of the hiring entity in connection with the performance of the work, both under the contract for the performance of the work and in fact.

(B) The person performs work that is outside the usual course of the hiring entity's business.

(C) The person is customarily engaged in an independently established trade, occupation, or business of the same nature as that involved in the work performed.

(2) Notwithstanding paragraph (1), any exceptions to the terms "employee," "employer," "employ," or "independent contractor," and any extensions of employer status or liability, that are expressly made by a provision of this code, the Unemployment Insurance Code, or in an applicable order of the Industrial Welfare Commission, including, but not limited to, the definition of "employee" in subdivision 2(E) of Wage Order No. 2, shall remain in effect for the purposes set forth therein.

(3) If a court of law rules that the three-part test in paragraph (1) cannot be applied to a particular context based on grounds other than an express exception to employment status as provided under paragraph (2), then the determination of employee or independent contractor status in that context shall instead be governed by the California Supreme Court's decision in *S.G. Borello & Sons, Inc. v. Department of Industrial Relations* (1989) 48 Cal.3d 341.

AB 5 also provides an extensive list of occupations that are exempt from the application of Section 2750.3(a)(1). These exemptions are subject to revision. In addition, AB 5 amends Section 3351 of the California Labor Code and Sections 606.5 and 621 of the Unemployment Insurance Code. The pertinent sections of the California Labor Code and Unemployment Insurance Code may be accessed at http://leginfo.legislature.ca.gov. You may also access the California Labor & Workforce Development Agency webpage at https://www.labor.ca.gov/employmentstatus/ for more information.

This notice does not change the policy to which it is attached.

# POLICYHOLDER NOTICE
# NEW YORK OUT-OF-STATE EMPLOYERS

The New York Workers Compensation Board enforces New York Workers' Compensation Law (WCL) verifying that employers maintain proper New York Workers' Compensation Coverage.

The New York Compensation Board issued a policy statement on their website to address out-of-state employers. The policy states that employers meeting any of the following criteria will be required to maintain New York WC coverage (New York must be listed in **Item 3A** of the Policy Information Page):

- The employer (as defined in the WCL) is required to register with the NYS Department of Labor and pay Unemployment Insurance for any period in question.

- The employer has a permanent physical location in New York or has employees whose primary work location is in New York.

- The employer is operating in New York under a permit, contract, or license granted by the State of New York, its counties or any municipality as defined under Subsection 57 of the Workers' Compensation Law.

- The employer is working as a contractor/general contractor/subcontractor on a construction project in New York.

- In the previous year, the employer had employees physically in New York for at least 40 hours of every week for a period of longer than 2 consecutive weeks or had employees present in New York for 25 or more individual days (e.g. - 5 employees working for 5 days in New York equals 25 individual employee days). Employees traveling through the state of New York not stopping for deliveries, pick-ups, or other work are not deemed to have worked in New York. An employer that has reason to know that it will meet these criteria in the current year, even if it has not done so in the prior year, must obtain the required coverage.

Out-of-state employers that are sending employees into New York that are only attending infrequent (not more than one per month) meetings, seminars, conferences or conventions in New York will not be required to provide full statutory coverage.

Failure to provide required New York coverage may result in fines and penalties.

Additional information may be obtained on the Board's website: http://www.wcb.ny.gov.

Please contact your Sentry Representative to add New York to your Workers' Compensation policy if you anticipate meeting any of the above criteria or if you have questions.

**WC 80 99 0005 04 12**

9021547001
Sentry Casualty Company                                    Exhibit 1, Page 75                            **Page 1 of 1**
1   00001 0000000000 22010 0 N                    5e8d7fc2-1761-4a7a-8a39-ec767ccbdd21                            01/10/2022

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 00 00 C

(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

#### A. The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

#### B. Who is Insured

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

#### C. Workers Compensation Law

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

#### D. State

State means any state of the United States of America, and the District of Columbia.

#### E. Locations

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE
## WORKERS COMPENSATION INSURANCE

#### A. How This Insurance Applies

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

#### B. We Will Pay

We will pay promptly when due the benefits required of you by the workers compensation law.

#### C. We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

#### D. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

#### E. Other Insurance

We will not pay more than our share of benefits and costs covered by this insurance and other

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit 1, Page 76

9021547001
Sentry Casualty Company
1    00003 0000000000 22010 0 N

51762b9e-cfcc-4baf-a7e1-620e54d17a8c

01/10/2022

**WC 00 00 00 C**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

### F. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

### G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

### H. Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;

   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO
## EMPLOYERS LIABILITY INSURANCE

### A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

### B. We Will Pay

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 1, Page 77

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 00 00 C**

(Ed. 1-15)

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651-1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901-944), any

other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

3 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 1, Page 78

**WC 00 00 00 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE**
**OTHER STATES INSURANCE**

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR**
**YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

9021547001
Sentry Casualty Company

01/10/2022

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 00 00 C**

(Ed. 1-15)

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

**PART FIVE**
**PREMIUM**

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

5 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit 1, Page 80

51762b9e-cfcc-4baf-a7e1-620e54d17a8c

01/10/2022

**WC 00 00 00 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

## PART SIX
## CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

9021547001
Sentry Casualty Company
Exhibit 1, Page 81
01/10/2022

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 04 06 A

(Ed. 7-95)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule

1. **State**                                **Estimated Eligible Premium**
    California

| First | Next | Next | |
|-------|------|------|---|
| $10,000 | $190,000 | $1,550,000 | Balance |
| 0.00% | 10.90% | 12.60% | 14.40% |

2. Average percentage discount: _____%

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.
Insured                                                                 Premium

Insurance Company                        Countersigned by_____

**WC 00 04 06 A**
(Ed. 7-95)
**© 1995 National Council on Compensation Insurance, Inc.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 19**

(Ed. 1-01)

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE
PREMIUM**

D. **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| Endorsement Effective | Policy No. | Endorsement No. |
|---|---|---|
| Insured | | Premium $ |

Insurance Company                Countersigned by_____

**WC 00 04 19**
(Ed. 1-01)
© **2000 National Council on Compensation Insurance, Inc.**

9021547001
Sentry Casualty Company

1    00001  0000000000  22010  0  N

**Page 1 of 1**
01/10/2022

aa499561-fc59-402f-8145-f1864233b2bd

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 22 C**
(Ed. 1-21)

---

### TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

 a. The act is an act of terrorism.
 b. The act is violent or dangerous to human life, property, or infrastructure.
 c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
 d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2021, and ending on December 31, 2027, an amount equal to 20% of our direct earned premium during the immediately preceding calendar year.

© **Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.**
9021547001
Sentry Casualty Company                              Exhibit 1, Page 84          **Page 1 of 2**
01/10/2022
1    00001  0000000000  22010  0  N                   ec65a9af-d4b1-405a-b8a0-f0141ece78ea

**WC 00 04 22 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-21)

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses occurring in any calendar year exceed $200,000,000, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

**State**                    **Rate**                    **Premium**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.
Insured                                                                Premium

Insurance Company                    Countersigned by_____

**WC 00 04 22 C**
(Ed. 1-21)

© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.
01/10/2022

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 04 03 01 B

(Ed. 1-12)

## POLICY AMENDATORY ENDORSEMENT-CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed – Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages – Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment – Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.** Part **One**, "Workers Compensation Insurance", **A**, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6. **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7. **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8. Part **Five**, "Premium", **E**, "Final Premium", is amended to read as follows:

   The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

   If this policy is cancelled, final premium will be determined in the following way unless our manuals provide otherwise:

   a. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

   b. If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be increased by our short-rate cancellation table and procedure. Final premium will not be less than the pro rata share of the minimum premium.

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

**WC 04 03 01 B**
(Ed. 1-12)

© Copyright 2011 by the Workers Compensation Insurance Rating Bureau of California. All rights reserved. From the WCIRB's California Workers' Compensation Insurance Forms Manual © 2001

**Page 1 of 2**

**WC 04 03 01 B**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-12)

**Note:**

   This endorsement may be used to amend the Workers Compensation and Employers Liability Insurance Policy, WC 00 00 00 B, to comply with California law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                           Endorsement No.
Insured                                  Insurance Company

                                         Countersigned By_____

                                                                          **WC 04 03 01 B**
                                                                             (Ed. 1-12)

© Copyright 2011 by the Workers Compensation Insurance Rating Bureau of California. All rights reserved. From the WCIRB's California Workers' Compensation Insurance Forms Manual © 2001

**Page 2 of 2**
9021547001
Sentry Casualty Company                  Exhibit 1, Page 87                    01/10/2022

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 03 05

(Ed. 1-85)

## VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT-CALIFORNIA

If the employer named in item 1 of the Information Page has in his employment persons not entitled to compensation under Division 4 of the Labor Code of the State of California, this policy shall operate as an election on the part of the employer to come under the compensation provisions of Division 4 with respect to those persons described in the Schedule below.

This policy applies to those persons described in the Schedule below as employees.

Schedule

All officers and employees not subject to Workers Compensation Law.

**Note:**

This endorsement may be used to afford compensation coverage pursuant to the Miscellaneous Regulations for the Recording and Reporting of Data, Part 2, Section IV.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                     Policy No.                          Endorsement No.
Insured                                   Insurance Company

Countersigned By_____

**WC 04 03 05**
(Ed. 1-85)
© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 04 03 06**

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT- CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

The additional premium for this endorsement shall be ___2___ % of the California workers' compensation premium otherwise due on such remuneration.

Schedule

**Person or Organization**                                      **Job Description**

Any person or organization for whom the Named Insured has agreed by written contract executed prior to loss.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                         Policy No.                              Endorsement No.
Insured                                       Insurance Company

Countersigned by_____

**WC 04 03 06**
(Ed. 4-84)
© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 03 60 A

(Ed. 11-99)

## EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDORSEMENT - CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in Item 3 of the Information Page is subject to the following provisions:

**A.** "How This Insurance Applies", is amended to read as follows:

**A.** How This Insurance Applies

This Employers' Liability Insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

**1.** The bodily injury must arise out of and in the course of the injured employee's employment by you.

**2.** The employment must be necessary or incidental to your work in California.

**3.** Bodily injury by accident must occur during the policy period.

**4.** Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**5.** If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**C.** The "Exclusions" section is modified as follows (all other exclusions in the "Exclusions" section remain as is):

**1.** Exclusion 1 is amended to read as follows:

**1.** Liability assumed under a contract.

**2.** Exclusion 2 is deleted.

**3.** Exclusion 7 is amended to read as follows:

**7.** Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

**4.** The following exclusions are added:

**1.** Bodily injury to any member of the flying crew of any aircraft.

**2.** Bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the Workers' Compensation Law(s) applicable to you or otherwise fail to comply with that law.

**WC 04 03 60 A**

(Ed. 11-99)

© Copyright 1999 Workers' Compensation Insurance Rating Bureau of California.

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 04 04 21**

(Ed. 1-08)

## OPTIONAL PREMIUM INCREASE ENDORSEMENT - CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We may contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after your receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

**WC 04 04 21**
(Ed. 1-08)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 06 01 A

(Ed. 12-93)

## CALIFORNIA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the Information Page.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

   a. Non-payment of premium;

   b. Failure to report payroll;

   c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

   d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

   e. Material misrepresentation made by you or your agent;

   f. Failure to cooperate with us in the investigation of a claim;

   g. Failure to comply with Federal or State safety orders;

   h. Failure to comply with written recommendations of our designated loss control representatives;

   i. The occurrence of a material change in the ownership of your business;

   j. The occurrence of any change in your business or operations that materially increases  the hazard for frequency or severity of loss;

   k. The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

   l. The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3. If we cancel your policy for any of the reasons listed in (a) through (f), we will give you 10 days advance written notice, stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice. If we cancel your policy for any of the reasons listed in Items (g) through (l), we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4. The policy period will end on the day and hour stated in the cancelation notice.

**Notes:**

1. This endorsement, or any other endorsement having the same substantive provisions, must be attached to a policy showing California in Item 3.A. of the Information Page.

2. Cancelation of the policy is governed by California Insurance Code Section 676.8.

3. This endorsement amends the NCCI standard contract by replacing the cancelation condition in Part Six, "Conditions."

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                          Endorsement No.
Insured                                  Insurance Company

                                         Countersigned by_____

**WC 04 06 01 A**
(Ed. 12-93)
© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 06 03 A

(Ed. 01-07)

## CALIFORNIA LARGE RISK DEDUCTIBLE ENDORSEMENT

1. This endorsement applies to the workers' compensation insurance coverage, the employers' liability insurance coverage and the other states insurance coverage provided in this policy.

2. This endorsement applies between you and us. It does not affect the rights of others under the policy. Nor does it change our obligations under the policy, except as otherwise stated in this endorsement.

3. In consideration of a reduced premium, you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expenses which arise out of any claim or suit we defend, where you elect to include such expenses.

4. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us.

**Deductible - Each Occurrence**

5. The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expenses, if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible - Policy Aggregate**

6. The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expense, if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

    (a) If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

    (b) If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

    (c) If you cancel the policy for any reason other than retiring from business, the aggregate deductible amount will not be reduced.

    (d) If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect of Deductible on Limits of Liability**

7. The applicable limits of liability as respects the employers' liability insurance coverage provided in this policy are subject to reduction by the application of the lost reimbursement amount(s) applicable to any claim for accident or disease covered by this policy. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount. The payment of loss adjustment expense, where such expense is elected by you, will not affect the limits of the liability.

**Allocated Loss Adjustment Expenses**

8. Allocated loss adjustment expenses, which is electable by you, means claims expenses directly allocated by us to a particular claim. Such expenses shall not include cost of investigation or the salaries and traveling expenses of our employees  other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery from Others**

9. If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

    (a) First, to any payments made by us in excess of the deductible amount; and

    (b) Then the remainder, if any, will be applied to reduce the deductible amount reimbursed by you.

**WC 04 06 03 A**
(Ed. 01-07)

1 of 3

9021547001
Sentry Casualty Company                                    Exhibit 1, Page 93                                    01/10/2022
1    00002 0000000000 22010 0 N              06d93326-3497-4469-a916-81d34db63971

**WC 04 06 03 A**      **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 01-07)

## Cancellation

10. We may cancel this policy for nonpayment of any deductible amounts or for failure to comply with any security-related terms of this policy. Such cancellation of this policy shall be treated in the same manner as nonpayment of premium as provided by the California Insurance Code. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

## Sole Representation

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

    (a) Changes to this endorsement;

    (b) Obligations to receive premiums; or

    (c) Giving or receiving notice of cancellation.

## Your Duties and Understanding

12. All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

## Other Rights and Duties

13. All other terms of the policy, including those which govern the following items, apply irrespective of this deductible endorsement:

    (a) Our right and duty to defend any claim, proceeding or suit against you; and

    (b) Your duties if injury occurs.

**WC 04 06 03 A**
(Ed. 01-07)

**2 of 3**

9021547001
Sentry Casualty Company

Exhibit 1, Page 94

01/10/2022

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 06 03 A

(Ed. 01-07)

<u>**Additional Charges**</u>

14. Any assessments pursuant to California statute are not part of this Plan but are included in the cost of the coverage provided by the policy to which this endorsement is attached.

<div align="center">

**Schedule**

</div>

1. Deductible Amount $ <u>250,000</u> Each Accident
(Dollar Amount)

2. Aggregate Limit $ <u>None</u> Negotiated Charge $ <u>None</u>
(Dollar Amount or "None")        (Dollar Amount or "None")

3. Allocated Loss Adjustment Expenses are <u>Included</u>
("Included" or "Excluded")

4. The Fixed Expense Charge <u>Will</u> be adjusted retroactively, based upon actual costs.
("Will" or "Will Not")

**Notes:**

1. This endorsement may be used to provide deductibles to policyholders for all or part of benefits payable under the policy pursuant to California Insurance Code Section 11735(e).

2. This endorsement has been approved for use in conjunction with the California Large Risk Deductible Plan (Advisory).

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                          Policy No.                          Endorsement No.
Insured                                        Insurance Company

                                               Countersigned by_____

**WC 04 06 03 A**
(Ed. 01-07)

9021547001
Sentry Casualty Company
3   00002 0000000000 22010 0 N
**3 of 3**
Exhibit 1, Page 95
06d93326-3497-4469-a916-81d34db63971
01/10/2022

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 04 06 04**

(Ed. 09-20)

### COVID-19 REPORTING REQUIREMENT ENDORSEMENT - CALIFORNIA

In addition to the requirements under Part 4, "Your Duties if Injury Occurs" of your policy, if you have five or more employees and an employee that is not described in California Labor Code section 3212.87 tests positive for COVID-19, you are required to report the following information as provided below.

#### Reporting COVID-19 Positive Tests from July 6, 2020 to September 17, 2020

Pursuant to California Labor Code Section 3212.88(k)(2), if you are aware of an employee testing positive for COVID-19 on or after July 6, 2020 and prior to September 17, 2020, you must report to your claims administrator in writing via electronic mail or facsimile within 30 business days of September 17, 2020, all of the following:

(1) An employee has tested positive. For purposes of this reporting, do not provide any personally identifiable information regarding the employee who tested positive for COVID-19 unless the employee asserts the infection is work related or has filed a claim form pursuant to California Labor Code Section 5401.

(2) The date that the employee tests positive, which is the date the specimen was collected for testing.

(3) The specific address or addresses of the employee's specific place of employment during the 14-day period preceding the date of the employee's positive test.

(4) The highest number of employees who reported to work at each of the employee's specific places of employment on any given work day between July 6, 2020 and September 17, 2020.

#### Reporting COVID-19 Positive Tests from September 17, 2020 to January 1, 2023

Pursuant to California Labor Code Section 3212.88(i), when you know, or reasonably should know, that an employee has tested positive for COVID-19 between September 17, 2020 and January 1, 2023, you must report to your claims administrator in writing via electronic mail or facsimile within 3 business days all of the following:

(1) An employee has tested positive. For purposes of this reporting, do not provide any personally identifiable information regarding the employee who tested positive for COVID-19 unless the employee asserts the infection is work related or has filed a claim form pursuant to California Labor Code Section 5401.

(2) The date that the employee tests positive, which is the date the specimen was collected for testing.

(3) The specific address or addresses of the employee's specific place of employment during the 14-day period preceding the date of the employee's positive test.

(4) The highest number of employees who reported to work at the employee's specific place of employment in the 45-day period preceding the last day the employee worked at each specific place of employment.

Labor Code Section 3212.88(j) states that the intentional submission of false or misleading information or the failure to report the above information as required may subject you to a civil penalty in the amount of up to $10,000 to be assessed by the Labor Commissioner.

For the purposes of these reporting requirements, California Labor Code Section 3212.88(m) provides the following:

(1) "COVID-19" means the 2019 novel coronavirus disease.

(2) "Test" or "testing" means a PCR (Polymerase Chain Reaction) test approved for use or approved for emergency use by the United States Food and Drug Administration to detect the presence of viral RNA. "Test" or "testing" does not include serologic testing, also known as antibody testing. "Test" or "testing" may include any other viral culture test approved for use or approved for emergency use by the United States Food and Drug Administration to detect the presence of viral RNA which has the same or higher sensitivity and specificity as the PCR Test.

**WC 04 06 04**                 **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 09-20)

    (3) "A specific place of employment" means the building, store, facility, or agricultural field where an employee performs work at the employer's direction. "A specific place of employment" does not include the employee's home or residence, unless the employee provides home health care services to another individual at the employee's home or residence.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Endorsement Effective | Policy No. | Endorsement No. |
| Insured | Insurance Company | |
| | Countersigned | |
| | By | _____ |

**WC 04 06 04**
(Ed. 09-20)
9021547
Sentry Casualty Company

**2 of 2**

01/10/2022

WC 90 06 05 01 02

# CALIFORNIA AMENDED CANCELLATION CONDITIONS

As respects only to California exposure, if provided under this policy the following applies:

It is agreed that this company amendatory endorsement supersedes the California state amendatory endorsement WC 04 06 01 and subsequent editions as follows:

In the paragraph, which describes the number of days of notice in the event of cancellation, if we cancel our policy for any of the reasons listed below:

Failure to comply with Federal or State safety orders;

Failure to comply with written recommendations of our designated loss control representatives;

The occurrence of a material change in the ownership of your business;

The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

The occurrence of any change in your business or operation that required additional or different classification of premium calculation;

The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties;

we will give you 90 days advance written notice instead of 30.

All other cancellation provisions will remain unchanged.

WC 90 06 05 01 02
9021547001
Sentry Casualty Company
1   00001 0000000000  22010  0  N

Exhibit 1, Page 98
bd1560d9-fff4-4bf8-b88c-404341cd65c1

Page 1 of 1
01/10/2022

# Exhibit 2

**Sentry**

POLICY NUMBER:  9021547001

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY INFORMATION PAGE

| | |
|---|---|
| Sentry Casualty Company<br>(A Participating Stock Company)<br>A member of the Sentry Insurance Group<br>1800 North Point Drive<br>Stevens Point,  WI  54481 | Carrier Code No          37877<br>Policy Number           9021547001<br>Renewal of Policy Number 9021547001<br><br>Arthur J Gallagher & Co<br>500 N Brand Blvd Ste 100<br>Glendale, CA 91203<br>Agency Code 1105360<br>630-773-3800 |

**ITEM**

**1.  INSURED**

| | |
|---|---|
| **First Named Insured:** | Fashion Nova LLC |
| **Address:** | 2801 E 46th St |
| | Vernon, CA 90058-2403 |
| **Phone Number:** | 800-866-0286 |
| **Business Description:** | Limited liability company |

See Schedule of Entities for Other Insured Entities

Other workplaces not shown above:
See Extension of information page

**2.  POLICY PERIOD**

The policy period is from 01/09/2023 to 02/09/2023 at 12:01A.M, Standard Time at the First Named Insured's mailing address shown above.

**3.  COVERAGE**

A.  Workers Compensation Insurance: Part One of the policy applies to the workers compensation law of the states listed here:

California

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
1   00003 0000000000 23009  0  N

Copyright 1987 National Council on Compensation Insurance

Exhibit 2, Page 100

d58d9586-e98a-44ba-b68d-97ec7a331250

Page 1 of 5
01/09/2023

POLICY NUMBER: 9021547001

## 3. COVERAGE

B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $  1,000,000 | Each accident |
| Bodily Injury by Disease | $  1,000,000 | Each employee |
| Bodily Injury by Disease | $  1,000,000 | Policy limit |

C. Other States Insurance: Part Three of the policy applies in all states except those listed in Item 3.A., and the following:
ND OH WA WY

D. This policy includes these Endorsements and Schedules:

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 B 01 12 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 06 04 84 | Waiver Of Our Right To Recover From Others Endorsement - California |
| WC 04 03 60 A 11 99 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 B 01 22 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 09 20 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |

## 4. PREMIUM

The premium for this policy will be determined by our Manuals of Rules, Classification, Rates and Rating Plans. All information required below is subject to verification and change by audit.

See Schedule for premium summary breakdown by state

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|

See Schedule for premium breakdown by state, location and classification

| | Code No. | | | |
|---|---|---|---|---|
| Total Estimated Standard Premium Excluding Increased Limits and Deductible Credits | | | | $ ███████ |
| Total Premium Discount | | | | $ ████ |
| Total Deductible Credit | | | | $ ██████ |
| | 9812 | Increased Limits Premium - Standard Coverage | | $ ████ |

Copyright 1987 National Council on Compensation Insurance

Exhibit 2, Page 101

POLICY NUMBER: 9021547001

## 4. PREMIUM

|      |      |                             |     |        |
|------|------|-----------------------------|-----|--------|
| 0900 |      | Policy Expense Constant (CA) | $   | ■■■    |
| 9740 |      | Terrorism                   | $   | ■■■    |
| Total Estimated Annual Premium | | | $ | ■■■ |
| Std Min (CA) | | | $ | ■■■ |
| STD EL MINIMUM (CA) | | | $ | ■■■ |
| *Total Non Premium Charges | | | $ | ■■■ |
| Total Estimate due to this policy | | | $ | ■■■ |

*Non-Premium charges are state mandated tax/assessments/etc
"Annual" refers to less than 12 mo. See eff/exp dates.

### CONTACT INFORMATION

**Address:**      1800 North Point Drive         **Phone:**    Toll Free    800-473-6879
                  Stevens Point, WI 54481

**Policy Issued at:**  1800 North Point Drive
                       Stevens Point, WI 54481

### SCHEDULE OF ENTITIES AND LOCATIONS

**Entity:**          1                              **Name Link Code**
**Named insured:**   Fashion Nova LLC              **Entity Type:**        Limited liability
                                                                           company
                                                   **Federal Id:**         XXXXXX6139

**Location:**        1                              **Risk ID:**            7583762R
**Address:**         2801 E 46th St
                     Vernon, CA 90058-2403

### SCHEDULE OF CLASS DESCRIPTIONS

| Class Code | Class Code Descriptions |
|------------|-------------------------|
| 8008 | Stores - Clothing - Linens - Fabric - Retail |
| 8810 | Clerical Office Employees |

### SCHEDULE OF PREMIUM AND NON-PREMIUM BY STATE

| States Not Subject To Retro | | Premium | Non-Premium |
|------------------------------|--|---------|-------------|
| California | Operations Per Schedule | $ ■■■ | $ ■■■ |

### SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION
### STATE - CALIFORNIA

**Period:**          01/09/2023 - 02/09/2023

**Entity name:**     Fashion Nova LLC               **Federal Id:**        XXXXXX6139

**Location:**        1
**Address:**         2801 E 46th St                 **NAICS Code:**        448140
                     Vernon, CA 90058-2403

POLICY NUMBER: 9021547001

**SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION**

| Classification | Code No | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Stores - Clothing - Linens - Fabric - Retail | 8008 | $ ▮▮▮▮ | $ ▮▮ | $ ▮▮▮▮ |
| Class Minimum | | $ ▮▮ | | |
| Stores - Clothing - Linens - Fabric - Retail - Voluntary Compensation and Employers Liability | 8008 | $ ▮▮ | $ ▮▮ | $ ▮▮ |
| Class Minimum | | $ ▮▮ | | |
| Clerical Office Employees | 8810 | $ ▮▮▮ | $ ▮▮ | $ ▮▮▮ |
| Class Minimum | | $ ▮▮ | | |
| | | Total Entity Class Premium | | $ ▮▮▮ |
| Total State Class Premium | | | | $ ▮▮▮ |
| | 0930 | Blanket Waiver of Our Right To Recover From Others (0.020) | | $ ▮▮▮ |
| Premium for Increased Limits Part Two | | | | |
| | 9812 | (2.80%) Increased Limits Premium - Standard Coverage | | $ ▮▮▮ |
| Premium subject to Modification | | | | $ ▮▮▮ |
| | 9898 | Experience Rating Modification Factor (2.630) | | $ ▮▮▮ |
| Premium modified to reflect Exp. Mod. of 2.630 | | | | $ ▮▮▮ |
| (CA) Estimated Standard Premium | 9663 | Large Deductible | | $ ▮▮▮▮ |
| | | | | $ ▮▮▮ |
| | 0063 | (6.00%) Premium Discount (CA) | | $ ▮▮ |
| | 9740 | Terrorism (0.010) | | $ ▮▮ |
| (CA) Estimated Annual Premium Non-Premium Charges | | | | $ ▮▮ |
| | | (2.52%) CA State WC Administrative Surcharge | | $ ▮▮▮ |
| | | (0.14%) CA Uninsured Employers Benefits Trust Fund Assessment | | $ ▮▮ |
| | | (1.37%) CA Subsequent Injuries Benefits Assessment | | $ ▮▮▮ |
| | | (0.66%) CA Occupational Safety and Health Fund Assessment | | $ ▮▮▮ |
| | | (0.70%) CA Labor Enforcement and Compliance Fund Assessment | | $ ▮▮▮ |

Copyright 1987 National Council on Compensation Insurance

Exhibit 2, Page 103

WC 00 00 01 A CA
01/09/2023

POLICY NUMBER: 9021547001

**SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION**

|  |  |  |
|---|---|---|
| (0.47%) CA WC Fraud Assessment | $ | ███ |
| (0.00%) California Insurance Guarantee Association Surcharge | $ | ██ |
| Total Estimate due to this State | $ | ███ |

*Non-Premium charges are state mandated tax/assessments/etc
"Annual" refers to less than 12 mo. See eff/exp dates.

The following endorsements apply to this state

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 B 01 12 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 06 04 84 | Waiver Of Our Right To Recover From Others Endorsement - California |
| WC 04 03 60 A 11 99 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 B 01 22 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 09 20 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
5   00003 0000000000 23009 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 2, Page 104

d58d9586-e98a-44ba-b68d-97ec7a331250

**Page 5 of 5**
01/09/2023

# Exhibit 3

80 2313 CA 01 21

# ADDITIONAL CONDITIONS MEMBERSHIP AND PARTICIPATING PROVISION

**Membership**

By virtue of this policy, you are a member of Sentry Mutual Holding Company of Stevens Point, Wisconsin. You are entitled to vote either in person or by proxy at any meeting of members of the Company. The annual meeting of the Company is held at the Company's Home Office in Stevens Point, Wisconsin at 9:00 A.M. on the third Wednesday in April.

**Participation**

You will share in any dividends in accordance with conditions established by the Board of Directors. This policy is not assessable.

_____
Vice President, Secretary

_____
President

This endorsement must be attached to a policy showing California in item 3.A. of the Information Page.

Under California Law it is unlawful for an insurer [us] to promise the future payment of dividends under an unexpired workers' compensation policy or to misrepresent the conditions for dividend payment. Dividends are payable only pursuant to conditions determined by the [our] Board of Directors or other governing board [of the Company] following policy expiration. Forfeiture of a right to, reduction in the amount of, or delay in the payment of a policyholder's dividend due to the policyholder's failure to accept renewal of the policy or subsequent policies issued by the same insurer is illegal and constitutes an unfair practice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Endorsement Effective | Policy No. | Endorsement No. |
| Insured | Insurance Company | |

Countersigned by_____

80 2313 CA 01 21
9021547
Sentry Casualty Company
1   00001 0000000000 23040 0 N

Exhibit 3, Page 106
9d4b018e-cdcb-4a17-ae41-3dd5185e697b

Page 1 of 1
02/09/2023



POLICY NUMBER:  9021547001

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY INFORMATION PAGE

| | |
|---|---|
| Sentry Casualty Company<br>(A Participating Stock Company)<br>A member of the Sentry Insurance Group<br>1800 North Point Drive<br>Stevens Point,  WI  54481 | Carrier Code No          37877<br>Policy Number            9021547001<br>Renewal of Policy Number 9021547001<br><br>Arthur J Gallagher & Co<br>500 N Brand Blvd Ste 100<br>Glendale, CA 91203<br>Agency Code 1105360<br>630-773-3800 |

**ITEM**

**1.  INSURED**

**First Named Insured:**   Fashion Nova LLC
**Address:**                      2801 E 46th St
                                       Vernon, CA 90058-2403
**Phone Number:**          800-866-0286
**Business Description:**  Limited liability company

See Schedule of Entities for Other Insured Entities

Other workplaces not shown above:
See Extension of information page

**2.  POLICY PERIOD**

The policy period is from 02/09/2023 to 02/09/2024 at 12:01A.M, Standard Time at the First Named Insured's mailing address shown above.

**3.  COVERAGE**

   A.  Workers Compensation Insurance: Part One of the policy applies to the workers compensation law of the states listed here:

       California

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
1   00003  0000000000  23040  0  N
Copyright 1987 National Council on Compensation Insurance

Exhibit 3, Page 107
9df4d056-e2ec-418f-b76c-edcc22d5bb32

Page 1 of 5
02/09/2023

POLICY NUMBER: 9021547001

## 3. COVERAGE

B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $ 1,000,000 | Each accident |
| Bodily Injury by Disease | $ 1,000,000 | Each employee |
| Bodily Injury by Disease | $ 1,000,000 | Policy limit |

C. Other States Insurance: Part Three of the policy applies in all states except those listed in Item 3.A., and the following:
ND OH WA WY

D. This policy includes these Endorsements and Schedules:

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 B 01 12 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 06 04 84 | Waiver Of Our Right To Recover From Others Endorsement - California |
| WC 04 03 60 A 11 99 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 B 01 22 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 09 20 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |

## 4. PREMIUM

The premium for this policy will be determined by our Manuals of Rules, Classification, Rates and Rating Plans. All information required below is subject to verification and change by audit.

See Schedule for premium summary breakdown by state

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| See Schedule for premium breakdown by state, location and classification | | | | |
| Total Estimated Standard Premium Excluding Increased Limits and Deductible Credits | | | | $ ███████ |
| Total Premium Discount | | | | $ ██████ |
| Total Deductible Credit | | | | $ ████████ |
| | 9812 | Increased Limits Premium - Standard Coverage | | $ ██████ |

**Page 2 of 5**
9021547001
Sentry Casualty Company
Copyright 1987 National Council on Compensation Insurance
Exhibit 3, Page 108
**WC 00 00 01 A CA**
02/09/2023

POLICY NUMBER: 9021547001

### 4.  PREMIUM

| | | | | |
|---|---|---|---|---|
| | 0900 | Policy Expense Constant (CA) | $ | ▉ |
| | 9740 | Terrorism | $ | ▉ |
| Total Estimated Annual Premium | | | $ | ▉ |
| Std Min (CA) | | | $ | ▉ |
| STD EL MINIMUM (CA) | | | $ | ▉ |
| *Total Non Premium Charges | | | $ | ▉ |
| Total Estimate due to this policy | | | $ | ▉ |

*Non-Premium charges are state mandated tax/assessments/etc

### CONTACT INFORMATION

| | | | | |
|---|---|---|---|---|
| **Address:** | 1800 North Point Drive<br>Stevens Point, WI 54481 | **Phone:** | Toll Free | 800-473-6879 |

**Policy Issued at:**  1800 North Point Drive
Stevens Point, WI 54481

### SCHEDULE OF ENTITIES AND LOCATIONS

| | | | |
|---|---|---|---|
| **Entity:** | 1 | **Name Link Code** | |
| **Named insured:** | Fashion Nova LLC | **Entity Type:** | Limited liability company |
| | | **Federal Id:** | XXXXXX6139 |
| **Location:** | 1 | **Risk ID:** | 7583762R |
| **Address:** | 2801 E 46th St<br>Vernon, CA 90058-2403 | | |

### SCHEDULE OF CLASS DESCRIPTIONS

| Class Code | Class Code Descriptions |
|---|---|
| 8008 | Stores - Clothing - Linens - Fabric - Retail |
| 8810 | Clerical Office Employees |

### SCHEDULE OF PREMIUM AND NON-PREMIUM BY STATE

| States Not Subject To Retro | | Premium | Non-Premium |
|---|---|---|---|
| California | Operations Per Schedule | $ ▉ | $ ▉ |

### SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION
### STATE -  CALIFORNIA

| | | | |
|---|---|---|---|
| **Period:** | 02/09/2023 - 02/09/2024 | | |
| **Entity name:** | Fashion Nova LLC | **Federal Id:** | XXXXXX6139 |
| **Location:** | 1 | **NAICS Code:** | 448140 |
| **Address:** | 2801 E 46th St<br>Vernon, CA 90058-2403 | | |

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
3    00003 0000000000 23040 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 3, Page 109

9df4d056-e2ec-418f-b76c-edcc22d5bb32

**Page 3 of 5**
02/09/2023

POLICY NUMBER: 9021547001

**SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION**

| Classification | Code No | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Stores - Clothing - Linens - Fabric - Retail | 8008 | $ ▮▮▮▮ | $ ▮▮ | $ ▮▮▮▮ |
| Class Minimum | | $ ▮▮▮ | | |
| Stores - Clothing - Linens - Fabric - Retail - Voluntary Compensation and Employers Liability | 8008 | $ ▮▮▮ | $ ▮▮ | $ ▮▮ |
| Class Minimum | | $ ▮▮▮ | | |
| Clerical Office Employees | 8810 | $ ▮▮▮▮ | $ ▮▮ | $ ▮▮▮▮ |
| Class Minimum | | $ ▮▮▮ | | |
| | | Total Entity Class Premium | | $ ▮▮▮▮ |
| Total State Class Premium | | | | $ ▮▮▮ |
| | 0930 | Blanket Waiver of Our Right To Recover From Others (0.020) | | $ ▮▮▮▮ |
| Premium for Increased Limits Part Two | | | | |
| | 9812 | (2.80%) Increased Limits Premium - Standard Coverage | $ | ▮▮▮ |
| Premium subject to Modification | | | $ | ▮▮▮ |
| | 9898 | Experience Rating Modification Factor (2.630) | $ | ▮▮▮ |
| Premium modified to reflect Exp. Mod. of 2.630 | | | $ | ▮▮▮ |
| | 9663 | Large Deductible | $ | ▮▮▮▮ |
| (CA) Estimated Standard Premium | | | $ | ▮▮▮ |
| | 0063 | (11.00%) Premium Discount (CA) | $ | ▮▮▮ |
| | 9740 | Terrorism (0.010) | $ | ▮▮▮ |
| (CA) Estimated Annual Premium Non-Premium Charges | | | $ | ▮▮▮ |
| | | (2.52%) CA State WC Administrative Surcharge | $ | ▮▮▮ |
| | | (0.14%) CA Uninsured Employers Benefits Trust Fund Assessment | $ | ▮▮▮ |
| | | (1.37%) CA Subsequent Injuries Benefits Assessment | $ | ▮▮▮ |
| | | (0.66%) CA Occupational Safety and Health Fund Assessment | $ | ▮▮▮ |
| | | (0.70%) CA Labor Enforcement and Compliance Fund Assessment | $ | ▮▮▮ |

Copyright 1987 National Council on Compensation Insurance

Exhibit 3, Page 110

WC 00 00 01 A CA

02/09/2023

POLICY NUMBER: 9021547001

**SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION**

| | | |
|---|---|---|
| (0.47%) CA WC Fraud Assessment | $ | ███████ |
| (0.00%) California Insurance Guarantee Association Surcharge | $ | ████ |
| Total Estimate due to this State | $ | ███████ |

*Non-Premium charges are state mandated tax/assessments/etc

The following endorsements apply to this state

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 B 01 12 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 06 04 84 | Waiver Of Our Right To Recover From Others Endorsement - California |
| WC 04 03 60 A 11 99 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 B 01 22 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 09 20 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
5    00003 0000000000 23040 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 3, Page 111

9df4d056-e2ec-418f-b76c-edcc22d5bb32

**Page 5 of 5**
02/09/2023

POLICY NUMBER: 9021547001



# POLICYHOLDER NOTICE
# SCHEDULE OF NAMED INSUREDS

Named Insured:

Fashion Nova LLC

FN Logistics LLC


And any affiliated or subsidiary company of the Named Insured as now or hereafter constituted in which the Named Insured owns a majority, greater than fifty percent (50%), interest.

**WC 80 99 0020 03 19**
9021547
Sentry Casualty Company
1   00001  0000000000  23040  0  N

Exhibit 3, Page 112
af759635-eb57-4d68-9b1c-c3259c6a4ab0

**Page 1 of 1**
02/09/2023



Number of pages including cover: _____

# Workers' Compensation Claim Report

## Fax Cover Sheet

| IMMEDIATE ACTION REQUIRED |
|:---:|
| FIRST REPORT OF INJURY ATTACHED |

To:     **Sentry Claims Service Center**

Fax #:  **800-726-8631**

From: _____

Business Name: <u>Fashion Nova LLC</u>_____

Account/Policy Number: <u>9021547001</u>_____

Phone #: _____

Fax #: _____

Location Code: _____    Department Code: _____
(if applicable)

**PLEASE INDICATE WHICH OF THE FOLLOWING APPLY:**

☐ Lost time involved

    ☐ Employee is currently completely off work

    ☐ Employee is currently working restricted duty or restricted hours

☐ Medical only claim (involving no lost time from work or wage loss)

☐ Record only (informational purposes only - no treatment outside the workplace has been sought or prescriptions filled)

☐ **Questionable Claim** - Please Investigate
(Please list concerns on a separate page, not on the First Report of Injury form)

**Due to federally mandated Medicare reporting requirements, you must report the date of birth and Social Security number on all WC claims.**

**90 226 01 18**
9021547001
Sentry Casualty Company
1    00001 0000000000 23040 0 N

Exhibit 3, Page 113
745ba203-f64a-46b9-86b7-a9772ab497cb

**Page 1 of 2**
02/09/2023

Timely reporting of accidents and losses is a critical factor in controlling Workers' Compensation costs. Delays can increase Workers' Compensation costs by 20 to 30 percent and the rate of litigation by as much as 45 percent.

Sentry provides a toll-free fax service to report accidents. It can significantly improve the timely reporting of Workers' Compensation claims by:

- Allowing investigations to start sooner and preventing the loss of critical evidence

- Providing the opportunity to implement medical cost-containment measures to ensure your employees receive quality care at a reasonable cost

- Encouraging prompt resolution of claims, reducing the likelihood of litigation and the potential of fraudulent claims

---

### TO REPORT WORKERS' COMPENSATION CLAIMS BY FAX

Sentry allows you to fax Employer's First Reports to Sentry, eliminating mail delays. We will mail the completed Workers' Compensation First Report of Injury Form to your state's Workers' Compensation bureau, where applicable.

Steps to reporting claims by fax:

1. Complete your state-specific First Report of Injury Form for a Workers' Compensation claim

2. Fill out the fax cover sheet from page 1 of this document based on the specifics of the claim being reported and print off a copy of the completed cover sheet.

3. Fax a copy of the completed cover sheet and your completed First Report of Injury Form to Sentry at:

| |
|---|
| 800-726-8631 |

# Three Ways to Take Control of Your Workers' Compensation Medical Expenses

*What you can do to impact the cost of your insurance and favorably add to your company's bottom line.*

**1.** Encourage injured employees to seek treatment from members of the Sentry utilized Workers' Compensation Medical Network offerings. Your employees receive high quality medical care, and you'll benefit from pre-negotiated rates.

In some states, you are allowed to direct the injured worker to a preselected physician for a limited period of time, if you post the names of those doctors in a readily visible area. These states include AL, CO, FL, GA, IA, ID, IN, KS, ME, MI, MO, NJ, NM, NC, PA, SC, TN, UT, VT, and VA.

If your State Workers' Compensation law does not allow you to direct an injured worker to a preselected physician, the injured employee may still appreciate your help in identifying a qualified care provider. However, never infringe on the legal right of injured workers to select their own physicians.

**2.** **Use the pharmacy network** to fill prescriptions for work-related injuries. Sentry's pharmacy network allows injured employees to have their medications filled at a local pharmacy with no out-of-pocket expense and at a discounted rate to your business. Visit www.workcompauto.optum.com/resources/pharmacy-locator or call 1-877-470-9572 to see a full list of network pharmacies.

**Use the First Fill program** so your injured employee can immediately receive pharmaceutical care, before the first notice of loss for the claim is fully processed. The program eliminates prescription issues by allowing a pharmacy to identify the carrier and process prescriptions electronically.

In these situations, providing a completed First Fill Prescription Form to a participating pharmacy within 30 days of the injury, Optum will allow a pharmacy to provide a 10-day supply (a Samaritan dose) to the injured employee, if the prescribed medication is part of the standard formulary. If the first notice of loss is not received or the claim is deemed non-compensable, Optum will absorb the cost of the 10-day supply at no cost to you or the injured employee.

**3.** **Report all injuries promptly** so Sentry can investigate the injury and ensure proper handling. Proper handling of a claim will ensure you get the best treatment at the best price.

**Note:** Workers' compensation claim handling can vary by state. For example, state regulations may differ on the waiting period before the injured employee can collect wage replacement benefits, or when he or she may be considered well enough to stop workers' compensation benefit payments.

**WC 80 99 0009 11 18**
9021547001
Sentry Casualty Company
1   00002  0000000000  23040  0  N                    Exhibit 3, Page 115
                              a2a1e7fa-41b1-4fe7-8d85-21389fc0b17a

**Page 1 of 4**
02/09/2023

# 1. Sentry Workers' Compensation Medical Network Frequently Asked Questions

**QUESTION:**   **What will the Sentry utilized Coventry Workers' Compensation Medical Network do for me?**

**ANSWER:**   It is an excellent tool to control medical expenses, which in turn allows Sentry to provide you with significant, long-term savings.

Medical care costs are a function of both volume and price per unit. By establishing contracts with hospitals, physicians, and outpatient care providers over a multi-year period, caps are obtained on annual increases and substantial discounts are obtained for our insureds who receive treatment from Coventry participating providers.

**QUESTION:**   **Must my employees seek medical treatment only from members of the Coventry Workers' Compensation Medical Network?**

**ANSWER:**   No. Depending on your state Workers' Compensation laws, your employees may receive treatment either from a provider you select, or from their choice of provider.

You can encourage any injured employee to use a specific participating provider in the Coventry Workers' Compensation Medical Network by placing worksite posters in each of your locations. Your employees will receive high quality medical care, and you'll benefit from the pre-negotiated rates that can decrease your medical costs.

**QUESTION:**   **What forms or procedures do I follow to qualify for the discounts offered by the Sentry utilized-Coventry Workers' Compensation Medical Network?**

**ANSWER:**   There are no additional forms. Participating providers automatically accept contractual rates for employees covered by a Sentry Workers' Compensation plan.

**QUESTION:**   **How can I find out if a hospital or doctor is a participating member of the Coventry Workers Compensation Medical Network?**

**ANSWER:**   You may access participating providers and create a customized worksite poster by visiting the Perspecta website at https://www.goperspecta.com/VPD/Sentry/public. Instructions for accessing participating providers in your area are provided in the 4-step process noted below or, you may call 855-346-4866 and choose option 3 to request the names of California MPN providers, option 5 to request the names of Texas HCN providers, or option 6 to request the names of providers in all other states.

1) Access the Perspecta website
https://www.goperspecta.com/VPD/Sentry/public
2) Select the Provider Search option
3) Limit your search by provider name, specialty, or location.
4) Click the magnifying glass action button.

**QUESTION:**   **Can I recommend a doctor or hospital to become part of the Coventry Workers Compensation Medical Network?**

**ANSWER:**   Yes. Contact your Sentry sales representative with the name of the provider. To become part of the network, the provider must meet quality assurance requirements, agree to annual cap increases, and negotiate fixed rates of reimbursement for services delivered.

**Page 2 of 4**
9021547001
Sentry Casualty Company

Exhibit 3, Page 116

**WC 80 99 0009 11 18**
02/09/2023

**QUESTION:** **What does the star display mean next to providers that are displayed in the provider search tool and on worksite posters?**

**ANSWER:** The ⭐ indicator identifies those WC providers who have been statistically shown to have better overall claim outcomes as compared to their peers and should be referred to whenever possible or as applicable by state law.

## HOW TO CREATE WORKSITE POSTERS

To create a worksite poster to display participating providers close to your business:

Step 1    Visit the Perspecta website at, https://www.goperspecta.com/VPD/Sentry/public.

Step 2    Choose the Panel Card option.

Step 3    Enter data in required fields flagged with a red asterisk and click the Continue, Review Providers action button.

Step 4    If necessary, edit or add providers or provider categories by selecting the Add New Provider and Add New Category action buttons.

Step 5    Click the Continue, Create Poster action button.

Step 6    Select Email Poster or Print Poster action button based on poster delivery preference.

**WC 80 99 0009 11 18**
9021547001
Sentry Casualty Company
3    00002 0000000000 23040 0 N                    a2a1e7fa-41b1-4fe7-8d85-21389fc0b17a

Exhibit 3, Page 117

**Page 3 of 4**
02/09/2023



## 2. RETAIL PRESCRIPTION PROGRAM

Sentry Insurance is pleased to provide a pharmacy benefits program that can help reduce your Workers' Compensation costs - Optum.

Optum applies extensive clinical expertise along with workflow-driven technology to improve claims outcomes, increase efficiency, and reduce the total cost of prescription drugs while raising the quality of care for injured workers.

This program includes:
- A First Fill program
- Comprehensive drug utilization review applied to all retail, mail-order, and paper transactions
- Efficient processes to minimize third-party billing
- A network with more than 65,000 participating pharmacies
- 24/7 multilingual support

We have enclosed a first fill form for your convenience.

If you have any questions, contact Optum at 1-877-470-9572, Sentry Insurance at 1-800-473-6879, or your sales representative.

    

Hello,

We're your workers' compensation insurance carrier in California.

In accordance with California Labor Code 4600.2, effective April 1, 2019 Sentry Insurance has established a Pharmacy Benefit Network (PBN) to process all California jurisdiction workers' compensation pharmacy prescriptions. Sentry Insurance has contracted with Optum, which owns the Tmesys pharmacy network, to process these prescriptions.

Included with this inquiry you'll find information about the Tmesys PBN. We've also included first fill forms that should be provided to employees at time of injury.

If you have questions, give us a call at 800-473-6879 and select claims or e-mail managedcare@sentry.com.

Thank you.

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
1    00004  0000000000  23040  0  N

Exhibit 3, Page 119
be3a89f7-555c-4fd4-9658-d71ca861f3f1

**Page 1 of 4**
02/09/2023

**OPTUM**®

## Workers' Compensation Notification Pharmacy Benefit Network

Your employer and your workers' compensation claims administrator have selected Optum as their workers' compensation pharmacy benefit network (PBN), to provide medications for your work- related injury through their pharmacy network, Tmesys®.

**This plan provides that drugs (and other services) prescribed for treating your work injury can be obtained only from companies or providers specified in your plan.**

**If you have any questions about how to obtain prescribed medications, call 1-866-599-5426.**



**LOCATING A PLAN PHARMACY**
More than 5,000 Locations in CA

1. Go to the Tmesys website at www.tmesys.com
2. Select the search method you prefer

Call 1-866-599-5426 to speak to a customer care specialist

### Plan Limitations
- You must present your workers' compensation pharmacy card to a participating network pharmacy in order to receive medications.
- Only medications used to treat your work-related injury are covered.
- Some medications may not be on the authorized list, in which case the pharmacy will contact Optum to try to obtain approval while you are at the pharmacy.
- If a pharmacy that is part of the participating network charges you for medications, you are not subject to plan limitations.
- Your prescribed medication may be subject to Utilization Review at the request of your claims administrator.

### How to Obtain Medicines
1. Your employer will provide you information and notification on the network and how to obtain medications upon implementation or when you were hired.
2. Upon receiving a notice of first injury, your employer will provide you with additional notification of requirements as well as a First Fill Card.
3. Give the card to the pharmacist at a participating network pharmacy with your prescription.
4. The pharmacist will fill your prescription. You should not receive a bill for these medications.
5. A permanent workers' compensation pharmacy card will be mailed to you.
6. Use the permanent card each time you have a prescription filled for your work-related injury.

**We look forward to serving you. If you have any questions about how to obtain prescribed medications, call 1-866-599-5426 or visit our Pharmacy Center on www.tmesys.com.**

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
2    00004  0000000000  23040  0 N

IMP14-16201

Exhibit 3, Page 120
be3a89f7-555c-4fd4-9658-d71ca861f3f1

**Page 2 of 4**
02/09/2023

 

**Optum**
PO Box 152539
Tampa, FL 33684-2539

# MAKING IT EASY...
## TO GET WORKERS' COMPENSATION PRESCRIPTIONS FILLED.

Optum has been chosen to manage your workers' compensation pharmacy benefits for your employer or their insurer. Below is your First Fill card that will allow you to receive your injury-related prescriptions at your local pharmacy. Please fill out the card based on the instructions below.

### Injured Employee:

 If you need a prescription filled for a work-related injury or illness, go to an Optum Tmesys® network pharmacy. Give this temporary card to the pharmacist. The pharmacist will fill your prescription at low or no cost to you.

 If your workers' compensation claim is accepted, you will receive a more permanent pharmacy card in the mail. Please use that card for other work-related injury or illness prescriptions.

 Most pharmacies and all major chains are included in the network. To find a network pharmacy call 1-877-470-9572 or visit www.tmesys.com.

## Questions? Need Help?
# 📱 1-877-470-9572

---

 **Sentry**

**WORKERS' COMPENSATION PRESCRIPTION DRUG PROGRAM**

Sentry Insurance
CARRIER/TPA                              EMPLOYER

INJURED WORKER NAME

**Please provide directly to Pharmacist**
SOCIAL SECURITY NUMBER          DATE OF INJURY (YYMMDD)

**Notice to Cardholder:** Present this card to the pharmacy to receive medication for your work-related injury. To locate a pharmacy: tmesys.com.

---

**Attention Pharmacists:** Enter RxBIN, RxPCN and GROUP. Member ID # format is the date of injury and SSN combined as follows: YYMMDD123456789.

Tmesys is the designated PBM for this patient.

### Tmesys Pharmacy Help Desk
### 1-800-964-2531

|        | NDC    |    | Envoy        |
|--------|--------|----|--------------|
| RxBIN  | 004261 | or | 002538       |
| RxPCN  | CAL    | or | Envoy Acct. # |
| GROUP  | SNTRFF |    |              |

---

**NOTE:** *This First Fill card is only valid for your workers' compensation injury or illness.*

 ### Employer:
Immediately upon receiving notice of injury, fill in the information above and give this form to the employee.

The following entities comprise the Optum Workers Compensation and Auto No Fault division: PMSI, LLC, dba Optum Workers Compensation Services of Florida; Progressive Medical, LLC, dba Optum Workers Compensation Services of Ohio; Cypress Care, Inc. dba Optum Workers Compensation Services of Georgia; Healthcare Solutions, Inc., dba Optum Healthcare Solutions of Georgia; Settlement Solutions, LLC, dba Optum Settlement Solutions; Procura Management, Inc., dba Optum Managed Care Services; Modern Medical, dba Optum Workers Compensation Medical Services, collectively and individually referred as "Optum."



IMP14-1813-34_SNTRFF

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
3    00004 0000000000 23040 0 N

Exhibit 3, Page 121
be3a89f7-555c-4fd4-9658-d71ca861f3f1

**Page 3 of 4**
02/09/2023

 

**Optum**
PO Box 152539
Tampa, FL 33684-2539

## HACEMOS MÁS SENCILLO...
### EL ABASTECIMIENTO DE LAS RECETAS MÉDICAS DEL PROGRAMA DE COMPENSACIÓN POR ACCIDENTES LABORALES.

Optum ha sido elegido para administrar los beneficios farmacéuticos de su programa de compensación por accidentes laborales para su empleador o su asegurador. Más adelante incluimos su tarjeta First Fill que le permitirá recibir las recetas médicas relacionadas con su lesión en su farmacia local. Llene esta tarjeta siguiendo las instrucciones que se indican a continuación.

### Empleado lesionado:

 Si necesita que se le abastezca su receta médica para una lesión o enfermedad relacionada con su trabajo, visite una farmacia de la red Optum Tmesys®. Entregue esta tarjeta temporal al farmacéutico. El farmacéutico abastecerá su receta médica bajo costo o sin costo alguno.

 Si se acepta su reclamación del programa de compensación por accidentes laborales, recibirá una tarjeta permanente por correo. Use esa tarjeta para otras recetas médicas de lesiones o enfermedades relacionadas con su trabajo.

 La mayoría de farmacias y todas las grandes cadenas de farmacias, forman parte de la red. Para encontrar una farmacia de la red, llame al 1-877-470-9572 o visite www.tmesys.com.

### ¿Tiene alguna pregunta? ¿Necesita ayuda?
## 📱 1-877-470-9572

---

 

**WORKERS' COMPENSATION PRESCRIPTION DRUG PROGRAM**

Sentry Insurance
PORTADORA                    EMPLEADOR

NOMBRE DEL TRABAJADOR LESIONADO

Please provide directly to Pharmacist
NÚMERO DE SEGURO SOCIAL        FECHA DE ALA LESIÓN (AAMMDD)

**Aviso para el titular de la tarjeta:** Presente esta tarjeta a la farmacia para recibir los medicamentos para la lesión relacionada con su trabajo. Para ubicar una farmacia, visite tmesys.com.

**Attention Pharmacists:** Enter RxBIN, RxPCN and GROUP. Member ID # format is the date of injury and SSN combined as follows: YYMMDD123456789.

Tmesys is the designated PBM for this patient.

**Tmesys Pharmacy Help Desk**
**1-800-964-2531**

|        | NDC    |     | Envoy         |
|--------|--------|-----|---------------|
| RxBIN  | 004261 | or  | 002538        |
| RxPCN  | CAL    | or  | Envoy Acct. # |
| GROUP  | SNTRFF |     |               |

***NOTA:*** *Esta tarjeta First Fill solo es válida para una lesión o enfermedad cubierta por su programa de compensación por accidentes laborales.*

 ### Empleador:
Inmediatamente después de recibir un aviso sobre una lesión, llene la información antes indicada y entregue este formulario al empleado.

The following entities comprise the Optum Workers Compensation and Auto No Fault division: PMSI, LLC, dba Optum Workers Compensation Services of Florida; Progressive Medical, LLC, dba Optum Workers Compensation Services of Ohio; Cypress Care, Inc. dba Optum Workers Compensation  Services of Georgia; Healthcare Solutions, Inc., dba Optum Healthcare Solutions of Georgia; Settlement Solutions, LLC, dba Optum Settlement Solutions; Procura Management, Inc., dba Optum Managed  Care Services; Modern Medical, dba Optum Workers Compensation Medical Services, collectively  and individually referred as "Optum."



IMP14-1813-34_SNTRFF

---

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
4    00004 0000000000 23040 0 N

Exhibit 3, Page 122
be3a89f7-555c-4fd4-9658-d71ca861f3f1

# NOTICE TO CALIFORNIA WC POLICYHOLDERS OCCUPATIONAL INJURY AND ILLNESS PREVENTION CONSULTATION SERVICES

As part of our insurance program, the following occupational injury and illness prevention consultation services are provided at no additional cost to our insureds.

1.  Surveys of buildings and operations for hazardous conditions.

2.  Consultation to aid in the resolution of occupational injury and illness prevention problems.

3.  Analysis of loss data to identify and evaluate actual or potential exposures which can result in employee injury and illness.

4.  Assistance in training managers, supervisors and employees with regard to injury and illness prevention principles and techniques.

5.  Provide information on safety and health standards, codes, regulations, safety equipment and technical data.

6.  Assist in the evaluation of existing injury and illness prevention programs or development of an appropriate program to fit your needs.

7. Provide visual aids to supplement your injury and illness prevention program.

If you have an immediate need for any of these services, please write, fax, or call:

> Safety Services
> Sentry Insurance
> 1800 North Point Drive
> Stevens Point, WI 54481
> 1-800-473-6879
> Fax: 715-346-8015

Notice:   Workers' compensation insurance policyholders may direct questions or complaints about an insurer's loss control consultation services by contacting: State of California, Department of Industrial Relations; Loss Control Services Coordinator, The Commission on Health, Safety & Workers' Compensation, 455 Golden Gate Avenue, 10th Floor, San Francisco, CA 94102 (415) 703-4220.

**WC 80 04 0012 08 12**
9021547001
Sentry Casualty Company                    Exhibit 3, Page 123
1   00001 0000000000 23040 0 N          751195f3-e7a0-4771-bc4c-9a0bc40d0a85

**Page 1 of 1**
02/09/2023

# POLICYHOLDER NOTICE
# CALIFORNIA WORKERS' COMPENSATION

California requires employers to provide to new employees a written notice which covers the contents of Labor Code sections 3550, 3551, and the Division of Workers' Compensation Regulations 9880.

The written notice requirements pursuant to Labor Code section 3551 must be provided to every new employee, either at the time the employee is hired or by the end of the first pay period.

Failure to comply with the posted and written notice requirements "shall constitute a misdemeanor, and shall be prima facie evidence of non-insurance." In addition, "failure of an employer to provide the notice...shall automatically permit the employee to be treated by his or her personal physician with respect to an injury occurring during that failure."

English and Spanish versions of Posters and Pamphlets are available.

THE FOLLOWING ARE EXCERPTS FROM THE LABOR CODE SECTIONS AND REGULATION 9880:

3550. (a) Every employer subject to the compensation provisions of this division shall post and keep posted in a conspicuous location frequented by employees and where the notice may be easily read by employees during the hours of the workday, a notice that states the name of the current compensation insurance carrier of the employer, or when such is the fact, that the employer is self-insured, and who is responsible for claims adjustment.

(b) Failure to keep any notice required by this section conspicuously posted shall constitute a misdemeanor, and shall be prima facie evidence of noninsurance.

(c) This section shall not apply with respect to the employment of employees as defined in subdivision (d) of Section 3351.

(d) The form and content of the notice required by this section shall be prescribed by the administrative director, after consultation with the Commission on Health and Safety and Workers' Compensation, and shall advise employees that all injuries should be reported to their employer. The notice shall be easily understandable. It shall be posted in both English and Spanish where there are Spanish-speaking employees. The notice shall include the following information:

(1) How to get emergency medical treatment, if needed.

(2) The kinds of events, injuries, and illnesses covered by Workers' Compensation.

(3) The injured employee's right to receive medical care.

(4) The rights of the employee to select and change the treating physician pursuant to the provisions of Section 4600.

(5) The rights of the employee to receive temporary disability indemnity, vocational rehabilitation services, and death benefits, as appropriate.

(6) To whom injuries should be reported.

(7) The existence of time limits for the employer to be notified of an occupational injury.

(8) The protections against discrimination provided pursuant to Section 132a.

(9) The location and telephone number of the nearest information and assistance officer.

(e) Failure of an employer to provide the notice required by this section shall automatically permit the employee to be treated by his or her personal physician with respect to an injury occurring during failure.

(f) The form and content of the notice required to be posted by this section shall be made available to self-insured employers and insurers by the administrative director. Insurers shall provide this notice to each of their policyholders, with advice concerning the requirements of this section and the penalties for a failure to post this notice.

**WC 80 04 0017 12 04**

**Page 1 of 2**

POLICYHOLDER NOTICE  - CONTINUED

The "Facts About Workers' Compensation" pamphlets referred to in the Labor Code section below will be released to you when available.

3551.  (a)  Every employer subject to the compensation provisions of this code, except employers of employees defined in subdivision (d) of Section 3351, shall give every new employee, either at the time the employee is hired or by the end of the first pay period, written notice of the information contained in Section 3350. The content of the notice required by this section shall be prescribed by the administrative director after consultation with the Commission on Health and Safety and Workers' Compensation.

(b)  The notice required by this section shall be easily understandable and available in both English and Spanish. In addition to the information contained in Section 3350, the content of the notice required by this section shall include:

(1)  Generally, how to obtain appropriate medical care for a job injury.

(2)  The role and junction of the primary treating physician.

(3)  A form that the employee may use as an optional method for notifying the employer of the name of the employee's "personal physician," as defined in Section 4600, or "personal chiropractor," as defined by Section 4601.

(c)  The content of the notice required by this section shall be made available to employers and insurers by the administrative director. Insurers shall provide this notice to each of their policyholders, with advice concerning the requirements of this section and the penalties for a failure to provide this notice to all employees.

DEFINITION OF "PERSONAL PHYSICIAN"

For the purpose of this article, "personal physician" means the employee's regular physician and surgeon, licensed pursuant to Chapter 5 (commencing with Section 2000) of Division 2 of the Business and Professional Code, who has previously directed the medical treatment of the employee, and who retains the employee's medical records, including his or her medical history.

DEFINITION OF "PERSONAL CHIROPRACTOR"

For the purpose of this article, "personal chiropractor" means the employee's regular chiropractor licensed pursuant to Chapter 2 (commencing with Section 1000) of Division 2 of the Business and Professional Code, who has previously directed treatment of the employee, and who retains the employee's chiropractic records, including his or her chiropractic history.

DIVISION OF WORKERS' COMPENSATION (DWC) REGULATION 9880:

(a)  Every employer shall provide to every new employee, either at the time of hire or no later than the end of the first pay period, information concerning the rights, benefits, and obligations under Workers' Compensation law.

(b)  The notice provided shall be in writing, in non-technical terms and shall include the following information:

(1)  An explanation of the extent and scope of coverage provided by the Workers' Compensation law.

(2)  An explanation of an injured employee's rights to medical care and to select and change the treating physician.

(3)  An explanation of an injured employee's rights to indemnity payments for disability or death and the availability of vocational rehabilitation services.

(4)  The procedures for reporting accidents and injuries to the employer.

(5)  Where further information may be obtained, including an explanation of services available from an Information and Assistance Officer.

# POLICYHOLDER NOTICE
# YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

**I.  Information Available to You**

    **A.  Information Available from Us - Sentry Casualty Company**

        **(1)**  General questions regarding your policy should be directed to:

<div align="center">

**Sentry Insurance Group**
**16815 Von Karman Avenue, Ste. 200**
**Irvine, CA 92606**
**Telephone: 949-930-6100**
**Fax: 888-729-2225**
**Sentry.com**

</div>

        **(2)  Dividend Calculation.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

        **(3)  Claims Information.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

        For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

    **B.  Information Available from the Workers' Compensation Insurance Rating Bureau of California**

        **(1)**  The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan-1995* (USRP) and the *California Workers' Compensation Experience Rating Plan-1995* (ERP). WCIRB contact information is: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Customer Service; 888.229.2472 (phone); 415.778.7272 (fax); and customerservice@wcirb.com (email). The regulations contained in the USRP and ERP are available for public viewing through the WCIRB's website at wcirb.com.

        **(2)  Policyholder Information.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Custodian of Records. The Custodian of Records can be reached at 415.777.0777 (phone) and 415.778.7272 (fax).

        **(3)  Experience Rating Form.** Each experience rated risk may receive a single copy of its current Experience Rating Form/Worksheet free of charge by completing a Policyholder Experience Rating Worksheet Request Form on the WCIRB's website at wcirb.com/ratesheet. The Experience Rating Form/Worksheet will include a Loss-Free Rating, which is the experience modification that would have been calculated if $0 (zero) actual losses were incurred during the experience period. This hypothetical rating calculation is provided for informational purposes only.

**II.  Dispute Process**

    You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

    **A.  Our Dispute Resolution Process.**

    If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.

    You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you.

**WC 80 04 0020 02 22**
9021547
Sentry Casualty Company
    Exhibit 3, Page 126
c1d13a60-882c-4dc6-99ad-e7487d3b5b79

**Page 1 of 2**
02/09/2023

1  00001 0000000000 23040 0 N

Written Complaints and Requests for Action should be forwarded  to:

**Sentry Insurance Group**
**16815 Von Karman Avenue, Ste. 200**
**Irvine, CA 92606**
**Telephone: 949-930-6100**
**Fax: 888-729-2225**
**Website: Sentry.com**

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner as described in Paragraph **II.C.**, below.

**B. Disputing the Actions of the WCIRB.** If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the  request involves the application of  the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 7 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Customer Service. Customer Service can be reached at 888.229.2472 (phone), 415.778.7272 (fax) and customerservice@wcirb.com (email).

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send  you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days  after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner as described in Paragraph **II.C.**, below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612,  Attn: Complaints and Reconsideration. The WCIRB's contact information is 888.229.2472 (phone), 415.371.5204 (fax) and customerservice@wcirb.com (email).

**C. California Department of Insurance - Appeals to the Insurance Commissioner.** After you follow the appropriate dispute resolution process described above, if (1) we or the WCIRB decline to review your request, (2) you are dissatisfied with the decision upon review, or (3) we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California  Code  of  Regulations, Section  2509.40 et seq. You must file  your appeal  within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written  decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the Insurance Commissioner is:

Administrative Hearing Bureau
California Department of Insurance
1901 Harrison Street, 3$_{rd}$ Floor
Oakland, CA 94612
415.538.4243

You have the right to a hearing before the Insurance Commissioner, and our action, or the action of the WCIRB, may be affirmed, modified or reversed.

**III.  Resources Available to You in Obtaining Information and Pursuing Disputes**

**A. Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in **I.A.** and **I.B.**, above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the Insurance Commissioner pursuant to Section  11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Policyholder Ombudsman. The policyholder ombudsman can be reached at 415.778.7159 (phone), 415.371.5288 (fax) and ombudsman@wcirb.com (email).

**B. California Department of Insurance - Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 800.927.HELP (4357) or insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in Paragraph **II.C**.

This notice does not change the policy to which it is attached.

**Page 2 of 2**
9021547
Sentry Casualty Company

Exhibit 3, Page 127

**WC 80 04 0020 02 22**
02/09/2023

# POLICYHOLDER NOTICE

# CALIFORNIA WORKERS' COMPENSATION INSURANCE RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1. We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2. The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3. Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expense of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4. We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally results in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5. A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6. Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7. We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

**WC 80 04 0021 03 14**

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

9021547001
Sentry Casualty Company

Exhibit 3, Page 128

1   00001 0000000000 23040 0 N          15262f03-dc2c-493b-9894-6f610ce0a41a

## CALIFORNIA WORKERS' COMPENSATION INSURANCE
## NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1. Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2. The policy was extended for 90 days or less and the required notice was given prior to the extension.

3. You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4. The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5. You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6. We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

   (A) If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

   (B) For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

**WC 80 04 0021 03 14**

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

02/09/2023

# POLICYHOLDER NOTICE
# CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" with an amount will be displayed on your policy declaration page.

This notice does not change the policy to which it is attached.

**WC 80 04 0022 03 14**
9021547001
Sentry Casualty Company
1   00001 0000000000 23040 0 N

Exhibit 3, Page 130
e114f344-bdbd-405c-9d57-86a5e9ee8f95

**Page 1 of 1**
02/09/2023

# IMPORTANT NOTICE TO POLICYHOLDERS

# CALIFORNIA WORKERS' COMPENSATION REPORTING FIRST AID CLAIMS

Effective January 1, 2017, employers will be required to report all injuries, including those that meet the definition of first aid, to their insurance carrier.

First aid means any one-time treatment, and any follow-up visit for the purpose of observation of minor scratches, cuts, burns, splinters, or other minor industrial injury, which do not ordinarily require medical care. This one-time treatment, and follow-up visit for the purpose of observation, is considered first aid even though provided by a physician or registered professional personnel.

Insurers are required to report the medical costs incurred on first aid claims to the Workers' Compensation Insurance Rating Bureau (WCIRB), even if paid by the employer, as any other medical loss.

In order to be compliant with this reporting requirement we ask that you report all incidents that meet the definition of "first aid" to us and forward all medical bills to us for payment.  When we pay medical bills directly we may pay a discounted rate.  If you pay the bill directly you will be required to report the bill and payment amount to us. By reporting all claims to us, you are also avoiding the risk of becoming a Medicare reporting entity (RRE).

**WC 80 04 0026 01 17**
9021547001
Sentry Casualty Company
1   00001 0000000000 23040 0 N

Exhibit 3, Page 131
7b2ef656-3b08-46bb-bdbd-024b15146b6a

**Page 1 of 1**
02/09/2023

PN 04 99 08 12 19

# POLICYHOLDER NOTICE

# CALIFORNIA ASSEMBLY BILL NO. 5, INDEPENDENT CONTRACTORS

**Summary of Assembly Bill No. 5 (AB 5)**
For the purposes of wages, workers' compensation and other benefits, AB 5 creates a presumption that an entity's workers are employees unless the hiring entity can show that the worker meets three conditions, known as the "ABC Test". With respect to workers' compensation, AB 5 goes into effect on **July 1, 2020** and applies to policies issued on or after **July 1, 2020**, as well as policies in force as of **July 1, 2020**.

The bill adds Section 2750.3 to the California Labor Code, which provides in pertinent part:

**2750.3.**
(a)(1) For purposes of the provisions of this code and the Unemployment Insurance Code, and for the wage orders of the Industrial Welfare Commission, a person providing labor or services for remuneration shall be considered an employee rather than an independent contractor unless the hiring entity demonstrates that all of the following conditions are satisfied:

(A) The person is free from the control and direction of the hiring entity in connection with the performance of the work, both under the contract for the performance of the work and in fact.

(B) The person performs work that is outside the usual course of the hiring entity's business.

(C) The person is customarily engaged in an independently established trade, occupation, or business of the same nature as that involved in the work performed.

(2) Notwithstanding paragraph (1), any exceptions to the terms "employee," "employer," "employ," or "independent contractor," and any extensions of employer status or liability, that are expressly made by a provision of this code, the Unemployment Insurance Code, or in an applicable order of the Industrial Welfare Commission, including, but not limited to, the definition of "employee" in subdivision 2(E) of Wage Order No. 2, shall remain in effect for the purposes set forth therein.

(3) If a court of law rules that the three-part test in paragraph (1) cannot be applied to a particular context based on grounds other than an express exception to employment status as provided under paragraph (2), then the determination of employee or independent contractor status in that context shall instead be governed by the California Supreme Court's decision in *S.G. Borello & Sons, Inc. v. Department of Industrial Relations* (1989) 48 Cal.3d 341.

AB 5 also provides an extensive list of occupations that are exempt from the application of Section 2750.3(a)(1). These exemptions are subject to revision. In addition, AB 5 amends Section 3351 of the California Labor Code and Sections 606.5 and 621 of the Unemployment Insurance Code. The pertinent sections of the California Labor Code and Unemployment Insurance Code may be accessed at http://leginfo.legislature.ca.gov. You may also access the California Labor & Workforce Development Agency webpage at https://www.labor.ca.gov/employmentstatus/ for more information.

This notice does not change the policy to which it is attached.

# POLICYHOLDER NOTICE
# NEW YORK OUT-OF-STATE EMPLOYERS

The New York Workers Compensation Board enforces New York Workers' Compensation Law (WCL) verifying that employers maintain proper New York Workers' Compensation Coverage.

The New York Compensation Board issued a policy statement on their website to address out-of-state employers. The policy states that employers meeting any of the following criteria will be required to maintain New York WC coverage (New York must be listed in **Item 3A** of the Policy Information Page):

- The employer (as defined in the WCL) is required to register with the NYS Department of Labor and pay Unemployment Insurance for any period in question.

- The employer has a permanent physical location in New York or has employees whose primary work location is in New York.

- The employer is operating in New York under a permit, contract, or license granted by the State of New York, its counties or any municipality as defined under Subsection 57 of the Workers' Compensation Law.

- The employer is working as a contractor/general contractor/subcontractor on a construction project in New York.

- In the previous year, the employer had employees physically in New York for at least 40 hours of every week for a period of longer than 2 consecutive weeks or had employees present in New York for 25 or more individual days (e.g. - 5 employees working for 5 days in New York equals 25 individual employee days). Employees traveling through the state of New York not stopping for deliveries, pick-ups, or other work are not deemed to have worked in New York. An employer that has reason to know that it will meet these criteria in the current year, even if it has not done so in the prior year, must obtain the required coverage.

Out-of-state employers that are sending employees into New York that are only attending infrequent (not more than one per month) meetings, seminars, conferences or conventions in New York will not be required to provide full statutory coverage.

Failure to provide required New York coverage may result in fines and penalties.

Additional information may be obtained on the Board's website: http://www.wcb.ny.gov.

Please contact your Sentry Representative to add New York to your Workers' Compensation policy if you anticipate meeting any of the above criteria or if you have questions.

**WC 80 99 0005 04 12**
9021547001
Sentry Casualty Company
1   00001 0000000000 23040 0 N

Exhibit 3, Page 133
2f20715f-8936-438e-833e-4c3a039e0807

**Page 1 of 1**
02/09/2023

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 00 00 C

(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

#### A. The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

#### B. Who is Insured

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

#### C. Workers Compensation Law

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

#### D. State

State means any state of the United States of America, and the District of Columbia.

#### E. Locations

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

#### A. How This Insurance Applies

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

#### B. We Will Pay

We will pay promptly when due the benefits required of you by the workers compensation law.

#### C. We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

#### D. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

#### E. Other Insurance

We will not pay more than our share of benefits and costs covered by this insurance and other

1 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit 3, Page 134

6c0dc3d6-69f6-4dfe-945a-cdb1c516d866

02/09/2023

**WC 00 00 00 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

### F. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

### G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

### H. Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

    a. benefits payable by this insurance;

    b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

### PART TWO
### EMPLOYERS LIABILITY INSURANCE

### A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

### B. We Will Pay

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 3, Page 135                                    02/09/2023

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**       **WC 00 00 00 C**

(Ed. 1-15)

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you;and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C. Exclusions

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651-1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901-944), any

other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D. We Will Defend

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## E. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

3 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

9021547001
Sentry Casualty Company
3    00003 0000000000 23040 0 N

Exhibit 3, Page 136
6c0dc3d6-69f6-4dfe-945a-cdb1c516d866

02/09/2023

**WC 00 00 00 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident–each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE
OTHER STATES INSURANCE**

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR
YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

9021547001
Sentry Casualty Company

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 3, Page 137

02/09/2023

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      WC 00 00 00 C

(Ed. 1-15)

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

**PART FIVE**
**PREMIUM**

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

9021547001
Sentry Casualty Company
5    00003 0000000000 23040 0 N

Exhibit 3, Page 138
6c0dc3d6-69f6-4dfe-945a-cdb1c516d866

02/09/2023

**WC 00 00 00 C**              **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

## PART SIX
## CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

9021547001
Sentry Casualty Company
© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 3, Page 139
02/09/2023

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 00 04 06 A

(Ed. 7-95)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule

1. **State**                               **Estimated Eligible Premium**
   California

| First | Next | Next | |
|-------|------|------|--|
| $10,000 | $190,000 | $1,550,000 | Balance |
| 0.00% | 10.90% | 12.60% | 14.40% |

2. Average percentage discount: _____%

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                Policy No.                        Endorsement No.
Insured                                                                 Premium

Insurance Company                    Countersigned by_____

**WC 00 04 06 A**
(Ed. 7-95)
© **1995 National Council on Compensation Insurance, Inc.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**            **WC 00 04 19**

(Ed. 1-01)

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE
PREMIUM**

D.  **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                                    Policy No.                                    Endorsement No.
  Insured                                                                                        Premium $

Insurance Company                                    Countersigned by_____

**WC 00 04 19**
(Ed. 1-01)
© **2000 National Council on Compensation Insurance, Inc.**

9021547001
Sentry Casualty Company                        Exhibit 3, Page 141
1   00001 0000000000 23040 0 N              d5e1710d-511c-4ede-bc1c-8d062a25f533

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 22 C**
(Ed. 1-21)

## TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

a. The act is an act of terrorism.
b. The act is violent or dangerous to human life, property, or infrastructure.
c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2021, and ending on December 31, 2027, an amount equal to 20% of our direct earned premium during the immediately preceding calendar year.

**WC 00 04 22 C**
(Ed. 1-21)
© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.
9021547001
Sentry Casualty Company                    Exhibit 3, Page 142
1   00001 0000000000 23040 0 N              438b708a-2082-472f-856f-6d6d3b62cfb9

**Page 1 of 2**
02/09/2023

**WC 00 04 22 C**              WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-21)

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses occurring in any calendar year exceed $200,000,000, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                              Policy No.                              Endorsement No.
Insured                                                                                            Premium

Insurance Company                              Countersigned by_____

**WC 00 04 22 C**
(Ed. 1-21)

9021547001
Sentry Casualty Company                  **© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.**

Exhibit 3, Page 143                              02/09/2023

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 04 03 01 B

(Ed. 1-12)

## POLICY AMENDATORY ENDORSEMENT-CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1.  **Minors Illegally Employed – Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2.  **Punitive or Exemplary Damages – Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3.  **Increase in Indemnity Payment – Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

    If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4.  **Application of Policy.** Part **One**, "Workers Compensation Insurance", **A**, "How This Insurance Applies", is amended to read as follows:

    This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5.  **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6.  **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7.  **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8.  Part **Five**, "Premium", **E**, "Final Premium", is amended to read as follows:

    The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

    If this policy is cancelled, final premium will be determined in the following way unless our manuals provide otherwise:

    a.  If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

    b.  If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be increased by our short-rate cancellation table and procedure. Final premium will not be less than the pro rata share of the minimum premium.

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

**WC 04 03 01 B**
(Ed. 1-12)

© Copyright 2011 by the Workers Compensation Insurance Rating Bureau of California. All rights reserved. From the WCIRB's California Workers' Compensation Insurance Forms Manual © 2001

**Page 1 of 2**

**WC 04 03 01 B**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-12)

**Note:**

This endorsement may be used to amend the Workers Compensation and Employers Liability Insurance Policy, WC 00 00 00 B, to comply with California law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                Policy No.                          Endorsement No.
Insured                              Insurance Company

                                     Countersigned By_____

<div align="right">

**WC 04 03 01 B**
(Ed. 1-12)

</div>

© Copyright 2011 by the Workers Compensation Insurance Rating Bureau of California. All rights reserved. From the WCIRB's California Workers' Compensation Insurance Forms Manual © 2001

**Page 2 of 2**
9021547001
Sentry Casualty Company              Exhibit 3, Page 145                    02/09/2023

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 04 03 05**

(Ed. 1-85)

### VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT-CALIFORNIA

If the employer named in item 1 of the Information Page has in his employment persons not entitled to compensation under Division 4 of the Labor Code of the State of California, this policy shall operate as an election on the part of the employer to come under the compensation provisions of Division 4 with respect to those persons described in the Schedule below.

This policy applies to those persons described in the Schedule below as employees.

Schedule

All officers and employees not subject to Workers Compensation Law.

**Note:**

This endorsement may be used to afford compensation coverage pursuant to the Miscellaneous Regulations for the Recording and Reporting of Data, Part 2, Section IV.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Endorsement Effective | Policy No. | Endorsement No. |
| Insured | Insurance Company | |

Countersigned By_____

**WC 04 03 05**
(Ed. 1-85)
© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.**

**Page 1 of 1**

9021547001
Sentry Casualty Company
1   00001  0000000000  23040  0  N
Exhibit 3, Page 146
b9c8eebb-7afa-454d-9f52-c7083bd6f4ba
02/09/2023

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 04 03 06**

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT- CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

The additional premium for this endorsement shall be _____2_____ % of the California workers' compensation premium otherwise due on such remuneration.

Schedule

**Person or Organization**                                    **Job Description**

Any person or organization for whom the Named Insured has agreed by written contract executed prior to loss.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                     Policy No.                              Endorsement No.
Insured                                   Insurance Company

                                          Countersigned by_____

**WC 04 03 06**
(Ed. 4-84)
© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.**

**Page 1 of 1**

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY    WC 04 03 60 A

(Ed. 11-99)

### EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDORSEMENT - CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in Item 3 of the Information Page is subject to the following provisions:

**A.** "How This Insurance Applies", is amended to read as follows:

  **A.** How This Insurance Applies

    This Employers' Liability Insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

    **1.** The bodily injury must arise out of and in the course of the injured employee's employment by you.

    **2.** The employment must be necessary or incidental to your work in California.

    **3.** Bodily injury by accident must occur during the policy period.

    **4.** Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

    **5.** If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**C.** The "Exclusions" section is modified as follows (all other exclusions in the "Exclusions" section remain as is):

  **1.** Exclusion 1 is amended to read as follows:

    **1.** Liability assumed under a contract.

  **2.** Exclusion 2 is deleted.

  **3.** Exclusion 7 is amended to read as follows:

    **7.** Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

  **4.** The following exclusions are added:

    **1.** Bodily injury to any member of the flying crew of any aircraft.

    **2.** Bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the Workers' Compensation Law(s) applicable to you or otherwise fail to comply with that law.

**WC 04 03 60 A**

(Ed. 11-99)

© Copyright 1999 Workers' Compensation Insurance Rating Bureau of California.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 04 04 21**

(Ed. 1-08)

## OPTIONAL PREMIUM INCREASE ENDORSEMENT - CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We may contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after your receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

**WC 04 04 21**
(Ed. 1-08)

**Page 1 of 1**

9021547001
Sentry Casualty Company
1   00001 0000000000 23040 0 N
Exhibit 3, Page 149
d8874275-053f-45e0-91a9-2672462accc5
02/09/2023

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 06 01 B

(Ed. 01-22)

## CALIFORNIA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the Information Page.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancelation:**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

   a. Non-payment of premium;

   b. Failure to report payroll;

   c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

   d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

   e. Material misrepresentation made by you or your agent;

   f. Failure to cooperate with us in the investigation of a claim;

   g. Material failure to comply with federal or state safety orders or written recommendations of our designated loss control representatives;

   h. The occurrence of a material change in the ownership of your business;

   i. The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

   j. The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

   k. The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3. If we cancel your policy for any of the reasons listed in (a) through (f), we will give you 10 days advance written notice, stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice. If we cancel your policy for any of the reasons listed in Items (g) through (k), we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4. If we mail the notice to you, the stated periods of notice and your right to remedy the condition will be extended by 5 days if the place of mailing and your mailing address is within California, 10 days if the place of mailing or your mailing address is outside of California and 20 days if the place of mailing or your mailing address is outside of the United States.

5. The policy period will end on the day and hour stated in the cancelation notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.
Insured                                  Insurance Company

                                         Countersigned By_____

**WC 04 06 01 B**
(Ed. 01-22)
9021547001
Sentry Casualty Company

**Page 1 of 1**

02/09/2023

1    00001  0000000000  23040  0  N            0a994236-b4b5-4cbb-9725-eb2e7b9c2019

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**        WC 04 06 03 A

(Ed. 01-07)

## CALIFORNIA LARGE RISK DEDUCTIBLE ENDORSEMENT

1. This endorsement applies to the workers' compensation insurance coverage, the employers' liability insurance coverage and the other states insurance coverage provided in this policy.

2. This endorsement applies between you and us. It does not affect the rights of others under the policy. Nor does it change our obligations under the policy, except as otherwise stated in this endorsement.

3. In consideration of a reduced premium, you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expenses which arise out of any claim or suit we defend, where you elect to include such expenses.

4. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us.

**Deductible - Each Occurrence**

5. The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expenses, if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible - Policy Aggregate**

6. The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expense, if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

   (a) If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

   (b) If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

   (c) If you cancel the policy for any reason other than retiring from business, the aggregate deductible amount will not be reduced.

   (d) If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect of Deductible on Limits of Liability**

7. The applicable limits of liability as respects the employers' liability insurance coverage provided in this policy are subject to reduction by the application of the lost reimbursement amount(s) applicable to any claim for accident or disease covered by this policy. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount. The payment of loss adjustment expense, where such expense is elected by you, will not affect the limits of the liability.

**Allocated Loss Adjustment Expenses**

8. Allocated loss adjustment expenses, which is electable by you, means claims expenses directly allocated by us to a particular claim. Such expenses shall not include cost of investigation or the salaries and traveling expenses of our employees  other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery from Others**

9. If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

   (a) First, to any payments made by us in excess of the deductible amount; and

   (b) Then the remainder, if any, will be applied to reduce the deductible amount reimbursed by you.

**WC 04 06 03 A**
(Ed. 01-07)

9021547001
Sentry Casualty Company

1    00002  0000000000  23040  0  N

1 of 3

Exhibit 3, Page 151
06567d07-b1c8-47b9-b124-326915d56cca

02/09/2023

**WC 04 06 03 A**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 01-07)

<u>Cancellation</u>

10. We may cancel this policy for nonpayment of any deductible amounts or for failure to comply with any security-related terms of this policy. Such cancellation of this policy shall be treated in the same manner as nonpayment of premium as provided by the California Insurance Code. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

<u>Sole Representation</u>

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

    (a) Changes to this endorsement;

    (b) Obligations to receive premiums; or

    (c) Giving or receiving notice of cancellation.

<u>Your Duties and Understanding</u>

12. All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

<u>Other Rights and Duties</u>

13. All other terms of the policy, including those which govern the following items, apply irrespective of this deductible endorsement:

    (a) Our right and duty to defend any claim, proceeding or suit against you; and

    (b) Your duties if injury occurs.

**WC 04 06 03 A**
(Ed. 01-07)

**2 of 3**

9021547001
Sentry Casualty Company

Exhibit 3, Page 152

02/09/2023

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 04 06 03 A

(Ed. 01-07)

**Additional Charges**

14. Any assessments pursuant to California statute are not part of this Plan but are included in the cost of the coverage provided by the policy to which this endorsement is attached.

**Schedule**

1. Deductible Amount $ <u>250,000</u> Each Accident

   (Dollar Amount)

2. Aggregate Limit $ <u>    None    </u>  Negotiated Charge $ <u>    None    </u>

   (Dollar Amount or "None")              (Dollar Amount or "None")

3. Allocated Loss Adjustment Expenses are <u>    Included    </u>

   ("Included" or "Excluded")

4. The Fixed Expense Charge <u>    Will    </u> be adjusted retroactively, based upon actual costs.

   ("Will" or "Will Not")

**Notes:**

1. This endorsement may be used to provide deductibles to policyholders for all or part of benefits payable under the policy pursuant to California Insurance Code Section 11735(e).

2. This endorsement has been approved for use in conjunction with the California Large Risk Deductible Plan (Advisory).

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                     Policy No.                     Endorsement No.
Insured                                   Insurance Company

                                          Countersigned by_____

**WC 04 06 03 A**
(Ed. 01-07)

9021547001
Sentry Casualty Company
3   00002 0000000000 23040 0 N

Exhibit 3, Page 153
06567d07-b1c8-47b9-b124-326915d56cca

02/09/2023

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 06 04

(Ed. 09-20)

### COVID-19 REPORTING REQUIREMENT ENDORSEMENT - CALIFORNIA

In addition to the requirements under Part 4, "Your Duties if Injury Occurs" of your policy, if you have five or more employees and an employee that is not described in California Labor Code section 3212.87 tests positive for COVID-19, you are required to report the following information as provided below.

#### Reporting COVID-19 Positive Tests from July 6, 2020 to September 17, 2020

Pursuant to California Labor Code Section 3212.88(k)(2), if you are aware of an employee testing positive for COVID-19 on or after July 6, 2020 and prior to September 17, 2020, you must report to your claims administrator in writing via electronic mail or facsimile within 30 business days of September 17, 2020, all of the following:

(1) An employee has tested positive. For purposes of this reporting, do not provide any personally identifiable information regarding the employee who tested positive for COVID-19 unless the employee asserts the infection is work related or has filed a claim form pursuant to California Labor Code Section 5401.

(2) The date that the employee tests positive, which is the date the specimen was collected for testing.

(3) The specific address or addresses of the employee's specific place of employment during the 14-day period preceding the date of the employee's positive test.

(4) The highest number of employees who reported to work at each of the employee's specific places of employment on any given work day between July 6, 2020 and September 17, 2020.

#### Reporting COVID-19 Positive Tests from September 17, 2020 to January 1, 2023

Pursuant to California Labor Code Section 3212.88(i), when you know, or reasonably should know, that an employee has tested positive for COVID-19 between September 17, 2020 and January 1, 2023, you must report to your claims administrator in writing via electronic mail or facsimile within 3 business days all of the following:

(1) An employee has tested positive. For purposes of this reporting, do not provide any personally identifiable information regarding the employee who tested positive for COVID-19 unless the employee asserts the infection is work related or has filed a claim form pursuant to California Labor Code Section 5401.

(2) The date that the employee tests positive, which is the date the specimen was collected for testing.

(3) The specific address or addresses of the employee's specific place of employment during the 14-day period preceding the date of the employee's positive test.

(4) The highest number of employees who reported to work at the employee's specific place of employment in the 45-day period preceding the last day the employee worked at each specific place of employment.

Labor Code Section 3212.88(j) states that the intentional submission of false or misleading information or the failure to report the above information as required may subject you to a civil penalty in the amount of up to $10,000 to be assessed by the Labor Commissioner.

For the purposes of these reporting requirements, California Labor Code Section 3212.88(m) provides the following:

(1) "COVID-19" means the 2019 novel coronavirus disease.

(2) "Test" or "testing" means a PCR (Polymerase Chain Reaction) test approved for use or approved for emergency use by the United States Food and Drug Administration to detect the presence of viral RNA. "Test" or "testing" does not include serologic testing, also known as antibody testing. "Test" or "testing" may include any other viral culture test approved for use or approved for emergency use by the United States Food and Drug Administration to detect the presence of viral RNA which has the same or higher sensitivity and specificity as the PCR Test.

**WC 04 06 04**                     **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 09-20)

(3) "A specific place of employment" means the building, store, facility, or agricultural field where an employee performs work at the employer's direction. "A specific place of employment" does not include the employee's home or residence, unless the employee provides home health care services to another individual at the employee's home or residence.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective          Policy No.                          Endorsement No.
Insured                        Insurance Company

                               Countersigned
                               By                  _____

**WC 04 06 04**
(Ed. 09-20)
9021547                                        **2 of 2**
Sentry Casualty Company                   Exhibit 3, Page 155                    02/09/2023

WC 90 06 05 01 02

# CALIFORNIA AMENDED CANCELLATION CONDITIONS

As respects only to California exposure, if provided under this policy the following applies:

It is agreed that this company amendatory endorsement supersedes the California state amendatory endorsement WC 04 06 01 and subsequent editions as follows:

In the paragraph, which describes the number of days of notice in the event of cancellation, if we cancel our policy for any of the reasons listed below:

> Failure to comply with Federal or State safety orders;

> Failure to comply with written recommendations of our designated loss control representatives;

> The occurrence of a material change in the ownership of your business;

> The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

> The occurrence of any change in your business or operation that required additional or different classification of premium calculation;

> The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties;

we will give you 90 days advance written notice instead of 30.

All other cancellation provisions will remain unchanged.

**WC 90 06 05 01 02**
9021547001
Sentry Casualty Company
1   00001 0000000000 23040 0 N

Exhibit 3, Page 156
75cb2153-8227-4d7f-aa9e-7d169cf32bd5

**Page 1 of 1**
02/09/2023

# Exhibit 4

80 2313 CA 01 21

# ADDITIONAL CONDITIONS MEMBERSHIP AND PARTICIPATING PROVISION

**Membership**

By virtue of this policy, you are a member of Sentry Mutual Holding Company of Stevens Point, Wisconsin. You are entitled to vote either in person or by proxy at any meeting of members of the Company. The annual meeting of the Company is held at the Company's Home Office in Stevens Point, Wisconsin at 9:00 A.M. on the third Wednesday in April.

**Participation**

You will share in any dividends in accordance with conditions established by the Board of Directors. This policy is not assessable.

Vice President, Secretary                              President

This endorsement must be attached to a policy showing California in item 3.A. of the Information Page.

Under California Law it is unlawful for an insurer [us] to promise the future payment of dividends under an unexpired workers' compensation policy or to misrepresent the conditions for dividend payment. Dividends are payable only pursuant to conditions determined by the [our] Board of Directors or other governing board [of the Company] following policy expiration. Forfeiture of a right to, reduction in the amount of, or delay in the payment of a policyholder's dividend due to the policyholder's failure to accept renewal of the policy or subsequent policies issued by the same insurer is illegal and constitutes an unfair practice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Endorsement Effective | Policy No. | Endorsement No. |
| Insured | Insurance Company | |
| | Countersigned by_____ | |

**Sentry**

POLICY NUMBER:  9021547001

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY INFORMATION PAGE

| | |
|---|---|
| Sentry Casualty Company<br>(A Participating Stock Company)<br>A member of the Sentry Insurance Group<br>1800 North Point Drive<br>Stevens Point,  WI  54481 | Carrier Code No          37877<br>Policy Number          9021547001<br>Renewal of Policy Number 9021547001<br><br>Marsh & McLennan Agency LLC<br>1 Polaris Way Ste 300<br>Aliso Viejo, CA 92656<br>Agency Code 1118152<br>212-345-5000 |

**ITEM**

**1.  INSURED**

| | |
|---|---|
| **First Named Insured:** | Fashion Nova LLC |
| **Address:** | 2801 E 46th St |
| | Vernon, CA 90058-2403 |
| **Phone Number:** | 800-866-0286 |
| **Business Description:** | Limited liability company |

See Schedule of Entities for Other Insured Entities

Other workplaces not shown above:
See Extension of information page

**2.  POLICY PERIOD**

The policy period is from 02/09/2024 to 02/09/2025 at 12:01A.M, Standard Time at the First Named Insured's mailing address shown above.

**3.  COVERAGE**

    A.  Workers Compensation Insurance: Part One of the policy applies to the workers compensation law of the states listed here:

       California

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
1  00003 0000000000 24040 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 4, Page 159
f677105e-a82b-4a08-88d4-fae6ff774a54

**Page 1 of 6**
02/09/2024

POLICY NUMBER: 9021547001

### 3. COVERAGE

B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part Two are:

| | | | |
|---|---|---|---|
| Bodily Injury by Accident | $ | 1,000,000 | Each accident |
| Bodily Injury by Disease | $ | 1,000,000 | Each employee |
| Bodily Injury by Disease | $ | 1,000,000 | Policy limit |

C. Other States Insurance: Part Three of the policy applies in all states except those listed in Item 3.A., and the following:
ND OH WA WY

D. This policy includes these Endorsements and Schedules:

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 D 02 18 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 06 04 84 | Waiver Of Our Right To Recover From Others Endorsement - California |
| WC 04 03 60 B 01 15 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 B 01 22 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 A 01 23 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |

### 4. PREMIUM

The premium for this policy will be determined by our Manuals of Rules, Classification, Rates and Rating Plans. All information required below is subject to verification and change by audit.

See Schedule for premium summary breakdown by state

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|

See Schedule for premium breakdown by state, location and classification

| | | | | |
|---|---|---|---|---|
| Total Estimated Standard Premium Excluding Increased Limits and Deductible Credits | | | $ | ███████ |
| Total Premium Discount | | | $ | ███████ |
| Total Deductible Credit | | | $ | ███████ |
| | 9812 | Increased Limits Premium - Standard Coverage | $ | ███████ |

Copyright 1987 National Council on Compensation Insurance

**WC 00 00 01 A CA**
02/09/2024

POLICY NUMBER: 9021547001

## 4. PREMIUM

| | | | | |
|---|---|---|---|---|
| 0900 | Policy Expense Constant (CA) | $ | ▐ |
| 9740 | Terrorism | $ | ▐ |
Total Estimated Annual Premium | | | $ | ▐
Std Min (CA) | | | $ | ▐
STD EL MINIMUM (CA) | | | $ | ▐
*Total Non Premium Charges | | | $ | ▐
Total Estimate due to this policy | | | $ | ▐

*Non-Premium charges are state mandated tax/assessments/etc

## CONTACT INFORMATION

**Address:**   1800 North Point Drive
Stevens Point, WI 54481

**Phone:**   Toll Free   800-473-6879

**Policy Issued at:**   1800 North Point Drive
Stevens Point, WI 54481

## SCHEDULE OF ENTITIES AND LOCATIONS

**Entity:**   1
**Named insured:**   Fashion Nova LLC

**Name Link Code**
**Entity Type:**   Limited liability company
**Federal Id:**   XXXXXX6139

**Location:**   1
**Address:**   2801 E 46th St
Vernon, CA 90058-2403

**Risk ID:**   7583762R

**Entity:**   2
**Named insured:**   FN Logistics LLC

**Name Link Code**
**Entity Type:**
**Federal Id:**   XXXXXX6139

**Location:**   1
**Address:**   2801 E 46th St
Vernon, CA 90058-2403

**Risk ID:**   7583762R

**Entity:**   3
**Named insured:**   Fashion Nova LLC

**Name Link Code**
**Entity Type:**   Limited liability company
**Federal Id:**   XXXXXX5549

**Location:**   1
**Address:**   2801 E 46th St
Vernon, CA 90058-2403

**Risk ID:**   7583762R

## SCHEDULE OF CLASS DESCRIPTIONS

| Class Code | Class Code Descriptions |
|---|---|
| 8008 | Stores - Clothing - Linens - Fabric - Retail |
| 8810 | Clerical Office Employees |

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
3   00003 0000000000 24040 0 N

Copyright 1987 National Council on Compensation Insurance
Exhibit 4, Page 161
f677105e-a82b-4a08-88d4-fae6ff774a54

**Page 3 of 6**
02/09/2024

POLICY NUMBER: 9021547001

## SCHEDULE OF PREMIUM AND NON-PREMIUM BY STATE

| States Not Subject To Retro | | Premium | Non-Premium |
|---|---|---|---|
| California | Operations Per Schedule | $ ████ | $ ████ |

## SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION
## STATE - CALIFORNIA

**Period:** 02/09/2024 - 02/09/2025

**Entity name:** Fashion Nova LLC     **Federal Id:** XXXXXX6139

**Location:** 1
**Address:** 2801 E 46th St      **NAICS Code:** 458110
Vernon, CA 90058-2403

| Classification | Code No | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Stores - Clothing - Linens - Fabric - Retail Class Minimum | 8008 | $ ████ $ ████ | $ ████ | $ ████ |
| Stores - Clothing - Linens - Fabric - Retail - Voluntary Compensation and Employers Liability Class Minimum | 8008 | $ ████ $ ████ | $ ████ | $ ████ |
| Clerical Office Employees Class Minimum | 8810 | $ ████ $ ████ | $ ████ | $ ████ |
| Total Entity Class Premium | | | $ | ████ |

**Entity name:** FN Logistics LLC     **Federal Id:** XXXXXX6139

**Location:** 1
**Address:** 2801 E 46th St      **NAICS Code:** 458110
Vernon, CA 90058-2403

| Classification | Code No | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Stores - Clothing - Linens - Fabric - Retail Class Minimum | 8008 | $ ████ $ ████ | $ ████ | $ ████ |
| Clerical Office Employees Class Minimum | 8810 | $ ████ $ ████ | $ ████ | $ ████ |
| Total Entity Class Premium | | | $ | ████ |

**Entity name:** Fashion Nova LLC     **Federal Id:** XXXXXX5549

**Page 4 of 6**
9021547001
Sentry Casualty Company

Copyright 1987 National Council on Compensation Insurance

Exhibit 4, Page 162

**WC 00 00 01 A CA**
02/09/2024

POLICY NUMBER: 9021547001

**SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION**

**Location:** 1
**Address:** 2801 E 46th St
Vernon, CA 90058-2403

**NAICS Code:** 458110

| Classification | Code No | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Stores - Clothing - Linens - Fabric - Retail | 8008 | $ ▓▓▓▓ | $ ▓▓ | $ ▓▓▓▓ |
| Class Minimum | | $ ▓▓ | | |
| Clerical Office Employees | 8810 | $ ▓▓▓▓ | $ ▓▓ | $ ▓▓▓▓ |
| Class Minimum | | $ ▓▓ | | |
| | | Total Entity Class Premium | | $ ▓▓▓▓ |
| Total State Class Premium | | | | $ ▓▓▓▓ |
| | 0930 | Blanket Waiver of Our Right To Recover From Others (0.020) | | $ ▓▓▓▓ |
| Premium for Increased Limits Part Two | | | | |
| | 9812 | (2.80%) Increased Limits Premium - Standard Coverage | | $ ▓▓ |
| Premium subject to Modification | | | | $ ▓▓ |
| | 9898 | Experience Rating Modification Factor (3.620) | | $ ▓▓ |
| Premium modified to reflect Exp. Mod. of 3.620 | | | | $ ▓▓ |
| | 9663 | Large Deductible | | $ ▓▓▓▓ |
| (CA) Estimated Standard Premium | | | | $ ▓▓ |
| | 0063 | (11.20%) Premium Discount (CA) | | $ ▓▓ |
| | 9740 | Terrorism (0.010) | | $ ▓▓ |
| (CA) Estimated Annual Premium | | | | $ ▓▓ |
| Non-Premium Charges | | | | |
| | | (2.52%) CA State WC Administrative Surcharge | | $ ▓▓ |
| | | (0.14%) CA Uninsured Employers Benefits Trust Fund Assessment | | $ ▓▓ |
| | | (1.37%) CA Subsequent Injuries Benefits Assessment | | $ ▓▓ |
| | | (0.66%) CA Occupational Safety and Health Fund Assessment | | $ ▓▓ |
| | | (0.70%) CA Labor Enforcement and Compliance Fund Assessment | | $ ▓▓ |
| | | (0.47%) CA WC Fraud Assessment | | $ ▓▓ |

**WC 00 00 01 A CA**
9021547001
Sentry Casualty Company
5   00003 0000000000 24040 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 4, Page 163

f677105e-a82b-4a08-88d4-fae6ff774a54

**Page 5 of 6**
02/09/2024

POLICY NUMBER: 9021547001

**SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION**

| | | |
|---|---|---|
| (0.00%) California Insurance Guarantee Association Surcharge | $ | ███ |
| Total Estimate due to this State | $ | ███ |

*Non-Premium charges are state mandated tax/assessments/etc

The following endorsements apply to this state

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 D 02 18 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 06 04 84 | Waiver Of Our Right To Recover From Others Endorsement - California |
| WC 04 03 60 B 01 15 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 B 01 22 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 A 01 23 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |

Copyright 1987 National Council on Compensation Insurance

Exhibit 4, Page 164

**WC 00 00 01 A CA**
02/09/2024

POLICY NUMBER: 9021547001



# POLICYHOLDER NOTICE
# SCHEDULE OF NAMED INSUREDS

Named Insured:

FN Logistics LLC

Fashion Nova LLC

Fashion Nova LLC

FN Logistics LLC

And any affiliated or subsidiary company of the Named Insured as now or hereafter constituted in which the Named Insured owns a majority, greater than fifty percent (50%), interest.

**WC 80 99 0020 03 19**
9021547
Sentry Casualty Company
1   00001  0000000000  24040  0  N

Exhibit 4, Page 165
d54cdf1d-c885-401a-9328-a6a82d3ec9f4

**Page 1 of 1**
02/09/2024



Number of pages including cover: [ ]

# Workers' Compensation Claim Report
## Fax Cover Sheet

| |
|---|
| **IMMEDIATE ACTION REQUIRED** |
| **FIRST REPORT OF INJURY ATTACHED** |

To:        **Sentry Claims Service Center**

Fax #:     **800-726-8631**

From:                    _____

Business Name:     Fashion Nova LLC

Account/Policy Number:  9021547001

Phone #:                _____

Fax #:                  _____

| |
|---|
| Location Code: _____   Department Code: _____<br>(if applicable) |

**PLEASE INDICATE WHICH OF THE FOLLOWING APPLY:**

☐ Lost time involved

    ☐ Employee is currently completely off work

    ☐ Employee is currently working restricted duty or restricted hours

☐ Medical only claim (involving no lost time from work or wage loss)

☐ Record only (informational purposes only - no treatment outside the workplace has been sought or prescriptions filled)

☐ **Questionable Claim** - Please Investigate
    (Please list concerns on a separate page, not on the First Report of Injury form)

**Due to federally mandated Medicare reporting requirements, you must report the date of birth and Social Security number on all WC claims.**

**90 226 01 18**
9021547001
Sentry Casualty Company
1   00001 0000000000 24040 0 N

Exhibit 4, Page 166
2e896626-b968-4dce-b4a4-7cd5e86ef430

**Page 1 of 2**
02/09/2024

Timely reporting of accidents and losses is a critical factor in controlling Workers' Compensation costs. Delays can increase Workers' Compensation costs by 20 to 30 percent and the rate of litigation by as much as 45 percent.

Sentry provides a toll-free fax service to report accidents. It can significantly improve the timely reporting of Workers' Compensation claims by:

- Allowing investigations to start sooner and preventing the loss of critical evidence

- Providing the opportunity to implement medical cost-containment measures to ensure your employees receive quality care at a reasonable cost

- Encouraging prompt resolution of claims, reducing the likelihood of litigation and the potential of fraudulent claims

---

### TO REPORT WORKERS' COMPENSATION CLAIMS BY FAX

Sentry allows you to fax Employer's First Reports to Sentry, eliminating mail delays. We will mail the completed Workers' Compensation First Report of Injury Form to your state's Workers' Compensation bureau, where applicable.

Steps to reporting claims by fax:

1. Complete your state-specific First Report of Injury Form for a Workers' Compensation claim

2. Fill out the fax cover sheet from page 1 of this document based on the specifics of the claim being reported and print off a copy of the completed cover sheet.

3. Fax a copy of the completed cover sheet and your completed First Report of Injury Form to Sentry at:

<div style="border:1px solid;padding:1em;text-align:center;font-size:2em;">800-726-8631</div>

## Three Ways to Take Control of Your Workers' Compensation Medical Expenses

*What you can do to impact the cost of your insurance and favorably add to your company's bottom line.*

**1.** Encourage injured employees to seek treatment from members of the Sentry utilized Workers' Compensation Medical Network offerings. Your employees receive high quality medical care, and you'll benefit from pre-negotiated rates.

In some states, you are allowed to direct the injured worker to a preselected physician for a limited period of time, if you post the names of those doctors in a readily visible area. These states include AL, CO, FL, GA, IA, ID, IN, KS, ME, MI, MO, NJ, NM, NC, PA, SC, TN, UT, VT, and VA.

If your State Workers' Compensation law does not allow you to direct an injured worker to a preselected physician, the injured employee may still appreciate your help in identifying a qualified care provider. However, never infringe on the legal right of injured workers to select their own physicians.

**2.** **Use the pharmacy network** to fill prescriptions for work-related injuries. Sentry's pharmacy network allows injured employees to have their medications filled at a local pharmacy with no out-of-pocket expense and at a discounted rate to your business. Visit www.workcompauto.optum.com/resources/pharmacy-locator or call 1-877-470-9572 to see a full list of network pharmacies.

**Use the First Fill program** so your injured employee can immediately receive pharmaceutical care, before the first notice of loss for the claim is fully processed. The program eliminates prescription issues by allowing a pharmacy to identify the carrier and process prescriptions electronically.

In these situations, providing a completed First Fill Prescription Form to a participating pharmacy within 30 days of the injury, Optum will allow a pharmacy to provide a 10-day supply (a Samaritan dose) to the injured employee, if the prescribed medication is part of the standard formulary. If the first notice of loss is not received or the claim is deemed non-compensable, Optum will absorb the cost of the 10-day supply at no cost to you or the injured employee.

**3.** **Report all injuries promptly** so Sentry can investigate the injury and ensure proper handling. Proper handling of a claim will ensure you get the best treatment at the best price.

**Note:** Workers' compensation claim handling can vary by state. For example, state regulations may differ on the waiting period before the injured employee can collect wage replacement benefits, or when he or she may be considered well enough to stop workers' compensation benefit payments.

**WC 80 99 0009 11 18**
9021547001
Sentry Casualty Company
1   00002  0000000000  24040  0  N

Exhibit 4, Page 168
a47744f1-7f32-4e22-afce-7700d8189358

**Page 1 of 4**
02/09/2024

# 1. Sentry Workers' Compensation Medical Network Frequently Asked Questions

**QUESTION:** **What will the Sentry utilized Coventry Workers' Compensation Medical Network do for me?**

**ANSWER:** It is an excellent tool to control medical expenses, which in turn allows Sentry to provide you with significant, long-term savings.

Medical care costs are a function of both volume and price per unit. By establishing contracts with hospitals, physicians, and outpatient care providers over a multi-year period, caps are obtained on annual increases and substantial discounts are obtained for our insureds who receive treatment from Coventry participating providers.

**QUESTION:** **Must my employees seek medical treatment only from members of the Coventry Workers' Compensation Medical Network?**

**ANSWER:** No. Depending on your state Workers' Compensation laws, your employees may receive treatment either from a provider you select, or from their choice of provider.

You can encourage any injured employee to use a specific participating provider in the Coventry Workers' Compensation Medical Network by placing worksite posters in each of your locations. Your employees will receive high quality medical care, and you'll benefit from the pre-negotiated rates that can decrease your medical costs.

**QUESTION:** **What forms or procedures do I follow to qualify for the discounts offered by the Sentry utilized-Coventry Workers' Compensation Medical Network?**

**ANSWER:** There are no additional forms. Participating providers automatically accept contractual rates for employees covered by a Sentry Workers' Compensation plan.

**QUESTION:** **How can I find out if a hospital or doctor is a participating member of the Coventry Workers' Compensation Medical Network?**

**ANSWER:** You may access participating providers and create a customized worksite poster by visiting the Perspecta website at https://www.goperspecta.com/VPD/Sentry/public. Instructions for accessing participating providers in your area are provided in the 4-step process noted below or, you may call 855-346-4866 and choose option 3 to request the names of California MPN providers, option 5 to request the names of Texas HCN providers, or option 6 to request the names of providers in all other states.

1)  Access the Perspecta website
https://www.goperspecta.com/VPD/Sentry/public
2)  Select the Provider Search option
3)  Limit your search by provider name, specialty, or location.
4)  Click the magnifying glass action button.

**QUESTION:** **Can I recommend a doctor or hospital to become part of the Coventry Workers Compensation Medical Network?**

**ANSWER:** Yes. Contact your Sentry sales representative with the name of the provider. To become part of the network, the provider must meet quality assurance requirements, agree to annual cap increases, and negotiate fixed rates of reimbursement for services delivered.

**Page 2 of 4**
9021547001
Sentry Casualty Company

Exhibit 4, Page 169

**WC 80 99 0009 11 18**
02/09/2024

**QUESTION:** **What does the star display mean next to providers that are displayed in the provider search tool and on worksite posters?**

**ANSWER:** The ⭐ indicator identifies those WC providers who have been statistically shown to have better overall claim outcomes as compared to their peers and should be referred to whenever possible or as applicable by state law.

## HOW TO CREATE WORKSITE POSTERS

To create a worksite poster to display participating providers close to your business:

Step 1      Visit the Perspecta website at, https://www.goperspecta.com/VPD/Sentry/public.

Step 2      Choose the Panel Card option.

Step 3      Enter data in required fields flagged with a red asterisk and click the Continue, Review Providers action button.

Step 4      If necessary, edit or add providers or provider categories by selecting the Add New Provider and Add New Category action buttons.

Step 5      Click the Continue, Create Poster action button.

Step 6      Select Email Poster or Print Poster action button based on poster delivery preference.

**WC 80 99 0009 11 18**
9021547001
Sentry Casualty Company
3    00002 0000000000 24040 0 N
Exhibit 4, Page 170
a47744f1-7f32-4e22-afce-7700d8189358
**Page 3 of 4**
02/09/2024



## 2. RETAIL PRESCRIPTION PROGRAM

Sentry Insurance is pleased to provide a pharmacy benefits program that can help reduce your Workers' Compensation costs - Optum.

Optum applies extensive clinical expertise along with workflow-driven technology to improve claims outcomes, increase efficiency, and reduce the total cost of prescription drugs while raising the quality of care for injured workers.

This program includes:
- A First Fill program
- Comprehensive drug utilization review applied to all retail, mail-order, and paper transactions
- Efficient processes to minimize third-party billing
- A network with more than 65,000 participating pharmacies
- 24/7 multilingual support

We have enclosed a first fill form for your convenience.

If you have any questions, contact Optum at 1-877-470-9572, Sentry Insurance at 1-800-473-6879, or your sales representative.

**Page 4 of 4**
9021547001
Sentry Casualty Company
Exhibit 4, Page 171
**WC 80 99 0009 11 18**
02/09/2024





Hello,

We're your workers' compensation insurance carrier in California.

In accordance with California Labor Code 4600.2, effective April 1, 2019 Sentry Insurance has established a Pharmacy Benefit Network (PBN) to process all California jurisdiction workers' compensation pharmacy prescriptions. Sentry Insurance has contracted with Optum, which owns the Tmesys pharmacy network, to process these prescriptions.

Included with this inquiry you'll find information about the Tmesys PBN. We've also included first fill forms that should be provided to employees at time of injury.

If you have questions, give us a call at 800-473-6879 and select claims or e-mail managedcare@sentry.com.

Thank you.

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
1   00004 0000000000 24040 0 N

Exhibit 4, Page 172
950b5f97-4ffb-4729-9049-557a54b53f8f

**Page 1 of 4**
02/09/2024



## Workers' Compensation
## Notification Pharmacy Benefit Network

Your employer and your workers' compensation claims administrator have selected Optum as their workers' compensation pharmacy benefit network (PBN), to provide medications for your work-related injury through their pharmacy network, Tmesys®.

**This plan provides that drugs (and other services) prescribed for treating your work injury can be obtained only from companies or providers specified in your plan.**

**If you have any questions about how to obtain prescribed medications, call 1-866-599-5426.**



**LOCATING A PLAN PHARMACY**
More than 5,000 Locations in CA

1. Go to the Tmesys website at www.tmesys.com
2. Select the search method you prefer

Call 1-866-599-5426 to speak to a customer care specialist

### Plan Limitations

- You must present your workers' compensation pharmacy card to a participating network pharmacy in order to receive medications.

- Only medications used to treat your work-related injury are covered.

- Some medications may not be on the authorized list, in which case the pharmacy will contact Optum to try to obtain approval while you are at the pharmacy.

- If a pharmacy that is part of the participating network charges you for medications, you are not subject to plan limitations.

- Your prescribed medication may be subject to Utilization Review at the request of your claims administrator.

### How to Obtain Medicines

1. Your employer will provide you information and notification on the network and how to obtain medications upon implementation or when you were hired.
2. Upon receiving a notice of first injury, your employer will provide you with additional notification of requirements as well as a First Fill Card.
3. Give the card to the pharmacist at a participating network pharmacy with your prescription.
4. The pharmacist will fill your prescription. You should not receive a bill for these medications.
5. A permanent workers' compensation pharmacy card will be mailed to you.
6. Use the permanent card each time you have a prescription filled for your work-related injury.

**We look forward to serving you. If you have any questions about how to obtain prescribed medications, call 1-866-599-5426 or visit our Pharmacy Center on www.tmesys.com.**

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
2   00004 0000000000 24040 0 N

IMP14-16201

Exhibit 4, Page 173

950b5f97-4ffb-4729-9049-557a54b53f8f

**Page 2 of 4**
02/09/2024

**OPTUM**®    **Sentry**        **Optum**
PO Box 152539
Tampa, FL 33684-2539

## MAKING IT EASY...
## TO GET WORKERS' COMPENSATION PRESCRIPTIONS FILLED.

Optum has been chosen to manage your workers' compensation pharmacy benefits for your employer or their insurer. Below is your First Fill card that will allow you to receive your injury-related prescriptions at your local pharmacy. Please fill out the card based on the instructions below.

### Injured Employee:

 If you need a prescription filled for a work-related injury or illness, go to an Optum Tmesys® network pharmacy. Give this temporary card to the pharmacist. The pharmacist will fill your prescription at low or no cost to you.

 If your workers' compensation claim is accepted, you will receive a more permanent pharmacy card in the mail. Please use that card for other work-related injury or illness prescriptions.

 Most pharmacies and all major chains are included in the network. To find a network pharmacy call 1-877-470-9572 or visit www.tmesys.com.

### Questions? Need Help?
## 1-877-470-9572

---

**OPTUM**®    **Sentry**

**WORKERS' COMPENSATION PRESCRIPTION DRUG PROGRAM**

Sentry Insurance
CARRIER/TPA                         EMPLOYER

INJURED WORKER NAME

**Please provide directly to Pharmacist**
SOCIAL SECURITY NUMBER          DATE OF INJURY (YYMMDD)

**Notice to Cardholder:** Present this card to the pharmacy to receive medication for your work-related injury. To locate a pharmacy: tmesys.com.

---

**Attention Pharmacists:** Enter RxBIN, RxPCN and GROUP. Member ID # format is the date of injury and SSN combined as follows: YYMMDD123456789.

Tmesys is the designated PBM for this patient.

### Tmesys Pharmacy Help Desk
### 1-800-964-2531

|        | NDC    |    | Envoy       |
|--------|--------|----|-------------|
| RxBIN  | 004261 | or | 002538      |
| RxPCN  | CAL    | or | Envoy Acct. # |
| GROUP  | SNTRFF |    |             |

---

**NOTE:** *This First Fill card is only valid for your workers' compensation injury or illness.*

 **Employer:**
Immediately upon receiving notice of injury, fill in the information above and give this form to the employee.

The following entities comprise the Optum Workers Compensation and Auto No Fault division: PMSI, LLC, dba Optum Workers Compensation Services of Florida; Progressive Medical, LLC, dba Optum Workers Compensation Services of Ohio; Cypress Care, Inc. dba Optum Workers Compensation  Services of Georgia; Healthcare Solutions, Inc., dba Optum Healthcare Solutions of Georgia; Settlement Solutions, LLC, dba Optum Settlement Solutions; Procura Management, Inc., dba Optum Managed  Care Services; Modern Medical, dba Optum Workers Compensation Medical Services, collectively  and individually referred as "Optum."

 **tmesys**®

IMP14-1813-34_SNTRFF

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
3   00004 0000000000 24040 0 N

Exhibit 4, Page 174
950b5f97-4ffb-4729-9049-557a54b53f8f

**Page 3 of 4**
02/09/2024



**Optum**
PO Box 152539
Tampa, FL 33684-2539

## HACEMOS MÁS SENCILLO...
### EL ABASTECIMIENTO DE LAS RECETAS MÉDICAS DEL PROGRAMA DE COMPENSACIÓN POR ACCIDENTES LABORALES.

Optum ha sido elegido para administrar los beneficios farmacéuticos de su programa de compensación por accidentes laborales para su empleador o su asegurador. Más adelante incluimos su tarjeta First Fill que le permitirá recibir las recetas médicas relacionadas con su lesión en su farmacia local. Llene esta tarjeta siguiendo las instrucciones que se indican a continuación.

### Empleado lesionado:

 Si necesita que se le abastezca su receta médica para una lesión o enfermedad relacionada con su trabajo, visite una farmacia de la red Optum Tmesys®. Entregue esta tarjeta temporal al farmacéutico. El farmacéutico abastecerá su receta médica bajo costo o sin costo alguno.

 Si se acepta su reclamación del programa de compensación por accidentes laborales, recibirá una tarjeta permanente por correo. Use esa tarjeta para otras recetas médicas de lesiones o enfermedades relacionadas con su trabajo.

 La mayoría de farmacias y todas las grandes cadenas de farmacias, forman parte de la red. Para encontrar una farmacia de la red, llame al 1-877-470-9572 o visite www.tmesys.com.

### ¿Tiene alguna pregunta? ¿Necesita ayuda?

 **1-877-470-9572**

---



**WORKERS' COMPENSATION PRESCRIPTION DRUG PROGRAM**

Sentry Insurance
PORTADORA                                  EMPLEADOR

NOMBRE DEL TRABAJADOR LESIONADO

Please provide directly to Pharmacist
NÚMERO DE SEGURO SOCIAL            FECHA DE ALA LESIÓN (AAMMDD)

**Aviso para el titular de la tarjeta:** Presente esta tarjeta a la farmacia para recibir los medicamentos para la lesión relacionada con su trabajo. Para ubicar una farmacia, visite tmesys.com.

**Attention Pharmacists:** Enter RxBIN, RxPCN and GROUP. Member ID # format is the date of injury and SSN combined as follows: YYMMDD123456789.

Tmesys is the designated PBM for this patient.

**Tmesys Pharmacy Help Desk**
**1-800-964-2531**

|        | NDC    |     | Envoy         |
|--------|--------|-----|---------------|
| RxBIN  | 004261 | or  | 002538        |
| RxPCN  | CAL    | or  | Envoy Acct. # |
| GROUP  | SNTRFF |     |               |

**NOTA:** Esta tarjeta First Fill solo es válida para una lesión o enfermedad cubierta por su programa de compensación por accidentes laborales.

 ### Empleador:
Inmediatamente después de recibir un aviso sobre una lesión, llene la información antes indicada y entregue este formulario al empleado.

The following entities comprise the Optum Workers Compensation and Auto No Fault division: PMSI, LLC, dba Optum Workers Compensation Services of Florida; Progressive Medical, LLC, dba Optum Workers Compensation Services of Ohio; Cypress Care, Inc. dba Optum Workers Compensation Services of Georgia; Healthcare Solutions, Inc., dba Optum Healthcare Solutions of Georgia; Settlement Solutions, LLC, dba Optum Settlement Solutions; Procura Management, Inc., dba Optum Managed Care Services; Modern Medical, dba Optum Workers Compensation Medical Services, collectively and individually referred as "Optum."



IMP14-1813-34_SNTRFF

---

**WC 80 99 0012 04 19**
9021547001
Sentry Casualty Company
4    00004  0000000000  24040  0  N

Exhibit 4, Page 175
950b5f97-4ffb-4729-9049-557a54b53f8f

**Page 4 of 4**
02/09/2024

# NOTICE TO CALIFORNIA WC POLICYHOLDERS OCCUPATIONAL INJURY AND ILLNESS PREVENTION CONSULTATION SERVICES

As part of our insurance program, the following occupational injury and illness prevention consultation services are provided at no additional cost to our insureds.

1.  Surveys of buildings and operations for hazardous conditions.

2.  Consultation to aid in the resolution of occupational injury and illness prevention problems.

3.  Analysis of loss data to identify and evaluate actual or potential exposures which can result in employee injury and illness.

4.  Assistance in training managers, supervisors and employees with regard to injury and illness prevention principles and techniques.

5.  Provide information on safety and health standards, codes, regulations, safety equipment and technical data.

6.  Assist in the evaluation of existing injury and illness prevention programs or development of an appropriate program to fit your needs.

7.  Provide visual aids to supplement your injury and illness prevention program.

If you have an immediate need for any of these services, please write, fax, or call:

> Safety Services
> Sentry Insurance
> 1800 North Point Drive
> Stevens Point, WI 54481
> 1-800-473-6879
> Fax: 715-346-8015

Notice:   Workers' compensation insurance policyholders may direct questions or complaints about an insurer's loss control consultation services by contacting: State of California, Department of Industrial Relations; Loss Control Services Coordinator, The Commission on Health, Safety & Workers' Compensation, 455 Golden Gate Avenue, 10th Floor, San Francisco, CA 94102 (415) 703-4220.

**WC 80 04 0012 08 12**
9021547001
Sentry Casualty Company
1    00001  0000000000  24040  0  N

Exhibit 4, Page 176
13f695e9-bdb5-4a7c-9ee4-d27d2bba00da

**Page 1 of 1**
02/09/2024

# POLICYHOLDER NOTICE
# CALIFORNIA WORKERS' COMPENSATION

California requires employers to provide to new employees a written notice which covers the contents of Labor Code sections 3550, 3551, and the Division of Workers' Compensation Regulations 9880.

The written notice requirements pursuant to Labor Code section 3551 must be provided to every new employee, either at the time the employee is hired or by the end of the first pay period.

Failure to comply with the posted and written notice requirements "shall constitute a misdemeanor, and shall be prima facie evidence of non-insurance." In addition, "failure of an employer to provide the notice...shall automatically permit the employee to be treated by his or her personal physician with respect to an injury occurring during that failure."

English and Spanish versions of Posters and Pamphlets are available.

THE FOLLOWING ARE EXCERPTS FROM THE LABOR CODE SECTIONS AND REGULATION 9880:

3550. (a) Every employer subject to the compensation provisions of this division shall post and keep posted in a conspicuous location frequented by employees and where the notice may be easily read by employees during the hours of the workday, a notice that states the name of the current compensation insurance carrier of the employer, or when such is the fact, that the employer is self-insured, and who is responsible for claims adjustment.

(b) Failure to keep any notice required by this section conspicuously posted shall constitute a misdemeanor, and shall be prima facie evidence of noninsurance.

(c) This section shall not apply with respect to the employment of employees as defined in subdivision (d) of Section 3351.

(d) The form and content of the notice required by this section shall be prescribed by the administrative director, after consultation with the Commission on Health and Safety and Workers' Compensation, and shall advise employees that all injuries should be reported to their employer. The notice shall be easily understandable. It shall be posted in both English and Spanish where there are Spanish-speaking employees. The notice shall include the following information:

(1) How to get emergency medical treatment, if needed.

(2) The kinds of events, injuries, and illnesses covered by Workers' Compensation.

(3) The injured employee's right to receive medical care.

(4) The rights of the employee to select and change the treating physician pursuant to the provisions of Section 4600.

(5) The rights of the employee to receive temporary disability indemnity, vocational rehabilitation services, and death benefits, as appropriate.

(6) To whom injuries should be reported.

(7) The existence of time limits for the employer to be notified of an occupational injury.

(8) The protections against discrimination provided pursuant to Section 132a.

(9) The location and telephone number of the nearest information and assistance officer.

(e) Failure of an employer to provide the notice required by this section shall automatically permit the employee to be treated by his or her personal physician with respect to an injury occurring during that failure.

(f) The form and content of the notice required to be posted by this section shall be made available to self-insured employers and insurers by the administrative director. Insurers shall provide this notice to each of their policyholders, with advice concerning the requirements of this section and the penalties for a failure to post this notice.

**WC 80 04 0017 12 04**

**Page 1 of 2**

9021547001
Sentry Casualty Company            Exhibit 4, Page 177                    02/09/2024
1   00001 0000000000 24040 0 N        5e5d04b8-2076-43de-a47d-47aa8907f5b5

POLICYHOLDER NOTICE  - CONTINUED

The "Facts About Workers' Compensation" pamphlets referred to in the Labor Code section below will be released to you when available.

3551.  (a)  Every employer subject to the compensation provisions of this code, except employers of employees defined in subdivision (d) of Section 3351, shall give every new employee, either at the time the employee is hired or by the end of the first pay period, written notice of the information contained in Section 3350. The content of the notice required by this section shall be prescribed by the administrative director after consultation with the Commission on Health and Safety and Workers' Compensation.

(b)  The notice required by this section shall be easily understandable and available in both English and Spanish. In addition to the information contained in Section 3350, the content of the notice required by this section shall include:

(1)  Generally, how to obtain appropriate medical care for a job injury.

(2)  The role and junction of the primary treating physician.

(3)  A form that the employee may use as an optional method for notifying the employer of the name of the employee's "personal physician," as defined in Section 4600, or "personal chiropractor," as defined by Section 4601.

(c)  The content of the notice required by this section shall be made available to employers and insurers by the administrative director. Insurers shall provide this notice to each of their policyholders, with advice concerning the requirements of this section and the penalties for a failure to provide this notice to all employees.

DEFINITION OF "PERSONAL PHYSICIAN"

For the purpose of this article, "personal physician" means the employee's regular physician and surgeon, licensed pursuant to Chapter 5 (commencing with Section 2000) of Division 2 of the Business and Professional Code, who has previously directed the medical treatment of the employee, and who retains the employee's medical records, including his or her medical history.

DEFINITION OF "PERSONAL CHIROPRACTOR"

For the purpose of this article, "personal chiropractor" means the employee's regular chiropractor licensed pursuant to Chapter 2 (commencing with Section 1000) of Division 2 of the Business and Professional Code, who has previously directed treatment of the employee, and who retains the employee's chiropractic records, including his or her chiropractic history.

DIVISION OF WORKERS' COMPENSATION (DWC) REGULATION 9880:

(a)  Every employer shall provide to every new employee, either at the time of hire or no later than the end of the first pay period, information concerning the rights, benefits, and obligations under Workers' Compensation law.

(b)  The notice provided shall be in writing, in non-technical terms and shall include the following information:

(1)  An explanation of the extent and scope of coverage provided by the Workers' Compensation law.

(2)  An explanation of an injured employee's rights to medical care and to select and change the treating physician.

(3)  An explanation of an injured employee's rights to indemnity payments for disability or death and the availability of vocational rehabilitation services.

(4)  The procedures for reporting accidents and injuries to the employer.

(5)  Where further information may be obtained, including an explanation of services available from an Information and Assistance Officer.

# POLICYHOLDER NOTICE
# YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

## I. Information Available to You

### A. Information Available from Us - Sentry Casualty Company

**(1)** General questions regarding your policy should be directed to:

<div align="center">

**Sentry Insurance Group**
**16815 Von Karman Avenue, Ste. 200**
**Irvine, CA 92606**
**Telephone: 949-930-6100**
**Fax: 888-729-2225**
**Sentry.com**

</div>

**(2) Dividend Calculation.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

**(3) Claims Information.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

### B. Information Available from the Workers' Compensation Insurance Rating Bureau of California

**(1)** The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan-1995* (USRP) and the *California Workers' Compensation Experience Rating Plan-1995* (ERP). WCIRB contact information is: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Customer Service; 888.229.2472 (phone); 415.778.7272 (fax); and customerservice@wcirb.com (email). The regulations contained in the USRP and ERP are available for public viewing through the WCIRB's website at wcirb.com.

**(2) Policyholder Information.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Custodian of Records. The Custodian of Records can be reached at 415.777.0777 (phone) and 415.778.7272 (fax).

**(3) Experience Rating Form.** Each experience rated risk may receive a single copy of its current Experience Rating Form/Worksheet free of charge by completing a Policyholder Experience Rating Worksheet Request Form on the WCIRB's website at wcirb.com/ratesheet. The Experience Rating Form/Worksheet will include a Loss-Free Rating, which is the experience modification that would have been calculated if $0 (zero) actual losses were incurred during the experience period. This hypothetical rating calculation is provided for informational purposes only.

## II. Dispute Process

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

### A. Our Dispute Resolution Process.

If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you.

**WC 80 04 0020 02 22**
9021547
Sentry Casualty Company
1  00001 0000000000 24040 0 N

Exhibit 4, Page 179
2dd3a920-e364-4e04-90d6-f8ef3d345454

**Page 1 of 2**
02/09/2024

Written Complaints and Requests for Action should be forwarded to:

**Sentry Insurance Group**
**16815 Von Karman Avenue, Ste. 200**
**Irvine, CA 92606**
**Telephone: 949-930-6100**
**Fax: 888-729-2225**
**Website: Sentry.com**

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner as described in Paragraph **II.C.**, below.

**B.  Disputing the Actions of the WCIRB.** If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 7 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Customer Service. Customer Service can be reached at 888.229.2472 (phone), 415.778.7272 (fax) and customerservice@wcirb.com (email).

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner as described in Paragraph **II.C.**, below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Complaints and Reconsideration. The WCIRB's contact information is 888.229.2472 (phone), 415.371.5204 (fax) and customerservice@wcirb.com (email).

**C.  California Department of Insurance - Appeals to the Insurance Commissioner.** After you follow the appropriate dispute resolution process described above, if (1) we or the WCIRB decline to review your request, (2) you are dissatisfied with the decision upon review, or (3) we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the Insurance Commissioner is:

Administrative Hearing Bureau
California Department of Insurance
1901 Harrison Street, 3$_{rd}$ Floor
Oakland, CA 94612
415.538.4243

You have the right to a hearing before the Insurance Commissioner, and our action, or the action of the WCIRB, may be affirmed, modified or reversed.

**III.  Resources Available to You in Obtaining Information and Pursuing Disputes**

**A.  Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in **I.A.** and **I.B.**, above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the Insurance Commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Policyholder Ombudsman. The policyholder ombudsman can be reached at 415.778.7159 (phone), 415.371.5288 (fax) and ombudsman@wcirb.com (email).

**B.  California Department of Insurance - Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 800.927.HELP (4357) or insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in Paragraph **II.C**.

This notice does not change the policy to which it is attached.

# POLICYHOLDER NOTICE

# CALIFORNIA WORKERS' COMPENSATION INSURANCE RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1.  We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2.  The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3.  Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expense of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4.  We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally results in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5.  A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6.  Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7.  We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

**WC 80 04 0021 03 14**

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

9021547001
Sentry Casualty Company
1   00001 0000000000 24040 0 N

Exhibit 4, Page 181

a156b5b7-2a02-403c-881c-77662bc37b6a

POLICYHOLDER NOTICE CALIFORNIA WORKERS' COMPENSATION INSURANCE RATING LAWS - CONTINUED

## CALIFORNIA WORKERS' COMPENSATION INSURANCE
## NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1. Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2. The policy was extended for 90 days or less and the required notice was given prior to the extension.

3. You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4. The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5. You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6. We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

   (A) If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

   (B) For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

**WC 80 04 0021 03 14**

9021547001
Sentry Casualty Company

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

Exhibit 4, Page 182

02/09/2024

# POLICYHOLDER NOTICE
# CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" with an amount will be displayed on your policy declaration page.

This notice does not change the policy to which it is attached.

**WC 80 04 0022 03 14**
9021547001
Sentry Casualty Company
1    00001 0000000000 24040 0 N

Exhibit 4, Page 183
f69bbbdd-63ee-4b08-91cd-833aa014bcce

**Page 1 of 1**
02/09/2024

# IMPORTANT NOTICE TO POLICYHOLDERS

## CALIFORNIA WORKERS' COMPENSATION REPORTING FIRST AID CLAIMS

Effective January 1, 2017, employers will be required to report all injuries, including those that meet the definition of first aid, to their insurance carrier.

First aid means any one-time treatment, and any follow-up visit for the purpose of observation of minor scratches, cuts, burns, splinters, or other minor industrial injury, which do not ordinarily require medical care. This one-time treatment, and follow-up visit for the purpose of observation, is considered first aid even though provided by a physician or registered professional personnel.

Insurers are required to report the medical costs incurred on first aid claims to the Workers' Compensation Insurance Rating Bureau (WCIRB), even if paid by the employer, as any other medical loss.

In order to be compliant with this reporting requirement we ask that you report all incidents that meet the definition of "first aid" to us and forward all medical bills to us for payment.  When we pay medical bills directly we may pay a discounted rate.  If you pay the bill directly you will be required to report the bill and payment amount to us. By reporting all claims to us, you are also avoiding the risk of becoming a Medicare reporting entity (RRE).

PN 04 99 08 12 19

# POLICYHOLDER NOTICE

# CALIFORNIA ASSEMBLY BILL NO. 5, INDEPENDENT CONTRACTORS

**Summary of Assembly Bill No. 5 (AB 5)**
For the purposes of wages, workers' compensation and other benefits, AB 5 creates a presumption that an entity's workers are employees unless the hiring entity can show that the worker meets three conditions, known as the "ABC Test". With respect to workers' compensation, AB 5 goes into effect on **July 1, 2020** and applies to policies issued on or after **July 1, 2020**, as well as policies in force as of **July 1, 2020**.

The bill adds Section 2750.3 to the California Labor Code, which provides in pertinent part:

**2750.3.**
(a)(1) For purposes of the provisions of this code and the Unemployment Insurance Code, and for the wage orders of the Industrial Welfare Commission, a person providing labor or services for remuneration shall be considered an employee rather than an independent contractor unless the hiring entity demonstrates that all of the following conditions are satisfied:

(A) The person is free from the control and direction of the hiring entity in connection with the performance of the work, both under the contract for the performance of the work and in fact.

(B) The person performs work that is outside the usual course of the hiring entity's business.

(C) The person is customarily engaged in an independently established trade, occupation, or business of the same nature as that involved in the work performed.

(2) Notwithstanding paragraph (1), any exceptions to the terms "employee," "employer," "employ," or "independent contractor," and any extensions of employer status or liability, that are expressly made by a provision of this code, the Unemployment Insurance Code, or in an applicable order of the Industrial Welfare Commission, including, but not limited to, the definition of "employee" in subdivision 2(E) of Wage Order No. 2, shall remain in effect for the purposes set forth therein.

(3) If a court of law rules that the three-part test in paragraph (1) cannot be applied to a particular context based on grounds other than an express exception to employment status as provided under paragraph (2), then the determination of employee or independent contractor status in that context shall instead be governed by the California Supreme Court's decision in *S.G. Borello & Sons, Inc. v. Department of Industrial Relations* (1989) 48 Cal.3d 341.

AB 5 also provides an extensive list of occupations that are exempt from the application of Section 2750.3(a)(1). These exemptions are subject to revision. In addition, AB 5 amends Section 3351 of the California Labor Code and Sections 606.5 and 621 of the Unemployment Insurance Code. The pertinent sections of the California Labor Code and Unemployment Insurance Code may be accessed at http://leginfo.legislature.ca.gov. You may also access the California Labor & Workforce Development Agency webpage at https://www.labor.ca.gov/employmentstatus/ for more information.

This notice does not change the policy to which it is attached.

**WC 80 04 0028 (Ed. 07 20)**

9021547001
Sentry Casualty Company
1   00001 0000000000 24040 0 N

Exhibit 4, Page 185
40a2d695-8d61-4194-9cde-807308d10d04

**Page 1 of 1**
02/09/2024

# POLICYHOLDER NOTICE
# NEW YORK OUT-OF-STATE EMPLOYERS

The New York Workers Compensation Board enforces New York Workers' Compensation Law (WCL) verifying that employers maintain proper New York Workers' Compensation Coverage.

The New York Compensation Board issued a policy statement on their website to address out-of-state employers. The policy states that employers meeting any of the following criteria will be required to maintain New York WC coverage (New York must be listed in **Item 3A** of the Policy Information Page):

- The employer (as defined in the WCL) is required to register with the NYS Department of Labor and pay Unemployment Insurance for any period in question.

- The employer has a permanent physical location in New York or has employees whose primary work location is in New York.

- The employer is operating in New York under a permit, contract, or license granted by the State of New York, its counties or any municipality as defined under Subsection 57 of the Workers' Compensation Law.

- The employer is working as a contractor/general contractor/subcontractor on a construction project in New York.

- In the previous year, the employer had employees physically in New York for at least 40 hours of every week for a period of longer than 2 consecutive weeks or had employees present in New York for 25 or more individual days (e.g. - 5 employees working for 5 days in New York equals 25 individual employee days). Employees traveling through the state of New York not stopping for deliveries, pick-ups, or other work are not deemed to have worked in New York. An employer that has reason to know that it will meet these criteria in the current year, even if it has not done so in the prior year, must obtain the required coverage.

Out-of-state employers that are sending employees into New York that are only attending infrequent (not more than one per month) meetings, seminars, conferences or conventions in New York will not be required to provide full statutory coverage.

Failure to provide required New York coverage may result in fines and penalties.

Additional information may be obtained on the Board's website: http://www.wcb.ny.gov.

Please contact your Sentry Representative to add New York to your Workers' Compensation policy if you anticipate meeting any of the above criteria or if you have questions.

**WC 80 99 0005 04 12**
9021547001
Sentry Casualty Company
1    00001 0000000000 24040 0 N
Exhibit 4, Page 186
2677a37e-16ea-4cfc-95c7-9cf444d30e50
**Page 1 of 1**
02/09/2024

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 00 00 C

(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

9021547001
Sentry Casualty Company
1  00003 0000000000 24040 0 N
© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 4, Page 187
abcc3f32-4ef2-4047-9704-f8a610e0cca7
02/09/2024

**WC 00 00 00 C**        WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

### F. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

### G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

### H. Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

    a. benefits payable by this insurance;

    b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

### PART TWO
### EMPLOYERS LIABILITY INSURANCE

### A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

### B. We Will Pay

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 4, Page 188

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**        **WC 00 00 00 C**

(Ed. 1-15)

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you;and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C. Exclusions

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651-1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901-944), any

other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D. We Will Defend

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## E. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

3 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit 4, Page 189

**WC 00 00 00 C**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE**
**OTHER STATES INSURANCE**

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR**
**YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

9021547001
Sentry Casualty Company

Exhibit 4, Page 190

02/09/2024

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 00 00 C**

(Ed. 1-15)

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

**PART FIVE**
**PREMIUM**

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

5 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

Exhibit 4, Page 191

**WC 00 00 00 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

## PART SIX
## CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

9021547001
Sentry Casualty Company
© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 4, Page 192
02/09/2024

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      WC 00 04 06 A

(Ed. 7-95)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule

1. **State**                              **Estimated Eligible Premium**
   California

| First | Next | Next | |
|-------|------|------|--|
| $10,000 | $190,000 | $1,550,000 | Balance |
| 0.00% | 10.90% | 12.60% | 14.40% |

2. Average percentage discount: _____%

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                          Policy No.                          Endorsement No.
Insured                                                                            Premium

Insurance Company                              Countersigned by_____

**WC 00 04 06 A**
(Ed. 7-95)
© **1995 National Council on Compensation Insurance, Inc.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　**WC 00 04 19**

(Ed. 1-01)

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D. **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Endorsement Effective | Policy No. | Endorsement No. |
| Insured | | Premium $ |
| | | |
| Insurance Company | Countersigned by_____ | |

**WC 00 04 19**
(Ed. 1-01)
© **2000 National Council on Compensation Insurance, Inc.**

**Page 1 of 1**

9021547001
Sentry Casualty Company
1　00001 0000000000 24040 0 N

Exhibit 4, Page 194
c2c8a28e-0273-4537-befb-63c7e7b1a091

02/09/2024

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 04 22 C**
(Ed. 1-21)

## TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

### Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

a.  The act is an act of terrorism.
b.  The act is violent or dangerous to human life, property, or infrastructure.
c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2021, and ending on December 31, 2027, an amount equal to 20% of our direct earned premium during the immediately preceding calendar year.

**WC 00 04 22 C**
(Ed. 1-21)
© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.
9021547001
Sentry Casualty Company
1    00001 0000000000 24040  0  N

Exhibit 4, Page 195
ce19e01a-6429-4ad5-84b3-773d8abd8f7a

**Page 1 of 2**
02/09/2024

**WC 00 04 22 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-21)

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses occurring in any calendar year exceed $200,000,000, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

<div align="center">

**Schedule**

</div>

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                          Policy No.                          Endorsement No.
Insured                                                                             Premium

Insurance Company                              Countersigned by_____

<div align="right">

**WC 00 04 22 C**
(Ed. 1-21)

</div>

9021547001
Sentry Casualty Company

© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.

02/09/2024

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 03 01 D

(Ed. 02-18)

## POLICY AMENDATORY ENDORSEMENT-CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed – Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages – Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment – Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.** Part **One**, "Workers Compensation Insurance", **A**, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6. **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7. **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8. Part **Five**, "Premium", **E**, "Final Premium", is amended to read as follows:

   The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

   If this policy is cancelled, final premium will be determined in the following way unless our manuals provide otherwise:

   a. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

   b. If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be increased by our short-rate cancellation table and procedure. Final premium will not be less than the pro rata share of the minimum premium.

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

**WC 04 03 01 D**
(Ed. 02-18)

© Copyright 2011 by the Workers Compensation Insurance Rating Bureau of California. All rights reserved. From the WCIRB's California Workers' Compensation Insurance Forms Manual © 2001

**Page 1 of 2**

**WC 04 03 01 D**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 02-18)

___

**Note:**

1.  This endorsement may be used to amend the Workers Compensation and Employers Liability Insurance Policy, WC 00 00 00 C, to comply with California law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.
Insured                                  Insurance Company

                                         Countersigned By_____

**WC 04 03 01 D**
(Ed. 02-18)

**Page 2 of 2**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 04 03 05**

(Ed. 1-85)

## VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT-CALIFORNIA

If the employer named in item 1 of the Information Page has in his employment persons not entitled to compensation under Division 4 of the Labor Code of the State of California, this policy shall operate as an election on the part of the employer to come under the compensation provisions of Division 4 with respect to those persons described in the Schedule below.

This policy applies to those persons described in the Schedule below as employees.

Schedule

All officers and employees not subject to Workers Compensation Law.

**Note:**

This endorsement may be used to afford compensation coverage pursuant to the Miscellaneous Regulations for the Recording and Reporting of Data, Part 2, Section IV.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.
Insured                                  Insurance Company

Countersigned By_____

**WC 04 03 05**
(Ed. 1-85)
© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 04 03 06**

(Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT- CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

The additional premium for this endorsement shall be ___2___ % of the California workers' compensation premium otherwise due on such remuneration.

Schedule

**Person or Organization**                              **Job Description**

Any person or organization for whom the Named Insured has agreed by written contract executed prior to loss.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.
Insured                                  Insurance Company

Countersigned by_____

**WC 04 03 06**
(Ed. 4-84)
© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 03 60 B

(Ed. 01-15)

## EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDORSEMENT - CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in Item 3 of the Information Page is subject to the following provisions:

**A. "How This Insurance Applies"**, is amended to read as follows:

  **A.** How This Insurance Applies

  This Employers' Liability Insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

  **1.** The bodily injury must arise out of and in the course of the injured employee's employment by you.

  **2.** The employment must be necessary or incidental to your work in California.

  **3.** Bodily injury by accident must occur during the policy period.

  **4.** Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

  **5.** If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**C.** The **"Exclusions"** section is modified as follows (all other exclusions in the "Exclusions" section remain as is):

  **1.** Exclusion 1 is amended to read as follows:

    **1.** Liability assumed under a contract.

  **2.** Exclusion 2 is deleted.

  **3.** Exclusion 7 is amended to read as follows:

    **7.** Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

  **4.** The following exclusions are added:

    **1.** Bodily injury to any member of the flying crew of any aircraft.

    **2.** Bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the Workers' Compensation Law(s) applicable to you or otherwise fail to comply with that law.

    **3.** Liability arising from California Labor Code Section 2810.3 which relates to labor contracting.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective          Policy No.          Endorsement No.

Insured          Insurance Company

Countersigned By _____

**WC 04 03 60 B**

(Ed. 01-15)

© Copyright 1999 Workers' Compensation Insurance Rating Bureau of California.

**Page 1 of 1**

**Note:**

    1.  This endorsement may be used to amend policy form WC 00 00 00 C (Ed. 01-15)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**        **WC 04 04 21**

(Ed. 1-08)

### OPTIONAL PREMIUM INCREASE ENDORSEMENT - CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We may contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after your receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

**WC 04 04 21**
(Ed. 1-08)

9021547001
Sentry Casualty Company
1   00001 0000000000  24040  0  N

Exhibit 4, Page 203

02/09/2024

55bc9fdd-045f-4f52-b145-26b0f694fad1

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY** WC 04 06 01 B

(Ed. 01-22)

## CALIFORNIA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the Information Page.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancelation:**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

   a. Non-payment of premium;

   b. Failure to report payroll;

   c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

   d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

   e. Material misrepresentation made by you or your agent;

   f. Failure to cooperate with us in the investigation of a claim;

   g. Material failure to comply with federal or state safety orders or written recommendations of our designated loss control representatives;

   h. The occurrence of a material change in the ownership of your business;

   i. The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

   j. The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

   k. The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3. If we cancel your policy for any of the reasons listed in (a) through (f), we will give you 10 days advance written notice, stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice. If we cancel your policy for any of the reasons listed in Items (g) through (k), we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4. If we mail the notice to you, the stated periods of notice and your right to remedy the condition will be extended by 5 days if the place of mailing and your mailing address is within California, 10 days if the place of mailing or your mailing address is outside of California and 20 days if the place of mailing or your mailing address is outside of the United States.

5. The policy period will end on the day and hour stated in the cancelation notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                Policy No.                          Endorsement No.
Insured                              Insurance Company

                                     Countersigned By_____

**WC 04 06 01 B**
(Ed. 01-22)
9021547001
Sentry Casualty Company

Exhibit 4, Page 204

**Page 1 of 1**
02/09/2024

1   00001 0000000000 24040 0 N          1391620a-538c-4241-aa99-685bf744cf1a

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 06 03 A

(Ed. 01-07)

## CALIFORNIA LARGE RISK DEDUCTIBLE ENDORSEMENT

1.  This endorsement applies to the workers' compensation insurance coverage, the employers' liability insurance coverage and the other states insurance coverage provided in this policy.

2.  This endorsement applies between you and us. It does not affect the rights of others under the policy. Nor does it change our obligations under the policy, except as otherwise stated in this endorsement.

3.  In consideration of a reduced premium, you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expenses which arise out of any claim or suit we defend, where you elect to include such expenses.

4.  We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us.

**Deductible - Each Occurrence**

5.  The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expenses, if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible - Policy Aggregate**

6.  The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expense, if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

    (a) If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

    (b) If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

    (c) If you cancel the policy for any reason other than retiring from business, the aggregate deductible amount will not be reduced.

    (d) If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect of Deductible on Limits of Liability**

7.  The applicable limits of liability as respects the employers' liability insurance coverage provided in this policy are subject to reduction by the application of the lost reimbursement amount(s) applicable to any claim for accident or disease covered by this policy. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount. The payment of loss adjustment expense, where such expense is elected by you, will not affect the limits of the liability.

**Allocated Loss Adjustment Expenses**

8.  Allocated loss adjustment expenses, which is electable by you, means claims expenses directly allocated by us to a particular claim. Such expenses shall not include cost of investigation or the salaries and traveling expenses of our employees  other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery from Others**

9.  If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

    (a) First, to any payments made by us in excess of the deductible amount; and

    (b) Then the remainder, if any, will be applied to reduce the deductible amount reimbursed by you.

**WC 04 06 03 A**
(Ed. 01-07)

9021547001
Sentry Casualty Company

02/09/2024

1    00002 0000000000 24040  0  N            3b8ce697-0b53-488c-86a3-f6a29ae3c5ae

**WC 04 06 03 A**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 01-07)

### Cancellation

10. We may cancel this policy for nonpayment of any deductible amounts or for failure to comply with any security-related terms of this policy. Such cancellation of this policy shall be treated in the same manner as nonpayment of premium as provided by the California Insurance Code. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

### Sole Representation

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

    (a) Changes to this endorsement;

    (b) Obligations to receive premiums; or

    (c) Giving or receiving notice of cancellation.

### Your Duties and Understanding

12. All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

### Other Rights and Duties

13. All other terms of the policy, including those which govern the following items, apply irrespective of this deductible endorsement:

    (a) Our right and duty to defend any claim, proceeding or suit against you; and

    (b) Your duties if injury occurs.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 04 06 03 A

(Ed. 01-07)

**Additional Charges**

14. Any assessments pursuant to California statute are not part of this Plan but are included in the cost of the coverage provided by the policy to which this endorsement is attached.

<div align="center">

**Schedule**

</div>

1. Deductible Amount $ <u>250,000</u> Each Accident
   <div align="center">(Dollar Amount)</div>

2. Aggregate Limit $ <u>None</u>    Negotiated Charge $ <u>None</u>
   (Dollar Amount or "None")         (Dollar Amount or "None")

3. Allocated Loss Adjustment Expenses are <u>Included</u>
   <div align="center">("Included" or "Excluded")</div>

4. The Fixed Expense Charge <u>Will</u> be adjusted retroactively, based upon actual costs.
   ("Will" or "Will Not")

**Notes:**

1. This endorsement may be used to provide deductibles to policyholders for all or part of benefits payable under the policy pursuant to California Insurance Code Section 11735(e).

2. This endorsement has been approved for use in conjunction with the California Large Risk Deductible Plan (Advisory).

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective          Policy No.                    Endorsement No.
Insured                        Insurance Company

                               Countersigned by_____

**WC 04 06 03 A**
(Ed. 01-07)

9021547001
Sentry Casualty Company

Exhibit 4, Page 207

02/09/2024

3   00002 0000000000 24040 0 N          3b8ce697-0b53-488c-86a3-f6a29ae3c5ae

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      WC 04 06 04 A

(Ed. 01-23)

## COVID-19 REPORTING REQUIREMENT ENDORSEMENT - CALIFORNIA

In addition to the requirements under Part 4, "Your Duties if Injury Occurs" of your policy, if you have five or more employees and an employee that is not described in California Labor Code section 3212.87 tests positive for COVID-19, you are required to report the following information as provided below.

Pursuant to California Labor Code Section 3212.88(i), when you know, or reasonably should know, that an employee has tested positive for COVID-19 between September 17, 2020 and January 1, 2024, you must report to your claims administrator in writing via electronic mail or facsimile within 3 business days all of the following:

(1) An employee has tested positive. For purposes of this reporting, do not provide any personally identifiable information regarding the employee who tested positive for COVID-19 unless the employee asserts the infection is work related or has filed a claim form pursuant to California Labor Code Section 5401.

(2) The date that the employee tests positive, which is the date the specimen was collected for testing.

(3) The specific address or addresses of the employee's specific place of employment during the 14-day period preceding the date of the employee's positive test.

(4) The highest number of employees who reported to work at the employee's specific place of employment in the 45-day period preceding the last day the employee worked at each specific place of employment.

Labor Code Section 3212.88(j) states that the intentional submission of false or misleading information or the failure to report the above information as required may subject you to a civil penalty in the amount of up to $10,000 to be assessed by the Labor Commissioner.

For the purposes of these reporting requirements, California Labor Code Section 3212.88(m) provides the following:

(1) "COVID-19" means the 2019 novel coronavirus disease.

(2) "Test" or "testing" means a PCR (Polymerase Chain Reaction) test approved for use or approved for emergency use by the United States Food and Drug Administration to detect the presence of viral RNA. "Test" or "testing" does not include serologic testing, also known as antibody testing. "Test" or "testing" may include any other viral culture test approved for use or approved for emergency use by the United States Food and Drug Administration to detect the presence of viral RNA which has the same or higher sensitivity and specificity as the PCR test.

(3) "A specific place of employment" means the building, store, facility, or agricultural field where an employee performs work at the employer's direction. "A specific place of employment" does not include the employee's home or residence, unless the employee provides home health care services to another individual at the employee's home or residence.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                        Endorsement No.
Insured                                  Insurance Company

                                         Countersigned
                                         By

**WC 04 06 04 A**                                                          **Page 1 of 1**
**(Ed. 01-23)**
9021547                                                                    02/09/2024
1   00001 0000000000 24040 0 N          8b28ffe3-62d2-4d3b-9b33-a5ed63bdee04

WC 90 06 05 01 02

# CALIFORNIA AMENDED CANCELLATION CONDITIONS

As respects only to California exposure, if provided under this policy the following applies:

It is agreed that this company amendatory endorsement supersedes the California state amendatory endorsement WC 04 06 01 and subsequent editions as follows:

In the paragraph, which describes the number of days of notice in the event of cancellation, if we cancel our policy for any of the reasons listed below:

Failure to comply with Federal or State safety orders;

Failure to comply with written recommendations of our designated loss control representatives;

The occurrence of a material change in the ownership of your business;

The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

The occurrence of any change in your business or operation that required additional or different classification of premium calculation;

The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties;

we will give you 90 days advance written notice instead of 30.

All other cancellation provisions will remain unchanged.

**WC 90 06 05 01 02**
9021547001
Sentry Casualty Company
1   00001 0000000000 24040 0 N
Exhibit 4, Page 209
cabb30b9-bc28-46ee-8658-b613e7efa309
**Page 1 of 1**
02/09/2024

# Exhibit 5

80 2313 CA 01 21

# ADDITIONAL CONDITIONS MEMBERSHIP AND PARTICIPATING PROVISION

**Membership**

By virtue of this policy, you are a member of Sentry Mutual Holding Company of Stevens Point, Wisconsin. You are entitled to vote either in person or by proxy at any meeting of members of the Company. The annual meeting of the Company is held at the Company's Home Office in Stevens Point, Wisconsin at 9:00 A.M. on the third Wednesday in April.

**Participation**

You will share in any dividends in accordance with conditions established by the Board of Directors. This policy is not assessable.

Vice President, Secretary                                       President

This endorsement must be attached to a policy showing California in item 3.A. of the Information Page.

Under California Law it is unlawful for an insurer [us] to promise the future payment of dividends under an unexpired workers' compensation policy or to misrepresent the conditions for dividend payment. Dividends are payable only pursuant to conditions determined by the [our] Board of Directors or other governing board [of the Company] following policy expiration. Forfeiture of a right to, reduction in the amount of, or delay in the payment of a policyholder's dividend due to the policyholder's failure to accept renewal of the policy or subsequent policies issued by the same insurer is illegal and constitutes an unfair practice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.
Insured                                  Insurance Company

                                         Countersigned by_____

80 2313 CA 01 21                                                                      **Page 1 of 1**

Sentry®

POLICY NUMBER:  9021547001

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY INFORMATION PAGE

| | |
|---|---|
| Sentry Insurance Company<br>(A Participating Stock Company)<br>A member of the Sentry Insurance Group<br>1800 North Point Drive<br>Stevens Point,  WI  54481 | Carrier Code No            15571<br>Policy Number            9021547001<br>Renewal of Policy Number 9021547001<br><br>Marsh & McLennan Insurance Agency LLC<br>1 Polaris Way Ste 300<br>Aliso Viejo, CA 92656<br>Agency Code 1118152<br>212-345-5000 |

**THIS POLICY IS NON-ASSESSABLE.**

**ITEM**

**1.  INSURED**

| | |
|---|---|
| **First Named Insured:** | Fashion Nova LLC |
| **Address:** | 2801 E 46th St |
| | Vernon, CA 90058-2403 |
| **Phone Number:** | 800-866-0286 |
| **Business Description:** | Limited liability company |

See Schedule of Entities for Other Insured Entities

Other workplaces not shown above:
See Extension of information page

**2.  POLICY PERIOD**

The policy period is from 02/09/2025 to 02/09/2026 at 12:01A.M, Standard Time at the First Named Insured's mailing address shown above.

**3.  COVERAGE**

    A.  Workers Compensation Insurance: Part One of the policy applies to the workers compensation law of the states listed here:

        California

**WC 00 00 01 A CA**
9021547001
Sentry Insurance Company
1    00003 0000000000 25041 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 5, Page 212
143f64a0-c207-434b-b129-a5f7953fb115

**Page 1 of 6**
02/10/2025

POLICY NUMBER: 9021547001

## 3.  COVERAGE

B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $ 1,000,000 | Each accident |
| Bodily Injury by Disease | $ 1,000,000 | Each employee |
| Bodily Injury by Disease | $ 1,000,000 | Policy limit |

C.  Other States Insurance: Part Three of the policy applies in all states except those listed in Item 3.A., and the following:
ND OH WA WY

D.  This policy includes these Endorsements and Schedules:

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 03 13 04 84 | Waiver Of Our Right To Recover From Others Endorsement |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 D 02 18 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 60 B 01 15 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 B 01 22 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 A 01 23 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |
| WC 99 06 22 01 22 | U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") Trade or Economic Sanctions Endorsement |

## 4.  PREMIUM

The premium for this policy will be determined by our Manuals of Rules, Classification, Rates and Rating Plans. All information required below is subject to verification and change by audit.

See Schedule for premium summary breakdown by state

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|

See Schedule for premium breakdown by state, location and classification

| | | |
|---|---|---|
| Total Estimated Standard Premium Excluding Increased Limits and Deductible Credits | $ | ███████ |
| Total Premium Discount | $ | ███████ |
| Total Deductible Credit | $ | ███████ |

**WC 00 00 01 A CA**
9021547001
Sentry Insurance Company
2  00003 0000000000 25041 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 5, Page 213

143f64a0-c207-434b-b129-a5f7953fb115

**Page 2 of 6**

02/10/2025

POLICY NUMBER: 9021547001

### 4.  PREMIUM

| | | | | |
|---|---|---|---|---|
| | 9812 | Increased Limits Premium - Standard Coverage | $ | ▇▇▇ |
| | 0900 | Policy Expense Constant (CA) | $ | ▇▇ |
| | 9740 | Terrorism | $ | ▇▇ |
| Total Estimated Annual Premium | | | $ | ▇▇▇ |
| Std Min (CA) | | | $ | ▇▇ |
| STD EL MINIMUM (CA) | | | $ | ▇▇ |
| *Total Non Premium Charges | | | $ | ▇▇▇ |
| Total Estimate due to this policy | | | $ | ▇▇▇ |

*Non-Premium charges are state mandated tax/assessments/etc

### CONTACT INFORMATION

**Address:**   1800 North Point Drive
Stevens Point, WI 54481

**Phone:**   Toll Free    800-473-6879

**Policy Issued at:**   1800 North Point Drive
Stevens Point, WI 54481

### SCHEDULE OF ENTITIES AND LOCATIONS

**Entity:**   1
**Named insured:**   Fashion Nova LLC

**Name Link Code**
**Entity Type:**   Limited liability company
**Federal Id:**   XXXXXX6139

**Location:**   1
**Address:**   2801 E 46th St
Vernon, CA 90058-2403

**Risk ID:**   7583762R

**Entity:**   2
**Named insured:**   FN Logistics LLC

**Name Link Code**
**Entity Type:**
**Federal Id:**   XXXXXX6139

**Location:**   1
**Address:**   2801 E 46th St
Vernon, CA 90058-2403

**Risk ID:**   7583762R

**Entity:**   3
**Named insured:**   Fashion Nova LLC

**Name Link Code**
**Entity Type:**   Limited liability company
**Federal Id:**   XXXXXX5549

**Location:**   1
**Address:**   2801 E 46th St
Vernon, CA 90058-2403

**Risk ID:**   7583762R

**WC 00 00 01 A CA**
9021547001
Sentry Insurance Company
3    00003 0000000000 25041 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 5, Page 214
143f64a0-c207-434b-b129-a5f7953fb115

**Page 3 of 6**
02/10/2025

POLICY NUMBER: 9021547001

**SCHEDULE OF CLASS DESCRIPTIONS**

| Class Code | Class Code Descriptions |
|---|---|
| 8008 | Stores - Clothing - Linens - Fabric - Retail |
| 8810 | Clerical Office Employees |

**SCHEDULE OF PREMIUM AND NON-PREMIUM BY STATE**

| States Not Subject To Retro | | Premium | Non-Premium |
|---|---|---|---|
| California | Operations Per Schedule | $ ██████ | $ ██████ |

**SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION**
**STATE -  CALIFORNIA**

| **Period:** | 02/09/2025 - 02/09/2026 | | |
|---|---|---|---|
| **Entity name:** | Fashion Nova LLC | **Federal Id:** | XXXXXX6139 |
| **Location:** | 1 | | |
| **Address:** | 2801 E 46th St | **NAICS Code:** | 458110 |
| | Vernon, CA 90058-2403 | | |

| Classification | Code No | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Stores - Clothing - Linens - Fabric - Retail | 8008 | $ ████ | $ ████ | $ ████ |
| Class Minimum | | $ ████ | | |
| Stores - Clothing - Linens - Fabric - Retail - Voluntary Compensation and Employers Liability | 8008 | $ ████ | $ ████ | $ ████ |
| Class Minimum | | $ ████ | | |
| Clerical Office Employees | 8810 | $ ████ | $ ████ | $ ████ |
| Class Minimum | | $ ████ | | |
| | | Total Entity Class Premium | | $ ████ |

| **Entity name:** | FN Logistics LLC | **Federal Id:** | XXXXXX6139 |
|---|---|---|---|
| **Location:** | 1 | | |
| **Address:** | 2801 E 46th St | **NAICS Code:** | 458110 |
| | Vernon, CA 90058-2403 | | |

**WC 00 00 01 A CA**
9021547001
Sentry Insurance Company
4    00003 0000000000 25041 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 5, Page 215

143f64a0-c207-434b-b129-a5f7953fb115

**Page 4 of 6**
02/10/2025

POLICY NUMBER: 9021547001

## SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION

| Classification | Code No | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Stores - Clothing - Linens - Fabric - Retail | 8008 | $ ██████████ | $ ████ | $ ██████████ |
| Class Minimum | | $ ██████ | | |
| Clerical Office Employees | 8810 | $ ████████ | $ ████ | $ ██████████ |
| Class Minimum | | $ ████ | | |
| | | Total Entity Class Premium | | $ ██████████ |

| | | | | |
|---|---|---|---|---|
| **Entity name:** | Fashion Nova LLC | | **Federal Id:** | XXXXXX5549 |
| **Location:** | 1 | | | |
| **Address:** | 2801 E 46th St | | **NAICS Code:** | 458110 |
| | Vernon, CA 90058-2403 | | | |

| Classification | Code No | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| Stores - Clothing - Linens - Fabric - Retail | 8008 | $ ██████████ | $ ████ | $ ██████████ |
| Class Minimum | | $ ████ | | |
| Clerical Office Employees | 8810 | $ ████████ | $ ████ | $ ██████████ |
| Class Minimum | | $ ████ | | |
| | | Total Entity Class Premium | | $ ██████████ |
| Total State Class Premium | | | | $ ██████████ |
| | 0930 | Blanket Waiver of Our Right To Recover From Others (0.020) | | $ ██████████ |
| Premium for Increased Limits Part Two | | | | |
| | 9812 | (2.80%) Increased Limits Premium - Standard Coverage | | $ ██████████ |
| Premium subject to Modification | | | | $ ██████████ |
| | 9898 | Experience Rating Modification Factor (3.880) | | |
| Premium modified to reflect Exp. Mod. of 3.880 | | | | $ ██████████ |
| | 9663 | Large Deductible | | $ ██████████ |
| (CA) Estimated Standard Premium | | | | $ ██████████ |
| | 0063 | (11.80%) Premium Discount (CA) | | $ ██████████ |
| | 9740 | Terrorism (0.010) | | $ ██████████ |
| (CA) Estimated Annual Premium Non-Premium Charges | | | | $ ██████████ |

**WC 00 00 01 A CA**
9021547001
Sentry Insurance Company
5   00003 0000000000 25041 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 5, Page 216
143f64a0-c207-434b-b129-a5f7953fb115

**Page 5 of 6**
02/10/2025

POLICY NUMBER: 9021547001

**SCHEDULE OF PREMIUM BY STATE, ENTITY, LOCATION AND CLASSIFICATION**

| | |
|---|---|
| (1.24%) CA State WC Administrative Surcharge | $ ██████ |
| (0.08%) CA Uninsured Employers Benefits Trust Fund Assessment | $ ██████ |
| (3.01%) CA Subsequent Injuries Benefits Assessment | $ ██████ |
| (0.19%) CA Occupational Safety and Health Fund Assessment | $ ██████ |
| (0.11%) CA Labor Enforcement and Compliance Fund Assessment | $ ██████ |
| (0.41%) CA WC Fraud Assessment | $ ██████ |
| (0.00%) California Insurance Guarantee Association Surcharge | $ ████ |
| Total Estimate due to this State | $ ██████ |

\*Non-Premium charges are state mandated tax/assessments/etc

The following endorsements apply to this state

| Form/Endorsement Number and Edition Date | Form/Endorsement Title |
|---|---|
| WC 00 00 00 C 01 15 | Workers Compensation And Employers Liability Insurance Policy |
| WC 00 03 13 04 84 | Waiver Of Our Right To Recover From Others Endorsement |
| WC 00 04 06 A 07 95 | Premium Discount Endorsement |
| WC 00 04 19 01 01 | Premium Due Date Endorsement |
| WC 00 04 22 C 01 21 | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement |
| WC 04 03 01 D 02 18 | Policy Amendatory Endorsement-California |
| WC 04 03 05 01 85 | Voluntary Compensation And Employers Liability Coverage Endorsement-California |
| WC 04 03 60 B 01 15 | Employers' Liability Coverage Amendatory Endorsement - California |
| WC 04 04 21 01 08 | Optional Premium Increase Endorsement - California |
| WC 04 06 01 B 01 22 | California Cancelation Endorsement |
| WC 04 06 03 A 01 07 | California Large Risk Deductible Endorsement |
| WC 04 06 04 A 01 23 | Covid-19 Reporting Requirement Endorsement - California |
| WC 90 06 05 01 02 | California Amended Cancellation Conditions |
| WC 99 06 22 01 22 | U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") Trade or Economic Sanctions Endorsement |

**WC 00 00 01 A CA**
9021547001
Sentry Insurance Company
6    00003 0000000000 25041 0 N

Copyright 1987 National Council on Compensation Insurance

Exhibit 5, Page 217

143f64a0-c207-434b-b129-a5f7953fb115

**Page 6 of 6**
02/10/2025

POLICY NUMBER: 9021547001



# POLICYHOLDER NOTICE
# SCHEDULE OF NAMED INSUREDS

Named Insured:

FN Logistics LLC

Fashion Nova LLC

Fashion Nova LLC

FN Logistics LLC


And any affiliated or subsidiary company of the Named Insured as now or hereafter constituted in which the Named Insured owns a majority, greater than fifty percent (50%), interest.

**WC 80 99 0020 03 19**
9021547
Sentry Insurance Company
Exhibit 5, Page 218
522d6d6b-15cd-42f1-a354-3e00a11d9c89
**Page 1 of 1**
02/10/2025



Number of pages including cover:

# Workers' Compensation Claim Report

## Fax Cover Sheet

| IMMEDIATE ACTION REQUIRED |
| :---: |
| **FIRST REPORT OF INJURY ATTACHED** |

To:     **Sentry Claims Service Center**

Fax #:  **800-726-8631**

From:   _____

Business Name:   <u>Fashion Nova LLC</u>

Account/Policy Number:   <u>9021547001</u>

Phone #:   _____

Fax #:   _____

Location Code: _____    Department Code: _____
(if applicable)

**PLEASE INDICATE WHICH OF THE FOLLOWING APPLY:**

☐ Lost time involved

   ☐ Employee is currently completely off work

   ☐ Employee is currently working restricted duty or restricted hours

☐ Medical only claim (involving no lost time from work or wage loss)

☐ Record only (informational purposes only - no treatment outside the workplace has been sought or prescriptions filled)

☐ **Questionable Claim** - Please Investigate
(Please list concerns on a separate page, not on the First Report of Injury form)

**Due to federally mandated Medicare reporting requirements, you must report the date of birth and Social Security number on all WC claims.**

**90 226 01 18**
9021547001
Sentry Insurance Company
1  00001 0000000000 25041 0 N

Exhibit 5, Page 219
59b6573a-8e07-45d2-87a8-3bd994385e3c

**Page 1 of 2**
02/10/2025

Timely reporting of accidents and losses is a critical factor in controlling Workers' Compensation costs. Delays can increase Workers' Compensation costs by 20 to 30 percent and the rate of litigation by as much as 45 percent.

Sentry provides a toll-free fax service to report accidents. It can significantly improve the timely reporting of Workers' Compensation claims by:

- Allowing investigations to start sooner and preventing the loss of critical evidence

- Providing the opportunity to implement medical cost-containment measures to ensure your employees receive quality care at a reasonable cost

- Encouraging prompt resolution of claims, reducing the likelihood of litigation and the potential of fraudulent claims

---

### TO REPORT WORKERS' COMPENSATION CLAIMS BY FAX

Sentry allows you to fax Employer's First Reports to Sentry, eliminating mail delays. We will mail the completed Workers' Compensation First Report of Injury Form to your state's Workers' Compensation bureau, where applicable.

Steps to reporting claims by fax:

1. Complete your state-specific First Report of Injury Form for a Workers' Compensation claim

2. Fill out the fax cover sheet from page 1 of this document based on the specifics of the claim being reported and print off a copy of the completed cover sheet.

3. Fax a copy of the completed cover sheet and your completed First Report of Injury Form to Sentry at:

| 800-726-8631 |
|---|

**Page 2 of 2**
9021547001
Sentry Insurance Company

Exhibit 5, Page 220

**90 226 01 18**
02/10/2025

# Three Ways to Take Control of Your Workers' Compensation Medical Expenses

*What you can do to impact the cost of your insurance and favorably add to your company's bottom line.*

**1.** Encourage injured employees to seek treatment from members of the Sentry utilized Workers' Compensation Medical Network offerings. Your employees receive high quality medical care, and you'll benefit from pre-negotiated rates.

In some states, you are allowed to direct the injured worker to a preselected physician for a limited period of time, if you post the names of those doctors in a readily visible area. These states include AL, CO, FL, GA, IA, ID, IN, KS, ME, MI, MO, NJ, NM, NC, PA, SC, TN, UT, VT, and VA.

If your State Workers' Compensation law does not allow you to direct an injured worker to a preselected physician, the injured employee may still appreciate your help in identifying a qualified care provider. However, never infringe on the legal right of injured workers to select their own physicians.

**2.** **Use the pharmacy network** to fill prescriptions for work-related injuries**.** Sentry's pharmacy network allows injured employees to have their medications filled at a local pharmacy with no out-of-pocket expense and at a discounted rate to your business. Visit www.workcompauto.optum.com/resources/pharmacy-locator or call 1-877-470-9572 to see a full list of network pharmacies.

**Use the First Fill program** so your injured employee can immediately receive pharmaceutical care, before the first notice of loss for the claim is fully processed. The program eliminates prescription issues by allowing a pharmacy to identify the carrier and process prescriptions electronically.

In these situations, providing a completed First Fill Prescription Form to a participating pharmacy within 30 days of the injury, Optum will allow a pharmacy to provide a 10-day supply (a Samaritan dose) to the injured employee, if the prescribed medication is part of the standard formulary. If the first notice of loss is not received or the claim is deemed non-compensable, Optum will absorb the cost of the 10-day supply at no cost to you or the injured employee.

**3.** **Report all injuries promptly** so Sentry can investigate the injury and ensure proper handling. Proper handling of a claim will ensure you get the best treatment at the best price.

**Note:** Workers' compensation claim handling can vary by state. For example, state regulations may differ on the waiting period before the injured employee can collect wage replacement benefits, or when he or she may be considered well enough to stop workers' compensation benefit payments.

**WC 80 99 0009 11 18**
9021547001
Sentry Insurance Company
Exhibit 5, Page 221
**Page 1 of 4**
02/10/2025
1    00002 0000000000 25041 0 N
cb9de74c-2880-41a2-8d29-fda461267260

# 1. Sentry Workers' Compensation Medical Network Frequently Asked Questions

**QUESTION:** **What will the Sentry utilized Coventry Workers' Compensation Medical Network do for me?**

**ANSWER:** It is an excellent tool to control medical expenses, which in turn allows Sentry to provide you with significant, long-term savings.

Medical care costs are a function of both volume and price per unit. By establishing contracts with hospitals, physicians, and outpatient care providers over a multi-year period, caps are obtained on annual increases and substantial discounts are obtained for our insureds who receive treatment from Coventry participating providers.

**QUESTION:** **Must my employees seek medical treatment only from members of the Coventry Workers' Compensation Medical Network?**

**ANSWER:** No. Depending on your state Workers' Compensation laws, your employees may receive treatment either from a provider you select, or from their choice of provider.

You can encourage any injured employee to use a specific participating provider in the Coventry Workers' Compensation Medical Network by placing worksite posters in each of your locations. Your employees will receive high quality medical care, and you'll benefit from the pre-negotiated rates that can decrease your medical costs.

**QUESTION:** **What forms or procedures do I follow to qualify for the discounts offered by the Sentry utilized-Coventry Workers' Compensation Medical Network?**

**ANSWER:** There are no additional forms. Participating providers automatically accept contractual rates for employees covered by a Sentry Workers' Compensation plan.

**QUESTION:** **How can I find out if a hospital or doctor is a participating member of the Coventry Workers' Compensation Medical Network?**

**ANSWER:** You may access participating providers and create a customized worksite poster by visiting the Perspecta website at https://www.goperspecta.com/VPD/Sentry/public. Instructions for accessing participating providers in your area are provided in the 4-step process noted below or, you may call 855-346-4866 and choose option 3 to request the names of California MPN providers, option 5 to request the names of Texas HCN providers, or option 6 to request the names of providers in all other states.

1) Access the Perspecta website https://www.goperspecta.com/VPD/Sentry/public
2) Select the Provider Search option
3) Limit your search by provider name, specialty, or location.
4) Click the magnifying glass action button.

**QUESTION:** **Can I recommend a doctor or hospital to become part of the Coventry Workers' Compensation Medical Network?**

**ANSWER:** Yes. Contact your Sentry sales representative with the name of the provider. To become part of the network, the provider must meet quality assurance requirements, agree to annual cap increases, and negotiate fixed rates of reimbursement for services delivered.

**Page 2 of 4**
9021547001
Sentry Insurance Company

Exhibit 5, Page 222

**WC 80 99 0009 11 18**
02/10/2025

**QUESTION:**    **What does the star display mean next to providers that are displayed in the provider search tool and on worksite posters?**

**ANSWER:**    The ⭐ indicator identifies those WC providers who have been statistically shown to have better overall claim outcomes as compared to their peers and should be referred to whenever possible or as applicable by state law.

## HOW TO CREATE WORKSITE POSTERS

To create a worksite poster to display participating providers close to your business:

Step 1    Visit the Perspecta website at, https://www.goperspecta.com/VPD/Sentry/public.

Step 2    Choose the Panel Card option.

Step 3    Enter data in required fields flagged with a red asterisk and click the Continue, Review Providers action button.

Step 4    If necessary, edit or add providers or provider categories by selecting the Add New Provider and Add New Category action buttons.

Step 5    Click the Continue, Create Poster action button.

Step 6    Select Email Poster or Print Poster action button based on poster delivery preference.

**WC 80 99 0009 11 18**
9021547001
Sentry Insurance Company
3    00002 0000000000 25041 0 N

Exhibit 5, Page 223
cb9de74c-2880-41a2-8d29-fda461267260

**Page 3 of 4**
02/10/2025



## 2. RETAIL PRESCRIPTION PROGRAM

Sentry Insurance is pleased to provide a pharmacy benefits program that can help reduce your Workers' Compensation costs - Optum.

Optum applies extensive clinical expertise along with workflow-driven technology to improve claims outcomes, increase efficiency, and reduce the total cost of prescription drugs while raising the quality of care for injured workers.

This program includes:
- A First Fill program
- Comprehensive drug utilization review applied to all retail, mail-order, and paper transactions
- Efficient processes to minimize third-party billing
- A network with more than 65,000 participating pharmacies
- 24/7 multilingual support

We have enclosed a first fill form for your convenience.

If you have any questions, contact Optum at 1-877-470-9572, Sentry Insurance at 1-800-473-6879, or your sales representative.

 

Hello,

We're your workers' compensation insurance carrier in California.

In accordance with California Labor Code 4600.2, effective April 1, 2019 Sentry Insurance has established a Pharmacy Benefit Network (PBN) to process all California jurisdiction workers' compensation pharmacy prescriptions. Sentry Insurance has contracted with Optum, which owns the Tmesys pharmacy network, to process these prescriptions.

Included with this inquiry you'll find information about the Tmesys PBN. We've also included first fill forms that should be provided to employees at time of injury.

If you have questions, give us a call at 800-473-6879 and select claims or e-mail managedcare@sentry.com.

Thank you.

**WC 80 99 0012 04 19**
9021547001
Sentry Insurance Company
1   00004  0000000000  25041  0  N

Exhibit 5, Page 225
fff1805b-7e11-424e-8e32-1a2989a0fb1a

**Page 1 of 4**
02/10/2025



## Workers' Compensation
## Notification Pharmacy Benefit Network

Your employer and your workers' compensation claims administrator have selected Optum as their workers' compensation pharmacy benefit network (PBN), to provide medications for your work- related injury through their pharmacy network, Tmesys®.

**This plan provides that drugs (and other services) prescribed for treating your work injury can be obtained only from companies or providers specified in your plan.**

**If you have any questions about how to obtain prescribed medications, call 1-866-599-5426.**



### LOCATING A PLAN PHARMACY
More than 5,000 Locations in CA

1. Go to the Tmesys website at www.tmesys.com
2. Select the search method you prefer

Call 1-866-599-5426 to speak to a customer care specialist

### Plan Limitations
- You must present your workers' compensation pharmacy card to a participating network pharmacy in order to receive medications.

- Only medications used to treat your work-related injury are covered.

- Some medications may not be on the authorized list, in which case the pharmacy will contact Optum to try to obtain approval while you are at the pharmacy.

- If a pharmacy that is part of the participating network charges you for medications, you are not subject to plan limitations.

- Your prescribed medication may be subject to Utilization Review at the request of your claims administrator.

### How to Obtain Medicines
1. Your employer will provide you information and notification on the network and how to obtain medications upon implementation or when you were hired.
2. Upon receiving a notice of first injury, your employer will provide you with additional notification of requirements as well as a First Fill Card.
3. Give the card to the pharmacist at a participating network pharmacy with your prescription.
4. The pharmacist will fill your prescription. You should not receive a bill for these medications.
5. A permanent workers' compensation pharmacy card will be mailed to you.
6. Use the permanent card each time you have a prescription filled for your work-related injury.

**We look forward to serving you. If you have any questions about how to obtain prescribed medications, call 1-866-599-5426 or visit our Pharmacy Center on www.tmesys.com.**

**WC 80 99 0012 04 19**
9021547001
Sentry Insurance Company
2    00004 0000000000 25041 0 N

IMP14-16201

Exhibit 5, Page 226
fff1805b-7e11-424e-8e32-1a2989a0fb1a

**Page 2 of 4**
02/10/2025

  

**Optum**
PO Box 152539
Tampa, FL 33684-2539

# MAKING IT EASY...
## TO GET WORKERS' COMPENSATION PRESCRIPTIONS FILLED.

Optum has been chosen to manage your workers' compensation pharmacy benefits for your employer or their insurer. Below is your First Fill card that will allow you to receive your injury-related prescriptions at your local pharmacy. Please fill out the card based on the instructions below.

### Injured Employee:

 If you need a prescription filled for a work-related injury or illness, go to an Optum Tmesys® network pharmacy. Give this temporary card to the pharmacist. The pharmacist will fill your prescription at low or no cost to you.

 If your workers' compensation claim is accepted, you will receive a more permanent pharmacy card in the mail. Please use that card for other work-related injury or illness prescriptions.

 Most pharmacies and all major chains are included in the network. To find a network pharmacy call 1-877-470-9572 or visit www.tmesys.com.

### Questions? Need Help?
## 📱 1-877-470-9572

---

**OPTUM®**                                    **Sentry**

**WORKERS' COMPENSATION PRESCRIPTION DRUG PROGRAM**

Sentry Insurance
CARRIER/TPA                          EMPLOYER

INJURED WORKER NAME

**Please provide directly to Pharmacist**
SOCIAL SECURITY NUMBER          DATE OF INJURY (YYMMDD)

**Notice to Cardholder:** Present this card to the pharmacy to receive medication for your work-related injury. To locate a pharmacy: tmesys.com.

---

**Attention Pharmacists:** Enter RxBIN, RxPCN and GROUP. Member ID # format is the date of injury and SSN combined as follows: YYMMDD123456789.

Tmesys is the designated PBM for this patient.

**Tmesys Pharmacy Help Desk**
**1-800-964-2531**

|        | NDC    |    | Envoy        |
|--------|--------|----|--------------|
| RxBIN  | 004261 | or | 002538       |
| RxPCN  | CAL    | or | Envoy Acct. # |
| GROUP  | SNTRFF |    |              |

---

**NOTE:** *This First Fill card is only valid for your workers' compensation injury or illness.*

 ### Employer:
Immediately upon receiving notice of injury, fill in the information above and give this form to the employee.

The following entities comprise the Optum Workers Compensation and Auto No Fault division: PMSI, LLC, dba Optum Workers Compensation Services of Florida; Progressive Medical, LLC, dba Optum Workers Compensation Services of Ohio; Cypress Care, Inc. dba Optum Workers Compensation Services of Georgia; Healthcare Solutions, Inc., dba Optum Healthcare Solutions of Georgia; Settlement Solutions, LLC, dba Optum Settlement Solutions; Procura Management, Inc., dba Optum Managed Care Services; Modern Medical, dba Optum Workers Compensation Medical Services, collectively and individually referred as "Optum."



IMP14-1813-34_SNTRFF

**WC 80 99 0012 04 19**
9021547001
Sentry Insurance Company
3   00004 0000000000 25041 0 N

Exhibit 5, Page 227
fff1805b-7e11-424e-8e32-1a2989a0fb1a

**Page 3 of 4**
02/10/2025

 

**Optum**
PO Box 152539
Tampa, FL 33684-2539

## HACEMOS MÁS SENCILLO...
### EL ABASTECIMIENTO DE LAS RECETAS MÉDICAS DEL PROGRAMA DE COMPENSACIÓN POR ACCIDENTES LABORALES.

Optum ha sido elegido para administrar los beneficios farmacéuticos de su programa de compensación por accidentes laborales para su empleador o su asegurador. Más adelante incluimos su tarjeta First Fill que le permitirá recibir las recetas médicas relacionadas con su lesión en su farmacia local. Llene esta tarjeta siguiendo las instrucciones que se indican a continuación.

### Empleado lesionado:

 Si necesita que se le abastezca su receta médica para una lesión o enfermedad relacionada con su trabajo, visite una farmacia de la red Optum Tmesys®. Entregue esta tarjeta temporal al farmacéutico. El farmacéutico abastecerá su receta médica bajo costo o sin costo alguno.

 Si se acepta su reclamación del programa de compensación por accidentes laborales, recibirá una tarjeta permanente por correo. Use esa tarjeta para otras recetas médicas de lesiones o enfermedades relacionadas con su trabajo.

 La mayoría de farmacias y todas las grandes cadenas de farmacias, forman parte de la red. Para encontrar una farmacia de la red, llame al 1-877-470-9572 o visite www.tmesys.com.

### ¿Tiene alguna pregunta? ¿Necesita ayuda?
 **1-877-470-9572**

---

 **Sentry**

**WORKERS' COMPENSATION PRESCRIPTION DRUG PROGRAM**

Sentry Insurance

PORTADORA                                    EMPLEADOR

_____

NOMBRE DEL TRABAJADOR LESIONADO

_____

Please provide directly to Pharmacist

NÚMERO DE SEGURO SOCIAL              FECHA DE ALA LESIÓN (AAMMDD)

**Aviso para el titular de la tarjeta:** Presente esta tarjeta a la farmacia para recibir los medicamentos para la lesión relacionada con su trabajo. Para ubicar una farmacia, visite tmesys.com.

**Attention Pharmacists:** Enter RxBIN, RxPCN and GROUP. Member ID # format is the date of injury and SSN combined as follows: YYMMDD123456789.

Tmesys is the designated PBM for this patient.

**Tmesys Pharmacy Help Desk**
**1-800-964-2531**

|  | NDC |  | Envoy |
|---|---|---|---|
| RxBIN | 004261 | or | 002538 |
| RxPCN | CAL | or | Envoy Acct. # |
| GROUP | SNTRFF | | |

**NOTA:** Esta tarjeta First Fill solo es válida para una lesión o enfermedad cubierta por su programa de compensación por accidentes laborales.

 **Empleador:**
Inmediatamente después de recibir un aviso sobre una lesión, llene la información antes indicada y entregue este formulario al empleado.

The following entities comprise the Optum Workers Compensation and Auto No Fault division: PMSI, LLC, dba Optum Workers Compensation Services of Florida; Progressive Medical, LLC, dba Optum Workers Compensation Services of Ohio; Cypress Care, Inc. dba Optum Workers Compensation Services of Georgia; Healthcare Solutions, Inc., dba Optum Healthcare Solutions of Georgia; Settlement Solutions, LLC, dba Optum Settlement Solutions; Procura Management, Inc., dba Optum Managed Care Services; Modern Medical, dba Optum Workers Compensation Medical Services, collectively  and individually referred as "Optum."



IMP14-1813-34_SNTRFF

---

**WC 80 99 0012 04 19**
9021547001
Sentry Insurance Company
4    00004 0000000000 25041 0 N

Exhibit 5, Page 228

**Page 4 of 4**
02/10/2025

fff1805b-7e11-424e-8e32-1a2989a0fb1a

# NOTICE TO CALIFORNIA WC POLICYHOLDERS OCCUPATIONAL INJURY AND ILLNESS PREVENTION CONSULTATION SERVICES

As part of our insurance program, the following occupational injury and illness prevention consultation services are provided at no additional cost to our insureds.

1.  Surveys of buildings and operations for hazardous conditions.

2.  Consultation to aid in the resolution of occupational injury and illness prevention problems.

3.  Analysis of loss data to identify and evaluate actual or potential exposures which can result in employee injury and illness.

4.  Assistance in training managers, supervisors and employees with regard to injury and illness prevention principles and techniques.

5.  Provide information on safety and health standards, codes, regulations, safety equipment and technical data.

6.  Assist in the evaluation of existing injury and illness prevention programs or development of an appropriate program to fit your needs.

7. Provide visual aids to supplement your injury and illness prevention program.

If you have an immediate need for any of these services, please write, fax, or call:

> Safety Services
> Sentry Insurance
> 1800 North Point Drive
> Stevens Point, WI 54481
> 1-800-473-6879
> Fax: 715-346-8015

Notice:    Workers' compensation insurance policyholders may direct questions or complaints about an insurer's loss control consultation services by contacting: State of California, Department of Industrial Relations; Loss Control Services Coordinator, The Commission on Health, Safety & Workers' Compensation, 455 Golden Gate Avenue, 10th Floor, San Francisco, CA 94102 (415) 703-4220.

**WC 80 04 0012 08 12**
9021547
Sentry Insurance Company
Exhibit 5, Page 229
ede252d2-b592-4d00-b907-596a2e469523
**Page 1 of 1**
02/10/2025

# POLICYHOLDER NOTICE
# CALIFORNIA WORKERS' COMPENSATION

California requires employers to provide to new employees a written notice which covers the contents of Labor Code sections 3550, 3551, and the Division of Workers' Compensation Regulations 9880.

The written notice requirements pursuant to Labor Code section 3551 must be provided to every new employee, either at the time the employee is hired or by the end of the first pay period.

Failure to comply with the posted and written notice requirements "shall constitute a misdemeanor and shall be prima facie evidence of non-insurance." In addition, "failure of an employer to provide the notice...shall automatically permit the employee to be treated by his or her personal physician with respect to an injury occurring during that failure."

English and Spanish versions of Posters and Pamphlets are available.

THE FOLLOWING ARE EXCERPTS FROM THE LABOR CODE SECTIONS AND REGULATION 9880:

3550.    (a)  Every employer subject to the compensation provisions of this division shall post and keep posted in a conspicuous location frequented by employees, and where the notice may be easily read by employees during the hours of the workday, a notice that states the name of the current compensation insurance carrier of the employer, or when such is the fact, that the employer is self-insured, and who is responsible for claims adjustment.

(b)  Failure to keep any notice required by this section conspicuously posted shall constitute a misdemeanor and shall be prima facie evidence of noninsurance.

(c)  This section shall not apply with respect to the employment of employees as defined in subdivision

(d)  of Section 3351.

(d)  The form and content of the notice required by this section shall be prescribed by the administrative director, after consultation with the Commission on Health and Safety and Workers' Compensation and shall advise employees that all injuries should be reported to their employer. The notice shall be easily understandable. It shall be posted in both English and Spanish where there are Spanish-speaking employees. The notice shall include the following information:

(1)  How to get emergency medical treatment, if needed.

(2)  The kinds of events, injuries, and illnesses covered by Workers' Compensation.

(3)  The injured employee's right to receive medical care.

(4)  The rights of the employee to select and change the treating physician pursuant to the provisions of Section 4600.

(5)  The rights of the employee to receive temporary disability indemnity, permanent disability indemnity, supplemental job displacement, and death benefits, as appropriate.

(6)  To whom injuries should be reported.

(7)  The existence of time limits for the employer to be notified of an occupational injury.

(8)  The protections against discrimination provided pursuant to Section 132a.

(9)  The internet website address and contact information that employees may use to obtain further information about the workers' compensation claims process and an injured employee's rights and obligations, including the location and telephone number of the nearest information and assistance officer.

(e)  Failure of an employer to provide the notice required by this section shall automatically permit the employee to be treated by his or her personal physician with respect to an injury occurring during that failure.

(f)  The form and content of the notice required to be posted by this section shall be made available to self-insured employers and insurers by the administrative director. Insurers shall provide this notice

to each of their policyholders, with advice concerning the requirements of this section and the penalties for a failure to post this notice.

The "Facts About Workers' Compensation" pamphlets referred to in the Labor Code section below will be sent to you.

3551.  (a)  Every employer subject to the compensation provisions of this code, except employers of employees defined in subdivision (d) of Section 3351, shall give every new employee, either at the time the employee is hired or by the end of the first pay period, written notice of the information contained in Section 3550. The content of the notice required by this section shall be prescribed by the administrative director after consultation with the Commission on Health and Safety and Workers' Compensation.

(b)  The notice required by this section shall be easily understandable and available in both English and Spanish. In addition to the information contained in Section 3550, the content of the notice required by this section shall include:

(1)  Generally, how to obtain appropriate medical care for a job injury.

(2)  The role and junction of the primary treating physician.

(3)  A form that the employee may use as an optional method for notifying the employer of the name of the employee's "personal physician," as defined by Section 4600, or "personal chiropractor," as defined by Section 4601.

(c)  The content of the notice required by this section shall be made available to employers and insurers by the administrative director. Insurers shall provide this notice to each of their policyholders, with advice concerning the requirements of this section and the penalties for a failure to provide this notice to all employees.

## DEFINITION OF "PERSONAL PHYSICIAN"

For the purpose of this article, "personal physician" means (1) The employee's regular physician and surgeon, licensed pursuant to Chapter 5 (commencing with Section 2000) of Division 2 of the Business and Professional Code, (2) Be the employee's primary care physician and has previously directed the medical treatment of the employee, and who retains the employee's medical records, including the employee's medical history. "Personal physician" includes a medical group, if the medical group is a single corporation or partnership composed of licensed doctors of medicine or osteopathy, which operates an integrated multispecialty medical group providing comprehensive medical services predominantly for nonoccupational illnesses and injuries, and (3) The physician agrees to be predesignated.

## DEFINITION OF "PERSONAL CHIROPRACTOR"

For the purpose of this article, "personal chiropractor" means the employee's regular chiropractor licensed pursuant to Chapter 2 (commencing with Section 1000) of Division 2 of the Business Professions Code, who has previously directed treatment of the employee, and who retains the employee's chiropractic treatment records, including his or her chiropractic history.

## DIVISION OF WORKERS' COMPENSATION (DWC) REGULATION 9880:

(a)  Every employer shall provide to every new employee, either at the time of hire or by the end of the first pay period, the Written Notice to New Employees concerning the rights, benefits and obligations under worker's compensation law. The content of the notice must be approved by the Administrative Director.

(b)  The notice shall be easily understandable. It shall be available in both English and Spanish where there are Spanish-speaking employees.

(c)  The notice provided shall be in writing, in non-technical terms and shall include the following information:

(1) The name of the current compensation insurance carrier of the employer at the time of distribution, or when such is the fact, that the employer is self-insured, and who is responsible for claims adjustment;

(2) How to get emergency medical treatment, if needed;

(3) The kind of events, injuries and illnesses covered by workers' compensation;

(4) The injured employee's right to receive medical care;

(5) How to obtain appropriate medical care for a job injury;

(6) The role and function of the primary treating physician;

(7) The rights of the employee to select and change the treating physician pursuant to the provisions of Labor Code Sections 4600 to 4601, including the right to predesignate a personal physician or medical group;

(8) A form that the employee may use as an optional method for notifying the employer of the name of the employee's "personal physician," as defined by Labor Code Section 4600, or "personal chiropractor," as defined by Labor Code Section 4601;

(9) The rights of the employee to receive temporary disability indemnity, permanent disability indemnity, supplemental job displacement benefits, and death benefits, as appropriate;

(10) To whom the injuries should be reported;

(11) The existence of time limits for the employer to be notified of an occupational injury;

(12) The protections against discrimination provided pursuant to Section 132a;

(13) The location and telephone number of the nearest information and assistance officer, including an explanation of services available; and

(14) A description about Medical Provider Networks ("MPN") which includes that the employer may be using a MPN, what a MPN is, the pre-designation exemption from the MPN, when an employee must begin to use a physician from the MPN, and how to request information about using a MPN.

**WC 80 04 0017 01 25**

9021547001
Sentry Insurance Company
3   00002 0000000000 25041 0 N

Exhibit 5, Page 232
d0c969f6-5174-47af-99c6-06eb32731bfc

**Page 3 of 3**

02/10/2025

# POLICYHOLDER NOTICE
# YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

## I. Information Available to You

### A. Information Available from Us - Sentry Insurance Company

**(1)** General questions regarding your policy should be directed to:

**Sentry Insurance Group**
**16815 Von Karman Avenue, Ste. 200**
**Irvine, CA 92606**
**Telephone: 949-930-6100**
**Fax: 888-729-2225**
**Sentry.com**

**(2) Dividend Calculation.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

**(3) Claims Information.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

### B. Information Available from the Workers' Compensation Insurance Rating Bureau of California

**(1)** The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan-1995* (USRP) and the *California Workers' Compensation Experience Rating Plan-1995* (ERP). WCIRB contact information is: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Customer Service; 888.229.2472 (phone); 415.778.7272 (fax); and customerservice@wcirb.com (email). The regulations contained in the USRP and ERP are available for public viewing through the WCIRB's website at wcirb.com.

**(2) Policyholder Information.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Custodian of Records. The Custodian of Records can be reached at 415.777.0777 (phone) and 415.778.7272 (fax).

**(3) Experience Rating Form.** Each experience rated risk may receive a single copy of its current Experience Rating Form/Worksheet free of charge by completing a Policyholder Experience Rating Worksheet Request Form on the WCIRB's website at wcirb.com/ratesheet. The Experience Rating Form/Worksheet will include a Loss-Free Rating, which is the experience modification that would have been calculated if $0 (zero) actual losses were incurred during the experience period. This hypothetical rating calculation is provided for informational purposes only.

## II. Dispute Process

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

### A. Our Dispute Resolution Process.

If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you.

**WC 80 04 0020 02 22**
9021547
Sentry Insurance Company

Exhibit 5, Page 233

c3c8008e-2fc6-4044-963b-9675af6ea9aa

**Page 1 of 2**
02/10/2025

1   00001 0000000000 25041 0 N

Written Complaints and Requests for Action should be forwarded to:

**Sentry Insurance Group**
**16815 Von Karman Avenue, Ste. 200**
**Irvine, CA 92606**
**Telephone: 949-930-6100**
**Fax: 888-729-2225**
**Website: Sentry.com**

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner as described in Paragraph **II.C.**, below.

**B. Disputing the Actions of the WCIRB.** If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 7 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Customer Service. Customer Service can be reached at 888.229.2472 (phone), 415.778.7272 (fax) and customerservice@wcirb.com (email).

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner as described in Paragraph **II.C.**, below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Complaints and Reconsideration. The WCIRB's contact information is 888.229.2472 (phone), 415.371.5204 (fax) and customerservice@wcirb.com (email).

**C. California Department of Insurance - Appeals to the Insurance Commissioner.** After you follow the appropriate dispute resolution process described above, if (1) we or the WCIRB decline to review your request, (2) you are dissatisfied with the decision upon review, or (3) we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the Insurance Commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the Insurance Commissioner is:

Administrative Hearing Bureau
California Department of Insurance
1901 Harrison Street, 3rd Floor
Oakland, CA 94612
415.538.4243

You have the right to a hearing before the Insurance Commissioner, and our action, or the action of the WCIRB, may be affirmed, modified or reversed.

**III. Resources Available to You in Obtaining Information and Pursuing Disputes**

**A. Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in **I.A.** and **I.B.**, above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the Insurance Commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 1901 Harrison Street, 17th Floor, Oakland, CA 94612, Attn: Policyholder Ombudsman. The policyholder ombudsman can be reached at 415.778.7159 (phone), 415.371.5288 (fax) and ombudsman@wcirb.com (email).

**B. California Department of Insurance - Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 800.927.HELP (4357) or insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in Paragraph **II.C.**

This notice does not change the policy to which it is attached.

# POLICYHOLDER NOTICE

# CALIFORNIA WORKERS' COMPENSATION INSURANCE RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1. We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2. The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3. Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expense of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4. We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally results in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5. A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6. Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7. We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

**WC 80 04 0021 03 14**

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

9021547

Sentry Insurance Company

Exhibit 5, Page 235

eea09b1e-7d5b-4dd8-b4f2-cf596667f8ee

## CALIFORNIA WORKERS' COMPENSATION INSURANCE
### NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1. Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2. The policy was extended for 90 days or less and the required notice was given prior to the extension.

3. You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4. The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5. You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6. We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

   (A) If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

   (B) For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

**WC 80 04 0021 03 14**

9021547
Sentry Insurance Company

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

02/10/2025
eea09b1e-7d5b-4dd8-b4f2-cf596667f8ee

# POLICYHOLDER NOTICE
# CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" with an amount will be displayed on your policy declaration page.

This notice does not change the policy to which it is attached.

**WC 80 04 0022 03 14**
9021547
Sentry Insurance Company

Exhibit 5, Page 237
f45f5fbc-c053-4228-940c-1d4c19cc65b3

**Page 1 of 1**
02/10/2025

# IMPORTANT NOTICE TO POLICYHOLDERS

# CALIFORNIA WORKERS' COMPENSATION REPORTING FIRST AID CLAIMS

Effective January 1, 2017, employers will be required to report all injuries, including those that meet the definition of first aid, to their insurance carrier.

First aid means any one-time treatment, and any follow-up visit for the purpose of observation of minor scratches, cuts, burns, splinters, or other minor industrial injury, which do not ordinarily require medical care. This one-time treatment, and follow-up visit for the purpose of observation, is considered first aid even though provided by a physician or registered professional personnel.

Insurers are required to report the medical costs incurred on first aid claims to the Workers' Compensation Insurance Rating Bureau (WCIRB), even if paid by the employer, as any other medical loss.

In order to be compliant with this reporting requirement we ask that you report all incidents that meet the definition of "first aid" to us and forward all medical bills to us for payment.  When we pay medical bills directly we may pay a discounted rate.  If you pay the bill directly you will be required to report the bill and payment amount to us. By reporting all claims to us, you are also avoiding the risk of becoming a Medicare reporting entity (RRE).

**WC 80 04 0026 01 17**
9021547
Sentry Insurance Company

Exhibit 5, Page 238
6dad84b7-70e9-4e86-b135-c8bcdc9b889e

**Page 1 of 1**
02/10/2025

PN 04 99 08 12 19

# POLICYHOLDER NOTICE

# CALIFORNIA ASSEMBLY BILL NO. 5, INDEPENDENT CONTRACTORS

**Summary of Assembly Bill No. 5 (AB 5)**
For the purposes of wages, workers' compensation and other benefits, AB 5 creates a presumption that an entity's workers are employees unless the hiring entity can show that the worker meets three conditions, known as the "ABC Test". With respect to workers' compensation, AB 5 goes into effect on **July 1, 2020** and applies to policies issued on or after **July 1, 2020**, as well as policies in force as of **July 1, 2020**.

The bill adds Section 2750.3 to the California Labor Code, which provides in pertinent part:

**2750.3.**
(a)(1) For purposes of the provisions of this code and the Unemployment Insurance Code, and for the wage orders of the Industrial Welfare Commission, a person providing labor or services for remuneration shall be considered an employee rather than an independent contractor unless the hiring entity demonstrates that all of the following conditions are satisfied:

(A) The person is free from the control and direction of the hiring entity in connection with the performance of the work, both under the contract for the performance of the work and in fact.

(B) The person performs work that is outside the usual course of the hiring entity's business.

(C) The person is customarily engaged in an independently established trade, occupation, or business of the same nature as that involved in the work performed.

(2) Notwithstanding paragraph (1), any exceptions to the terms "employee," "employer," "employ," or "independent contractor," and any extensions of employer status or liability, that are expressly made by a provision of this code, the Unemployment Insurance Code, or in an applicable order of the Industrial Welfare Commission, including, but not limited to, the definition of "employee" in subdivision 2(E) of Wage Order No. 2, shall remain in effect for the purposes set forth therein.

(3) If a court of law rules that the three-part test in paragraph (1) cannot be applied to a particular context based on grounds other than an express exception to employment status as provided under paragraph (2), then the determination of employee or independent contractor status in that context shall instead be governed by the California Supreme Court's decision in *S.G. Borello & Sons, Inc. v. Department of Industrial Relations* (1989) 48 Cal.3d 341.

AB 5 also provides an extensive list of occupations that are exempt from the application of Section 2750.3(a)(1). These exemptions are subject to revision. In addition, AB 5 amends Section 3351 of the California Labor Code and Sections 606.5 and 621 of the Unemployment Insurance Code. The pertinent sections of the California Labor Code and Unemployment Insurance Code may be accessed at http://leginfo.legislature.ca.gov. You may also access the California Labor & Workforce Development Agency webpage at https://www.labor.ca.gov/employmentstatus/ for more information.

This notice does not change the policy to which it is attached.

**WC 80 04 0028 (Ed. 07 20)**
9021547
Sentry Insurance Company

Exhibit 5, Page 239
1cbf3e70-a1d7-4d17-bbeb-ae330ee940be

**Page 1 of 1**
02/10/2025

# POLICYHOLDER NOTICE
# NEW YORK OUT-OF-STATE EMPLOYERS

The New York Workers Compensation Board enforces New York Workers' Compensation Law (WCL) verifying that employers maintain proper New York Workers' Compensation Coverage.

The New York Compensation Board issued a policy statement on their website to address out-of-state employers. The policy states that employers meeting any of the following criteria will be required to maintain New York WC coverage (New York must be listed in **Item 3A** of the Policy Information Page):

- The employer (as defined in the WCL) is required to register with the NYS Department of Labor and pay Unemployment Insurance for any period in question.

- The employer has a permanent physical location in New York or has employees whose primary work location is in New York.

- The employer is operating in New York under a permit, contract, or license granted by the State of New York, its counties or any municipality as defined under Subsection 57 of the Workers' Compensation Law.

- The employer is working as a contractor/general contractor/subcontractor on a construction project in New York.

- In the previous year, the employer had employees physically in New York for at least 40 hours of every week for a period of longer than 2 consecutive weeks or had employees present in New York for 25 or more individual days (e.g. - 5 employees working for 5 days in New York equals 25 individual employee days). Employees traveling through the state of New York not stopping for deliveries, pick-ups, or other work are not deemed to have worked in New York. An employer that has reason to know that it will meet these criteria in the current year, even if it has not done so in the prior year, must obtain the required coverage.

Out-of-state employers that are sending employees into New York that are only attending infrequent (not more than one per month) meetings, seminars, conferences or conventions in New York will not be required to provide full statutory coverage.

Failure to provide required New York coverage may result in fines and penalties.

Additional information may be obtained on the Board's website: http://www.wcb.ny.gov.

Please contact your Sentry Representative to add New York to your Workers' Compensation policy if you anticipate meeting any of the above criteria or if you have questions.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY        WC 00 00 00 C

(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

### A. The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

### B. Who is Insured

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

### C. Workers Compensation Law

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

### D. State

State means any state of the United States of America, and the District of Columbia.

### E. Locations

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE
## WORKERS COMPENSATION INSURANCE

### A. How This Insurance Applies

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

### B. We Will Pay

We will pay promptly when due the benefits required of you by the workers compensation law.

### C. We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

### D. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

### E. Other Insurance

We will not pay more than our share of benefits and costs covered by this insurance and other

1 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 5, Page 241
30be637c-ca8a-45ed-974c-f73efaae2df9

02/10/2025

**WC 00 00 00 C**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

F. **Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

G. **Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

H. **Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;

   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO
EMPLOYERS LIABILITY INSURANCE**

A. **How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

B. **We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 5, Page 242
30be637c-ca8a-45ed-974c-f73efaae2df9

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 00 00 00 C

(Ed. 1-15)

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651-1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901-944), any

other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

3 of 6

**© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.**

Exhibit 5, Page 243

30be637c-ca8a-45ed-974c-f73efaae2df9

**WC 00 00 00 C**        WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident–each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE**
**OTHER STATES INSURANCE**

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR**
**YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

9021547
Sentry Insurance Company
© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 5, Page 244
30be637c-ca8a-45ed-974c-f73efaae2df9
02/10/2025

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 00 00 C

(Ed. 1-15)

---

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

**PART FIVE**
**PREMIUM**

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

5 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.
Exhibit 5, Page 245
30be637c-ca8a-45ed-974c-f73efaae2df9

02/10/2025

**WC 00 00 00 C**            WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-15)

## PART SIX
## CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

9021547
Sentry Insurance Company

Exhibit 5, Page 246
30be637c-ca8a-45ed-974c-f73efaae2df9

02/10/2025

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 03 13**

(Ed. 4-84)

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

Name:

Address:                    CA

Description of Waiver:      Any person or organization for whom the Named Insured has agreed by written
                           contract executed prior to loss.

JobID:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                       Policy No.                          Endorsement No.
Insured                                                                         Premium

Insurance Company                           Countersigned by_____

**WC 00 03 13**
(Ed. 4-84)
© **1983 National Council on Compensation Insurance.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 00 04 06 A

(Ed. 7-95)

### PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule

1. **State**
   California

                              **Estimated Eligible Premium**

| First | Next | Next | |
|-------|------|------|---|
| $10,000 | $190,000 | $1,550,000 | Balance |
| 0.00% | 10.90% | 12.60% | 14.40% |

2. Average percentage discount: _____%

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Endorsement Effective | Policy No. | Endorsement No. |
| Insured | | Premium |

Insurance Company              Countersigned by_____

**WC 00 04 06 A**
(Ed. 7-95)
© **1995 National Council on Compensation Insurance, Inc.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 04 19

(Ed. 1-01)

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.  **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                              Policy No.                              Endorsement No.
  Insured                                                                                  Premium $

Insurance Company                                  Countersigned by_____

WC 00 04 19
(Ed. 1-01)
© **2000 National Council on Compensation Insurance, Inc.**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 04 22 C
(Ed. 1-21)

---

### TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

  a. The act is an act of terrorism.
  b. The act is violent or dangerous to human life, property, or infrastructure.
  c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
  d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2021, and ending on December 31, 2027, an amount equal to 20% of our direct earned premium during the immediately preceding calendar year.

---

**WC 00 04 22 C**
(Ed. 1-21)
© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.
9021547
Sentry Insurance Company

**Page 1 of 2**

02/10/2025

38e6520e-452d-45ed-acd2-7d600546838e

**WC 00 04 22 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-21)

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses occurring in any calendar year exceed $200,000,000, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

<div align="center">

**Schedule**

</div>

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.
Insured                                                                Premium

Insurance Company                        Countersigned by_____

**WC 00 04 22 C**
(Ed. 1-21)

9021547
Sentry Insurance Company

© **Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.**

Exhibit 5, Page 251
38e6520e-452d-45ed-acd2-7d600546838e

02/10/2025

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 04 03 01 D

(Ed. 02-18)

## POLICY AMENDATORY ENDORSEMENT-CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed – Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages – Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment – Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.** Part **One**, "Workers Compensation Insurance", **A**, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6. **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7. **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8. Part **Five**, "Premium", **E**, "Final Premium", is amended to read as follows:

   The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

   If this policy is cancelled, final premium will be determined in the following way unless our manuals provide otherwise:

   a. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

   b. If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be increased by our short-rate cancellation table and procedure. Final premium will not be less than the pro rata share of the minimum premium.

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

**WC 04 03 01 D**
(Ed. 02-18)

© Copyright 2011 by the Workers Compensation Insurance Rating Bureau of California. All rights reserved. From the WCIRB's California Workers' Compensation Insurance Forms Manual © 2001

**Page 1 of 2**

**WC 04 03 01 D**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 02-18)

**Note:**

1.  This endorsement may be used to amend the Workers Compensation and Employers Liability Insurance Policy, WC 00 00 00 C, to comply with California law.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                 Policy No.                      Endorsement No.
Insured                               Insurance Company

                                      Countersigned By_____

**WC 04 03 01 D**
(Ed. 02-18)

**Page 2 of 2**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 03 05

(Ed. 1-85)

### VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT-CALIFORNIA

If the employer named in item 1 of the Information Page has in his employment persons not entitled to compensation under Division 4 of the Labor Code of the State of California, this policy shall operate as an election on the part of the employer to come under the compensation provisions of Division 4 with respect to those persons described in the Schedule below.

This policy applies to those persons described in the Schedule below as employees.

Schedule

All officers and employees not subject to Workers Compensation Law.

**Note:**

This endorsement may be used to afford compensation coverage pursuant to the Miscellaneous Regulations for the Recording and Reporting of Data, Part 2, Section IV.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                              Policy No.                              Endorsement No.
Insured                                            Insurance Company

Countersigned By_____

**WC 04 03 05**
(Ed. 1-85)
© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.**

**Page 1 of 1**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 04 03 60 B

(Ed. 01-15)

### EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDORSEMENT - CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in Item 3 of the Information Page is subject to the following provisions:

**A. "How This Insurance Applies"**, is amended to read as follows:

**A.** How This Insurance Applies

This Employers' Liability Insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

**1.** The bodily injury must arise out of and in the course of the injured employee's employment by you.

**2.** The employment must be necessary or incidental to your work in California.

**3.** Bodily injury by accident must occur during the policy period.

**4.** Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**5.** If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**C.** The **"Exclusions"** section is modified as follows (all other exclusions in the "Exclusions" section remain as is):

**1.** Exclusion 1 is amended to read as follows:

**1.** Liability assumed under a contract.

**2.** Exclusion 2 is deleted.

**3.** Exclusion 7 is amended to read as follows:

**7.** Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

**4.** The following exclusions are added:

**1.** Bodily injury to any member of the flying crew of any aircraft.

**2.** Bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the Workers' Compensation Law(s) applicable to you or otherwise fail to comply with that law.

**3.** Liability arising from California Labor Code Section 2810.3 which relates to labor contracting.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                   Policy No.                        Endorsement No.

Insured                                  Insurance Company

                                         Countersigned By _____

**WC 04 03 60 B**
(Ed. 01-15)
© Copyright 1999 Workers' Compensation Insurance Rating Bureau of California.

**Page 1 of 1**

**Note:**

    1.  This endorsement may be used to amend policy form WC 00 00 00 C (Ed. 01-15)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**            **WC 04 04 21**

(Ed. 1-08)

## OPTIONAL PREMIUM INCREASE ENDORSEMENT - CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We may contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after your receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

**WC 04 04 21**
(Ed. 1-08)

9021547
Sentry Insurance Company

Exhibit 5, Page 257

c767ef75-bb42-409d-ae44-605cd90189d5

02/10/2025

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 06 01 B

(Ed. 01-22)

## CALIFORNIA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the Information Page.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancelation:**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

   a. Non-payment of premium;

   b. Failure to report payroll;

   c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

   d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

   e. Material misrepresentation made by you or your agent;

   f. Failure to cooperate with us in the investigation of a claim;

   g. Material failure to comply with federal or state safety orders or written recommendations of our designated loss control representatives;

   h. The occurrence of a material change in the ownership of your business;

   i. The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

   j. The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

   k. The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3. If we cancel your policy for any of the reasons listed in (a) through (f), we will give you 10 days advance written notice, stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice. If we cancel your policy for any of the reasons listed in Items (g) through (k), we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4. If we mail the notice to you, the stated periods of notice and your right to remedy the condition will be extended by 5 days if the place of mailing and your mailing address is within California, 10 days if the place of mailing or your mailing address is outside of California and 20 days if the place of mailing or your mailing address is outside of the United States.

5. The policy period will end on the day and hour stated in the cancelation notice.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

| | | |
|---|---|---|
| Endorsement Effective | Policy No. | Endorsement No. |
| Insured | Insurance Company | |

Countersigned By _____

**WC 04 06 01 B**
(Ed. 01-22)
9021547
Sentry Insurance Company

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 04 06 03 A

(Ed. 01-07)

## CALIFORNIA LARGE RISK DEDUCTIBLE ENDORSEMENT

1. This endorsement applies to the workers' compensation insurance coverage, the employers' liability insurance coverage and the other states insurance coverage provided in this policy.

2. This endorsement applies between you and us. It does not affect the rights of others under the policy. Nor does it change our obligations under the policy, except as otherwise stated in this endorsement.

3. In consideration of a reduced premium, you have agreed to reimburse us up to the deductible amounts stated in the Schedule at the end of this endorsement for all payments legally required, including allocated loss adjustment expenses which arise out of any claim or suit we defend, where you elect to include such expenses.

4. We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us.

**Deductible - Each Occurrence**

5. The deductible amount stated in the Schedule is the most you must reimburse us for indemnity and medical benefits and damages combined, including allocated loss adjustment expenses, if elected by you, for bodily injury to one or more employees as the result of any one accident or for disablement of one employee due to bodily injury by disease.

**Deductible - Policy Aggregate**

6. The amount stated in the Schedule as aggregate is the most you must reimburse us for the sum of all indemnity and medical benefits, damages, and allocated loss adjustment expense, if elected by you, because of bodily injury by accident or bodily injury by disease for the policy period.

   (a) If we cancel the policy, the aggregate amount stated in the Schedule will be reduced to a pro rata amount based on the time this policy was in force.

   (b) If you cancel the policy as a result of your retiring from business, the aggregate deductible amount will be reduced to a pro rata amount based on the time this policy was in force.

   (c) If you cancel the policy for any reason other than retiring from business, the aggregate deductible amount will not be reduced.

   (d) If this policy is issued for a term of less than one year, the aggregate deductible amount will not be reduced.

**Effect of Deductible on Limits of Liability**

7. The applicable limits of liability as respects the employers' liability insurance coverage provided in this policy are subject to reduction by the application of the lost reimbursement amount(s) applicable to any claim for accident or disease covered by this policy. In the event of a claim, our obligation to pay is the amount available for benefits or damages that remains after the application of the specific loss reimbursement amount. The payment of loss adjustment expense, where such expense is elected by you, will not affect the limits of the liability.

**Allocated Loss Adjustment Expenses**

8. Allocated loss adjustment expenses, which is electable by you, means claims expenses directly allocated by us to a particular claim. Such expenses shall not include cost of investigation or the salaries and traveling expenses of our employees  other than those salaried employees who perform services which can be directly allocated to the handling of a particular claim.

**Recovery from Others**

9. If we recover any payments made under this policy from anyone liable for the injury, the amount we recover will be applied as follows:

   (a) First, to any payments made by us in excess of the deductible amount; and

   (b) Then the remainder, if any, will be applied to reduce the deductible amount reimbursed by you.

**WC 04 06 03 A**
(Ed. 01-07)

9021547001
Sentry Insurance Company
1   00002 0000000000 25041 0 N

Exhibit 5, Page 259
fbce3310-a9b2-4d71-a1da-976fb7790571

02/10/2025

**WC 04 06 03 A**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 01-07)

## Cancellation

10. We may cancel this policy for nonpayment of any deductible amounts or for failure to comply with any security-related terms of this policy. Such cancellation of this policy shall be treated in the same manner as nonpayment of premium as provided by the California Insurance Code. We will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancellation.

## Sole Representation

11. The first Named Insured stated in the Information Page will act on behalf of all the named insureds with respect to:

    (a) Changes to this endorsement;

    (b) Obligations to receive premiums; or

    (c) Giving or receiving notice of cancellation.

## Your Duties and Understanding

12. All bodily injuries by accident or disease for which you are responsible shall be promptly reported to us for adjustment and payment, regardless of their severity or cost. You further understand that all such bodily injuries and their cost shall be included in experience data used to determine the experience rating for your policy, regardless of the eligibility of such claims for full or partial reimbursement under the deductible provisions of this policy.

## Other Rights and Duties

13. All other terms of the policy, including those which govern the following items, apply irrespective of this deductible endorsement:

    (a) Our right and duty to defend any claim, proceeding or suit against you; and

    (b) Your duties if injury occurs.

**WC 04 06 03 A**
(Ed. 01-07)

**2 of 3**

9021547001
Sentry Insurance Company

Exhibit 5, Page 260

02/10/2025

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      WC 04 06 03 A

(Ed. 01-07)

**Additional Charges**

14. Any assessments pursuant to California statute are not part of this Plan but are included in the cost of the coverage provided by the policy to which this endorsement is attached.

<div align="center"><b>Schedule</b></div>

1. Deductible Amount $ <u>250,000</u> Each Accident
   (Dollar Amount)

2. Aggregate Limit $ <u>None</u> Negotiated Charge $ <u>None</u>
   (Dollar Amount or "None")        (Dollar Amount or "None")

3. Allocated Loss Adjustment Expenses are <u>Included</u>
   ("Included" or "Excluded")

4. The Fixed Expense Charge <u>Will</u> be adjusted retroactively, based upon actual costs.
   ("Will" or "Will Not")

**Notes:**

1. This endorsement may be used to provide deductibles to policyholders for all or part of benefits payable under the policy pursuant to California Insurance Code Section 11735(e).

2. This endorsement has been approved for use in conjunction with the California Large Risk Deductible Plan (Advisory).

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.
Insured                                  Insurance Company

                                         Countersigned by_____

**WC 04 06 03 A**
(Ed. 01-07)

9021547001
Sentry Insurance Company                    Exhibit 5, Page 261                    02/10/2025
3   00002 0000000000 25041 0 N       fbce3310-a9b2-4d71-a1da-976fb7790571

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 06 04 A

(Ed. 01-23)

## COVID-19 REPORTING REQUIREMENT ENDORSEMENT - CALIFORNIA

In addition to the requirements under Part 4, "Your Duties if Injury Occurs" of your policy, if you have five or more employees and an employee that is not described in California Labor Code section 3212.87 tests positive for COVID-19, you are required to report the following information as provided below.

Pursuant to California Labor Code Section 3212.88(i), when you know, or reasonably should know, that an employee has tested positive for COVID-19 between September 17, 2020 and January 1, 2024, you must report to your claims administrator in writing via electronic mail or facsimile within 3 business days all of the following:

(1) An employee has tested positive. For purposes of this reporting, do not provide any personally identifiable information regarding the employee who tested positive for COVID-19 unless the employee asserts the infection is work related or has filed a claim form pursuant to California Labor Code Section 5401.

(2) The date that the employee tests positive, which is the date the specimen was collected for testing.

(3) The specific address or addresses of the employee's specific place of employment during the 14-day period preceding the date of the employee's positive test.

(4) The highest number of employees who reported to work at the employee's specific place of employment in the 45-day period preceding the last day the employee worked at each specific place of employment.

Labor Code Section 3212.88(j) states that the intentional submission of false or misleading information or the failure to report the above information as required may subject you to a civil penalty in the amount of up to $10,000 to be assessed by the Labor Commissioner.

For the purposes of these reporting requirements, California Labor Code Section 3212.88(m) provides the following:

(1) "COVID-19" means the 2019 novel coronavirus disease.

(2) "Test" or "testing" means a PCR (Polymerase Chain Reaction) test approved for use or approved for emergency use by the United States Food and Drug Administration to detect the presence of viral RNA. "Test" or "testing" does not include serologic testing, also known as antibody testing. "Test" or "testing" may include any other viral culture test approved for use or approved for emergency use by the United States Food and Drug Administration to detect the presence of viral RNA which has the same or higher sensitivity and specificity as the PCR test.

(3) "A specific place of employment" means the building, store, facility, or agricultural field where an employee performs work at the employer's direction. "A specific place of employment" does not include the employee's home or residence, unless the employee provides home health care services to another individual at the employee's home or residence.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective          Policy No.          Endorsement No.
Insured          Insurance Company

Countersigned
By _____

**WC 04 06 04 A**
**(Ed. 01-23)**
9021547
Sentry Insurance Company

**Page 1 of 1**

02/10/2025

617f2f54-ef91-4e9b-bf38-e2afacccfc3f

WC 90 06 05 01 02

# CALIFORNIA AMENDED CANCELLATION CONDITIONS

As respects only to California exposure, if provided under this policy the following applies:

It is agreed that this company amendatory endorsement supersedes the California state amendatory endorsement WC 04 06 01 and subsequent editions as follows:

In the paragraph, which describes the number of days of notice in the event of cancellation, if we cancel our policy for any of the reasons listed below:

  Failure to comply with Federal or State safety orders;

  Failure to comply with written recommendations of our designated loss control representatives;

  The occurrence of a material change in the ownership of your business;

  The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

  The occurrence of any change in your business or operation that required additional or different classification of premium calculation;

  The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties;

we will give you 90 days advance written notice instead of 30.

All other cancellation provisions will remain unchanged.

**WC 90 06 05 01 02**
9021547
Sentry Insurance Company

Exhibit 5, Page 263
17eace32-dfca-4e25-ac67-3a50617f51ce

**Page 1 of 1**
02/10/2025

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 99 06 22

(Ed. 01-22)

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

No coverage is provided by this endorsement nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This endorsement provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this endorsement carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - https://ofac.treasury.gov.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective          Policy No.                    Endorsement No.
Insured                        Insurance Company

                               Countersigned
                               By _____

WC 99 06 22
(Ed. 01-22)                    Includes copyrighted material of Insurance Services Office, Inc.,          **Page 1 of 1**
9021547001                                          with its permission.                                  02/10/2025
Sentry Insurance Company                            Exhibit 5, Page 264
                               3ed9e51b-5ec6-4d55-b656-6cac1c56d2a6

# Exhibit 6

# CASUALTY INSURANCE AGREEMENT

This Casualty Insurance Agreement ("Agreement"), effective February 9th, 2024, is entered into by and among (i) Fashion Nova LLC  (the "Insured"), (ii) Sentry Insurance Company, formerly known as Sentry Insurance a Mutual Company (SIC) in its capacity as insurer and as assignee, as provided herein (the "Company") and (iii) Sentry Casualty Company (SCC), (such company, together with the Company in its capacity as insurer, the "Insurers").

**RECITALS:**

The Insurers have agreed, pursuant to this Agreement, to issue to the Insured the following insurance policy or policies, with the identified endorsement or endorsements (each, an Endorsement and collectively, the "Endorsements") attached to such policies (such policy or policies, including all Endorsements and any subsequent extensions, amendments or renewals referred to each as a "Policy" and/or collectively as the "Sentry Policies").

| Coverage | Policy Number | Insurer |
|---|---|---|
| Workers' Compensation | 90-21547-001 | SCC |

Endorsement Title

Workers' Compensation Large Deductible Endorsement

The Policies set forth the definitions of certain of the terms used in this Agreement and describe the payments to be made by the Insured.

The Company, the Insurers and the Insured desire to supersede certain payment provisions contained in the Policies.

The Company, the Insurers and the Insured also desire to set forth the Insured's obligation to provide and maintain security for its obligations under the "Sentry Policies" and the rights of the Insurers with respect to such security.

The Insured, the Company and the Insurers desire to memorialize their agreement that, notwithstanding that various Insurers have provided policies, all payment obligations and rights of the Insurers be aggregated in the Company and that the parties treat the Company and the Insurers as one entity as more fully set forth in this Agreement.

**AGREEMENTS:**

**NOW, THEREFORE**, in consideration of these premises and the mutual covenants and agreements contained herein, the issuance of the Policies by the Insurers under the pricing and coverage terms, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Company, Insurers and the Insured represent, warrant, covenant and agree as follows:

**SECTION 1 - ASSIGNMENT AND INSURED'S OBLIGATIONS**

1.01    **Payments**

As used herein, the "Obligations" shall mean collectively the Insured's obligations to pay, whether now or in the future, all amounts due or as estimated by the Insurers and

Company in accordance with the Sentry Policies and this Agreement. Insurers hereby assign all of their right, title and interest in and to the Obligations, including all rights to receive payment from the Insured, under any of the Sentry Policies to the Company. The Insured expressly consents to this assignment. The Company shall, for and on behalf of the Insurers, invoice and receive payment from the Insured on account of any of the Sentry Policies.

The Insured shall send payment for the Obligations to the Company. The Insured shall remain liable to the Insurers but shall be relieved of liability to the extent payment is made to the Company. If any payment made by the Insured to the Company is avoided or otherwise recovered from the Company in any insolvency proceeding involving the Insured, the Insured acknowledges and agrees that its liability shall increase by such recovered amount and shall be part of the Obligations.

### 1.02   Credits

The Company shall reduce the Obligations in an amount equal to reimbursements, credits, and payments made by the Insured to the Company arising under any of the Sentry Policies or this Agreement. The Company hereby assumes from each of the Insurers all liabilities or duties to pay, credit or reimburse the Insured arising from or under the program payment provisions of the Sentry Policies or this Agreement (specifically excluding payment of claims arising from the insurance coverage provided under the Sentry Policies), and the Company will indemnify each Insurer from any liability related thereto. The Insured expressly consents to this assumption.

### 1.03   Intention

Notwithstanding the obligation of an Insurer to provide the coverage(s) specified in any of the Sentry Policies, the Insured and each Insurer agrees that for purposes of realizing on collateral, receiving payments and providing credits and reimbursements, all of the Insurers shall be deemed to be a single entity, with the Company acting on behalf of all the Insurers as provided herein.

## SECTION 2 - INSURANCE PROGRAM SPECIFICATIONS

### 2.01   Fixed Costs Premium

The factors in the schedule below shall be substituted for the factors in the Workers' Compensation Large Deductible Endorsement.

<u>Fixed Cost Schedule</u>

Workers' Compensation

| | |
|---|---|
| Rate per $100 of Payroll Excluding Terrorism | $ |
| Estimated Payroll (excluding payroll in monopolistic states) | $ |
| Estimated Fixed Costs Excluding Terrorism | $ |



Final fixed costs will be calculated following policy expiration by multiplying the applicable rate by the actual premium base determined at audit.

State insurance laws require insurers to perform final audits within specific timeframes following the end of the policy year. The paragraphs below address audits to help Insurers comply with these laws and avoid penalties and fines.

Insured agrees to provide the Insurers with all the audit exposure data requested by the Insurers to perform the final audit within 90 days following policy expiration. Failure to

provide the audit exposure data in a timely manner after receiving reasonable requests from the Insurers may result in Insurers using **applicable mandated state Audit Noncompliance Charge** as the actual premium base without performing a final audit.

The method for determining the Audit Noncompliance Charge by state is shown in the policy on the Audit Noncompliance Charge Endorsement schedule. If the insured provides the actual data within a reasonable period of time allowing Insurers to perform a final audit, the Insured's total premium and costs will be revised to reflect the final audit results.

Under California law, your Workers' Compensation policy contains a policyholder notice that an insured must grant an insurer or the insurer's authorized representative access to the insured's records upon request in order to perform a payroll verification audit within 90 days after expiration of the policy. If the insured fails to provide access within 90 days after expiration of the policy, the employer is liable to pay the insurer three (3) times the current estimate of annual premium of your policy. If the Insured fails to provide access after three requests within 90 days, the Insured is also liable for the insurer's costs to attempt to perform the audit.

2.02    **Aggregate Limits of Loss and Allocated Loss Adjustment Expense Participation**

Combined Aggregate Limit Defined by Loss and Allocated Loss Adjustment Expense Only Basis

Irrespective of the Aggregate limit forming part of the Workers' Compensation Large Deductible Endorsement, the Insured's total payments shall be determined as follows:

Combined Aggregate Limit Schedule

Estimated Combined Aggregate Limit

| | | |
|---|---|---|
| Rate per $100 of Payroll | $ | N/A |
| Estimated Payroll | $ | ██████████ |
| Estimated Combined Aggregate Limit | $ | Unlimited |

This limit shall be made up of the sum of the following:

Workers' Compensation

Loss amounts plus allocated loss adjustment expense within the deductible for the Large Deductible policy.

In the event Insured cancels prior to the normal plan expiration date, the combined aggregate limit shall be no less than the audited payroll for the rating plan period increased pro rata to 365 days and multiplied by the combined aggregate rate per $100 of payroll shown above.

2.03    **Medical Cost-Containment:  Bill Review & Preferred Provider Organization (PPO)**

Sentry's Medical Cost-Containment Unit utilizes an automated system to evaluate, review and approve all medical bills.

Sentry utilizes Mitchell International Workers' Compensation Services.

Sentry's standard or currently negotiated cost containment rates for these services are $1.30 per bill and 18.0% of PPO savings. Sentry will bill the standard charges to the

Insured; these amounts billed will be treated as allocated loss adjustment expense (ALAE), and as such, they will erode the deductible or loss limit, and are subject to LCF.

The Insured has elected an alternative cost containment structure, where charges in addition to the standard rates have been chosen in order to reduce fixed costs or claims handling charges (LCF or Claims Fees). These additional charges are referred to as Medical Savings Fees. Medical Savings Fees (MSF) will be treated as unallocated loss adjustment expense, and as such, they will not erode the deductible or loss limit, nor will LCF be applied to these amounts.

| | |
|---|---|
| Bill Review – per bill ALAE charge (allocated) | $1.30 |
| Bill Review – per bill MSF charge (unallocated) | $0 |
| Total Bill Review – per bill charge | $1.30 |
| Bill Review – percent of savings ALAE charge (allocated) | 0% |
| Bill Review – percent of savings MSF charge (unallocated) | 27% |
| Total Bill Review – percent of savings charge | 27% |
| PPO – percent of savings ALAE charge (allocated) | 18% |
| PPO – percent of savings MSF charge (unallocated) | 9% |
| Total PPO – percent of savings charge | 27% |

## 2.04 Retentions, Company Claims Handling Charges, Safety and Industrial Hygiene, and Claim Reviews

Notwithstanding any provision of the Policy or Endorsement to the contrary, the following retentions, loss conversion factors or claim fees shall apply:

<u>Workers' Compensation</u>

A Deductible of $250,000 is applicable to Workers' Compensation and Employers' Liability incurred loss and allocated loss adjustment expense.

A loss conversion factor of 1.080 applies to loss and allocated loss adjustment expense, up to the deductible amount.

Our program quote includes superior Professional Services for Safety and Industrial Hygiene provided through Parker Services, L.L.C. The following non-mandated services are included:

Safety and Industrial Hygiene Consulting:  A designated amount of 80 service hours can be allocated to your insurance plan to accomplish preparation, travel, on-site work, and reporting within the scope of our customized service plan. The use of lab/analytical services and/or equipment to accomplish Industrial Hygiene objectives may result in additional cost.

Service hours must be used in the current policy period.

As needed, your Service Coordinator will be able to quote additional safety and industrial hygiene service(s) on a project basis.

As an alternative to on-site service visits, you may opt to utilize Sentry Safety Trainer, Parker Services' web-based training network by converting service hours to lessons (20 lessons per service hour and/or a cost of $10.55 per employee/topic).

Dedicated assignment of a Service Coordinator to design and oversee the delivery of our commitments to you.

Design of a tailored Service Plan to best meet the unique development needs of your organization.

Technical expertise in OSHA/DOT Compliance, Ergonomics, Safety Training, and Benchmarking/Loss Analysis.

Upon your request and when possible, we may remove service activities for Professional Services (Safety and Industrial Hygiene) from your program. In the event you choose to remove these service activities, they will remain available to help you achieve specialized needs and will be quoted through Parker Services, L.L.C., on a project basis. Industrial hygiene lab/analytical services and equipment rental shall be charged at the rates published in Parker Services' most current Fee Schedule.

Sentry cannot unbundle Professional Services in states where insurance regulations prohibit doing so. Minimum mandated services are provided at no additional charge to your premium when required by state regulation

3 claim reviews are built into the program. 1 claim review at account location and 2 claim reviews at Sentry or via teleconference.

2.05    **Adjustments to Company's Loss Conversion Factors**
The Company's Workers' Compensation loss conversion factor as stated above is replaced by the following state-specific loss conversion factors that shall be applied to Workers' Compensation losses payable in each such state.  These adjusted loss conversion factors include a component for the respective state's loss-based Workers' Compensation assessment.

☒ 1.085    loss conversion factor applies to loss and allocated expense payments for the state of **Alabama**. Sentry will incur the loss, and you will reimburse us for that amount, up to the deductible limit, plus the following percent of loss:    8.5%

☒ 1.093    loss conversion factor applies to loss and allocated expense payments for the state of **Alaska**. Sentry will incur the loss, and you will reimburse us for that amount, up to the deductible limit, plus the following percent of loss:    9.3%

☒ 1.176    loss conversion factor applies to loss and allocated expense payments for the **District of Columbia**. Sentry will incur the loss, and you will reimburse us for that amount, up to the deductible limit, plus the following percent of loss:    17.6%

☒ 1.114    loss conversion factor applies to loss and allocated expense payments for the state of **Kansas**. Sentry will incur the loss, and you will reimburse us for that amount, up to the deductible limit, plus the following percent of loss:    11.4%

☒ 1.080    loss conversion factor applies to loss and allocated expense payments for the state of **Georgia**. Sentry will incur the loss, and you will reimburse us for that amount, up to the deductible limit, plus the following percent of loss:    8.0%

☒ 1.098    loss conversion factor applies to loss and allocated expense payments for the state of **Idaho**. Sentry will incur the loss, and you will reimburse us for that amount, up to the deductible limit, plus the following percent of loss:    9.8%

☒ 1.115    loss conversion factor applies to loss and allocated expense payments for the state of **Louisiana**. Sentry will incur the loss, and you will reimburse us for that amount, up to the deductible limit, plus the following percent of loss:    11.5%

☒ 1.089    loss conversion factor applies to loss and allocated expense payments for the state of **Michigan**. Sentry will incur the loss, and you will reimburse us for that amount, up to the deductible limit, plus the following percent of loss:    8.9%

☒ 1.097    loss conversion factor applies to loss and allocated expense payments for the state of **Mississippi**. Sentry will incur the loss, and you will reimburse us for that amount, up to the deductible limit, plus the following percent of loss:    9.7%

The above states' loss conversion factors include a component for the states' loss-based WC assessments. WC state assessment rates are our best estimate based on state WC bureau information. They may change during the rating plan period, which would cause the state's loss conversion factor to change. Any changes will be handled when we become aware of the change during the policy period.

2.06    **Workers' Compensation Residual Market Assessments**

State residual market assessments are a pass-through expense. The Insured shall be billed initially for an estimated average assessment based on the historical average assessment made by each of the states in which the Insured operates. Actual residual market assessments applied by these states during the term of the Policy will be applied at the time of premium audit, and thereafter, at each annual adjustment.

2.07    **Loss Fund**

The Company does not require the Insured to establish a Loss Fund as of the program inception date.

2.08    **Deposit and Periodic Payments**

At policy inception and each month for the succeeding eleven months, the Insured shall pay the amount of one-twelfth (1/12th) of the sum of:

a.  The Workers' Compensation fixed cost premium, determined by multiplying the estimated annual payroll by the fixed cost rate for the deductible Policy.

b.  Plus the estimated annual nonsubject premium as described in the Policy (including its endorsements).

c.  Plus any estimated annual nonpremium amount as described in the Policy (including its endorsements).

2.09    **Loss and Expense Payment**

Within 30 days after the end of each calendar month during the Policy period and monthly thereafter, the Insured shall pay to the Company an amount equal to the sum of losses incurred and costs and expenses incurred by the Company under the Policies in accordance with the Endorsement during the preceding calendar month, as adjusted by the loss conversion factor, average state tax multiplier, and claims handling service fee where applicable.  Such losses shall include newly reported losses and reserve changes for previously reported losses.

Such loss and expense determinations and payments shall continue to be made until the time when the final payment computation is made under the Endorsement and this Agreement, or the termination of this Agreement, whichever shall first occur.

2.10    **Annual Adjustments**

Using a loss valuation of at least six months, but no more than seven months, after the close of the Insurers' Policy Period, the Company shall calculate a first adjustment to determine the Insured's Obligations pursuant to the terms of the Policies, the Endorsement and this Agreement.  Determinations and adjustments shall be made on an annual basis thereafter until the final payment is computed in accordance with the Policies, the Endorsement and this Agreement, or the termination of this Agreement, whichever shall occur first.

2.11    **Payment Terms**

All amounts due the Insurers by the Insured shall be paid to the Company within thirty (30) days of date of invoice submitted to either the Insured or its representative, subject to Section 6.02.  Any amounts not paid to the Company within 30 days of date of invoice shall bear interest (whether or not such nonpayment has led to an event of default under Section 6) at the rate equal to the lower of (i) one percent (1%) per month, or (ii) the maximum rate permitted by applicable law.  Such interest shall be an additional Obligation of the Insured under the Sentry Policies.

## SECTION 3 - RIGHT TO OFFSET

The Insured hereby grants to the Company the right to offset any balance due from any of the Insurers to the Insured under the terms of the Sentry Policies and this Agreement, against any balances due from the Insured to the Company and the Insurers under the Sentry Policies and this Agreement.

## SECTION 4 - SECURITY REQUIREMENTS

### 4.01    Security

On or before the effective date of this Agreement, the Insured shall provide to the Company and maintain in favor of the Company, security in a form and amount acceptable to the Company in its sole discretion, in order to secure the Obligations (the "Security"). The Security shall be in the form set forth below. The Insured shall maintain the Security in full force and effect until such time as all of the Obligations have been fully satisfied as determined by Company, in its sole discretion.

To secure the Obligations and the Insured's performance under this Agreement and the Sentry Policies, the Insured hereby grants, assigns, transfers and pledges to the Company a first priority security interest in the Security, any proceeds of the Security and any return premiums or other amounts that may be payable to the Insured from any of the Insurers from time to time under this Agreement or the Sentry Policies. The Insured authorizes the Company, without further consent or action by the Insured, to perfect the foregoing security interest in any manner permitted or required under applicable law.

The Insured acknowledges and agrees that the Security secures all of its Obligations under all the Sentry Policies. The Insured further acknowledges and agrees that, subject to the terms and conditions of this Agreement and the Sentry Policies, such Security may be held, allocated, applied, paid and otherwise utilized by and among the Insurers in such order and priority as determined by the Company in its sole and absolute discretion.

### 4.02    Letter of Credit

On or before the effective date of this Agreement, the Insureds shall provide the Company with a Letter of Credit in the principal amount of $2,750,000 in order to secure the Obligations (the "Letter of Credit"). The Letter of Credit shall:

a. Be clean, unconditional, and irrevocable;

b. Contain an issue and an expiration date at least one year from date of issue;

c. Be automatically renewable for successive annual periods unless the issuing bank gives Company at least sixty (60) days advance notice of its intention not to renew;

d. Be issued or confirmed by a Federal Reserve member bank that has been determined to be acceptable by the Securities Valuation Office of the National Association of Insurance Commissioners ("NAIC"), and the Company. If the issuing or confirming bank is subsequently determined to be unacceptable by the NAIC, or is downgraded by a recognized rating agency the Insureds must provide the Company with a replacement Letter of Credit issued by an approved bank within thirty (30) days of notice from the Company, or upon the earliest of the following events: expiration, automatic yearly extension, renewal, modification, or extension of the Letter of Credit;

e. Name the Company and its respective successors and assigns as the Beneficiary; and

f.   State that it is not subject to any condition or qualification outside of the Letter of Credit, and that payment is in no way contingent upon reimbursement with respect thereto.

g.   The Company's presentation of a sight draft to the issuing bank in the amount of the draw shall be sufficient to complete the draw, and no further proof or documentation shall be required.

h.   The terms of this Agreement shall apply to any renewal of, or substitution for, an original Letter of Credit provided by Insureds to the Company pursuant to the terms of this Agreement, whether in the same or a different principal amount.

i.   If the issuing bank seeks to nonrenew or otherwise terminate the Letter of Credit, and the Insureds fail to provide at least thirty (30) business days prior written notice before the expiration or termination of the Letter of Credit, a renewal or replacement Letter of Credit in form, substance, amount and from an issuing bank acceptable to the Company, Company may draw down the full amount of the Letter of Credit to be held in cash as security for the payment of the Obligations, regardless of whether the underlying Policies or this Agreement have expired or been terminated, until the Letter of Credit is replaced. The Company will hold the cash in its general funds and no interest will be credited or paid to the Insureds on this amount.

4.03   The Insureds also agree, upon the request of the Company, to modify any existing Letter of Credit issued for the benefit of Company to secure the Obligations to satisfy the above requirements, including, but not limited to, naming each Insurer and their respective successors and assigns as a Beneficiary.

4.04   **Continuing Security Requirement**

The Insured will continue to provide the Company with Security, if any, in conformity with this Agreement as security for the payment of the Obligations until the Company has determined that there is no longer any need for such Security, at which time the Company will promptly release the Security.  The Insured recognizes that the Company may continue to require Security as security for the payment of the Obligations after any cancellation, nonrenewal, or replacement of any of the Sentry Policies.

4.05   **Increase in Security and Subsequent Determination of Security:**

1.   The Company may, at any time as dictated by actuarial or underwriting data, require Security in an amount greater or less than the initial amount provided herein, in a form acceptable to the Company, such amount not to exceed the full amount of the Obligations as estimated by Company.

2.   If Company determines under Section 4.04(1) that the amount of the required Security should be increased, the Insured shall secure the difference between the increased amount of the Security required and the Security currently held by the Insurers by;

a.   Obtaining an amendment to an existing Letter of Credit;

b.   Obtaining an additional Letter of Credit; or

c.   Providing other Security;

All in form and substance acceptable to the Company within thirty (30) days of receipt of a written notice of the increase from the Company.

3.    For the purposes of determining the Security, the Insured shall provide the Company with its audited financial statements at least annually and such other current financial statements as the Company may require to evaluate the Insured's financial condition.

4.    If the Company determines that the amount of the required Security may be decreased, the Insured, with the Company's prior written consent, may:

a.    Replace the existing Security with new Security in an amount, form, and source acceptable to the Company; or

b.    Obtain an amendment to the existing Security to decrease the amount of the existing Security to the amount of the required Security.

4.06    **Release of Security**

At such time as the Company determines there no longer exists the possibility that premiums or other amounts may in the future become due under any of the Sentry Policies (regardless of whether such policies have terminated), the Company shall authorize the Insured to cancel the Security, or in the case of a Cash Deposit, the Company shall return any balance remaining to the Insured.

4.07    **Cumulative Security**

The Security provided by the Insured under this Agreement shall be added to the security otherwise required by the Company under any of the Sentry Policies or any renewal or extension thereof.  The cumulative Security provided by the Insured shall secure the Obligations, and the Company shall be entitled to apply the Security to the Obligations under the Sentry Policies in such order as it shall determine, in its sole and absolute discretion.

4.08    **The Company's Actions and Rights**

The Company may take such action with respect to the Security as it may reasonably determine to be necessary to protect and preserve its interest in the Security, including perfecting its security interest by filing a financing statement with the appropriate state or local filing office.  The Company shall also have and may exercise at any time all rights, remedies, powers, privileges, and discretions of the Insured with respect to and under the Security.  The Insured shall take such action reasonably requested by the Company or any Insurers necessary to allow the Company and/or the Insurers to create and perfect any security interest described herein.

4.09    **Reliance**

The Insured shall be entitled to rely upon any written notice or action taken by the Company under this Agreement.

**SECTION 5 - TERMINATION AND SENTRY POLICIES CANCELLATION**

5.01    **Termination**

This Agreement shall commence as of the effective date first set forth above and shall terminate:

a.    When Company notifies the Insured that the Obligations have been discharged; or

b.  By written mutual agreement of the Insured and the Company.

5.02    **Cancellation of Policy**

The expiration or cancellation of any of the Sentry Policies by any of the Insurers or the Company will not terminate this Agreement.  In the event of cancellation of any of the Sentry Policies, the premium for such Policies shall be determined in accordance with those provisions of the Policies relating to cancellation and this Agreement.  All other provisions of this Agreement shall apply until this Agreement terminates.

5.03    **Services Provided After Policy Termination**

After termination of the Sentry Policies, whether canceled by the Insured or not renewed by Company, the Insured may elect, by written notice to the Company, to receive the Company's services as set forth in Section 5.03.  The Company shall bill the Insured monthly for all services provided to the Insured after termination of the Sentry Policies, and the Insured shall remit payment within thirty (30) days after the Company's monthly services billing.  The Company shall be entitled to adjust the amount it charges for each service described in this Section 5.03 upon sixty (60) days' advance notice to the Insured. The Company's services and related fees are as follows:

**Reports** - the following options are available for reports:
- Monthly - $175 billed monthly (for 1-3 reports).  $50 for each additional report.
- Quarterly - $150 billed quarterly (for 1-3 reports).  $50 for each additional report.
- Semiannual - $125 billed semiannually (for 1-3 reports).  $50 for each additional report.
- Annual - $100 billed annually (for 1-3 reports).  $50 for each additional report.
- One time request - $100 per report.
- Special programming for reports with your authorization is $85 per hour.
- 5 copies of the report will be provided.  Additional copies are $50 per copy.

**FTP Files**
- $250 for setup then $100 per quarter or $100 per month

**Insight**
- Free for the first 30 days.
- $600 per month
- You will retain limited access to our online billing portal, Sentry Connect, at no cost to access your invoices.

**Safety Services**
- $200 per hour plus travel and lodging expenses.

**Claim Reviews**
- Review time: $250 per hour (flat hourly charge to cover any/all staff involved)
- Preparation time will be charged at $125/hour
- If travel is involved, travel time will be charged at $125/hour per person in addition to travel and lodging expenses
- All reviews require a minimum 30-day lead time to allow for scheduling

**\* All fees are subject to change**

## SECTION 6 - DEFAULT

6.01    **Events of Default**

The following events shall be considered events of default under this Agreement (each an "Event of Default"):

a.  In the event the Company provides notice of cancellation to the Insured under any of the Sentry Policies for either nonpayment or any other default under a Sentry Policy, and such default is not cured within five (5) days of written notice of such default;

b.  At the Company's sole election, in the event of and on the date that the Insured or any additional named insured (i) disposes of all or substantially all of its interest in the operations covered by the Sentry Policies, (ii) merges with or into another entity, the effect of which is that the Insured is not the surviving entity, or (iii) is the subject of a material change in the business operations or financial condition of the Insured, unless Insured has notified Company within ten (10) days of the occurrence of same and Company has not objected to such change;

c.  In the event the Insured (i) fails to timely provide the Security as required herein or as requested by the Company, (ii) fails to maintain same as required by the Company, or (iii) fails to adjust the form of or increase the amount of cash deposit or other security as requested by the Company, in each case by the due date or if not such stated date, within ten (10) calendar days of the Company's request;

d.  In the event Insured fails to maintain the Loss Fund under this Agreement, as adjusted from time to time by the Company;

e.  In the event Insured provides notice to the Company or any Insurer that it is terminating or canceling any of the Sentry Policies (other than nonrenewal at normal expiration);

f.  Failure of the Insured to make any payment under this Agreement or any Sentry Policy when due including payment to any claims service company or to an account for funding loss payments;

g.  Failure of the Insured to provide Company with a replacement or additional Letter of Credit or other Security as required by this Agreement or any of the Sentry Policies, or in the event that the trustee under the Collateral Trust Agreement resigns or is removed and is not replaced as provided in such agreement;

h.  The Insured's breach of any duty or provision of this Agreement or any other agreement between the Insured and the Company or the Insured and one or more of the Insurers;

i.  The falsity of any representation, warranty, financial statement or other information provided by the Insured to the Company or one or more of the Insurers, or any material misrepresentation by the Insured in its application for the Sentry Policies;

j.  The failure of the Insured to cooperate with an audit required by the Company;

k.  Dissolution or other termination of existence, insolvency, forfeiture of the right to do business or business failure; or appointment of a receiver or trustee for any part of the property of the Insured or any guarantor or surety for the Insured; or the calling of any meeting of, or the assignment for the benefit of creditors by the Insured or any guarantor or surety for the Insured; or the commencement of any proceedings under any bankruptcy or insolvency laws by or against the Insured or any guarantor or surety for Insured; or

l.  Any levy, seizure, attachment, execution, or similar process on any of the property of the Insured; or the rendering of any material money judgment against the Insured which remains unsatisfied and in effect for any period of thirty (30) consecutive days without a stay of execution; or the occurrence of any event such that any indebtedness

of the Insured for borrowed money could be accelerated; or the Insured's entering into any forbearance agreement with any Company.

**6.02    Disputed Amounts**

The Insured's failure to timely pay any of the Obligations shall not be considered a default under this Section 6 if the Insured:

a.  Disputes, in good faith, an amount owed;

b.  Presents to the Company within thirty (30) days after such amount was due and payable a written explanation of the basis for the Insured's disagreement with the amount stated by Company as owed; and

c.  Is otherwise current with respect to all other Obligations.

**SECTION 7 - OPTIONS IN EVENT OF DEFAULT**

**7.01    Options**

In the Event of Default, the Company (for itself or on behalf of one or more of the Insurers) may, in its discretion, do any one or more of the following without waiving any rights it may have under the Sentry Policies or by law.

a.  Cancel one or more of the Sentry Policies;

b.  Provided the Company has not exercised its rights under Section 7.01(c), make a determination of the Obligations and declare the entire amount of the Obligations, whether liquidated, determined, contingent or estimated immediately due and payable;

c.  Provided the Company has not exercised its rights under Section 7.01(b), issue an endorsement deleting the deductible or retrospective premium endorsement from all of the Sentry Policies, recalculate and rebill premiums in accordance with each Insurer's full-premium guaranteed cost rating plan.  The premium will immediately be due and owing;

d.  Exercise its rights against the Security, including, but not limited to, draw or withdraw up to the full amount of the Security;

e.  Grant any waiver, indulgence, or release to any other person obligated to the Company or any of the Insurers for the Obligations; or

f.  Exercise any and all rights available to the Company or any of the Insurers under any applicable agreement or as may be provided by law, including but not limited to, the rights of a secured creditor under the Uniform Commercial Code.

**7.02    Change in Insured's Obligations**

Notwithstanding any provisions of the Sentry Policies to the contrary, on and after an Event of Default, and to the extent they are not already part of the Obligations as defined in this Agreement, the Obligations shall include the following, whether owed to the Company or the Insurers:

a.  Paid losses;

b.  Allocated loss adjustment expenses;

   c.  Reserves as established by the Company or any Insurer for:

     (i)  Unpaid or outstanding paid losses, including any Insurer's actuarial development for expected losses and losses incurred but not reported; and

     (ii)  Expected payments for costs to be incurred for the adjustment of losses, including actuarial development thereof;

   d.  Fees for claim services;

   e.  Claim subrogation and recovery expense associated with loss amounts for which Insured is responsible;

   f.  All premiums, premium taxes, surcharges and assessments arising under the Sentry Policies;

   g.  All other amounts the Insured has agreed to pay the Company or any of the Insurers under the Sentry Policies and any other agreement between the Company and the Insured or one or more of the Insurers and the Insured; including but not limited to:

     (i)  Accrued interest on any unpaid balance;

     (ii)  Costs incurred by the Company in collecting amounts owed by the Insured; and

     (iii)  Any amounts imposed by a regulatory agency or court as a fine or penalty related to the Sentry Policies or claims made under the Sentry Policies and arising out of or caused by the Insured's failure to provide information requested by the Company or to make a report required by law or administrative rule or regulation;

   h.  In the event of litigation by the Company to recover any of the Obligations, Company's costs of collection, including without limitation, reasonable attorney's fees.

## SECTION 8 - USE OF SECURITY IN EVENT OF DRAW

In the event the Company exercises its rights to any or all the Security, it agrees to use any proceeds, less the reasonable expenses incurred by the Company in connection with the exercise of its rights under this Agreement, to reduce the amount of the Obligations. The Company may exercise its right to any or all of the Security, in the order of its choosing, and failure to exercise rights to all of the Security shall not constitute a waiver of the Company's right to subsequently exercise these rights. Each year, following the last anniversary date of the Insured's insurance program and before the Company exercises against the Security (other than upon an Event of Default), the Company shall provide the Insured with a statement of the estimated amount of the Obligations and the application of any proceeds towards the reduction of the Obligations. When the Company determines that it no longer requires any funds to secure the Obligations, it shall promptly pay over to the Insured any excess funds remaining. The Company's exercise against the Security shall not constitute a waiver of any of the other rights the Company or any Insurer may have under the Sentry Policies, or any applicable law and regulation.

## SECTION 9 - INDEMNIFICATION

The Insured shall unconditionally and completely defend, indemnify and hold the Company, each of the Insurers, their subsidiaries and affiliates, and their respective employees, officers, directors, agents, successors and assigns (the "Indemnified Parties") harmless from and against any liabilities,

obligations, penalties, costs or expenses, including reasonable attorney's fees, incurred directly or indirectly by the Indemnified Parties:

    a.  In collecting any amounts due under the Sentry Policies, or successors, renewals and extensions of any of them.

    b.  Attributable to a breach of this Agreement or any negligent or intentionally wrongful act, error or omission of the Insured or its agents or affiliates pertaining to or arising out of this Agreement or Insured's obligations hereunder, and which is not attributable to the sole negligence of the Company or the Insurers.

    c.  Arising out of the delay in any Insurer's payment of benefits, claims or other amounts due a third party under the Sentry Policies if:

        1)  The Insured is responsible to pay or fund the benefits, claim or other amount due; and

        2)  The Insured has not timely paid or funded the benefits, claim or other amount due.

    d.  Arising out of Insured's misstatements or omissions in connection with the issuing of the Sentry Policies or any renewal thereof.

    e.  In connection with any action taken by the Company or any Insurer at the request of the Insured or any agent of the Insured, including without limitation, the providing of evidence of insurance, termination of any insurance coverage, or any change in named insured status under the Sentry Policies, and which is not attributable to the sole negligence of the Company or the Insurers.

## SECTION 10 - ADDITIONAL TERMS AND CONDITIONS

### 10.01  Conflict

In the event of any conflict between this Agreement and any Sentry Policies, this Agreement supersedes the provisions of the Sentry Policies to the extent necessary to eliminate such conflict.  Except to the extent modified by this Agreement, the Sentry Policies shall remain in full force and effect.

### 10.02  Time is of the Essence

Time is of the essence under this Agreement, and the timely performance of the various matters specified herein is a material inducement and consideration for each party entering into this Agreement.

### 10.03  Counterparts

This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same Agreement.

### 10.04  Successors and Assigns - No Assignment

This Agreement shall inure to the benefit of, and shall be binding on, the parties and their successors and assigns.  The Insurers may assign or delegate all or part of their respective rights and obligations under this Agreement without prior notice, action or consent of the Insured, to any of the Insurer's affiliates, provided such affiliate has an A.M. Best rating, and is admitted in jurisdictions, equivalent to that of such Insurer.  This Agreement shall

not, however, be assigned and the obligations hereunder shall not be delegated by the Insured without prior express written consent of the Company.

## 10.05    Headings Not Controlling

The section headings in this Agreement are for convenience only and shall not be construed in any way to limit or define the content, scope, or intent of this Agreement.

## 10.06    Additional Undertakings

The Insured shall promptly execute such other and additional agreements, instruments and documents, and to do such further acts and things as may be reasonably necessary or proper to carry out the intent of this Agreement.

## 10.07    Currency

All cash or dollar amounts referenced in this Agreement, if any, shall be in United States Dollars (except where the premium or other cash amounts relate to Canadian-based risk, in which case payment shall be in Canadian Dollars).

## 10.08    Notices and Service of Process

Any notice given with regard to this Agreement (other than the Company's notices or invoices with respect to amounts due under Sentry Policies) shall be sent via first-class mail, postage prepaid, to the address shown below.

| If to the Insured: | If to the Company: |
|---|---|
| Erica Meierhans | Sentry Insurance a Mutual Company |
| Fashion Nova LLC | National Accounts |
| | 1800 North Point Dr. |
| 2801 E. 46th St., Vernon, CA 90058 | Stevens Point, WI  54481 |

## 10.09    Severability

If any provision hereof is or shall at any time be deemed invalid and unenforceable then, to the fullest extent permitted by law, the other provisions hereof shall remain in full force and effect and shall be construed in order to carry out the intentions of the parties hereto as nearly as may be possible.

## 10.10    Entire Agreement

This Agreement constitutes the entire agreement of the parties with respect to the subject matter herein and supersedes any other previous agreements or quotations, whether written or oral, between the Company, the Insurers and the Insured, except as specifically referred to within this Agreement, and except for any Special Claims Handling Instructions.  This Agreement may be amended, altered, or modified only in writing signed by all parties.

## 10.11    Nonwaiver

The failure of the Company to exercise its rights under the Agreement does not waive the Company's right to subsequently exercise such rights.

10.12 **Venue**

Insured hereby consents irrevocably to the jurisdiction of the state and federal courts venued in the State of Wisconsin, and further consent and agree that any litigation concerning this Agreement or the Sentry Policies shall be heard only in the state or federal courts venued in Wisconsin.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of the effective date set forth above.

Accepted by:

The Insured:

**Fashion Nova LLC**
_____
Name of Insured

_____
Signature

_____
Print Name

_____
Title

_____
Date

The Insurers:

Sentry Insurance a Mutual Company, in its capacity as insurer and as assignee
_____

_____
Signature

Scott Miller
_____
Print Name

President
_____
Title

February 14, 2024
_____
Date

# Exhibit 7

# CASUALTY INSURANCE AGREEMENT

This Casualty Insurance Agreement ("Agreement"), effective February 9, 2025, is entered into by and among (i) Fashion Nova LLC (the "Insured"), (ii) Sentry Insurance Company (SIC) in its capacity as insurer and as assignee, as provided herein (the "Company") and (iii) Sentry Casualty Company (SCC), (such company, together with the Company in its capacity as insurer, the "Insurers").

**RECITALS:**

The Insurers have agreed, pursuant to this Agreement, to issue to the Insured the following insurance policy or policies, with the applicable endorsement or endorsements (each, an Endorsement and collectively, the "Endorsements") attached to such policies (such policy or policies, including all Endorsements and any subsequent extensions, amendments or renewals referred to each as a "Policy" and/or collectively as the "Sentry Policies").

**Table 1:**

| Policy Type | Policy Number | Retention Amount | Loss Basis | Insurer |
|---|---|---|---|---|
| Workers' Compensation Large Deductible | 9021547001 | $250,000 | Incurred | SIC |

The Policies set forth the definitions of certain of the terms used in this Agreement and describe the payments to be made by the Insured.

The Company, the Insurers and the Insured desire to supersede certain payment provisions contained in the Policies.

The Company, the Insurers and the Insured also desire to set forth the Insured's obligation to provide and maintain security for its obligations under the "Sentry Policies" and the rights of the Insurers with respect to such security.

The Insured, the Company and the Insurers desire to memorialize their agreement that, notwithstanding that various Insurers have provided policies, all payment obligations and rights of the Insurers be aggregated in the Company and that the parties treat the Company and the Insurers as one entity as more fully set forth in this Agreement.

**AGREEMENTS:**

**NOW**, **THEREFORE**, in consideration of these premises and the mutual covenants and agreements contained herein, the issuance of the Policies by the Insurers under the pricing and coverage terms, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Company, Insurers and the Insured represent, warrant, covenant and agree as follows:

**SECTION 1 - ASSIGNMENT AND INSURED'S OBLIGATIONS**

1.01     **Payments**

As used herein, the "Obligations" shall mean collectively the Insured's obligations to pay, whether now or in the future, all amounts due or as estimated by the Insurers and Company in accordance with the Sentry Policies and this Agreement.  Insurers hereby assign all of their right, title and interest in and to the Obligations, including all rights to receive payment from the Insured, under any of the Sentry Policies

to the Company. The Insured expressly consents to this assignment.  The Company shall, for and on behalf of the Insurers, invoice and receive payment from the Insured on account of any of the Sentry Policies.

The Insured shall send payment for the Obligations to the Company.  The Insured shall remain liable to the Insurers but shall be relieved of liability to the extent payment is made to the Company.  If any payment made by the Insured to the Company is avoided or otherwise recovered from the Company in any insolvency proceeding involving the Insured, the Insured acknowledges and agrees that its liability shall increase by such recovered amount and shall be part of the Obligations.

1.02    **Credits**

The Company shall reduce the Obligations in an amount equal to reimbursements, credits, and payments made by the Insured to the Company arising under any of the Sentry Policies or this Agreement.  The Company hereby assumes from each of the Insurers all liabilities or duties to pay, credit or reimburse the Insured arising from or under the program payment provisions of the Sentry Policies or this Agreement (specifically excluding payment of claims arising from the insurance coverage provided under the Sentry Policies), and the Company will indemnify each Insurer from any liability related thereto.  The Insured expressly consents to this assumption.

1.03    **Intention**

Notwithstanding the obligation of an Insurer to provide the coverage(s) specified in any of the Sentry Policies, the Insured and each Insurer agrees that for purposes of realizing on collateral, receiving payments and providing credits and reimbursements, all of the Insurers shall be deemed to be a single entity, with the Company acting on behalf of all the Insurers as provided herein.

## SECTION 2 - INSURANCE PROGRAM SPECIFICATIONS

2.01    **Fixed Costs Premium**

The factors in the schedule below shall be substituted for the factors in the Endorsements of the Workers' Compensation policies scheduled in Table 1.

Estimated Fixed Cost and Terrorism Schedule



| Policy Number | Fixed Cost Rate per $100 of Payroll | Estimated Payroll Excluding Monopolistic | Estimated Fixed Cost Premium | Estimated Terrorism Premium | Estimated CAT Premium |
|---|---|---|---|---|---|
| 9021547001 | $█████ | $█████ | $█████ | $█████ | $█ |

Final fixed costs will be calculated following policy expiration by multiplying the applicable rate by the actual premium base determined at audit.

State insurance laws require insurers to perform final audits within specific timeframes following the end of the policy year.  The paragraphs below address audits to help Insurers comply with these laws and avoid penalties and fines.

Insured agrees to provide the Insurers with all the audit exposure data requested by the Insurers to perform the final audit within 90 days following policy expiration. Failure to provide the audit exposure

data in a timely manner after receiving reasonable requests from the Insurers may result in Insurers using **applicable mandated state Audit Noncompliance Charge** as the actual premium base without performing a final audit.

The method for determining the Audit Noncompliance Charge by state is shown in the policy on the Audit Noncompliance Charge Endorsement schedule.  If the insured provides the actual data within a reasonable period of time allowing Insurers to perform a final audit, the Insured's total premium and costs will be revised to reflect the final audit results.

Under California law, your Workers' Compensation policy contains a policyholder notice that an insured must grant an insurer or the insurer's authorized representative access to the insured's records upon request in order to perform a payroll verification audit within 90 days after expiration of the policy.  If the insured fails to provide access within 90 days after expiration of the policy, the employer is liable to pay the insurer three (3) times the current estimate of annual premium of your policy.  If the Insured fails to provide access after three requests within 90 days, the Insured is also liable for the insurer's costs to attempt to perform the audit.

2.02    **Aggregate Limits of Loss and Allocated Loss Adjustment Expense Participation**

Irrespective of the Aggregate limit forming part of the Endorsements from the policies scheduled below, the Insured's total payments shall be the sum of loss amounts plus allocated loss adjustment expense within the retention amounts of the policies scheduled below and determined as follows:

| Policy Number | Policy Type |
|---|---|
| 9021547001 | Workers' Compensation Large Deductible |

| | |
|---|---|
| Rate per $100 of Payroll | N/A |
| Estimated Payroll | $█████ |
| Estimated Aggregate Limit | Unlimited |

In the event any policy subject to the aggregate limit is in effect for less than one year, due to cancellation of the policy or otherwise, the aggregate limit shall be no less than the audited payroll for the rating plan period increased pro rata to 365 days and multiplied by the aggregate rate per $100 of payroll shown above.

2.03    **Medical Cost-Containment:  Bill Review & Preferred Provider Organization (PPO)**

Sentry's Medical Cost-Containment Unit utilizes an automated system to evaluate, review and approve all medical bills.

Sentry utilizes Mitchell International Workers' Compensation Services.

Sentry's standard or currently negotiated cost containment rates for these services are $1.30 per bill and 18.0% of PPO savings. Sentry will bill the standard charges to the Insured; these amounts billed will be treated as allocated loss adjustment expense (ALAE), and as such, they will erode the deductible or loss limit, and are subject to LCF.

The Insured has elected an alternative cost containment structure, where charges in addition to the standard rates have been chosen in order to reduce fixed costs or claims handling charges (LCF or Claims Fees). These additional charges are referred to as Medical Savings Fees. Medical Savings Fees (MSF) will

be treated as unallocated loss adjustment expense, and as such, they will not erode the deductible or
loss limit, nor will LCF be applied to these amounts.

| | |
|---|---|
| Bill Review – per bill ALAE charge (allocated) | $1.30 |
| Bill Review – per bill MSF charge (unallocated) | $0 |
| Total Bill Review – per bill charge | $1.30 |
| | |
| Bill Review – percent of savings ALAE charge (allocated) | 0% |
| Bill Review – percent of savings MSF charge (unallocated) | 27% |
| Total Bill Review – percent of savings charge | 27% |
| | |
| PPO – percent of savings ALAE charge (allocated) | 18% |
| PPO – percent of savings MSF charge (unallocated) | 9% |
| Total PPO – percent of savings charge | 27% |

2.04    **Company Claims Handling Charges**

Notwithstanding any provision of the Policy or Endorsement to the contrary, the following loss
conversion factors or claim fees shall apply:

<u>Workers' Compensation</u>

A loss conversion factor of 1.080 applies to loss and allocated loss adjustment expense, up to the
retention amount of the Workers' Compensation policies scheduled in Table 1.

<u>Workers' Compensation Claim Type Definitions</u>

Individual claims will be categorized into one of the general claim types listed below. Key points include:

- Definitions provide a guideline on the factors used to categorize claims however there may be
  some variation among the facts and work involved on individual claims within each category.
- Claim types are based on the effort involved in managing the claim. This includes investigating
  and ruling out suspected issues and managing the claim to avoid or minimize severity.
- Claims reported with insufficient information may require additional investigation and can
  impact the complexity level assigned to a claim.
- Claim handling charges have been developed to provide a single socialized rate to cover the
  range of variances within each claim type category.
- This listing includes all claim types based on Sentry's current workflows. Any account specific
  variations of definitions or workflows can directly impact how claims are categorized and the
  resulting fees applied.
- Claims will be categorized based on the results of Sentry's predictive modeling.
- These definitions are subject to changes based on ongoing developments in Sentry's model and
  use of predictive analytics.

l.    Record-Only Claims

Record-only claims record an incident where no medical treatment is obtained. Occasionally, first
aid treatment is rendered by a company nurse and no outside medical treatment is received. In these
instances, the servicing company would set up a record-only claim to document the incident. No
medical coverage is opened, and no contacts or investigation is completed.  An employer must
report a claim as Record Only or it will be assigned a complexity based on the details of the loss and
handled accordingly.

II.  Fast Track and Standard Medical Only (Handled in Minor Medical Unit)

Fast Track Medical Only claims are handled through an automated process and contain all the following elements:

- No lost time or permanent disability is anticipated
- No identified or suspected issues of causation or compensability based on the facts reported
- Injured employee is not represented by an attorney
- Medical payments are less than $5,000
- An investigation is not required
- Medical treatment is very minor in nature with only 1-2 time treatments expected
- Ongoing medical management is not necessary
- Fast Track claims are not held open due to the expected minimal activity. If a Fast Track claim needs to be re-opened the claim type will be changed based on specifics of the case.

Standard Medical Only (aka: Minor Medical) claims are assigned to an adjuster in the Minor Medical Unit and contain all the following elements:

- No compensable lost time or permanent disability is anticipated. Work restrictions may exist but are accommodated by the employer and result in no lost time beyond the waiting period and no loss of wages.
- Based on the facts reported there are no issues or suspected issues of compensability, causation, offsets or subrogation which need to be investigated and/or ruled out.
- Injured employee is not represented by an attorney
- Medical payments are less than $5,000
- Medical treatment may go beyond 1-2 treatments but does not require medical management beyond securing and reviewing medical records.  If issues arise the claim is escalated.
- Claim closes within 180 days

Fast Track and Standard Medical are handled in the Minor Medical Unit work group and are not assigned to members of the designated claim teams. Individual claims will be escalated out of the Minor Medical Unit if any of the above criteria are exceeded.

All Medical Only claims for the states of AK, HI, ID, MT, NV, NM, OR and WA will be handled as Complex Medical Only. State regulations require that claims be managed by an adjuster within the respective state so the Fast Track and Minor Medical work groups located in Stevens Point cannot be utilized.

III.  Complex Medical Only Claim (Handled by jurisdictional claim team)

Complex Medical Only claims have no lost time beyond the waiting period, no permanent disability expected and one or more of the following characteristics:

- There are issues or suspected issues of compensability, causation, offsets or subrogation based on the facts reported which need to be investigated and/or ruled out.  These may require recorded statements or securing and evaluating current and prior medical records.
- Injury claimed is a cumulative trauma condition
- Claim arises from a motor vehicle accident
- A denial is issued for any reason
- Injured employee is not represented by an attorney
- Facts of the claim indicate multiple follow up contacts will be necessary to manage medical treatment or ongoing restricted work
- Due to ongoing treatment the claim remains open beyond 180 days
- Medical payments exceed $5,000

- Customer requests recorded statements or three-point contact (employer, employee and medical provider)
- Customer requests the claim not be handled in the Fast Track or Minor Medical work groups
- Claims for AK, HI, ID, MT, NV, NM, OR and WA. State regulations require that claims be handled within the state so the Fast Track and Minor Medical work groups located in Stevens Point cannot be used.

IV.   Indemnity Claims (Handled by jurisdictional claim team)

Indemnity claims have one or more of the following characteristics:

- An employee is disabled from work beyond the state-specific waiting period
- An employee alleges disability beyond the state-specific waiting period.  If the servicing company investigates and successfully contests eligibility for indemnity benefits the claim will remain at Indemnity complexity even if no indemnity payments were made.
- Injured employee is represented by an attorney
- An employee sustains an injury with no compensable lost time, but the servicing company identifies the potential for permanent disability benefits and establishes an indemnity claim.

There may be other claims situations that occur that cause the servicing company to set up an indemnity reserve, but these are the most common.

Conversion

A claim will be escalated to a higher complexity if changes in the criteria exceed the current complexity definition.  Sentry's claim management also has the authority to change the complexity of an individual Medical Only claim from Standard to Complex at any point they determine the claim involves more activity than typically associated with Standard Medical Only claims.

**2.05    Adjustments to Company's Loss Conversion Factors**

The Company's Workers' Compensation loss conversion factor as stated above is replaced by the following state-specific loss conversion factors that shall be applied to Workers' Compensation losses payable in each such state.  These adjusted loss conversion factors include a component for the respective state's loss-based Workers' Compensation assessment.  The Workers' Compensation state assessment rates are our best estimate based on state Workers' Compensation bureau information.  They may change during the rating plan period, which would cause the state's loss conversion factor to change.  Any changes will be handled when we become aware of the change during the policy period.

Sentry will pay the loss, as set forth above, and you will reimburse us for that amount, up to the deductible limit, plus the percent of loss noted below.

| State | Loss Conversion Factor | Percent of Loss | Applicable To |
|---|---|---|---|
| Alabama | 1.085 | 8.5% | Loss and Allocated Expense |
| Alaska | 1.086 | 8.6% | Loss and Allocated Expense |
| District of Columbia | 1.198 | 19.8% | Loss and Allocated Expense |
| Idaho | 1.098 | 9.8% | Loss and Allocated Expense |
| Kansas | 1.109 | 10.9% | Loss and Allocated Expense |
| Louisiana | 1.160 | 16.0% | Loss and Allocated Expense |
| Michigan | 1.090 | 9.0% | Loss and Allocated Expense |
| Mississippi | 1.100 | 10.0% | Loss and Allocated Expense |

2.06    **Workers' Compensation Residual Market Assessments**

State residual market assessments are a pass-through expense.  The Insured shall be billed initially for an estimated average assessment based on the historical average assessment made by each of the states in which the Insured operates.  Actual residual market assessments applied by these states during the term of the Policy will be applied at the time of premium audit, and thereafter, at each annual adjustment.

An estimated residual market charge reflecting these costs shall be applied as follows:

| Policy Number | Policy Type | Residual Market Charge |
|---|---|---|
| 9021547001 | Large Deductible | $0 |

2.07    **Loss Fund**

The Company does not require the Insured to establish a Loss Fund as of the program inception date.

2.08    **Deposit and Periodic Payments**

At policy inception and each month for the succeeding eleven months, the Insured shall pay the amount of one-twelfth (1/12th) of the sum of:

a.    The Workers' Compensation fixed cost premium, determined by multiplying the estimated annual payroll by the fixed cost rate for the policies scheduled in Table 1, plus terrorism premium;

b.    Plus the estimated annual nonsubject premium as described in the Policy (including its endorsements).

c.    Plus any estimated annual nonpremium amount as described in the Policy (including its endorsements).

2.09    **Loss and Expense Payment**

Within 30 days after the end of each calendar month during the Policy period and monthly thereafter, the Insured shall pay to the Company an amount equal to the sum of losses incurred and costs and expenses

incurred by the Company under the Policies in accordance with the Endorsement during the preceding calendar month, as adjusted by the loss conversion factor, average state tax multiplier, and claims handling service fee where applicable.  Such losses shall include newly reported losses and reserve changes for previously reported losses.

Such loss and expense determinations and payments shall continue to be made until the time when the final payment computation is made under the Endorsement and this Agreement, or the termination of this Agreement, whichever shall first occur.

2.10    **Annual Adjustments**

Using a loss valuation of at least six months, but no more than seven months, after the close of the Insurers' Policy Period, the Company shall calculate a first adjustment to determine the Insured's Obligations pursuant to the terms of the Policies, the Endorsement and this Agreement.  Determinations and adjustments shall be made on an annual basis thereafter until the final payment is computed in accordance with the Policies, the Endorsement and this Agreement, or the termination of this Agreement, whichever shall occur first.

2.11    **Payment Terms**

All amounts due the Insurers by the Insured shall be paid to the Company within thirty (30) days of date of invoice submitted to either the Insured or its representative, subject to Section 6.02.  Any amounts not paid to the Company within 30 days of date of invoice shall bear interest (whether or not such nonpayment has led to an event of default under Section 6) at the rate equal to the lower of (i) one percent (1%) per month, or (ii) the maximum rate permitted by applicable law.  Such interest shall be an additional Obligation of the Insured under the Sentry Policies.

## SECTION 3 - RIGHT TO OFFSET

The Insured hereby grants to the Company the right to offset any balance due from any of the Insurers to the Insured under the terms of the Sentry Policies and this Agreement, against any balances due from the Insured to the Company and the Insurers under the Sentry Policies and this Agreement.

## SECTION 4 - SECURITY REQUIREMENTS

4.01    **Security**

On or before the effective date of this Agreement, the Insured shall provide to the Company and maintain in favor of the Company, security in a form and amount acceptable to the Company in its sole discretion, in order to secure the Obligations (the "Security").  The Security shall be in the form set forth below.  The Insured shall maintain the Security in full force and effect until such time as all of the Obligations have been fully satisfied as determined by Company, in its sole discretion.

To secure the Obligations and the Insured's performance under this Agreement and the Sentry Policies, the Insured hereby grants, assigns, transfers and pledges to the Company a first priority security interest in the Security, any proceeds of the Security and any return premiums or other amounts that may be payable to the Insured from any of the Insurers from time to time under this Agreement or Sentry Policies.  The Insured authorizes the Company, without further consent or action by the Insured, to perfect the foregoing security interest in any manner permitted or required under applicable law.

The Insured acknowledges and agrees that the Security secures all of its Obligations under all the Sentry Policies.  The Insured further acknowledges and agrees that, subject to the terms and conditions of this Agreement and the Sentry Policies, such Security may be held, allocated, applied, paid and otherwise

utilized by and among the Insurers in such order and priority as determined by the Company in its sole and absolute discretion.

**4.02    Letter of Credit**

On or before the effective date of this Agreement, the Insured shall provide the Company with a Letter of Credit in the principal amount of 4,160,000 in order to secure the Obligations (the "Letter of Credit"). The Letter of Credit shall:

a.    Be clean, unconditional, and irrevocable;

b.    Contain an issue and an expiration date at least one year from date of issue;

c.    Be automatically renewable for successive annual periods unless the issuing bank gives Company at least sixty (60) days advance notice of its intention not to renew;

d.    Be issued or confirmed by a Federal Reserve member bank that has been determined to be acceptable by the Securities Valuation Office of the National Association of Insurance Commissioners ("NAIC"), and the Company. If the issuing or confirming bank is subsequently determined to be unacceptable by the NAIC, or is downgraded by a recognized rating agency the Insured must provide the Company with a replacement Letter of Credit issued by an approved bank within thirty (30) days of notice from the Company, or upon the earliest of the following events: expiration, automatic yearly extension, renewal, modification, or extension of the Letter of Credit;

e.    Name the Company and its respective successors and assigns as the Beneficiary; and

f.    State that it is not subject to any condition or qualification outside of the Letter of Credit, and that payment is in no way contingent upon reimbursement with respect thereto.

g.    The Company's presentation of a sight draft to the issuing bank in the amount of the draw shall be sufficient to complete the draw, and no further proof or documentation shall be required.

h.    The terms of this Agreement shall apply to any renewal of, or substitution for, an original Letter of Credit provided by Insured to the Company pursuant to the terms of this Agreement, whether in the same or a different principal amount.

i.    If the issuing bank seeks to nonrenew or otherwise terminate the Letter of Credit, and the Insured fails to provide at least thirty (30) business days prior written notice before the expiration or termination of the Letter of Credit, a renewal or replacement Letter of Credit in form, substance, amount and from an issuing bank acceptable to the Company, Company may draw down the full amount of the Letter of Credit to be held in cash as security for the payment of the Obligations, regardless of whether the underlying Policies or this Agreement have expired or been terminated, until the Letter of Credit is replaced. The Company will hold the cash in its general funds and no interest will be credited or paid to the Insured on this amount.

The Insured also agrees, upon the request of the Company, to modify any existing Letter of Credit issued for the benefit of Company to secure the Obligations to satisfy the above requirements, including, but not limited to, naming each Insurer and their respective successors and assigns as a Beneficiary.

**4.03    Continuing Security Requirement**

The Insured will continue to provide the Company with Security, if any, in conformity with this Agreement as security for the payment of the Obligations until the Company has determined that there is no longer any need for such Security, at which time the Company will promptly release the Security. The Insured

recognizes that the Company may continue to require Security as security for the payment of the Obligations after any cancellation, nonrenewal, or replacement of any of the Sentry Policies.

4.04    **Increase in Security and Subsequent Determination of Security:**

1.      The Company may, at any time as dictated by actuarial or underwriting data, require Security in an amount greater or less than the initial amount provided herein, in a form acceptable to the Company, such amount not to exceed the full amount of the Obligations as estimated by Company.

2.      If Company determines under Section 4.04(1) that the amount of the required Security should be increased, the Insured shall secure the difference between the increased amount of the Security required and the Security currently held by the Insurers by;

   a.      Obtaining an amendment to an existing Letter of Credit;

   b.      Obtaining an additional Letter of Credit; or

   c.      Providing other Security;

           All in form and substance acceptable to the Company within thirty (30) days of receipt of a written notice of the increase from the Company.

3.      For the purposes of determining the Security, the Insured shall provide the Company with its audited financial statements at least annually and such other current financial statements as the Company may require to evaluate the Insured's financial condition.

4.      If the Company determines that the amount of the required Security may be decreased, the Insured, with the Company's prior written consent, may:

   a.      Replace the existing Security with new Security in an amount, form, and source acceptable to the Company; or

   b.      Obtain an amendment to the existing Security to decrease the amount of the existing Security to the amount of the required Security.

4.05    **Release of Security**

At such time as the Company determines there no longer exists the possibility that premiums or other amounts may in the future become due under any of the Sentry Policies (regardless of whether such policies have terminated), the Company shall authorize the Insured to cancel the Security, or in the case of a Cash Deposit, the Company shall return any balance remaining to the Insured.

4.06    **Cumulative Security**

The Security provided by the Insured under this Agreement shall be added to the security otherwise required by the Company under any of the Sentry Policies or any renewal or extension thereof.  The cumulative Security provided by the Insured shall secure the Obligations, and the Company shall be entitled to apply the Security to the Obligations under the Sentry Policies in such order as it shall determine, in its sole and absolute discretion.

4.07    **The Company's Actions and Rights**

The Company may take such action with respect to the Security as it may reasonably determine to be necessary to protect and preserve its interest in the Security, including perfecting its security interest by filing a financing statement with the appropriate state or local filing office.  The Company shall also have and may exercise at any time all rights, remedies, powers, privileges, and discretions of the Insured with respect to and under the Security.  The Insured shall take such action reasonably requested by the Company or any Insurers necessary to allow the Company and/or the Insurers to create and perfect any security interest described herein.

4.08    **Reliance**

The Insured shall be entitled to rely upon any written notice or action taken by the Company under this Agreement.

**SECTION 5 - TERMINATION AND SENTRY POLICIES CANCELLATION**

5.01    **Termination**

This Agreement shall commence as of the effective date first set forth above and shall terminate:

a.    When Company notifies the Insured that the Obligations have been discharged; or

b.    By written mutual agreement of the Insured and the Company.

5.02    **Cancellation of Policy**

The expiration or cancellation of any of the Sentry Policies by any of the Insurers or the Company will not terminate this Agreement.  In the event of cancellation of any of the Sentry Policies, the premium for such Policies shall be determined in accordance with those provisions of the Policies relating to cancellation and this Agreement.  All other provisions of this Agreement shall apply until this Agreement terminates.

5.03    **Services Provided After Policy Termination**

After termination of the Sentry Policies, whether canceled by the Insured or not renewed by Company, the Insured may elect, by written notice to the Company, to receive the Company's services as set forth in Section 5.03.  The Company shall bill the Insured monthly for all services provided to the Insured after termination of the Sentry Policies, and the Insured shall remit payment within thirty (30) days after the Company's monthly services billing.  The Company shall be entitled to adjust the amount it charges for each service described in this Section 5.03 upon sixty (60) days' advance notice to the Insured.   The Company's services and related fees are as follows:

---

**Reports** - the following options are available for reports:
- Monthly - $175 billed monthly (for 1-3 reports). $50 for each additional report.
- Quarterly - $150 billed quarterly (for 1-3 reports). $50 for each additional report.
- Semiannual - $125 billed semiannually (for 1-3 reports). $50 for each additional report.
- Annual - $100 billed annually (for 1-3 reports). $50 for each additional report.
- One-time request - $100 per report.
- Special programming for reports with your authorization is $85 per hour. Scheduling the report would fall into the above pricing.
- 5 copies of the report will be provided. Additional copies are $50 per copy.

**FTP Files**
- $250 for setup then $100 per quarter or $100 per month

**Insight/Insurance Account Management**
- Free for the first 30 days.
- $600 per month for claim and claim reporting access.
- You will retain limited access to our online billing portal at no cost to access your invoices.

**Safety Services**
- $230 per hour plus travel and lodging expenses.

**Claim Reviews**
- Review time: $250 per hour (flat hourly charge to cover any/all staff involved)
- Preparation time will be charged at $125/hour
- If travel is involved, travel time will be charged at $125/hour per person in addition to travel and lodging expenses
- All reviews require a minimum 30-day-lead time to allow for scheduling

**\* All fees are subject to change**

---

## SECTION 6 - DEFAULT

6.01    **Events of Default**

The following events shall be considered events of default under this Agreement (each an "Event of Default"):

a.    In the event the Company provides notice of cancellation to the Insured under any of the Sentry Policies for either nonpayment or any other default under a Sentry Policy, and such default is not cured within five (5) days of written notice of such default;

b.    At the Company's sole election, in the event of and on the date that the Insured or any additional named insured (i) disposes of all or substantially all of its interest in the operations covered by the Sentry Policies, (ii) merges with or into another entity, the effect of which is that the Insured is not the surviving entity, or (iii) is the subject of a material change in the business operations or financial condition of the Insured, unless Insured has notified Company within ten (10) days of the occurrence of same and Company has not objected to such change;

c.    In the event the Insured (i) fails to timely provide the Security as required herein or as requested by the Company, (ii) fails to maintain same as required by the Company, or (iii) fails to adjust the form of or increase the amount of cash deposit or other security as requested by the Company, in each case by the due date or if not such stated date, within ten (10) calendar days of the Company's request;

d.    In the event Insured fails to maintain the Loss Fund under this Agreement, as adjusted from time to time by the Company;

e.    In the event Insured provides notice to the Company or any Insurer that it is terminating or canceling any of the Sentry Policies (other than nonrenewal at normal expiration);

f.    Failure of the Insured to make any payment under this Agreement or any Sentry Policy when due including payment to any claims service company or to an account for funding loss payments;

g.  Failure of the Insured to provide Company with a replacement or additional Letter of Credit or other Security as required by this Agreement or any of the Sentry Policies, or in the event that the trustee under the Collateral Trust Agreement resigns or is removed and is not replaced as provided in such agreement;

h.  The Insured's breach of any duty or provision of this Agreement or any other agreement between the Insured and the Company or the Insured and one or more of the Insurers;

i.  The falsity of any representation, warranty, financial statement or other information provided by the Insured to the Company or one or more of the Insurers, or any material misrepresentation by the Insured in its application for the Sentry Policies;

j.  The failure of the Insured to cooperate with an audit required by the Company;

k.  Dissolution or other termination of existence, insolvency, forfeiture of the right to do business or business failure; or appointment of a receiver or trustee for any part of the property of the Insured or any guarantor or surety for the Insured; or the calling of any meeting of, or the assignment for the benefit of creditors by the Insured or any guarantor or surety for the Insured; or the commencement of any proceedings under any bankruptcy or insolvency laws by or against the Insured or any guarantor or surety for Insured; or

l.  Any levy, seizure, attachment, execution, or similar process on any of the property of the Insured; or the rendering of any material money judgment against the Insured which remains unsatisfied and in effect for any period of thirty (30) consecutive days without a stay of execution; or the occurrence of any event such that any indebtedness of the Insured for borrowed money could be accelerated; or the Insured's entering into any forbearance agreement with any Company.

6.02  **Disputed Amounts**

The Insured's failure to timely pay any of the Obligations shall not be considered a default under this Section 6 if the Insured:

a.  Disputes, in good faith, an amount owed;

b.  Presents to the Company within thirty (30) days after such amount was due and payable a written explanation of the basis for the Insured's disagreement with the amount stated by Company as owed; and

c.  Is otherwise current with respect to all other Obligations.

**SECTION 7 - OPTIONS IN EVENT OF DEFAULT**

7.01  **Options**

In the Event of Default, the Company (for itself or on behalf of one or more of the Insurers) may, in its discretion, do any one or more of the following without waiving any rights it may have under the Sentry Policies or by law.

a.  Cancel one or more of the Sentry Policies;

b.  Provided the Company has not exercised its rights under Section 7.01(c), make a determination of the Obligations and declare the entire amount of the Obligations, whether liquidated, determined, contingent or estimated immediately due and payable;

c.  Provided the Company has not exercised its rights under Section 7.01(b), issue an endorsement deleting the deductible or retrospective premium endorsement from all of the Sentry Policies, recalculate and rebill premiums in accordance with each Insurer's full-premium guaranteed cost rating plan.  The premium will immediately be due and owing;

d.  Exercise its rights against the Security, including, but not limited to, draw or withdraw up to the full amount of the Security;

e.  Grant any waiver, indulgence, or release to any other person obligated to the Company or any of the Insurers for the Obligations; or

f.  Exercise any and all rights available to the Company or any of the Insurers under any applicable agreement or as may be provided by law, including but not limited to, the rights of a secured creditor under the Uniform Commercial Code.

7.02    **Change in Insured's Obligations**

Notwithstanding any provisions of the Sentry Policies to the contrary, on and after an Event of Default, and to the extent they are not already part of the Obligations as defined in this Agreement, the Obligations shall include the following, whether owed to the Company or the Insurers:

a.  Paid losses;

b.  Allocated loss adjustment expenses;

c.  Reserves as established by the Company or any Insurer for:

   (i)  Unpaid or outstanding paid losses, including any Insurer's actuarial development for expected losses and losses incurred but not reported; and

   (ii)  Expected payments for costs to be incurred for the adjustment of losses, including actuarial development thereof;

d.  Fees for claim services;

e.  Claim subrogation and recovery expense associated with loss amounts for which Insured is responsible;

f.  All premiums, premium taxes, surcharges and assessments arising under the Sentry Policies;

g.  All other amounts the Insured has agreed to pay the Company or any of the Insurers under the Sentry Policies and any other agreement between the Company and the Insured or one or more of the Insurers and the Insured; including but not limited to:

   (i)  Accrued interest on any unpaid balance;

   (ii)  Costs incurred by the Company in collecting amounts owed by the Insured; and

   (iii)  Any amounts imposed by a regulatory agency or court as a fine or penalty related to the Sentry Policies or claims made under the Sentry Policies and arising out of or caused by the Insured's failure to provide information requested by the Company or to make a report required by law or administrative rule or regulation;

     h.   In the event of litigation by the Company to recover any of the Obligations, Company's costs of collection, including without limitation, reasonable attorney's fees.

## SECTION 8 - USE OF SECURITY IN EVENT OF DRAW

In the event the Company exercises its rights to any or all the Security, it agrees to use any proceeds, less the reasonable expenses incurred by the Company in connection with the exercise of its rights under this Agreement, to reduce the amount of the Obligations. The Company may exercise its right to any or all of the Security, in the order of its choosing, and failure to exercise rights to all of the Security shall not constitute a waiver of the Company's right to subsequently exercise these rights. Each year, following the last anniversary date of the Insured's insurance program and before the Company exercises against the Security (other than upon an Event of Default), the Company shall provide the Insured with a statement of the estimated amount of the Obligations and the application of any proceeds towards the reduction of the Obligations. When the Company determines that it no longer requires any funds to secure the Obligations, it shall promptly pay over to the Insured any excess funds remaining. The Company's exercise against the Security shall not constitute a waiver of any of the other rights the Company or any Insurer may have under the Sentry Policies, or any applicable law and regulation.

## SECTION 9 - INDEMNIFICATION

The Insured shall unconditionally and completely defend, indemnify and hold the Company, each of the Insurers, their subsidiaries and affiliates, and their respective employees, officers, directors, agents, successors and assigns (the "Indemnified Parties") harmless from and against any liabilities, obligations, penalties, costs or expenses, including reasonable attorney's fees, incurred directly or indirectly by the Indemnified Parties:

     a.   In collecting any amounts due under the Sentry Policies, or successors, renewals and extensions of any of them.

     b.   Attributable to a breach of this Agreement or any negligent or intentionally wrongful act, error or omission of the Insured or its agents or affiliates pertaining to or arising out of this Agreement or Insured's obligations hereunder, and which is not attributable to the sole negligence of the Company or the Insurers.

     c.   Arising out of the delay in any Insurer's payment of benefits, claims or other amounts due a third party under the Sentry Policies if:

          1)   The Insured is responsible to pay or fund the benefits, claim or other amount due; and

          2)   The Insured has not timely paid or funded the benefits, claim or other amount due.

     d.   Arising out of Insured's misstatements or omissions in connection with the issuing of the Sentry Policies or any renewal thereof.

     e.   In connection with any action taken by the Company or any Insurer at the request of the Insured or any agent of the Insured, including without limitation, the providing of evidence of insurance, termination of any insurance coverage, or any change in named insured status under the Sentry Policies, and which is not attributable to the sole negligence of the Company or the Insurers.

**SECTION 10 - ADDITIONAL TERMS AND CONDITIONS**

10.01  **Conflict**

In the event of any conflict between this Agreement and any Sentry Policies, this Agreement supersedes the provisions of the Sentry Policies to the extent necessary to eliminate such conflict.  Except to the extent modified by this Agreement, the Sentry Policies shall remain in full force and effect.

10.02  **Time is of the Essence**

Time is of the essence under this Agreement, and the timely performance of the various matters specified herein is a material inducement and consideration for each party entering into this Agreement.

10.03  **Counterparts**

This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same Agreement.

10.04  **Successors and Assigns - No Assignment**

This Agreement shall inure to the benefit of, and shall be binding on, the parties and their successors and assigns.  The Insurers may assign or delegate all or part of their respective rights and obligations under this Agreement without prior notice, action or consent of the Insured, to any of the Insurer's affiliates, provided such affiliate has an A.M. Best rating, and is admitted in jurisdictions, equivalent to that of such Insurer.  This Agreement shall not, however, be assigned and the obligations hereunder shall not be delegated by the Insured without prior express written consent of the Company.

10.05  **Headings Not Controlling**

The section headings in this Agreement are for convenience only and shall not be construed in any way to limit or define the content, scope, or intent of this Agreement.

10.06  **Additional Undertakings**

The Insured shall promptly execute such other and additional agreements, instruments and documents, and to do such further acts and things as may be reasonably necessary or proper to carry out the intent of this Agreement.

10.07  **Currency**

All cash or dollar amounts referenced in this Agreement, if any, shall be in United States Dollars (except where the premium or other cash amounts relate to Canadian-based risk, in which case payment shall be in Canadian Dollars).

10.08  **Notices and Service of Process**

Any notice given with regard to this Agreement (other than the Company's notices or invoices with respect to amounts due under Sentry Policies) shall be sent via first-class mail, postage prepaid, to the address shown below.

If to the Insured:                                  If to the Company:

Joyce Crucillo                                      Sentry Insurance Company
Fashion Nova LLC                                    National Accounts
2801 E. 46th St., Vernon, CA 90058                  1800 North Point Dr.
                                                    Stevens Point, WI  54481

10.09    **Severability**

If any provision hereof is or shall at any time be deemed invalid and unenforceable then, to the fullest extent permitted by law, the other provisions hereof shall remain in full force and effect and shall be construed in order to carry out the intentions of the parties hereto as nearly as may be possible.

10.10    **Entire Agreement**

This Agreement constitutes the entire agreement of the parties with respect to the subject matter herein and supersedes any other previous agreements or quotations, whether written or oral, between the Company, the Insurers and the Insured, except as specifically referred to within this Agreement, and except for any Special Claims Handling Instructions.  This Agreement may be amended, altered, or modified only in writing signed by all parties.

10.11    **Nonwaiver**

The failure of the Company to exercise its rights under the Agreement does not waive the Company's right to subsequently exercise such rights.

10.12    **Venue**

Insured hereby consents irrevocably to the jurisdiction of the state and federal courts venued in the State of Wisconsin, and further consent and agree that any litigation concerning this Agreement or the Sentry Policies shall be heard only in the state or federal courts venued in Wisconsin.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of the effective date set forth above.

Accepted by:

The Insured:

**Fashion Nova LLC**
_____
Name of Insured

The Insurers:
Sentry Insurance Company, in its capacity as insurer and as assignee
_____

_____
Signature

_____
Signature

_____
Print Name

Scott Miller
_____
Print Name

_____
Title

President
_____
Title

_____
Date

February 9, 2025
_____
Date

# Exhibit 8



# Fashion Nova LLC

## 9021547 - Special Handling Instructions

*Fashion Nova is a clothing retail company. The company operates online as well as five brick-and-mortar locations.*

### Important Information

In the interest of promoting cooperation and communication during the claims handling process, Sentry Insurance a Mutual Company (insured claims) and Parker Services LLC (self-insured claims) agree to implement the attached Special Handling Instructions (SHI). The terms of the SHI are not contractual in nature. Nothing in the SHI shall supersede the duty of Sentry/Parker to process, manage, resolve and pay claims in compliance with the state and federal requirements under which it is regulated, including but not limited to those applicable to claim handling and unfair trade practices.

Exhibit 8, Page 304

# Table of Contents

**Workers Compensation**
FNOL Claim Intake Instructions
Claim Set-Up Instructions
Prompt Contacts
Location/Department Coding
Acknowledgement
Denials/Questionable Claims
Indemnity Claims
Return to Work/Modified Duties
Reserve Change Communication
Employment/Wage Information
Settlement
Subrogation
Litigation
Preferred Attorney List
Managed Care
Surveillance

**Contact Details**
Account
Brokers
Preferred Attorneys
Other
Sentry Insurance

# Workers Compensation

### FNOL Claim Intake Instructions
<u>Report Type:</u>
 If a claim is not reported by Fashion Nova or via a legal document please do not set up a claim.
Please notify National Accounts Claims specialist who will verify with the account:
Diane Winchester [email]


<u>Location Code:</u>
If you are unable to determine the location code please use FNDC as default.


### Claim Set-Up Instructions

<u>Claim Set-up:</u>

**Please verify that there is lost time prior to adding an indemnity coverage.**
This account has a very robust return to work program and can accommodate most work restrictions.

Most of the Fashion Nova employees speak Spanish with very little English.

**Please verify the Location and department codes on every claim. It is very important to Fashion Nova that their coding is correct You can verify coding with the following:** George Loaiza [email]


### Prompt Contacts
Please complete initial employer prompt contact via e-mail with: Donaciano Ponce de Leon , George Loaiza [email]
**Please verify the Location and department codes on every claim. It is very important to Fashion Nova that their coding is correct You can verify coding with the following:**
George Loaiza, Donaciano Ponce de Leon [email]

### Location/Department Coding
Location codes for this account have been established. Location, department and account contact details are accessible through the Account Location/Department Code Search icon available on the ACCLAIM desktop. If the location code is missing it is the claims representative's responsibility to obtain the correct code

**Please verify the Location and department codes on every claim. It is very important to Fashion Nova that their coding is correct You can verify coding with the following:** George Loaiza [email]


### Acknowledgement
An email acknowledgement should be provided to the following: To: George Loaiza, Cc: Carlye Russo [email]

### Denials/Questionable Claims

For all questionable claims the action that is being recommended, denial or acceptance, should be discussed with the contact(s) addressed below. In addition, in states where there is a formal delay or investigation period, prior to officially delaying the claim the claims representative should also provide notification. Once a claim is delayed, please follow up with the contact before the claim is ultimately accepted or denied.

For all questionable claims the action that is being recommended, denial or acceptance, should be discussed with the contact(s) addressed below.

Prior to informing the employee, all denials must be discussed with the contact(s) addressed below:

To: George Loaiza, Donaciano Ponce de Leon , Cc: Carlye Russo [email]

### Indemnity Claims

**Please verify that there is lost time prior to adding an indemnity coverage.**
This account has a very robust return to work program and can accommodate most work restrictions.

### Return to Work/Modified Duties

The account has a very robust return-to-work program and can return most employees to modified duty. Medical information on work restrictions should be obtained as soon as possible. These restrictions should be communicated to:
To: George Loaiza, Cc: Carlye Russo [email]

## Reserve Change Communication

The instructions below are in addition to any automated alerts, user specified levels

Definitions
Notification: Sentry will communicate reserve change details immediately prior to reserves being posted

State Exceptions (applicable to all accounts)
California/Montana: Notification only due to time constraints on medical provider payments

Total Incurred: If the change causes the total incurred to exceed one of the values below the instructions of that category apply, regardless of the actual amount of the change:

| New Incurred | Type | Contact | States/locations involved | Method | By |
|---|---|---|---|---|---|
| $20,000+ | Notification | To: George Loaiza, Donaciano Ponce de Leon , Cc: Carlye Russo [email] | All | E-mail | Claims |

**Reserve Changes:** Regardless of the total incurred, the following instructions apply for any subsequent change to reserves in the amounts listed below:

| Change | Type | Contact | States/locations involved | Method | By |
|---|---|---|---|---|---|
| $20,000 | Notification | To: Donaciano Ponce de Leon , George Loaiza, Cc: Carlye Russo [email] | All | E-mail | Claims |

## LARGE LOSS NOTIFICATION

The instructions below are in addition to any automated alerts, user specified levels

Definitions
Notification:  Sentry will communicate reserve change details immediately prior to reserves being posted

State Exceptions (applicable to all accounts)
California:        Notification only due to time constraints on medical provider payments

**Total Incurred:** If the change causes the total incurred to exceed one of the values below the instructions of that category apply, regardless of the actual amount of the change:

| New Incurred | Type | Contact | States/locations involved | Method | By |
|---|---|---|---|---|---|
| $50,000+ | Notification | To: Donaciano Ponce de Leon , George Loaiza, Cc: Carlye Russo, Diane Winchester [email] | All | Large Loss Notice | Claims |

**Reserve Changes:** Regardless of the total incurred, the following instructions apply for any subsequent change to reserves in the amounts listed below:

| Change | Type | Contact | States/locations involved | Method | By |
|---|---|---|---|---|---|
| $50,000 | Notification | To: Donaciano Ponce de Leon , George Loaiza, Cc: Carlye Russo, Diane Winchester [email] | All | Large Loss Notice | Claims |

## Employment/Wage Information
**WAGE STATEMENT:** To: George Loaiza, Cc: Carlye Russo [email]

## Settlement

**Consultation** is required for all settlement recommendations. Contact should be made by Claims. Contact:
To: George Loaiza, Cc: Carlye Russo, Diane Winchester, Donaciano Ponce de Leon [email]

## Subrogation

Sentry Insurance will complete an investigation on the subrogation potential of every claim to protect the collection ability of both the client and Sentry. If subrogation potential is identified; Claims will communicate this potential to the client contact(s) listed below and outline the proposed investigative plan. If there is disagreement with regard to the decision to carry out the proposed plan, Claims will advise the National Account Claim Specialist listed below. Once any investigation is completed, the client contact will be notified before any action to pursue recovery is initiated.

Sentry will pursue recovery against any potentially liable third party unless your agreement with Sentry contains the appropriate "Waiver of Our Right from Others" endorsement. This endorsement applies only to the extent that you perform work under a written contract that requires you to obtain the agreement from us. If there is any disagreement regarding the pursuit of recovery, Claims will advise the National Accounts Claim Specialist listed below.
To: George Loaiza, Donaciano Ponce de Leon , Cc: Carlye Russo [email]

## Litigation

Notification is required on all on going legal proceedings. Defense strategies should be discussed with the appropriate contact listed below until litigation has been resolved. Send a copy of pertinent legal correspondence and the attorney suit review to:
To: George Loaiza, Donaciano Ponce de Leon , Cc: Carlye Russo [email]

**Prior to assigning defense counsel please notify the following of which attorney you plan to utilize:**
To: George Loaiza, Donaciano Ponce de Leon , Cc: Carlye Russo [email]

Fashion Nova has preferred defense counsel:
Jesse Bernal, Lisa Lopez [email]
Julie Carbonara [email]
Christopher Hefley [email]
Caroline S Lloyd [email]

## Preferred Attorney List

Fashion Nova has Preferred Defense Counsel:

Jesse Bernal, Lisa Lopez [email]
Julie Carbonara [email]
Christopher Hefley [email]
Caroline S Lloyd [email]

## Managed Care

**Notification** is required to the contacts listed below prior to the assignment of a rehabilitation/case management specialist (Both TCM and FCM).
To: George Loaiza, Cc: Carlye Russo [email]

Fashion Nova will evaluate both new tools (R3 Continuum/Optum- Harvard MedTech program) after 6 months of results with the Sentry book. *Please do not recommend the new tools until further notice*.

### Surveillance

**Notification** is required prior to a surveillance assignment. Be prepared to discuss costs and benefits. Send a copy of the surveillance reports. Contact the following:

To: George Loaiza, Donaciano Ponce de Leon , Cc: Carlye Russo [email]

Fashion Nova has a preferred vendor for Surveillance/Investigation: David Rios [email]

# Contact Details

## Account

**Joyce Crucillo** *[Deactivated]*
General Counsel
Fashion Nova
2801 E 46th St
Los Angeles CA, 90058
joyce.crucillo@fashionnova.com

**Ian Dill** *[Deactivated]*
Director, Safety & Security
Fashion Nova
2801 E 46th St, Vernon
Vernon CA, 90058
213-625-5900
Mobile: 310-435-4978
ian.dill@fashionnova.com

**George Loaiza** *[WC]*
Claims Manager
Fashion Nova
2801 East 46th Street
Vernon CA, 90058
562-536-6653
george.loaiza@fashionnova.com

**Donaciano Ponce de Leon** *[WC]*
Fashion Nova
2801 East 46th Street
Los Angeles CA, 90058
Mobile: 213-561-0562
donaciano.poncedeleon@fashionnova.com

## Brokers

**Carlye Russo** *[WC]*
WC Claims Specialist
Marsh McLennan Agency
1 Polaris Way
Aliso Viejo CA, 92656
Mobile: 213-264-1076
carlye.russo@marshmma.com

## Preferred Attorneys

**Jesse Bernal** *[WC]*
Bernal & Robbins, APLC
16921 Parthenia St
North Hills CA, 91343
818-739-0335
jesse@bernalrobbins.com

**Julie Carbonara** *[WC]*
Karlin, Hiura & LaSota, LLP
330 North Brand Blvd, Suite 300
Glendale CA, 91203
818-960-3423
jcarbonara@khllawyers.com

**Christopher Hefley** *[WC]*
Hefley Law
23705 Crenshaw Blvd
Torrance CA, 90505
Mobile: 310-325-0420
chefley@hefley-law.com

**Caroline S Lloyd** *[WC]*
Defense Advocacy Law Firm
is 3200 Guasti Road
Ontario CA, 91761
909-775-5171
Mobile: 760-832-4644
csl@dafirm.net

**Lisa Lopez** *[WC]*
Lead Legal Assistant
BERNAL & ROBBINS, APLC.
16921 Parthenia St., Suite 301
North Hills CA, 91343
818-739-0335
lisa@bernalrobbins.com

**Jazmin Maya** *[WC]*
Legal Secretary
HEFLEY LAW
23705 Crenshaw Blvd. Suite 202
Torrance CA, 90505
jmaya@hefley-law.com

## Other

**David Rios** *[WC]*
RJN Investigations
888-323-3832
Mobile: 951-204-7929
davidr@rjninv.com

## Sentry Insurance

**Diane Winchester** *[WC]*
Claim Services Specialist
Sentry Insurance
9060 E Via Linda Ste 100
Scottsdale AZ, 85258
480-860-7318
[diane.winchester@sentry.com](mailto:diane.winchester@sentry.com)